AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Jane Doe, a minor, by and through her mother and next friend, Mother Doe <br><br> *Plaintiff(s)* <br> v. <br> Academir Charter Schools, Inc. and Superior Charter School Services, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:23-cv-23004-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ACADEMIR CHARTER SCHOOLS, INC.
c/o Steve Gardner, CPA, its Registered Agent,
2413 Main Street, 115
Miramar, FL 33025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Derek Smith Law Group, PLLC
c/o Kyle T. MacDonald, Esq.
701 Brickell Ave. , Suite 1310
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 08/10/2023

Angela E. Noble
Clerk of Court

SUMMONS

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Jane Doe, a minor, by and through her mother and next friend, Mother Doe<br><br>*Plaintiff(s)*<br>v.<br>Academir Charter Schools, Inc. and Superior Charter School Services, Inc.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:23-cv-23004-WPD |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SUPERIOR CHARTER SCHOOL SERVICES, INC.
c/o Rolando Mir, Sr., its Registered Agent,
5420 SW 157th Avenue, Suite 5
Miami, FL 33185

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Derek Smith Law Group, PLLC
c/o Kyle T. MacDonald, Esq.
701 Brickell Ave. , Suite 1310
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:  08/10/2023



Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ R. Bissainthe*

Deputy Clerk
U.S. District Courts