# RETURN OF SERVICE

**State of Florida**  
**County of Southern District**

Case Number: 1:23-CV-23004-WPD

DGT2023003976

Plaintiff:
**JANE DOE, a minor, by and through her mother and next friends, MOTHER DOE**

vs.

Defendant:
**ACADEMIR CHARTER SCHOOLS, INC., a Superior Charter School Services, Inc.**

For:
David Rodriguez
Derek Smith Law Group, Pllc
701 Brickell Avenue
Suite 1310
Miami, FL 33131

Received by DILIGENT LEGAL SERVICES on the 10th day of August, 2023 at 1:30 pm to be served on **Superior Charter School Services, Inc. c/o Rolando Mir, Sr., as R/A, 5420 SW 157th Ave, Suite 5, Miami, FL 33185.**

I, GREG SCHULTE, do hereby affirm that on the **15th day of August, 2023** at **12:00 pm, I:**

**CORPORATE SERVED:** by delivering a true copy of the **Summons, Complaint and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **ROLANDA MIR,** who is **REGISTERED AGENT**, registered agent for **Superior Charter School Services, Inc. c/o Rolando Mir, Sr., as R/A,** at the address of: **5420 SW 157th Ave, Suite 5, Miami, FL 33185,** and informed said person of the contents therein, in compliance with either federal or state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

GREG SCHULTE
CPS #245

**DILIGENT LEGAL SERVICES**
**1497 MAIN STREET**
**#210**
**DUNEDIN, FL 34698**
**(727) 424-7367**

Our Job Serial Number: DGT-2023003976

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| Jane Doe, a minor, by and through her mother and next friend, Mother Doe | ) ) ) ) ) | |
| *Plaintiff(s)* | ) ) | |
| v. | ) ) | Civil Action No. 1:23-cv-23004-WPD |
| Academir Charter Schools, Inc. and Superior Charter School Services, Inc. | ) ) ) ) | |
| *Defendant(s)* | ) ) | |

DATE: 8/15/23  TIME: 12:04p
INITIALS: GS   ID# 245

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SUPERIOR CHARTER SCHOOL SERVICES, INC.
c/o Rolando Mir, Sr., its Registered Agent,
5420 SW 157th Avenue, Suite 5
Miami, FL 33185

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Derek Smith Law Group, PLLC
c/o Kyle T. MacDonald, Esq.
701 Brickell Ave., Suite 1310
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

**SUMMONS**

Date: _____08/10/2023_____

s/ R. Bissainthe

Deputy Clerk
U.S. District Courts