# RETURN OF SERVICE

**State of Florida**  **County of Southern District**

Case Number: 1:23-CV-23004-WPD

Plaintiff:
**JANE DOE, a minor, by and through her mother and next friends, MOTHER DOE**

vs.

Defendant:
**ACADEMIR CHARTER SCHOOLS, INC., a Superior Charter School Services, Inc.**

For:
David Rodriguez
Derek Smith Law Group, Pllc
701 Brickell Avenue
Suite 1310
Miami, FL 33131

DGT2023003975

Received by DILIGENT LEGAL SERVICES on the 10th day of August, 2023 at 1:30 pm to be served on **Academir Charter Schools, Inc. c/o Steve Gardner, CPA as R/A, 2413 Main Street, 115, Miramar, FL 33025**.

I, CARRELL ALJOHN READON, do hereby affirm that on the **22nd day of August, 2023** at **10:55 am, I:**

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **Summons, Complaint and Civil Cover Sheet** with the date and hour of service endorsed thereon by me, to: **Tirso Alonso** as **Registered Agent** At the address of: **7565 SW 188TH LANE, CUTLER BAY, FL 33157** for **Academir Charter Schools, Inc. c/o Steve Gardner, CPA as R/A**, and informed said person of the contents therein, in compliance with either federal or state statutes.

**Additional Information pertaining to this Service:**
ORIGINAL ADDRESS PROVIDED WAS A PRIVATE MAIL BOX STORE, CLERK REFUSED TO PROVIDE ANY INFORMATION. GREG SCHULTE CPS #245 THEN ATTEMPTED 10000 SW 142 AVE, MIAMI, FL 33186, BUT THE ADDRESS WAS THE MIAMI-DADE POLICE DEPARTMENT AND THE SUBJECT NO LONGER WORKED AT THE ADDRESS. I THEN ATTEMPTED 7565 SW 188TH LANE, CUTLER BAY, FL 33157, WHERE SERVICE WAS COMPLETED.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525. ELECTRONIC SIGNATURES ARE NOW PERMITTED PURSUANT TO FLORIDA STATUTE 48.21. NOTARY ARE NOT REQUIRED PURSUANT TO F.S. 92.525(2).

**CARRELL ALJOHN READON**
CPS #1682

**DILIGENT LEGAL SERVICES**
**1497 MAIN STREET**
**#210**
**DUNEDIN, FL 34698**
**(727) 424-7367**

Our Job Serial Number: DGT-2023003975

```
DELIVERED    8/22/2023 10:55 AM
SERVER       CR
LICENSE      CPS #1682
```

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Jane Doe, a minor, by and through her mother and next friend, Mother Doe <br><br> *Plaintiff(s)* <br> v. <br> Academir Charter Schools, Inc. and Superior Charter School Services, Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 1:23-cv-23004-WPD |

DATE: _____     TIME: _____
INITIALS: _____     ID #: _____

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ACADEMIR CHARTER SCHOOLS, INC.
c/o Steve Gardner, CPA, its Registered Agent,
2413 Main Street, 115
Miramar, FL 33025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Derek Smith Law Group, PLLC
c/o Kyle T. MacDonald, Esq.
701 Brickell Ave., Suite 1310
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 08/10/2023



Angela E. Noble
Clerk of Court

SUMMONS

s/ R. Bissainthe
Deputy Clerk
U.S. District Courts