UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-23004-WPD

JANE DOE, a minor, by and through her mother and next friend, MOTHER DOE,

    Plaintiffs,

v.

ACADEMIR CHARTER SCHOOLS, INC. AND SUPERIOR CHARTER SCHOOL SERVICES, INC.

    Defendants.

_____/

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS ACADEMIR CHARTER SCHOOLS, INC. AND SUPERIOR CHARTER SCHOOL SERVICES, INC.**

Julie B. Karron and Christopher T. Lawson, and the law firm of Freeman Mathis & Gary, LLP, give notice of their appearance as counsel on behalf of Defendants Academir Charter Schools, Inc. and Superior Charter School Services, Inc. The certificate of service for all pleadings, orders, and other papers in this action should include:

    Julie B. Karron, Esq., Lead Counsel
    Christopher T. Lawson, Esq.
    2502 N. Rocky Point Drive, Suite 550
    Tampa, Florida 33607,
    Julie.karron@fmglaw.com
    chris.lawson@fmglaw.com
    soraya.sierra@fmglaw.com

Dated: September 5, 2023                    Respectfully Submitted,

/s/Christopher T. Lawson
CHRISTOPHER T. LAWSON, ESQ.
Florida Bar No.: 1025196
JULIE B. KARRON, ESQ., Lead Counsel
Florida Bar No.: 14683
FREEMAN MATHIS & GARY, LLP
2502 N. Rocky Point Drive, Suite 550
Tampa, Florida 33607
Tel: (813) 774-6363
Fax: (833) 330-0369
julie.karron@fmglaw.com
chris.lawson@fmglaw.com
soraya.sierra@fmglaw.com
Attorneys for Defendants -
Academir Charter Schools, Inc. and Superior Charter School Services, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed through the CM/ECF Portal, which furnished same via electronic mail delivery on September 5, 2023, to Kyle T. MacDonald, Esq., Florida Bar No. 1038749, Derek Smith Law Group, PLLC, 701 Brickell Avenue, Suite 1310, Miami, FL 33131 (Counsel for Plaintiffs)

**Kyle@dereksmithlaw.com**

/s/ Christopher T. Lawson
Florida Bar. No.: 1025196
chris.lawson@fmglaw.com