UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE, a minor, by and through her
mother and next friend, MOTHER DOE,

   CASE NO.: 1:23-cv-23004-WPD

  Plaintiff,

 v.

ACADEMIR CHARTER SCHOOLS, INC.,
and SUPERIOR CHARTER SCHOOL
SERVICES, INC.,

  Defendants.
_____/

### PLAINTIFF'S MOTION FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT SUPERIOR CHARTER SCHOOL SERVICES, INC.

 Plaintiff, JANE DOE ("Plaintiff"), by and through her undersigned counsel and pursuant to FED. R. CIV. P. 55(a), hereby moves for entry of a Clerk's Default against Defendant, SUPERIOR CHARTER SCHOOL SERVICES, INC. ("Defendant SCSS"), and in support states as follows:

 1. Plaintiff filed her Complaint against Defendants, ACADEMIR CHARTER SCHOOLS, INC. and SUPERIOR CHARTER SCHOOL SERVICES, INC., on August 9, 2023 [ECF No. 1].

 2. On August 10, 2023, the Clerk issued a Summons as to Defendant SCSS [ECF No. 3].

 3. On August 15, 2023, Plaintiff effectuated service on Defendant SCSS by serving its Registered Agent, Rolando Mir Sr., located at 5420 SW 157th Ave, Suite 5, Miami, FL 33185 [ECF No. 5].

4. Defendant SCSS's response to the Complaint was due by September 5, 2023. To date, Defendant SCSS has not served any response or answer to the Complaint.

5. Pursuant to FED. R. CIV. P. 55(a), a Clerk's Default should be entered against Defendant SCSS for failure to plead or otherwise defend this action.

WHEREFORE, Plaintiff respectfully moves the Clerk of Court for entry of a Clerk's Default against Defendant, SUPERIOR CHARTER SCHOOL SERVICES, INC.

| | |
|---|---|
| Dated: Miami, Florida<br>September 6, 2023, | **DEREK SMITH LAW GROUP, PLLC**<br>*Counsel for Plaintiff*<br><br>*/s/ Kyle T. MacDonald*<br>Kyle T. MacDonald, Esq.<br>Florida Bar No.: 1038749<br>Derek Smith Law Group, PLLC<br>701 Brickell Ave, Suite 1310<br>Miami, FL 33131<br>Tel: (305) 946-1884<br>Fax: (305) 503-6741<br>Kyle@dereksmithlaw.com |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on September 6, 2023, on all counsel of record on the service list below via e-email, and via U.S. mail to the addresses listed below.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.

## SERVICE LIST

**FREEMAN MATHIS & GARY, LLP**

CHRISTOPHER T. LAWSON, ESQ.
Florida Bar No.: 1025196
JULIE B. KARRON, ESQ.
Florida Bar No.: 14683
FREEMAN MATHIS & GARY, LLP
2502 N. Rocky Point Drive, Suite 550
Tampa, Florida 33607
Tel: (813) 774-6363
Fax: (833) 330-0369
julie.karron@fmglaw.com
chris.lawson@fmglaw.com

*Counsel for Defendants*

**VIA U.S. MAIL:**

SUPERIOR CHARTER SCHOOL SERVICES, INC.
c/o Rolando Mir Sr.
5420 SW 157th Ave
Unit 5
Miami, FL 33185

ACADEMIR CHARTER SCHOOLS, INC.
c/o Steve Gardner, CPA
2413 Main Street
115
Miramar, FL 33025