# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

JANE DOE

        PLAINTIFF(S)

v.

ACADEMIR CHARTER SCHOOLS, INC., et al.,

        DEFENDANT(S).

CASE NUMBER
1:23−cv−23004−WPD

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Superior Charter School Services, Inc.**

as of course, on the date September 6, 2023.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Jeffrey Adams*
Deputy Clerk

cc: Judge William P. Dimitrouleas
    Jane Doe

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)