**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 1:23-cv-23004-WPD**

JANE DOE, a minor, by and
through her mother and next
friend, MOTHER DOE,

      Plaintiffs,

v.

ACADEMIR CHARTER
SCHOOLS, INC. AND
SUPERIOR CHARTER
SCHOOL SERVICES, INC.

      Defendants.
_____/

**NOTICE OF CHANGE OF ADDRESS AND CONTACT INFORMATION**

Attorney **Christopher T. Lawson** files this Notice of Change of Address and Contact Information in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

**Freeman, Mathis & Gary, LLP**
2502 N. Rocky Point Drive, **Suite 550**
Tampa, Florida 33607
chris.lawson@fmglaw.com
julie.karron@fmglaw.com
soraya.sierra@fmglaw.com

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy off the Notice of Change of Address and Contact Information was furnished via electronic filing, U.S. Mail and/or facsimile to:

Kyle T. MacDonald, Esq., Florida Bar No. 1038749, Derek Smith Law Group, PLLC, 701 Brickell Avenue, Suite 1310, Miami, FL 33131 (Counsel for Plaintiffs).

Kyle@dereksmithlaw.com

Dated: September 7, 2023          Respectfully Submitted,

/s/ Christopher T. Lawson   **Bar No.:** 1025196
CHRISTOPHER T. LAWSON
chris.lawson@fmglaw.com
julie.karron@fmglaw.com
soraya.sierra@fmglaw.com
FREEMAN MATHIS & GARY, LLP
2502 N. Rocky Point Drive, Suite 550
Tampa, Florida 33607
Tel: (813) 774-6363 | Fax: (833) 330-0369
**Attorneys for Defendants**-Academir Charter Schools, Inc.