| | |
|---|---|
| From: | Kyle MacDonald |
| To: | Scott Yount |
| Cc: | David Rodriguez |
| Subject: | Re: Jane Doe v. Academir Charter Schools, et al.; USDC-SDFL Case No. 23-cvv-23004 |
| Date: | Tuesday, September 5, 2023 2:16:08 PM |
| Attachments: | image001.png |
| | image002.png |

Good afternoon Scott,

Thank you for reaching out. I apologize for missing your phone call. I am currently in a mediation so I am not able to speak at the moment.

We have no opposition to the 14 day extension. I look forward to working with you on this matter.

**Kyle T. MacDonald, Esq.**
*Admitted in FL



**DEREK SMITH LAW GROUP, PLLC**
Sexual Harassment and Discrimination Lawyers

New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco | San Diego
Email: kyle@dereksmithlaw.com
Toll Free: (800) 807-2209 | Direct Line: (786) 568-8120
701 Brickell Avenue, Suite 1310 | Miami, Florida 33131
discriminationandsexualharassmentlawyers.com

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

---

**From:** Scott Yount <syount@garrisonyount.com>
**Date:** Tuesday, September 5, 2023 at 1:02 PM
**To:** Kyle MacDonald <kyle@dereksmithlaw.com>
**Subject:** Jane Doe v. Academir Charter Schools, et al.; USDC-SDFL Case No. 23-cvv-23004

Good afternoon, Kyle –

I was contacted a few minutes ago about representing the defendants in this matter. It looks like the Answer is due today.

Can we have a 14 day extension of time to file a responsive pleading?

I haven't been formally retained yet but expect that to get resolved in a few hours.

Please let me know and thanks.

**Scott P. Yount**
Florida Bar Board Certified Specialist, Civil Trial Law
Garrison, Yount, Forte & Mulcahy, L.L.C.
Suite 800
601 Bayshore Boulevard
Tampa, Florida  33606-2760
(813)222-1472 Direct
(813)275-0404 Main
(813)275-0304 Fax
syount@garrisonyount.com
www.garrisonyount.com



## LEGAL NOTICE

This communication and any attachments thereto, constitute an "electronic communication" within the meaning of the *Electronic Communications Privacy Act, 18 U.S.C.A. §2510,* and disclosure of these contents is limited to the recipient(s) intended by the sender of this messages.  Unless expressly stated otherwise, this message and any documents accompanying this Email transmission are confidential and may be subject to the attorney client privilege or deemed work product documents. The Sender's expectation of privacy regarding the content of this e-mail message and any documents accompanying this transmission is extremely high. This message is intended solely for the addressee(s). If the reader of this message is not the intended recipient, you are hereby notified that you have received this in error and any review, dissemination, or copying is strictly prohibited. If you are not an addressee, any disclosure or copying of the contents of this e-mail, or any action taken or not taken in reliance on it, is strictly unauthorized and may be unlawful. If you are not an addressee, please destroy the message and inform the sender immediately at the number, address or Email address above. The receipt of our fax number above is not to be construed as the firm's consent to receive unsolicited fax advertisements and this Email does not create an Existing Business Relationship (EBR).