UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-23004-CIV-DIMITROULEAS

JANE DOE, a minor, by and through
her mother and next friend,
Mother Doe,

    Plaintiff,

vs.

Academir Charter Schools, Inc.,
Superior Charter School Services, Inc.

    Defendants.
_____/

## ORDER GRANTING MOTION TO VACATE CLERK'S DEFAULT

THIS CAUSE is before the Court on Defendant's Unopposed Motion to Vacate Entry of Clerk's Default against Defendant Superior Charter School Services, Inc. and for Extension of Time to Plead [DE 14], filed herein on September 7, 2023 (the "Motion"). The Court has carefully considered the Motion [DE 14] and is otherwise fully advised in the premises.

Here, upon a careful consideration of the record, the Court will grant the Motion. Defendant acted promptly to set aside the clerk's default. Moreover, defaults are disfavored. There is a long-standing preference in federal courts that litigation disputes be resolved on their merits. *Florida Physician's Ins. Co. v. Ehlers*, 8 F.3d 780, 783 (11th Cir. 1993).

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.     The Motion [DE 14] is hereby **GRANTED**;

    2.      The Clerk's Default [DE 13] is hereby **VACATED**;

    3.      Defendant Superior Charter School Services, Inc. shall respond to the Complaint on or before September 19, 2023.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Broward County, Florida, this 11th day of September, 2023.

*/s/ William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies to:
Counsel of Record