**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JANE DOE, a minor, by and through her
mother and next friend, MOTHER DOE,

      CASE NO.: 1:23-cv-23004-WPD

    Plaintiff,

    v.

ACADEMIR CHARTER SCHOOLS, INC.,
and SUPERIOR CHARTER SCHOOL
SERVICES, INC.,

    Defendants.
_____/

**PROPOSED SCHEDULING ORDER SETTING**
**CIVIL TRIAL DATE AND PRETRIAL SCHEDULE**

    **THIS CAUSE** is set for trial during the Court's two-week trial calendar beginning on **November __, 2024.** The **Calendar Call** will be held at **9:30 a.m. on Monday, October 21, 2024.** The parties shall adhere to the following schedule:

1. Joinder of any additional parties and filing of motions to amend the complaint by    **11/13/2023**

2. Parties shall disclose experts, expert witness summaries, and reports as required by Fed. R. Civ. P. 26(a)(2) by    **5/13/2024**

3. Parties shall disclose the names and addresses of all fact witnesses intended to be called at trial due by    **6/17/2024**

6. Parties shall conduct mediation by    **7/22/2024**

7. Fact discovery shall be completed by    **7/15/2024**

8. Expert discovery shall be completed by    **7/15/2024**

9. Dispositive motions, including those regarding summary judgment and *Daubert*, must be filed by    **8/12/2024**

1

11. All pretrial motions and memoranda of law, including motions *in limine*, must be filed by  **9/16/2024**

12. Joint pretrial stipulation, proposed joint jury instructions, proposed joint verdict form, and/or proposed findings of fact and conclusions of law must be filed by  **10/14/2024**

**DONE and ORDERED** in Chambers in Miami-Dade County, Florida, on this ___ day of _____ 2023.

THE HONORABLE WILLIAM P. DIMITROULEAS
UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*