UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-23004-WPD

JANE DOE, a minor, by and through her mother and next friend, Mother Doe,

    Plaintiff,

vs.

ACADEMIR CHARTER SCHOOLS, INC.,
SUPERIOR CHARTER SCHOOL SERVICES, INC.

    Defendants.
_____/

## DEFENDANT'S NOTICE OF SERVICE OF ANSWERS TO PLAINTIFF'S INTERROGATORIES

Defendant, ACADEMIR CHARTER SCHOOLS, INC., by and through undersigned counsel, hereby files its answers to Plaintiff's Interrogatories.

**I HEREBY CERTIFY** that on December 27, 2023, a true and correct copy of the foregoing was served on counsel for Plaintiff.

    /s/Julie B. Karron
    JULIE B. KARRON, ESQ.
    Florida Bar No.: 14683
    FREEMAN MATHIS & GARY, LLP
    2502 N. Rocky Point Drive, Suite 550
    Tampa, Florida 33607
    Tel: (813) 774-6363
    Fax: (833) 330-0369

2

julie.karron@fmglaw.com
soraya.sierra@fmglaw.com
Attorneys for Defendant -
Academir Charter Schools, Inc.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served by electronic mail, which furnished same via electronic mail delivery on December 27, 2023, to Kyle T. MacDonald, Esq., Derek Smith Law Group, PLLC, 701 Brickell Avenue, Suite 1310, Miami, FL 33131 (Counsel for Plaintiffs), at Kyle@dereksmithlaw.com; caroline@dereksmithlaw.com; and kylemacdonald@recap.email; and Scott Yount, Esq and Julie McHaffie, Esq., Garrison, Yount, Forte & Mulcahy, LLC, 601 Bayshore Blvd., Suite 800, Tampa, Florida 33606, at syount@garrisonyount.com, jmchaffie@garrisonyount.com, and dtrujillo@garrisonyount.com.