UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE, a minor, by and through
Her mother and next friend, MOTHER DOE,

    Plaintiff,

v.                                                                                             Case No.: 1:23-cv-23004

ACADEMIR CHARTER SCHOOLS, INC.,
and SUPERIOR CHARTER SCHOOL
SERVICES, INC.,

    Defendants.
_____/

### DEFENDANT'S NOTICE OF CHANGE OF FIRM ADDRESS & NOTICE OF AMENDED EMAIL DESIGNATIONS

JULIE B. KARRON and CHRISTOPHER T. LAWSON of the law firm FREEMAN MATHIS & GARY, LLP, counsel for the Defendant, ACADEMIR CHARTER SCHOOLS, INC., in the above captioned action, hereby gives notice to this Court and all counsel of their change of the firm's address, effective immediately. All pleadings and documents should henceforth be sent to:

| | |
|---|---|
| Physical Address: | Freeman Mathis & Gary, LLP |
| | 301 E Las Olas Blvd., Suite 250 |
| | Fort Lauderdale, FL 33301 |
| Telephone | (813) 358-3819 (Julie B. Karron) |
| | (813) 868-4059 (Christopher T. Lawson) |
| Fax: | (888) 609-2863 |
| Primary Email Addresses: | Julie.Karron@fmglaw.com |
| | Chris.Lawson@fmglaw.com |

Page **1** of **2**

Secondary Phone & Email Addresses:   Kerri McLaughlin, Legal Assistant

(954) 406-8737 (Kerri McLaughlin)

Kerri.McLaughlin@fmglaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed through the CM/ECF Portal, which furnished same via electronic mail delivery on May 14, 2024, to Kyle T. MacDonald, Esq., Derek Smith Law Group, PLLC, 701 Brickell Avenue, Suite 1310, Miami, FL 33131, at kyle@dereksmithlaw.com (Attorneys for Plaintiff).

/s/Julie B. Karron
JULIE B. KARRON, ESQ., Lead Counsel
Florida Bar No.: 14683
CHRISTOPHER T. LAWSON, ESQ.
Florida Bar No.: 1025196
FREEMAN MATHIS & GARY, LLP
301 E Las Olas Blvd., Suite 250
Fort Lauderdale, FL 33301
Tel: (813) 358-3819
Fax: (888) 609-2863
julie.karron@fmglaw.com
chris.lawson@fmglaw.com
Kerri.McLaughlin@fmglaw.com
soraya.sierra@fmglaw.com
Attorneys for Defendant, ACADEMIR CHARTER SCHOOLS, INC.