**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JANE DOE, a minor, by and through her
mother and next friend, MOTHER DOE,

        CASE NO.: 1:23-cv-23004-JB

    Plaintiff,

    v.

ACADEMIR CHARTER SCHOOLS, INC.,
and SUPERIOR CHARTER SCHOOL
SERVICES, INC.,

    Defendants.
_____/

**PROPOSED ORDER GRANTING PLAINTIFF'S *UNOPPOSED* MOTION FOR EXTENSION OF DISCOVERY DEADLINE AND DISPOSITIVE MOTION DEADLINE**

THIS CAUSE is before the Court on the Plaintiff's Unopposed Motion for Extension of Discovery Deadline and Dispositive Motion Deadline [D.E. 32] filed June 4, 2024, and the Court, having considered the Motion, and being otherwise fully apprised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion is hereby GRANTED. The discovery deadline contained is hereby extended to August 29, 2024, and the dispositive motion deadline is hereby extended until September 26, 2024. All other deadlines remain in effect.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this ___ day of _____ 2024.

_____
THE HONORABLE JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*