# EXHIBIT I



