## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

JANE DOE, a minor, by and through her
mother and next friend, MOTHER DOE,

                                                                      CASE NO.: 1:23-cv-23004-JB

       Plaintiff,

    v.

ACADEMIR CHARTER SCHOOLS, INC.,
and SUPERIOR CHARTER SCHOOL
SERVICES, INC.,

       Defendants.
_____/

## INDEX OF EXHIBITS TO PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND FOR SANCTIONS

| LETTER | DESCRIPTION |
|---|---|
| A | Defendant Academir Charter School, Inc.'s Amended Answers to Plaintiff's Interrogatories |
| B | Defendant Academir Charter School, Inc's Amended Responses to Plaintiff's Request for Production |
| C | Defendant Superior Charter School Services, Inc.'s Amended Answers to Plaintiff's Interrogatories |
| D | Defendant Superior Charter School Services, Inc.'s Amended Responses to Plaintiff's Request for Production |
| E | Transcript of May 8, 2024, Rule 30(b)(6) deposition of Rolando Mir |
| F | Transcript of May 9, 2024, Rule 30(b)(6) deposition of Olivia Bernal |

| | |
|---|---|
| G | 2023-2024 Title IX Policies and Procedures |
| H | Title IX Manual Metadata I and 2022-2023 Title IX Policies and Procedures (original file name: "Original Electronic Manual File Metadata Creation and Modification.pdf"") |
| I | Title IX Manual Metadata II (original file name: "Document Properties.docx") |
| J | Sworn Declaration of Academir Charter Schools, Inc. |
| K | Sworn Declaration of Superior Charter School Services, Inc. |
| L | Email from Defendants' counsel dated June 7, 2024 |
| M | Expert Report of Jim Stafford |