UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE, a minor, by and through
Her mother and next friend, MOTHER DOE,

    Plaintiff,

v.                                                                               Case No.: 1:23-cv-23004

ACADEMIR CHARTER SCHOOLS, INC.,
and SUPERIOR CHARTER SCHOOL
SERVICES, INC.,

    Defendants.
_____/

**<u>DEFENDANT ACADEMIR CHARTER SCHOOLS, INC.'S
NOTICE OF CHANGE OF LAW FIRM AND
CHANGE OF ADDRESS AND CONTACT INFORMATION</u>**

      COMES NOW, JULIE B. KARRON, of the law firm KELLEY KRONENBERG, counsel for the Defendant, ACADEMIR CHARTER SCHOOLS, INC., in the above captioned action, and pursuant to Local Rule 11.1(g) and CM/EFC Administrative Procedures 3d, compliance which is mandated pursuant to SDFL LR 5.1, and hereby gives notice to this Court and all counsel of their change of the firm, address and contact information effective immediately. All pleadings and documents should henceforth be sent to:

                Physical Address:    Kelley Kronenberg
                                        10360 West State Road 84
                                        Fort Lauderdale, FL 33324
                                        Telephone:    (954) 370-9970
                                        Fax:    (954) 382-1988

                Primary Email Addresses:    JKarron@kelleykronenberg.com
                Secondary Email Addresses:  aprieto@kelleykronenberg.com
                                                JBKpleadings@kelleykronenberg.com

Dated: July 10, 2024                    Respectfully Submitted,

**KELLEY KRONENBERG**

/s/ Julie B. Karron
**JULIE B. KARRON, ESQ.**
Fla. Bar No.: 14683
10360 West State Road 84
Fort Lauderdale, FL 33324
Telephone: (954) 370-9970
Facsimile: (954) 382-1988
Attorneys for Defendant, Academir Charter Schools, Inc.
jkarron@kelleykronenberg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed through the CM/ECF Portal, which furnished same via electronic mail delivery on July 11, 2024, to Kyle T. MacDonald, Esq., Derek Smith Law Group, PLLC, 701 Brickell Avenue, Suite 1310, Miami, FL 33131, at kyle@dereksmithlaw.com (Attorneys for Plaintiff) and Scott Yount, Esq. and Julie McHaffie, Esq., Garrison, Yount, Forte & Mulcahy, LLC, 601 Bayshore Blvd., Suite 800, Tampa, FL 33606 at syoung@garrisonyount.com ; jmchaffie@garrisonyount.com  (Attorneys for Superior Charter School Services, Inc.)

/s/ Julie B. Karron
Florida Bar. No.: 14683