**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 1:23-cv-23004-JB**

JANE DOE, a minor, by and through her
mother and next friend, MOTHER DOE,

      Plaintiff,

v.

ACADEMIR CHARTER SCHOOLS,
INC., and SUPERIOR CHARTER
SCHOOL SERVICES, INC.,

      Defendants.

_____/

**DEFENDANTS' NOTICE OF FILING PROPOSED ORDER**
**ON UNOPPOSED MOTION TO FOR EXTENSION OF TIME TO**
**RESPOND TO MOTION FOR DEFAULT JUDGMENT AND FOR**
**SANCTIONS (DE 34) AND MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO DISCOVERY**

     Defendants, SUPERIOR CHARTER SCHOOL SERVICES, INC., and ACADEMIR CHARTER SCHOOLS, INC., submit the attached Proposed Order Granting Defendants' Unopposed Motion for Extension of Time to Respond to Motion for Default Judgment and for Sanctions (DE 34) and Motion for Extension of Time to Respond to Discovery in connection with DE 36.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 16, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the CM/ECF which will serve the parties by email on the service list below.

__s/ Scott P. Yount_____
Scott P. Yount, FBN: 0021352
Garrison, Yount, Forte & Mulcahy, L.L.C.
601 Bayshore Blvd., Suite 800
Tampa, Florida 33606
Phone: 813-275-0404
Fax: 813-275-0304
Email: syount@garrisonyount.com
Counsel for Superior Charter School Services, Inc.

Julie B. Karron, FBN: 1025196
Kelly Kronenberg
10360 West State Road 84
Fort Lauderdale, Florida 33324
Phone: 954-370-9970
Fax: 954-382-1988
Email: jkarron@kellykronenberg.com
Counsel for Academir Charter Schools, Inc.

## SERVICE LIST

Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
Derek Smith Law Group, PLLC
701 Brickell Ave, Suite 1310
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
Kyle@dereksmithlaw.com
*Counsel for Plaintiff*

2