## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

JANE DOE, a minor, by and through her
mother and next friend, MOTHER DOE,

                 CASE NO.: 1:23-cv-23004-JB

    Plaintiff,

   v.

ACADEMIR CHARTER SCHOOLS, INC.,
and SUPERIOR CHARTER SCHOOL
SERVICES, INC.,

    Defendants.

_____/

### PROPOSED ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR DEFAULT JUDGMENT AND FOR SANCTIONS (DE 34) AND MOTION FOR EXTENSION OF TIME TO RESPOND TO DISCOVERY

    THIS CAUSE is before the Court on the Defendants' Unopposed Motion for Extension of Time (DE 36) filed July 16, 2024. Good cause having been shown, it is hereby ORDERED AND ADJUDGED THAT:

    1.   Defendants are granted an extension of time through July 22, 2024, to file their Response in Opposition to Plaintiff's Motion for Default Judgment and for Sanctions and to respond to Plaintiff's Second Set of Interrogatories and Second Request for Production, both served on June 11, 2024.

    **ORDERED and ADJUDGED** in Chambers in Miami-Dade County, Florida, on this ____ day of  July 2024.

         _____

         JACQUELINE BECERRA
         UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*