## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

JANE DOE, a minor, by and through her
mother and next friend, MOTHER DOE,

                                    CASE NO.: 1:23-cv-23004-WPD

      Plaintiff,

   v.

ACADEMIR CHARTER SCHOOLS, INC.,
and SUPERIOR CHARTER SCHOOL
SERVICES, INC.,

      Defendants.

_____/

### NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT
### SUPERIOR CHARTER SCHOOL SERVICES, INC.

      Scott P. Yount and Julie C. McHaffie, and the law firm of Garrison,

Yount, Forte & Mulcahy, L.L.C, give notice of their appearance as counsel on

behalf of Superior Charter School Services, Inc. The certificate of service for all

pleadings, orders, and other papers in this action should include:

Scott P. Yount, Esq.
Julie C. McHaffie, Esq.
601 Bayshore Blvd., Suite 800
Tampa, Florida 33606
syount@garrisonyount.com
jmchaffie@garrisonyount.com
eservice@garrisonyount.com

Respectfully submitted,

_____s/ Scott P. Yount_____
Scott P. Yount, FBN: 0021352
Julie C. McHaffie, FBN: 1025567

Garrison, Yount, Forte & Mulcahy, L.L.C.
601 Bayshore Blvd., Suite 800
Tampa, Florida 33606
Phone: 813-275-0404
Fax: 813-275-0304
Email: syount@garrisonyount.com
Email: jmchaffie@garrisonyount.com
*Counsel for Superior Charter School Services, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 19, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the CM/ECF which will serve the parties by email on the service list below.

## SERVICE LIST

Kyle T. MacDonald, Esq.
FBN: 1038749
Derek Smith Law Group, PLLC
701 Brickell Ave, Suite 1310
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
Kyle@dereksmithlaw.com
*Counsel for Plaintiff*

Julie B. Karron, Esq.,
FBN: 1025196
Kelly Kronenberg
10360 West State Road 84
Fort Lauderdale, Florida 33324
Phone: 954-370-9970
Fax: 954-382-1988
Email: jkarron@kellykronenberg.com
*Counsel for Academir Charter Schools, Inc.*