# EXHIBIT C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE, a minor, by and through
Her mother and next friend, MOTHER DOE,

    Plaintiff,

v.                                                                                     Case No.: 1:23-cv-23004

ACADEMIR CHARTER SCHOOLS, INC.,
and SUPERIOR CHARTER SCHOOL
SERVICES, INC.,

    Defendants.
_____/

## DECLARATION OF HABIB HASBUN

Pursuant to 28 U.S.C. § 1746, I Habib Hasbun, declare under penalty of perjury that:

1. My name is Habib Hasbun and I am an Information Technology ("IT") consultant with the company Syntech.

2. The information contained herein is based upon my personal knowledge.

3. I am not an employee of Academir Charter Schools, Inc. or Superior Charter School Services, Inc., however I am their external IT consultant and they are my client.

4. I was contacted by my above referenced client around May 15, 2024 in order to obtain metadata on files contained on Olivia Bernal's computer/the client's computer system.

5. On May 15, 2024 I personally went to the offices of the client in order to review the computer system and to capture the metadata of the requested files.

6. The documents attached hereto as **Composite Exhibit "A"** are evidence that I captured of the client's computer system and is a true and accurate depiction of the information contained on Ms. Bernal's computer system.

Page **1** of **2**

7.   The document entitled "TITLE IX POLICIES AND PROCEDURES" was originally created on August 10, 2022.

8.   I affirm that the documents attached as Composite Exhibit A are accurate and complete and that no documents have been altered, backdated, or otherwise manipulated in any way that would misrepresent their authenticity or the timeline of their creation and modification.

9.   I am available to meet with Plaintiff's expert to explain my findings and make the client's computer system available for an inspection that is limited to the viewing and retrieval of documents pertaining to the Title IX policies and procedures.

I, Habi Hasbun, hereby declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on  June 22nd, 2024          .

*Habib Hasbun*

Signature