# EXHIBIT A



ADP, Inc.
ADP Boulevard, Roseland, NJ
07068

# ADP, Inc.

awards this certificate to

Stephanie Ruiz

for completion of

Common Ground: Sexual Harassment and Abusive Conduct Prevention (For U.S. employees in all states except CA and CT and except employees in Chicago, IL) (online)

DATE

10/20/2022 9:11:41 PM

COURSE HOURS

01:00

*ADP Learning Team*

This certificate is awarded for completion of courses designed by ADP, Inc.




ADP, Inc.
ADP Boulevard, Roseland, NJ
07068

# ADP, Inc.

awards this certificate to

## Rosemarie Mortazavi

for completion of

## Common Ground: Sexual Harassment and Abusive Conduct Prevention (For

DATE
10/21/2022 12:37:29 PM

COURSE HOURS
01:00

*ADP Learning Team*

**ADP, LLC**
1 ADP Boulevard, Roseland, New Jersey 07068


A more human resource.®

# ADP, LLC

awards this certificate to

## Olivia Bernal

for completion of

### 2020 Preventing Harassment in the Workplace (online)

*8/25/2020 10:16:20 PM*
Date

*ADP Learning Team*

This certificate is awarded for completion of courses designed by ADP, LLC.

**ADP, LLC**
1 ADP Boulevard, Roseland, New Jersey 07068


A more human resource.®

# ADP, LLC

awards this certificate to

## Hira Hills

for completion of

### 2020 Preventing Harassment in the Workplace (online)

8/26/2020 7:30:36 PM
Date

*ADP Learning Team*

This certificate is awarded for completion of courses designed by ADP, LLC.



ADP, Inc.
ADP Boulevard, Roseland, NJ
07068

# ADP, Inc.

awards this certificate to

Hira Chaudry

for completion of

## Common Ground: Sexual Harassment and Abusive Conduct Prevention (For

DATE
10/20/2022 11:52:15 AM

COURSE HOURS
01:00

*ADP Learning Team*

This certificate is awarded for completion of courses designed by ADP, Inc.



ADP, LLC
ADP Boulevard, Roseland, NJ
07068

# ADP, LLC

awards this certificate to

## Zoley Castellon

for completion of

## 2021 Preventing Harassment for Employees (online) (Discontinued

DATE
8/11/2021 8:29:15 AM

*ADP Learning Team*



ADP, Inc.
ADP Boulevard, Roseland, NJ 07068



west

# ADP, Inc.

awards this certificate to

## Zoley Castellon

for completion of

## Common Ground: Sexual Harassment and Abusive Conduct Prevention (For

DATE
10/19/2022 5:20:08 PM

COURSE HOURS
01:00

*ADP Learning Team*



ADP, Inc.
ADP Boulevard, Roseland, NJ
07068

# ADP, Inc.

awards this certificate to

Zoley Castellon

for completion of

Common Ground: Sexual Harassment and Abusive Conduct Prevention (For U.S. employees in all states including Chicago, IL, EXCEPT CA and CT) (online) - 2023

DATE

8/24/2023 8:35:53 AM

COURSE HOURS

01:00

*ADP Learning Team*

**ADP, LLC**
1 ADP Boulevard, Roseland, New Jersey 07068



A more human resource.®

# ADP, LLC

awards this certificate to

## *Retta Bello*

for completion of

**2020 Preventing Harassment in the Workplace (online)**

*8/26/2020 1:00:05 PM*
Date

*ADP Learning Team*

This certificate is awarded for completion of courses designed by ADP, LLC.



West

ADP, Inc.
ADP Boulevard, Roseland, NJ 07068

# ADP, Inc.

awards this certificate to

## Retta Bello

for completion of

## Common Ground: Sexual Harassment and Abusive Conduct Prevention (For

DATE
10/20/2022 11:51:51 AM

COURSE HOURS
01:00

*ADP Learning Team*



ADP, Inc.
ADP Boulevard, Roseland, NJ
07068

# ADP, Inc.

awards this certificate to

Retta Bello

for completion of

Common Ground: Sexual Harassment and Abusive Conduct Prevention (For U.S. employees in all states including Chicago, IL, EXCEPT CA and CT) (online) - 2023

DATE

8/31/2023 2:17:05 PM

COURSE HOURS

01:00

*ADP Learning Team*



ADP, Inc.
ADP Boulevard, Roseland, NJ
07068

# ADP, Inc.

awards this certificate to

Melissa Valladares

for completion of

Common Ground: Sexual Harassment and Abusive Conduct Prevention (For U.S. employees in all states including Chicago, IL, EXCEPT CA and CT) (online) - 2023

DATE

8/23/2023 8:13:52 PM

COURSE HOURS

01:00

*ADP Learning Team*

This certificate is awarded for completion of courses designed by ADP, Inc.

**ADP, LLC**
1 ADP Boulevard, Roseland, New Jersey 07068



A more human resource.®

# ADP, LLC

awards this certificate to

## Melissa Valladares

for completion of

### 2020 Preventing Harassment in the Workplace (online)

8/25/2020 2:18:33 PM
Date

*ADP Learning Team*

This certificate is awarded for completion of courses designed by ADP, LLC.



ADP, Inc.
ADP Boulevard, Roseland, NJ
07068

# ADP, Inc.

awards this certificate to

## Melissa Valladares

for completion of

## Common Ground: Sexual Harassment and Abusive Conduct Prevention (For

DATE
10/20/2022 9:42:33 AM

COURSE HOURS
01:00

*ADP Learning Team*