EXHIBIT G

| | |
|---|---|
| **From:** | Kyle MacDonald |
| **To:** | Julie B. Karron; Julie.karron@fmglaw.com; Scott Yount; Julie McHaffie; chris.lawson@fmglaw.com |
| **Cc:** | Kerri A. McLaughlin; Daisy Trujillo; Cassie Cisneros; David Rodriguez |
| **Subject:** | Conferral on ADP Trainings/Certificates - Jane Doe v. Academir Charter Schools, Inc. et al. |
| **Date:** | Wednesday, July 10, 2024 11:04:59 AM |
| **Attachments:** | image001.png |
| | 07.10.24 ADP Correspondence.pdf |

Scott and Julie,

I am writing to bring to your immediate attention a recent development concerning the sexual harassment training purportedly conducted by ADP, Inc., for your clients. As you are aware, the Defendants produced certificates of completion issued by ADP for the sexual harassment training during discovery, and also referenced the training in their verified interrogatory responses.

However, today we received the attached letter from ADP, Inc., in response to our subpoena, which states that (1) Academir Charter Schools, Inc. has never purchased the product containing the sexual harassment course listed on the certificates, and (2) Although Superior Charter School Services, Inc. purchased the product, ADP has no records of the training ever being accessed or utilized.

Given the seriousness of this new evidence, which further supports the claims of fabrication and falsification outlined in our recently filed Motion for Default Judgment and for Sanctions, we require an explanation from your clients regarding this matter.

Please provide a detailed explanation for this discrepancy by no later than tomorrow, July 11th, at 11:00 AM. If we do not receive a satisfactory response by this time, we will consider this further evidence of Defendants' misconduct and will inform the Court accordingly.

Thank you for your prompt attention to this matter.

**Kyle T. MacDonald, Esq.**
*Admitted in FL



**Derek Smith Law Group, PLLC**
520 Brickell Key Drive, Suite O-301 | Miami, Florida 33131
Toll Free: (800) 807-2209 | Direct: (786) 568-8120
Email: kyle@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
New York | New Jersey | Philadelphia | Miami | Los Angeles | San Francisco | San Diego

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in a case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.