# EXHIBIT H

**From:** Quinn, Alice (CORP) <alice.quinn@adp.com>
**Sent:** Monday, July 15, 2024 8:27:14 AM
**To:** kyle@dereksmithlaw.com <kyle@dereksmithlaw.com>
**Cc:** Julie B. Karron <jkarron@kelleykronenberg.com>
**Subject:** Subpoena - Jane Doe v. Academir Charter Schools, et al.

Mr. MacDonald:

I am advised that that Academir Charter Schools Inc. is a client of ADP TotalSource, Inc.  ADP TotalSource Inc. is a professional employer organization ("PEO") that provides employers with comprehensive insurance, human resources and payroll outsourcing solutions through a co-employment model.  Accordingly, if you wish to obtain records from ADP TotalSource Inc., please serve a new subpoena on ADP TotalSource Inc. via their registered agent:

    C T Corporation System
    1200 South Pine Island Road
    Plantation, FL  33324



Alice Quinn
Lead Paralegal Specialist

One ADP Blvd., M.S. 325, Roseland, NJ  07068
T: 973-974-5291   C: 862-359-9940
alice.quinn@adp.com

This message and any attachments are intended only for the use of the addressee and may contain information that is privileged and confidential. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, notify the sender immediately by return email and delete the message and any attachments from your system.