UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-23004-JB

JANE DOE, *a minor, by and through her mother and next friend, Mother Doe,*

        Plaintiff,

v.

ACADEMIR CHARTER SCHOOLS, INC. and SUPERIOR CHARTER SCHOOL SERVICES, INC.,

        Defendants.
_____/

### ORDER REFERRING DEFENDANTS' JOINT MOTION TO EXTEND DISCOVERY DEADLINE OR IN THE ALTERNATIVE MOTION TO COMPEL PLAINTIFF'S RESPONSE TO DISCOVERY

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On August 13, 2024, Defendants, Academir Charter Schools, Inc. and Superior Charter Schools Services, Inc., filed a Joint Motion to Extend Discovery Deadline or in the Alternative Motion to Compel Plaintiff's Response to Discovery (the "Motion"), ECF No. [45]. It is **ORDERED AND ADJUDGED** that the Motion is hereby **REFERRED** to Chief United States Magistrate Judge Edwin G. Torres to take all necessary and proper action as required by law, including modification of deadlines set forth in the Court's Order Setting Trial, Calendar Call, Reference to Magistrate Judge, Pretrial Deadlines, and Pretrial Procedures, ECF No. [29].

It shall be the responsibility of the parties in this case to note the name of the Magistrate Judge on all filings and submissions pertaining to the Motion.

**DONE AND ORDERED** in Miami, Florida, this 13th day of August, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**