# EXHIBIT A

Re: SERVICE OF COURT DOCUMENTS - CASE NO. 1:23-cv-23004-JB - JANE DOE v. ACADEMIR CHARTER SCHOOLS, INC., ET AL.

Julie B. Karron <jkarron@kelleykronenberg.com>
Thu 8/8/2024 6:36 PM

To: Kyle MacDonald <kyle@dereksmithlaw.com>; Ambar Prieto <aprieto@kelleykronenberg.com>
Cc: Julie McHaffie <jmchaffie@garrisonyount.com>; Scott Yount <syount@garrisonyount.com>; Daisy Trujillo <dtrujillo@garrisonyount.com>; Cassie Cisneros <cassie@dereksmithlaw.com>; David Rodriguez <David@dereksmithlaw.com>; Taylor A. White <twhite@kelleykronenberg.com>

We will file a motion if you can't agree but this will impact mediation since we need the responses.

### Julie B. Karron
*Partner / Business Unit Leader*
10360 West State Road 84
Fort Lauderdale | FL 33324
(954) 370-9970 Ext. 1062 | Office
(954) 253-9374 | Cell
(954) 382-1988 | Fax
Website | Email

      

Important - Kelley Kronenberg utilizes spam and junk email filtration applications in its email information systems. These systems may prevent or delay delivery of certain email communications. If you do not receive a timely response to an email communication, please contact the intended recipient via phone in one of our office locations available here.

The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. Thank you.

---

**From:** Kyle MacDonald <kyle@dereksmithlaw.com>
**Sent:** Thursday, August 8, 2024 5:20:31 PM
**To:** Ambar Prieto <aprieto@kelleykronenberg.com>
**Cc:** Julie McHaffie <jmchaffie@garrisonyount.com>; Scott Yount <syount@garrisonyount.com>; Daisy Trujillo <dtrujillo@garrisonyount.com>; Cassie Cisneros <cassie@dereksmithlaw.com>; David Rodriguez <David@dereksmithlaw.com>; Taylor A. White <twhite@kelleykronenberg.com>; Julie B. Karron <jkarron@kelleykronenberg.com>
**Subject:** Re: SERVICE OF COURT DOCUMENTS - CASE NO. 1:23-cv-23004-JB - JANE DOE v. ACADEMIR CHARTER SCHOOLS, INC., ET AL.

Good afternoon,

Given that the discovery deadline in this matter is August 29, 2024, the discovery requests served below are untimely under Local Rule 26.1(d), which I have included for your reference:

**(d) Completion of Discovery.** Party and non-party depositions must be scheduled to occur, and written discovery requests and subpoenas seeking the production of documents must be served in sufficient time that the response is due on or before the discovery cutoff date. Failure by the party seeking discovery to comply with this paragraph obviates the need to respond or object to the discovery, appear at the deposition, or move for a protective order.

In light of the rule's clear mandate, we will not be responding to these requests.

**Kyle T. MacDonald, Esq.**
*Admitted in FL



**Derek Smith Law Group, PLLC**
520 Brickell Key Drive, Suite O-301  |  Miami, Florida 33131
Toll Free: (800) 807-2209  |  Direct: (786) 568-8120
Email: kyle@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com

New York  |  New Jersey  |  Philadelphia  |  Miami  |  Los Angeles  |  San Francisco  |  San Diego

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender

that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.

**From:** Ambar Prieto <aprieto@kelleykronenberg.com>
**Date:** Thursday, August 8, 2024 at 4:43 PM
**To:** Kyle MacDonald <kyle@dereksmithlaw.com>
**Cc:** Julie McHaffie <jmchaffie@garrisonyount.com>, Scott Yount <syount@garrisonyount.com>, Daisy Trujillo <dtrujillo@garrisonyount.com>, Cassie Cisneros <cassie@dereksmithlaw.com>, David Rodriguez <David@dereksmithlaw.com>, Taylor A. White <twhite@kelleykronenberg.com>, Julie B. Karron <jkarron@kelleykronenberg.com>
**Subject:** SERVICE OF COURT DOCUMENTS - CASE NO. 1:23-cv-23004-JB - JANE DOE v. ACADEMIR CHARTER SCHOOLS, INC., ET AL.

**SERVICE OF COURT DOCUMENTS**

| | |
|---|---|
| **Court Identity:** | United States District Court – Southern District of Florida |
| **Case Number:** | 1:23-cv-23004-JB |
| **Plaintiff(s):** | Jane Doe |
| **Defendant(s):** | Academir Charter Schools, Inc. and Superior Charter School Services, Inc. |
| **Document(s) being served:** | 1. Academir Interrogatories to Mother Doe<br>2. Academir RFP to Mother Doe |
| **Sender's name & number:** | Julie B Karron, Esq.<br>954-370-9970 |

**Ambar Prieto**
*Legal Assistant*
10360 West State Road 84
Fort Lauderdale l FL 33324
(954) 370-9970 Ext. 1168 l Office
(954)382-1988 l Fax
Website l Email

      

Important - Kelley Kronenberg utilizes spam and junk email filtration applications in its email information systems. These systems may prevent or delay delivery of certain email communications. If you do not receive a timely response to an email communication, please contact the intended recipient via phone in one of our office locations available here.
The information transmitted, including any attachments, is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited, and all liability arising therefrom is disclaimed. If you received this in error, please contact the sender and delete the material from any computer. Thank you.