UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-23004-JB

JANE DOE, *a minor, by and through her mother and next friend, Mother Doe*,

      Plaintiff,

v.

ACADEMIR CHARTER SCHOOLS, INC. and SUPERIOR CHARTER SCHOOL SERVICES, INC.,

      Defendants.
_____/

### ORDER REFERRING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT AND FOR SANCTIONS TO MAGISTRATE JUDGE

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On July 2, 2024, Plaintiff, Jane Doe, filed a Motion for Default Judgment and for Sanctions (the "Motion"), ECF No. [34]. It is **ORDERED AND ADJUDGED** that the Motion is hereby **REFERRED** to Chief United States Magistrate Judge Edwin G. Torres to take all necessary and proper action as required by law. It shall be the responsibility of the parties in this case to note the name of the Magistrate Judge on all filings and submissions pertaining to the Motion.

**DONE AND ORDERED** in Miami, Florida, this 27th day of August, 2024.

_____
JACQUELINE BECERRA
UNITED STATES DISTRICT JUDGE