UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:23-cv-23004-JB

JANE DOE, a minor, by and through her
mother and next friend, MOTHER DOE,

    Plaintiff,

v.

ACADEMIR CHARTER SCHOOLS, INC.,
and SUPERIOR CHARTER SCHOOL
SERVICES, INC.,

    Defendants.
_____/

## MEDIATOR'S REPORT

COMES NOW, the undersigned certified Mediator, Cathleen Scott, and reports to this Honorable Court:

The parties and their counsel attended Mediation via Zoom videoconference on September 5, 2024. The mediation resulted in an impasse.

## CERTIFICATE OF SERVICE

**I hereby certify** that a true and correct copy of the foregoing was served on September 10, 2024, on all counsel or parties of record on the Service List below.

                        s/Cathleen Scott
                        Cathleen Scott, Esq.
                        Florida Bar No. 135331
                        Primary e-mail: cscott@scottlawteam.com
                        Secondary e-mail: mail@scottlawteam.com
                        SCOTT LAW TEAM, LLC
                        Jupiter Gardens
                        250 South Central Boulevard
                        Suite 104-A
                        Jupiter, FL 33458
                        Telephone: (561) 653-0008
                        Facsimile: (561) 653-0020

www.ScottLawTeam.com

**SERVICE LIST**
**CASE NO.: 1:23-cv-23004-JB**

Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
Derek Smith Law Group, PLLC
520 Brickell Key Drive, Suite O-301
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
Kyle@dereksmithlaw.com
*Counsel for Plaintiff*

Julie B. Karron, Esq.
Florida Bar No.: 1025196
KELLY KRONENBERG
10360 West State Road 84
Fort Lauderdale, Florida 33324
Phone: 954-370-9970
Fax: 954-382-1988
Email: jkarron@kellykronenberg.com
*Counsel for Defendant Academir Charter Schools, Inc.*

Scott P. Yount, Esq.
Florida Bar No.: 0021352
GARRISON, YOUNT, FORTE & MULCAHY, LLC
601 Bayshore Blvd., Suite 800
Tampa, Florida 33606
Phone: 813-275-0404
Fax: 813-275-0304
*Counsel for Defendant Superior Charter School Services, Inc.*