# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-23004-WPD

JANE DOE, a minor, by and through her mother and next friend, Mother Doe,

    Plaintiff,

vs.

ACADEMIR CHARTER SCHOOLS, INC.,
SUPERIOR CHARTER SCHOOL SERVICES, INC.

    Defendants.
_____/

## DEFENDANT'S AMENDED ANSWERS TO PLAINTIFF'S SECOND SET OF INTERROGATORIES

Defendant, SUPERIOR CHARTER SCHOOL SERVICES, INC., by and through undersigned counsel, and pursuant to the agreement between it and Plaintiff, hereby amends its answers to Plaintiff's Second Set of Interrogatories as follows:

2. Identify and describe in detail all sources of funding received by Defendant SCSS, from Defendant Academir, from January 1, 2020, to December 31, 2023. For each source identified, please state: (1) the amounts received, (2) the dates of receipt, and (3) the specific purposes for which the funds were used, including any programs, projects, or expenditures.

**AMENDED ANSWER:** **Superior is unable to identify or describe in detail "all sources of funding" received by it from co-Defendant Academir. Pursuant to the management agreement between**

1

**Academir and Superior, the schools pay a fee to Superior. Amounts are reflected in the audit report previously provided. The funds are used in accordance with the terms of the management agreement and are for the overall management services provided by Superior. Superior has attached in response to its Amended Response to Second Request for Production its detailed Income Statements covering the time period of 1/1/2022 – 12/31/2023 which documents are incorporated herein by reference. The dates of payments by Academir to Superior are reflected in the documents. Defendant further refers Plaintiff to the deposition testimony of Rolando Mir, Oliva Bernal and Esther Mir for further explanation on the payments made to Superior.**

3.      Identify all federal, state, and local funds received by Defendant SCSS, whether directly or indirectly, from January 1, 2020, to December 31, 2023, including but not limited to all grants, subsidies, or any other form of financial assistance received by Defendant SCSS. For each source identified, please state: (1) the amounts received, (2) the dates of receipt, and (3) the specific purposes for which the funds were used, including any programs, projects, or expenditures.

**<u>AMENDED ANSWER:</u>      Defendant received no federal, state, or local funds from January 1, 2020, to December 31, 2023.**

      **I HEREBY CERTIFY** that on August 14, 2024, a true and correct copy

of the foregoing was served via email on counsel for Plaintiff.

                                        ___*s/ Scott P. Yount*_____
                                        Scott P. Yount, FBN: 0021352
                                        Garrison, Yount, Forte & Mulcahy, L.L.C.
                                        601 Bayshore Blvd., Suite 800
                                        Tampa, Florida 33606
                                        Phone: 813-275-0404
                                        Fax: 813-275-0304
                                        Attorney for Superior Charter School Services, Inc.

Doc ID: cd48336a01e7ab941446472581758c3012ecbee3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-23004-WPD

JANE DOE, a minor, by and through her mother and next friend, Mother Doe,

    Plaintiff,

vs.

ACADEMIR CHARTER SCHOOLS, INC.,
SUPERIOR CHARTER SCHOOL SERVICES, INC.

    Defendants.
_____/

## DECLARATION (28 U.S.C. § 1746)

My name is Rolando Mir, and I am the CEO of Superior Charter School Services, Inc., a defendant in this case.

I am authorized on behalf of Superior Charter School Services, Inc. to respond to Plaintiff's Second Set of Interrogatories served on it.

I declare under penalty of perjury that the responses contained in Defendant's Amended Answers to Plaintiff's Second Set of Interrogatories are true and correct.

Executed on 08 / 14 / 2024 _____.

Superior Charter School Services, Inc.

By:_____
    Rolando Mir, CEO

Doc ID: cd48336a01e7ab941446472581758c3012ecbee3