# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE, a minor, by and through her
mother and next friend, MOTHER DOE,

CASE NO.: 1:23-cv-23004-WPD

      Plaintiff,

v.

ACADEMIR CHARTER SCHOOLS, INC.,
and SUPERIOR CHARTER SCHOOL
SERVICES, INC.,

      Defendants.
_____/

## PROPOSED ORDER GRANTING SUPERIOR'S MOTION FOR LEAVE TO AMEND ANSWER

THIS CAUSE is before the Court on the Defendant's Motion for Leave to Amend Answer filed September 11, 2024. Good cause having been shown, it is hereby ORDERED AND ADJUDGED THAT:

1. Defendant's Motion for Leave to Amend Answer is GRANTED.

2. Defendant is permitted to file the Amended Answer attached as Exhibit "C" to the Motion.

**ORDERED and ADJUDGED** in Chambers in Miami-Dade County, Florida, on this ___ day of _____ 2024.

                                                    _____
                                                  JACQUELINE BECERRA
                                                  UNITED STATES DISTRICT JUDGE

*Copies Furnished to All Counsel of Record*