## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cv-23004-BECERRA/TORRES

JANE DOE, a minor, by and through
her mother, MOTHER DOE,

    Plaintiff,

v.

ACADEMIC CHARTER SCHOOLS, INC. and
SUPERIOR CHARTER SCHOOL SERVICES, INC.,

    Defendants.

_____/

## ORDER SETTING EVIDENTIARY HEARING ON PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

This cause comes before the Court on Plaintiff's Motion for Default Judgment and For Sanctions against Defendants for purported discovery violations. [D.E. 34].

An evidentiary hearing for this motion is hereby set for Wednesday, September 18 at 2:00 PM. The hearing will take place in person at the United States Courthouse, 99 N.E. Fourth St, Tenth Floor, Courtroom Five, Miami, Florida before Chief Magistrate Judge Edwin G. Torres.

Defendants must ensure the appearance at the hearing of Olivia Bernal, Chief Operating Officer for Defendants who was previously deposed by Plaintiff in this matter. The parties may also call to testify at the hearing any other witnesses with relevant testimony.

**DONE and ORDERED** in Chambers in Miami, Florida this 12th day of September, 2024.

>   */s/ Edwin G. Torres*
>   EDWIN G. TORRES
>   United States Magistrate Judge