**CIVIL MINUTES/CALENDAR**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

*UNITED STATES MAGISTRATE JUDGE EDWIN G. TORRES*

**James Lawrence King Federal Justice Building - Courtroom 10-5**

**September 18, 2024 – 2:00 pm – 5:10 pm**

<u>**Clerk:   Maedon Clark**</u>                              <u>**Court Reporter: Patricia Diaz**</u>

**23-23004-CIV-BECERRA/TORRES**

**JANE DOE**
*Kyle MacDonald, Esquire*

vs

**ACADEMIR CHARTER SCHOOLS, INC.**
*Scott Yount, Esquire*
*Julie Karron, Esquire*

| | |
|---|---|
| REASON FOR HEARING | **Plaintiff's Motion for Default Judgment and for Sanctions** |
| RESULT OF HEARING | Plaintiff's exhibits presented with objection from Defendant to Exhibit 15.   Overruled by The Court.   Plaintiffs exhibits admitted. |

                                      Olivia Bernal sworn (Yount)
                                          Cross Examination (MacDonald)

                                      James Lee Stafford sworn (MacDonald)
                                          Cross Examination (Yount)
                                      Redirect (MacDonald)

                                      Habib Hasbun sworn (Yount)
                                          Cross Examination (MacDonald)

                                      ARGUMENT

                                      ORDER to follow