EXHIBIT "B"

1          IN THE DISTRICT COURT
       SOUTHERN DISTRICT OF FLORIDA
2

3        CASE NO.  1:23-cv-23004-WPD

4 JANE DOE, a minor, by and

5 through her mother and next

6 friend, MOTHER DOE,

7    Plaintiff,

8 vs.

9 ACADEMIR CHARTER SCHOOLS, INC.,

10 and SUPERIOR CHARTER SCHOOL

11 SERVICES, INC.,

12    Defendants.

13 _____/

14

15       DEPOSITION OF HIRA CHAUDRY

16

17      WEDNESDAY, MAY 15, 2024
      4:00 p.m. - 5:43 p.m.
18

19    601 BRICKELL KEY DRIVE, SUITE 700
       MIAMI, FLORIDA
20
         -  -  -
21

22

   Reported By:
23
   Katiana Louis
24    Notary Public, State of Florida
   Miami Office #27402
25

Case 1:23-cv-23004-JB   Document 58-2   Entered on FLSD Docket 09/24/2024   Page 3 of 66

Deposition of Hira Chaudry                    Jane Doe v. AcadeMir Charter Schools, Inc., et al.

```
 1      APPEARANCES:

 2      On behalf of the Plaintiff:

 3      DEREK SMITH LAW GROUP
        520 Brickell Key Drive, Suite O-301
 4      Miami, Florida 33131
        (786) 568-8120
 5
        By:  KYLE THOMAS MACDONALD, ESQUIRE
 6           Kyle@dereksmithlaw.com

 7


 8      On behalf of the Defendant AcadeMir Charter
        Schools, Inc.:
 9
        FREEMAN MATHIS & GARY, LLP
10      301 East Las Olas Boulevard, Suite 250
        Fort Lauderdale, Florida 33301
11      (954) 406-5674

12      By:  JULIE BETH KARRON, ESQUIRE
             Julie.karron@fmglaw.com
13


14
        On behalf of the Defendant Superior Charter
15      School Services, Inc.:

16      GARRISON, YOUNT, FORTE & MULCAHY, L.L.C.
        601 Bayshore Boulevard, Suite 800
17      Tampa, Florida 33602
        (813) 515-0322
18
        By:  JULIE CATHERINE MCHAFFIE, ESQUIRE
19           Jmchaffie@garrisonyount.com

20

21

22

23

24

25
```

```
 1                    I N D E X
      Examinations                              Page
 2
      HIRA CHAUDRY
 3    DIRECT EXAMINATION BY MR. MACDONALD          4

 4
                    E X H I B I T S
 5
      No.      Description                       Page
 6    1        Miami-Dade County Public Schools    42
               Student Referral
 7    2        Elementary Code of Student Conduct  45
      3        Title IX Policies and Procedures:   53
 8             Sex-Based Discrimination and Sexual
               Harassment Manual
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    Thereupon:

2                       HIRA CHAUDRY

3    was called as a witness, and having been first

4    duly sworn and responding "Yes," was examined and

5    testified as follows:

6                     DIRECT EXAMINATION

7    BY MR. MACDONALD:

8        Q.   Good afternoon.  My name is Kyle

9    MacDonald and I represent Jane Doe in her lawsuit

10   against AcadeMir Charter Schools, Inc. and

11   Superior Charter School Services, Inc.  Thank you

12   for being here today.

13       A.   You're welcome.

14       Q.   Can you please start by stating your

15   full name for the record, please?

16       A.   My name is Hira Hills, formerly Hira

17   Chaudry.

18       Q.   Have you ever had your deposition taken

19   before?

20       A.   No, I haven't.

21       Q.   Since this is your first deposition,

22   I'll go over a few things so we're both on the

23   same page.  Do you understand that you have been

24   placed under oath and you have an obligation to

25   testify truthfully here today?

A. Yes.

Q. And do you understand that -- strike that.

Now, in terms of your responses, the court reporter cannot transcribe anything inaudible like a gesture or shrug. So, be sure to answer clearly just as you have been.

A. Okay.

Q. And the court reporter also cannot accurately reflect your responses if we speak at the same time. So I will wait for you to finish your answers and I ask that you wait until I finish my questions.

A. Okay.

Q. Now, we want to ensure that we get your best testimony, so if there is any question that I ask that you find confusing or you don't understand, just let me know and I can try and rephrase the question for you.

A. Okay.

Q. On that same note, if you do not say anything, I'm going to assume you understood the question as asked. Okay?

A. Okay.

Q. If you need to take a break at any

1    point, go to the bathroom, get a drink of water

2    or take a breather, please let me know and I'm

3    happy to do so.

4         A.   Okay.

5         Q.   Is there anything that prevents you from

6    thinking clearly and testifying truthfully here

7    today?

8         A.   No.

9         Q.   Now, for the purposes of today's

10   deposition, I'll refer to AcadeMir Charter

11   Schools, Inc. as just AcadeMir if that's okay

12   with you?

13        A.   Yes.

14        Q.   And on the same note, I'll refer to my

15   client who is a minor,              , as Jane Doe

16   if that's okay with you?

17        A.   Okay.

18        Q.   What did you do to prepare for today's

19   deposition?

20        A.   I had a like a prep meeting.  And that

21   was it.

22        Q.   And was that prep meeting with an

23   attorney?

24        A.   Yes.

25        Q.   And is that counsel for AcadeMir,

 1      Ms. Karron?

 2          A.   With AcadeMir?

 3          Q.   Who is the attorney?

 4          A.   Julie.  And there was, I think -- I

 5      can't remember the other lawyer's name that was

 6      present.

 7          Q.   Did you speak to anyone else besides the

 8      attorneys you just mentioned regarding your

 9      deposition today?

10          A.   No.

11          Q.   Did you review any documents prior to

12      your deposition here today?

13          A.   No.

14          Q.   What is your current address?

15          A.   11241 Southwest 152nd Place, Miami,

16      Florida 33196.

17          Q.   And how long have you lived at that

18      address for?

19          A.   I'm trying to do the math.  Around 11 to

20      12 years.

21          Q.   Have you ever been a party to a civil

22      lawsuit before?

23          A.   No.

24          Q.   Have you ever been a witness in any

25      other lawsuit before?

1    A.    No.

2    Q.    Did you attend college?

3    A.    Yes.

4    Q.    Where did you attend college?

5    A.    FIU.

6    Q.    And did you earn a degree at FIU?

7    A.    I did.

8    Q.    And what degree was that?

9    A.    A bachelor's in early childhood.

10   Q.    And do you have any other degrees
11   besides that one?

12   A.    I'm currently getting my master's from
13   FIU.

14   Q.    Do you have any professional
15   certifications?

16   A.    That go along with my teaching
17   certifications there are things that get added to
18   that.  An ESOL certification, a reading
19   endorsement, and once I finish my master's I'll
20   have another reading K through 12 certification.

21   Q.    Where do you currently work?

22   A.    At public school, an elementary school.

23   Q.    What is that called?

24   A.    Sunset Park Elementary School.

25   Q.    What do you do at Sunset Park?

1      A.    I'm a teacher.

2      Q.    When did you begin working at Sunset

3  Park?

4      A.    This school year, in August.

5      Q.    August of 2023 then?

6      A.    Yes.

7      Q.    Where did you work prior to Sunset Park?

8      A.    AcadeMir Charter School.

9      Q.    And were you a teacher at AcadeMir as

10  well?

11      A.    Yes.

12      Q.    When did you first begin working for

13  AcadeMir?

14      A.    In 2018.

15      Q.    And what grade were you teaching when

16  you started in 2018?

17      A.    Kindergarten.

18      Q.    And did you remain a kindergarten

19  teacher for the rest of your time at the school?

20      A.    Yes, I did.

21      Q.    Who did you report to as a kindergarten

22  teacher at AcadeMir?

23      A.    Administration.  And I was also the

24  grade level lead for my grade level so it was

25  directly to administration.

1    Q.   Was it anyone in particular in

2   administration or multiple people?

3    A.   The first few years we were all in one

4   building, so it was all of administration and

5   then when we were at the primary learning center

6   it was to one assistant principal.

7    Q.   And when was that change to the primary

8   learning center, roughly?

9    A.   I was there for two years.  So 2021 to

10   2022, and 2022 to 2023.

11    Q.   And why did you leave AcadeMir?

12    A.   To go to public school.

13    Q.   Why did you want to go to public school?

14    A.   They have better benefits and they pay

15   for your master's and continuing education.

16    Q.   When you worked at AcadeMir as a

17   teacher, did you undergo any type of training?

18    A.   Yes, lots of training.

19    Q.   Did you ever receive any training on

20   Title IX?

21    A.   Yes.

22    Q.   And what training was that?

23    A.   Through our ADP, like HR, modules and

24   webinars.

25    Q.   And how often did you have to do that

1    ADP training?

2         A.   At the beginning of the school year, we

3    would have certain ones to complete.  I don't

4    remember specifically.

5         Q.   But you had to do a training every year?

6         A.   Yeah.

7         Q.   Did the topics vary depending on the

8    year?

9         A.   Yes.

10        Q.   What topics were covered in those

11   trainings depending on the year?

12        A.   I mean, I don't -- I honestly can't

13   remember.  I can list a few off the top of my

14   head, like harassment, Florida statutes in the

15   workplace, how to -- communication.  And I don't

16   know.  Honestly, I can't remember right now.

17   Sexual harassment, workplace.

18        Q.   And did any of those ADP trainings cover

19   Title IX specifically?

20        A.   I don't remember.

21        Q.   And besides those ADP trainings, did you

22   receive any other training on Title IX during

23   your time at AcadeMir?

24        A.   No.

25        Q.   Did you receive any training on sexual

1    harassment while you were employed at AcadeMir?

2        A.   Yeah.  Through those -- well, through

3    the ADP.

4        Q.   And were those sexual harassment topics

5    covered each year or did it depend?

6        A.   Each year.

7        Q.   And did you earn any kind of certificate

8    when you completed these trainings?

9        A.   Yes.

10       Q.   And did you have to do anything with

11   those certificates?

12       A.   No, they were in the portal.

13       Q.   What portal?

14       A.   Like, ADP has a work portal.

15       Q.   Did you have to send certificates to

16   anyone at AcadeMir?

17       A.   Sometimes for some trainings.

18       Q.   Do you know if during your employment

19   with AcadeMir they had any written Title IX

20   policies?

21       A.   I can't remember.

22       Q.   Do you recall if during your employment

23   at AcadeMir, AcadeMir had any written policies on

24   sexual harassment?

25       A.   Can you clarify?  Would that be like

1    coworker -- like, we had, like, a staff room that

2    had posters posted, but I don't know

3    specifically.

4         Q.   Were there any written policies

5    regarding sexual harassment besides posters?  I

6    guess, anything in a handbook?  Are you aware?

7         A.   We were given a handbook, yes.

8         Q.   An employee handbook?

9         A.   Yes.

10        Q.   During your employment at AcadeMir, did

11   you receive any training on how to handle student

12   complaints of sexual harassment?

13        A.   Specifically, I don't remember.

14        Q.   And during your employment at AcadeMir,

15   did you receive any training on how to handle

16   student complaints of discrimination?

17        A.   I don't remember.  I think things were

18   introduced like my first year, but I don't

19   remember.

20        Q.   While you were employed at AcadeMir, do

21   you know if the school had a Title IX

22   coordinator?

23        A.   I don't know.  No.

24        Q.   While you were employed at AcadeMir, do

25   you know who was responsible for handling Title

1    IX generally?

2         A.   No.

3         Q.   While you were a teacher at AcadeMir,

4    did you ever receive any reports of sexual

5    harassment?

6         A.   Reports as -- can you clarify that

7    question?  Can you repeat it?

8         Q.   While you were a teacher at AcadeMir,

9    did any student make any allegations that you

10   considered to be sexual harassment?

11        A.   Physically, no.

12        Q.   Were there other kinds of sexual

13   harassment reported that was not physical?

14        A.   No.

15        Q.   Then what did you mean by "physically"?

16        A.   Physically.

17        Q.   And are you familiar with my client

18   Jane?

19        A.   Yes.

20        Q.   She was a student at AcadeMir; is that

21   right?

22        A.   Yes.

23        Q.   Did you teach Jane?

24        A.   I did.

25        Q.   And when did you teach her while you

1    were at AcadeMir?

2         A.   Last school year, 2022 to 2023.

3         Q.   And were you Jane's full-time teacher?

4         A.   Yes.

5         Q.   How often did you interact with Jane?

6         A.   She was in my classroom every day from

7    8:30 to 2:30.

8         Q.   During the time you were Jane's

9    teacher did she ever have any disciplinary

10   issues?

11        A.   Yes, she did.

12        Q.   What disciplinary issues would she have?

13        A.   Towards the beginning of the year, she

14   would have, I wouldn't say tantrums, but if she

15   didn't want to do something or she didn't want

16   something happening to her, she would cry in

17   class, stomp her feet.

18             And I had a meeting with her parents

19   about it because she would cry for 5 or 10

20   minutes in class if she didn't want to open up

21   her math book or she didn't want to come into

22   class that day, things like that.

23        Q.   When did you first notice those issues

24   that you just described?

25        A.   Mostly at the beginning of the school

 1     year.

 2         Q.   Would that be --

 3         A.   August, September.

 4         Q.   Of 2022?

 5         A.   2022.

 6         Q.   And you said you had a meeting with

 7     Jane's parents about this?

 8         A.   Yes.

 9         Q.   Was this a parent-teacher conference?

10         A.   Yes.

11         Q.   And did you have to fill out any forms

12     to have that parent-teacher conference?

13         A.   I did.

14         Q.   And what does that form look like?

15         A.   It's a parent-teacher conference form

16     and you fill out what was spoken about, and the

17     parents sign and I sign as well, whoever was

18     present in the meeting.

19         Q.   And what did Jane's parents say when you

20     shared these issues with them in that meeting?

21         A.   They knew how Jane was.  She had those

22     same behavior problems previously in pre-K as

23     well.  And they said that they would have the

24     same conversations with her at home about crying

25     constantly in class.  They were at first not

1  confused, but they didn't know what the picture

2  of kindergarten was, that it's rigorous, they do

3  class work, and they have exams, they thought it

4  was more of centered play.

5          So, I kind of walked them through what a

6  day looked like, and that they do have reading,

7  science, math, social studies and that was it.

8  And we came to the conclusion that for them to

9  motivate her at home to behave better in class,

10 they had a behavior system just to communicate

11 with her to motivate her to try to do better --

12 behave better.

13     Q.   And did those issues continue after that

14 conference?

15     A.   It wasn't as severe.  It did iron out.

16 I built a relationship with her.  She kind of got

17 into the gist of school.  Did it happen every so

18 often?  Yes, not as much or as frequently as it

19 was happening towards the beginning of the year.

20     Q.   And besides that parent-teacher

21 conference form, did you ever document any of

22 these issues?

23     A.   Just through behavior calendars that I

24 would send home and through, like, conduct

25 grades, but that was it.

1    Q.   What are behavior calendars?

2    A.   I had like a system in my class,

3  depending on what -- how they behaved for the

4  day, they would get a color and I would put it on

5  online like on a little app so the parents could

6  see how the kids behaved that day.

7    Q.   And you mentioned conduct grades as

8  well; is that right?

9    A.   Yes.  Every quarter they would get a

10 behavior grade and you add comments.

11   Q.   And was every teacher required to do

12 those conduct grades?

13   A.   Yes.

14   Q.   And how would you give the conduct

15 grades to students?

16   A.   Depending on their conduct for the nine

17 weeks.  So how they behaved on a day to day.

18   Q.   Was this a paper form or something you

19 do electronically?

20   A.   A report card.

21   Q.   And this was mailed to the parents?

22   A.   Sent home.

23   Q.   And did AcadeMir keep a record of those

24 conduct grades too?

25   A.   It's through a grade book.  So, I'm not

1    sure.

2        Q.   What grade book?

3        A.   Like Miami-Dade Schools' grade book.

4        Q.   And is there a scoring system of these

5    conduct grades?

6        A.   In kindergarten, no.  I mean, it's on,

7    again, the teacher's records, and my record was

8    through those behavior calendars.

9        Q.   And you said you did those every nine

10   months; is that what you said?

11       A.   Every quarter, yes, every nine weeks.

12       Q.   And were those entered through the DSIS

13   system, I believe it's referred to?

14       A.   That, I don't know.

15       Q.   Where would you enter those forms?

16       A.   In my grade book.

17       Q.   Was that a website?

18       A.   Yes, through Dade schools.

19       Q.   How were Jane's conduct grades while you

20   taught her?

21       A.   I don't remember specifically, but I do

22   know that I had to have the conversation with her

23   parents like consistent about her behavior.

24       Q.   Did you ever share those issues with any

25   other employees of AcadeMir?

```
 1        A.   No, because it was managed.  If it was

 2   not controlled, then, yes, but it was manageable.

 3        Q.   Did you ever share those issues with

 4   Susie Bello at any point?

 5        A.   I'm sure -- I know we had conversations

 6   about the students and their temperaments and

 7   their behavior, but specifically, I can't

 8   remember.

 9        Q.   Was it common for you to discuss issues

10   like that with Susie Bello?

11        A.   More common with Ms. Valladares because

12   she was in my building.

13        Q.   Did you ever discuss these issues with

14   Jane with Ms. Valladares?

15        A.   Yes.

16        Q.   And when did you discuss those issues

17   with Ms. Valladares?

18        A.   I can't remember specifically.

19        Q.   And are you familiar with a student by

20   the name of                    ?

21        A.   Yes.

22        Q.   And I'll refer to him from this point

23   forward as L.R. if that's okay with you?

24        A.   Yes.

25        Q.   Did you teach L.R.?
```

```
 1        A.   I did.

 2        Q.   And was L.R. in that same class where

 3   you taught Jane?

 4        A.   Yes.

 5        Q.   How long did you teach L.R. for?

 6        A.   The school year of 2022 to 2023.

 7        Q.   During L.R.'s enrollment, did he ever

 8   have any disciplinary issues?

 9        A.   No, he did not.

10        Q.   And did he have any behavior issues or

11   conduct issues?

12        A.   No, he did not.

13        Q.   And did you give conduct grades for L.R.

14   as well?

15        A.   Yes.

16        Q.   And do you recall how his conduct grade

17   results were?

18        A.   He received principal honor roll, so

19   that's straight E's for kindergarten, which is

20   A's.

21        Q.   Well, do you recall any grades given on

22   the -- sorry -- any results that you gave as part

23   of those conduct grades for him specifically?

24        A.   Yes, A, it would be an E, which is

25   excellent.
```

```
 1          Q.   And do you recall if you ever gave an E
 2     for excellent to Jane when you taught her?
 3          A.   I can't recall.
 4          Q.   Did you communicate with L.R.'s parents
 5     on a regular basis?
 6          A.   Yes.
 7          Q.   What were L.R.'s parents names?
 8          A.   The dad, I can't remember.  Mom is
 9     ███████████████████
10          Q.   And do you know what L.R.'s mother did
11     for work?
12          A.   No.
13          Q.   Do you know what L.R.'s father did for
14     work?
15          A.   No, I do not.
16          Q.   And how often would you communicate with
17     L.R.'s parents?
18          A.   Just as often as any of the other
19     parents.
20          Q.   At any point did Jane report sexual
21     harassment by L.R. to you?
22          A.   Sexual harassment, no.
23          Q.   Did Jane at any point report any kind of
24     issue with L.R.?
25          A.   Yes.
```

1    Q.   And what did she report?

2    A.   She told me that L.R. told her that he

3    wanted to lick the tetas and touch her cuca.

4    Q.   You said that she reported that L.R. had

5    stated that he wants to lick her tetas and touch

6    her cuca; is that right?

7    A.   Yes.

8    Q.   And do you know what the term "tetas"

9    was referring to?

10   A.   Yes.

11   Q.   Was that referring to her breast?

12   A.   Yes.

13   Q.   And the term "cuca," is that referring

14   to her vagina?

15   A.   I'm going to assume so.  I did not ask.

16   Q.   And when did she tell you about this

17   incident?

18   A.   She had told the PE teacher, and when I

19   went to go pick her up from the PE, the PE

20   teacher had told me, so I pulled her aside to ask

21   her if there was anything she wanted to tell me

22   from what she told Ms. M, and that's when she

23   told me.

24   Q.   Did she share anything about the

25   circumstances in which this occurred?

```
 1        A.   No, I asked her if she could tell me

 2    when it happened, or where.  I wanted to know

 3    like did it happen before lunch, did it happen at

 4    breakfast or during PE.  And she didn't remember.

 5             And then I said, "Okay.  Do you know

 6    where?  Was it in the classroom or in the park?"

 7    And she wasn't able to tell me.

 8             I told her, "Thank you for letting Ms. M

 9    know.  It was a nice thing that you said

10    something."

11        Q.   And you said the park, what is that?

12        A.   Where they play.  Where they have recess

13    and they have PE.

14        Q.   It's an outdoor area, I'm guessing?

15        A.   Yes.

16        Q.   And what was your reaction when you

17    learned what Jane had alleged?

18        A.   That it was outrageous, hearing it

19    coming from her, hearing her say it.  It's not

20    out of the ordinary for kids sometimes to say

21    things that are inappropriate.  So I brought her

22    inside and I asked Ms. Castellon, someone in the

23    office, to ask her in Spanish because that is her

24    first language and she had a little bit of an

25    accent so I wanted to be sure what I was hearing
```

1    I heard correctly, especially since she said the

2    terms in Spanish.

3            And so I asked Ms. Castellon, who also

4    had a relationship with her in pre-K, to ask her

5    again in Spanish and to make sure that he said it

6    and that he didn't touch her because I asked her

7    "Did he touch you?  Did he touch you anywhere?"

8    And she told me, "No.  No."

9            And I said, "Okay.  Are you okay?"

10            She said, "Yes."

11            So, when I brought her inside I wanted

12    to make sure that I was getting the truth.  So I

13    asked Zoley, Ms. Castellon to ask her again in

14    Spanish before I contacted the parents to let

15    them know, both parents.

16        Q.   And did Ms. Zoley speak with Jane?

17        A.   She did.

18        Q.   And what did she tell you about that

19    conversation?

20        A.    She told me that she asked her what

21    happened and she repeated the same thing.  And

22    Ms. Castellon asked her in Spanish if she had

23    been, like, touched or bothered, and Jane had

24    told her, "No.  No.  No."

25            And I also asked Ms. Castellon if she

1   could ask her if she remembered when or where,

2   and she wasn't able to give an answer.

3        Q.   And did Ms. Zoley translate the parts of

4   the body that she was referencing with those

5   terms "cuca" and "tetas"?

6        A.   Yes.  To me, well, "tetas," I knew, I

7   think it was a Cuban reference.  I don't know if

8   that's what she told me.

9        Q.   What did she say the term "cuca" in this

10  context meant?

11       A.   It wasn't a saying.  It was more of a

12  gesture.

13       Q.   What did she gesture?

14       A.   Just pointing like down like it's a

15  private.

16       Q.   Like the groin area?

17       A.   Yes.

18       Q.   Why did you think it was outrageous what

19  she had reported?

20       A.   Because they're talking about their

21  privates.

22       Q.   Was that out of the ordinary for a

23  student of that age?

24       A.   Not out of the ordinary, but, of course,

25  hearing a student say the words was -- I wouldn't

1  say shocking, but it's not something that happens

2  every day.

3       Q.   Had you ever had something like that

4  happen in the past?

5       A.   Similar, yes, not specifically, but

6  through the years, yes.

7       Q.   What have you had happen that was

8  similar?

9       A.   I've had students that talk about --

10  like showing in the bathroom, like a boy, that's

11  the only specific example I can recall, but they

12  are five years old, and it happens a lot where

13  you have to correct them and let them know it's

14  not for school.

15       Q.   What happened after you spoke with

16  Ms. Zoley?

17       A.   It was during dismissal time, so it was

18  time for the students to go home.  I had a

19  meeting with L.R.'s mom.  And then I asked her if

20  she could call Jane's parents to relate what had

21  happened because they spoke Spanish and I wasn't

22  able to communicate it to them.

23       Q.   And this meeting took place at dismissal

24  time that day?

25       A.   Yes.

```
 1        Q.   Where did it take place physically?

 2        A.   With who?  With -- which meeting?

 3        Q.   Your meeting with L.R.'s mother.

 4        A.   In my classroom.

 5        Q.   And that was at dismissal time that you

 6   mentioned --

 7        A.   Yes.

 8        Q.   And what was L.R.'s mother's response

 9   when you shared this information with her?

10        A.   She was embarrassed and shocked and she

11   apologized.

12        Q.   And you asked L.R.'s mother to contact

13   Jane's parents?

14        A.   No, I did not.

15        Q.   Who did you ask to contact Jane's

16   parents?

17        A.   Ms. Castellon to let them know what had

18   happened.

19        Q.   And did Ms. Zoley contact Jane's

20   parents?

21        A.   Yes.

22        Q.   And was that via phone?

23        A.   Yes.

24        Q.   Did that take place prior to your

25   meeting with L.R.'s mother at dismissal?
```

1        A.   I don't remember the timeline.

2        Q.   Do you know if it was prior to dismissal

3    that Ms. Zoley called?

4        A.   No.

5        Q.   Did Ms. Zoley share with you how that

6    phone call went?

7        A.   Verbatim, yes, but it was in Spanish.

8        Q.   What do you recall that she had told

9    you?

10        A.   That she had told the mom what L.R. had

11    said to Jane and the mom, she said, she

12    understood and she said, "You know, kids will be

13    kids."  And that was it, that was the end of the

14    conversation.

15        Q.   And you around dismissal time spoke with

16    L.R.'s mother; is that right?

17        A.   Yes.

18        Q.   Did you request a meeting with L.R.'s

19    mother?

20        A.   I did.  She picks him up in the car

21    line, so I asked her if she could come inside and

22    speak with me before -- it was a Friday and I

23    wanted to talk to her before the weekend.

24        Q.   And you said that L.R.'s mother was

25    embarrassed about what you told her?

1       A.   Yes.

2       Q.   At any point during your meeting, did

3  L.R.'s mother say that something may have

4  happened at home?

5       A.   No, she didn't give me details.

6       Q.   At any point during your meeting with

7  L.R.'s mother, did she say that L.R. had seen

8  something that caused him to make those comments?

9       A.   No.

10       Q.   At any point up to this meeting with

11  L.R.'s mother, were you concerned that something

12  could be going on with L.R. at home?

13       A.   No, I spoke to him after I spoke to

14  Jane, and I asked him why he said that, and he

15  said he heard it at home.

16       Q.   Did he say how he heard it at home?

17       A.   No.

18       Q.   Were you concerned about that

19  specifically?

20       A.   Yes.  And I told him when he hears

21  things or sees things at home, that we don't

22  bring it to school, and that we don't talk about

23  things like that.  And he apologized.  And that

24  was it.

25       Q.   Did you ask L.R.'s mother what he may

```
 1      have seen?

 2           A.   No, I did not.

 3           Q.   Why not?

 4           A.   Because at that point, that's what's

 5      happening in their house.

 6           Q.   Were you concerned that L.R. could have

 7      been exposed to sexual material at home?

 8           A.   No, because it wasn't something that had

 9      happened before.

10           Q.   Meaning that L.R. had not had an issue

11      like that in the past?

12           A.   Right, he had never said anything or had

13      done anything to make me --

14           Q.   And what happened after that meeting

15      with L.R.'s mother?

16           A.   She went home with him.

17           Q.   Did the school do anything at your

18      meeting with L.R.'s mother that you are aware of?

19               MS. KARRON:  Objection to form.

20               MR. MACDONALD:  Go ahead.

21               THE WITNESS:  I spoke to Ms. V

22        about what happened at the end of the

23        day.

24      BY MR. MACDONALD:

25           Q.   And what did you share with
```

1    Ms. Valladares?

2        A.   What had happened in the classroom.

3        Q.   And what was her response?

4        A.   I don't remember specifically.  It was

5    just a recap so I could let her know that I spoke

6    to both parents.

7        Q.   Do you recall if she was surprised or

8    shocked?

9        A.   No.

10       Q.   Did Ms. Valladares tell you if she was

11   going to speak to anyone about that incident?

12       A.   I can't remember.

13       Q.   At any point did you speak with Susie

14   Bello about this incident?

15       A.   I did.

16       Q.   When did you speak with Ms. Bello?

17       A.   The following week.

18       Q.   Do you recall what day you spoke with

19   Ms. Bello?

20       A.   I know on Tuesday.

21       Q.   And did you ask to meet with Ms. Bello

22   on Tuesday?

23       A.   Well, I had the parent conference with

24   Jane's parents on Tuesday.  So, I met with

25   Ms. Bello after.

```
 1         Q.   And why did you have a parent conference

 2   on that Tuesday with Jane's parents?

 3         A.   They reached out because they said that

 4   Jane said that there was more that happened.

 5         Q.   Who reached out?  Was it Jane's mother

 6   or father?

 7         A.   Jane's mother.

 8         Q.   How did Jane's mother contact you?

 9         A.   Through our school, the app that we use

10   for communication.

11         Q.   And what specifically did she tell you?

12         A.   She said -- I don't remember the message

13   specifically, but it was the next day and she

14   said that "Jane said that there was scary details

15   from under the table with that boy and I would

16   like a meeting to discuss it."

17         Q.   And when you met with Jane's parents in

18   that conference, what did they share with you?

19         A.   They said that he touched her under the

20   table and licked her.  I can't remember if it was

21   licked her up here or licked her down here, but I

22   know that they were saying that she was touched

23   under the table.

24         Q.   And what did you say in response?

25         A.   I asked if they remember if Jane told
```

1  them.  They mentioned a table, so I wanted to

2  know what table.  We have a table in the

3  classroom, we have a table in breakfast, in

4  lunch, and I was trying to assure them that in my

5  classroom, that that incident did not take place

6  on Friday.  I was vigilant.  I was watching them.

7  We had testing.  They had their test dividers up.

8  They were separated.  I was circulating the room.

9  They did not have free time that day for

10  something like that to occur.

11          I showed him where she sat in proximity

12  to my desk so he could visualize it.  And I was

13  asking if there were more details, so that maybe

14  I could put pieces together if that was even a

15  possibility to happen.  I was assuring them that

16  that did not happen under my supervision.

17      Q.   And you mentioned that you were

18  supervising the students that Friday?

19      A.   Uh-huh.

20      Q.   And that is that Friday, January 20th;

21  is that right?

22      A.   Yes.

23      Q.   On January 20th, that day, did the

24  students have time in the park?

25      A.   For their PE.  At the end of the day

1      with the PE teacher.

2          Q.   And are the students fully supervised

3      the entire time?

4          A.   Yes.

5          Q.   And are the students confined to a

6      specific area during that PE period?

7          A.   Yes.

8          Q.   How did that meeting conclude with

9      Jane's parents?

10         A.   The dad was visibly upset and they

11     assured me that they understood, they know that

12     my relationship with Jane was strong, so they

13     were assuring me that they weren't saying

14     anything about my teaching, like maybe I wasn't

15     looking.  And I tried to assure them, that I know

16     that that couldn't have happened in my classroom.

17     Someone would have said something.  She sits

18     elbow-to-elbow with another student who would

19     have seen if something happened in the classroom.

20     She was wearing jeans that day and she would have

21     had to stand up.  There would have been witnesses

22     if it happened in my classroom, and the dad

23     wanted to see camera footage.

24         Q.   You mentioned Jane wearing jeans?

25         A.   Yes.

1      Q.   Are you referring to her wearing jeans

2   on that Friday, January 20th?

3      A.   Yes.

4      Q.   Why is that important that she was

5   wearing jeans?

6      A.   I believe if something were to have

7   happened, jeans would have had to come off or

8   pulled down and she was sitting the whole time in

9   my class.

10     Q.   Did Jane's parents allege that Jane had

11  her pants taken down and was touched?

12     A.   I can't remember.  I know that they said

13  she was touched under the table.  I can't

14  remember if that was mentioned.

15     Q.   When you spoke with Jane's parents, did

16  you consider whether she may have been referring

17  to something that may have occurred on a previous

18  day?

19          MS. KARRON:  Objection to form.

20     Calls for speculation.

21          MR. MACDONALD:  Go ahead.

22          THE WITNESS:  No.

23  BY MR. MACDONALD:

24     Q.   Why not?

25     A.   Because I would assume that it would be

1     told on that day, especially when they're little.

2     They don't have -- the memory, it doesn't last,

3     at least the details of situations that happened

4     don't last for long-term.

5          Q.   What happened following that meeting

6     with Jane's parents?

7          A.   In regards to what specifically?

8          Q.   Do you know if Jane met with anyone

9     following that meeting with her parents?

10         A.   I know that the counselor pulled her out

11    of my class to speak with her.  The counselor

12    also pulled out L.R. as well.

13         Q.   When did that happen that Jane was

14    pulled out of the class?

15         A.   I think on Tuesday.

16         Q.   And who was the guidance counselor at

17    that time?

18         A.   Ms. Ruiz.

19         Q.   Is that Stephanie Ruiz?

20         A.   I'm trying to think of her first name.

21    Yes.

22         Q.   And did Ms. Ruiz speak with you after

23    that first meeting with Jane?

24         A.   Yes.

25         Q.   And what did she tell you?

1       A.   She told me that Jane told her that it

2   was -- I was concerned because I also wanted to

3   know the truth of if what her parents were saying

4   was true or if it was what she had told me on

5   Friday.  And Jane had told her the same thing

6   that she had told me, that Jane had said it.

7       Q.   Did Ms. Ruiz tell you about the meeting

8   with L.R.?

9       A.   Yes.

10      Q.   And what did she say about that?

11      A.   That he had heard it from home, what was

12  said.

13      Q.   Did she tell you how he heard it?

14      A.   No.

15      Q.   Did she tell you anything else about

16  that meeting with L.R.?

17      A.   No.

18      Q.   Do you know if Ms. Ruiz documented those

19  conversations with Jane and L.R.?

20      A.   I don't know.

21      Q.   At any point did Jane's parents ask you

22  to listen to a recording?

23      A.   No.

24      Q.   Do you know if Jane's parents tried to

25  show anyone else that recording at AcadeMir?

1     A.   After that meeting that day, on Tuesday

2  with the parents, I was not involved.

3     Q.   But you spoke with Ms. Valladares after

4  that meeting; correct?

5     A.   Yes.

6     Q.   And what was that, that meeting with

7  Ms. Valladares?

8     A.   I can't remember.  At some point during

9  the school day.

10     Q.   Did that take place in her office?

11     A.   That I can't remember either.

12     Q.   And what did Ms. Valladares say to you

13  in that meeting?

14     A.   She told me that the father was upset

15  and that's it from what I can remember.

16     Q.   And Ms. Valladares didn't make any

17  mention of a recording from Jane?

18     A.   No.

19     Q.   Do you know if AcadeMir conducted an

20  investigation in response to what Jane had

21  alleged?

22     A.   No.

23     Q.   You don't know?

24     A.   No.

25     Q.   At any point did you consider reporting

1   what Jane had alleged to the Florida Department

2   of Children and Families?

3       A.   No.

4       Q.   Why not?

5       A.   Because what Jane had told me was that

6   he said something inappropriate to her.

7       Q.   And you didn't think those allegations

8   were sufficient to report to DCF?

9           MS. KARRON:  Objection to form.

10          THE WITNESS:  At that moment, no,

11      because it wasn't a pattern.  It was

12      like a one-time -- it happened one time.

13      If it would have happened again, if it

14      had happened in the past -- and also

15      Jane didn't seem distraught, emotionally

16      upset.  She was fine.

17  BY MR. MACDONALD:

18      Q.   At any point during your employment at

19  AcadeMir, did you receive any training related to

20  reporting to the Department of Children and

21  Families?

22      A.   In one of those webinars, yes.

23      Q.   And after that training what was your

24  understanding of those requirements?

25      A.   If there are visible signs or suspected

 1    signs of abuse or neglect, they were to be

 2    reported.

 3        Q.   Did Jane continue to be enrolled in your

 4    class after that incident?

 5        A.   For a few days.

 6        Q.   When did Jane withdraw from enrollment?

 7        A.   I don't remember specifically.  I know

 8    she was absent.  I think she came to school that

 9    Tuesday, Wednesday.  And that was the last day

10    she was in my class, on Wednesday.

11        Q.   Do you know why Jane withdrew?

12        A.   No.

13        Q.   Did you ever discuss Jane's withdrawal

14    with any employees at AcadeMir?

15        A.   Yes, Ms. Valladares had told me to pack

16    up her supplies just in case Dad wanted to

17    come -- her parents wanted to come and pick it

18    up.

19        Q.   Were any referral forms issued for L.R.

20    as a result of what Jane had reported?

21        A.   I did not write one, but I don't know if

22    there was.

23        Q.   Did you write any kind of referral form

24    for Jane?

25        A.   No.

```
 1            MR. MACDONALD:  Let's go ahead and
 2       go off the record.
 3            (A brief break was had.)
 4            MR. MACDONALD:  Now, I'm going to
 5       show you a document.  We're going to
 6       mark this as Plaintiff's Exhibit 1.  And
 7       the document is titled "Miami-Dade
 8       County Public Schools Student Referral."
 9            (Plaintiff's Exhibit No. 1 was
10       marked for identification.)
11            THE WITNESS:  Okay.
12   BY MR. MACDONALD:
13       Q.   Do you recognize that document?
14       A.   I'm aware of it, yes.
15       Q.   How are you aware of it?
16       A.   Ms. Bello had told me that she had
17   referred him.
18       Q.   And "him" being L.R.?
19       A.   Yes.
20       Q.   When did Ms. Bello tell you about the
21   referral?
22       A.   I can't remember.  I think that Tuesday.
23       Q.   And did Ms. Bello say why she was
24   issuing that referral form?
25       A.   Yes, she wanted documentation of L.R.'s
```

```
 1        comment.
 2             Q.   Now, on this document, on the bottom
 3        left-hand corner, there's a comment section?
 4             A.   Uh-huh.
 5             Q.   And do you see where it says, "Mom was
 6        notified via phone and in writing"?
 7             A.   Yes.
 8             Q.   Do you know if L.R.'s mother was
 9        contacted via writing?
10             A.   I think this would be the -- it could
11        be.  I don't know.  I did send her a message, but
12        I talked to her in person.
13             Q.   How did you send her a message?
14             A.   On the Our Class app that we use.
15             Q.   And what did you say in that message?
16             A.   Just that I needed to speak to her about
17        an incident that happened during class.
18             Q.   And in that same section, do you see
19        where it says "referred to student services," it
20        looks like?
21             A.   Yes.
22             Q.   Do you know what student services L.R.
23        was referred to?
24             A.   The counselor.
25             Q.   And on the document do you see where it
```

1    says "referral action code"?

2        A.    Yes.

3        Q.    Do you know what that is referring to?

4        A.    There are certain codes for certain

5    behaviors.  I just don't know right now off the

6    top of my head.

7        Q.    And do you see on the right-hand corner

8    of those lower boxes where it says "computer

9    recorded"?

10       A.    Yes.

11       Q.    Do these forms have to be entered

12   electronically at AcadeMir anywhere?

13       A.    I don't know.  That's for

14   administration.

15       Q.    You've never had to enter any referral

16   forms?

17       A.    No.

18       Q.    Did Ms. Bello say anything else to you

19   when she spoke to you about this referral form?

20       A.    No.

21       Q.    When you were a teacher at AcadeMir, did

22   the school utilize the Miami-Dade County Public

23   Schools' Code of Student Conduct?

24       A.    I don't know if it's the same one.  I

25   know they had a code of conduct.  I don't know if

1    it's Miami-Dade County's.

2        Q.   I'm going to show you a document.  We'll

3    mark this as Plaintiff's Exhibit 2.  And this is

4    called "Elementary Code of Student Conduct."

5            (Plaintiff's Exhibit No. 2 was

6        marked for identification.)

7    BY MR. MACDONALD:

8        Q.   Do you recognize that document?

9        A.   Yes, I do.

10       Q.   And what is it?

11       A.   It's our code of student conduct for

12   MDCPS.

13       Q.   And did AcadeMir utilize that code while

14   you were an employee there?

15       A.   They utilized a code of conduct.  I

16   don't know if it was the same one.  I would have

17   to see it again.

18       Q.   Do you know if there is a different

19   student conduct code that AcadeMir had in place?

20       A.   That, I do not know.

21       Q.   Did you ever have to review the code of

22   student conduct when you were an employee at

23   AcadeMir?

24       A.   Yes, and we would have the parents sign

25   it.

Case 1:23-cv-23004-JB   Document 58-2   Entered on FLSD Docket 09/24/2024   Page 47 of 66

Deposition of Hira Chaudry                          Jane Doe v. AcadeMir Charter Schools, Inc., et al.

1    Q.   Do you know if AcadeMir had a separate

2    student handbook that was distinct from the

3    Miami-Dade County code of conduct?

4    A.   No.  I know they had a contract, but I

5    don't remember.

6    Q.   And what do you recall about the code of

7    student conduct that you reviewed when you worked

8    at AcadeMir?

9    A.   It was a list of rules and guidelines

10   that the parents and the students had to abide

11   by.

12   Q.   I want to draw your attention to page 43

13   of that document.  I want to draw your attention

14   to the section titled "Sexual Harassment."  I'll

15   give you a moment to review.

16   A.   Yeah.

17   Q.   When you were employed at AcadeMir, did

18   they utilize this sexual harassment section here?

19   A.   I don't know.  I can't remember.

20   Q.   Now, earlier you testified about ADP

21   training related to sexual harassment training

22   you received; is that right?

23   A.   Yes.

24   Q.   Did you receive any sexual harassment

25   training that was unique to AcadeMir?

1      A.   I can't remember.

2      Q.   When you worked at AcadeMir, what was

3   your understanding of the procedures for handling

4   student sexual harassment complaints?

5      A.   A sexual harassment complaint, I would

6   report it to my administration.

7      Q.   Anyone in particular in the

8   administration that you would have to report that

9   to?

10      A.   Not specifically because administration

11   changes, but administration.

12      Q.   And would you have to do anything

13   outside of making that report to the

14   administration?

15      A.   Depending on the nature -- if I witness

16   something, if there's witnesses, if something is

17   physical or verbal, yes.

18      Q.   What do you mean if something was

19   physical or verbal?

20      A.   Like, if I saw something with my own

21   eyes, there is a route that I -- I can

22   self-report or I would write a referral myself or

23   do a behavior tracking form or whatever the case

24   is.  It depends on case by case.

25      Q.   And does that procedure differ if you do

1    not personally witness the sexual harassment?

2        A.   Can you clarify that question?

3        Q.   Well, I believe you mentioned that in

4    certain circumstances you may have to report

5    things yourself as a teacher at AcadeMir; is that

6    right?

7        A.   Yes.

8        Q.   And you mentioned if you witnessed

9    something; is that right?

10       A.   Yes.

11       Q.   What was your understanding of the

12   reporting requirements if you learned of

13   something but you did not witness it personally

14   involving sexual harassment?

15       A.   Learned of something, like if a student

16   were to come and tell me?

17       Q.   What were the reporting requirements in

18   the event of a student reporting sexual

19   harassment that you did not witness personally?

20       A.   Specifically, I don't know.  I don't

21   know.  Again, I would have the conversation with

22   administration.

23       Q.   When you worked at AcadeMir, did you

24   know what the Miami-Dade County Public Schools

25   Office of Civil Rights Compliance was?

1       A.   Yes.

2       Q.   And what did you know about it at that

3   time?

4       A.   It's like a hotline to call.

5       Q.   When you worked at AcadeMir, were you

6   ever instructed in what particular circumstances

7   you were supposed to contact that hotline?

8       A.   Specifically, no, I can't remember.

9       Q.   Now, I want to draw your attention to

10  page 83, specifically to the section labeled

11  "Sexual Harassment Level III Behavior."  And I'll

12  give you a moment to review.

13      A.   Okay.

14      Q.   While you were employed at AcadeMir, did

15  AcadeMir utilize this definition of "sexual

16  harassment"?

17      A.   I don't know.

18      Q.   Did you ever receive training at

19  AcadeMir as to what specifically constituted

20  sexual harassment?

21      A.   Possibly in those trainings, but

22  specifically I can't remember.

23      Q.   Now, previously I believe you testified

24  that you did not believe the verbal allegations

25  made by Jane were necessarily out of the

```
 1    ordinary; is that right?  And correct me if I'm

 2    wrong, please.

 3         A.   Yeah, in the sense of kids say

 4    inappropriate things, especially at five years

 5    old.

 6         Q.   And in the sexual harassment definition

 7    I just showed you, there's references to verbal

 8    conduct or comments.  Do you see that?

 9         A.   In the second paragraph?

10         Q.   Yes.

11         A.   Yes.

12         Q.   When you worked at AcadeMir, how did you

13    determine whether a student report of verbal

14    conduct rose to the level of sexual harassment?

15         A.   If it did or if it did not?

16              MS. KARRON:  Object to form.

17    BY MR. MACDONALD:

18         Q.   How did you make that determination one

19    way or the other?

20         A.   There was no intent or maliciousness

21    behind what he said, the student.  And Jane,

22    again, did not seem distraught or upset.

23         Q.   And what do you mean by intent or

24    maliciousness?

25         A.   I think he said it without knowing what
```

```
1    he was saying.

2         Q.   What led you to believe that?

3         A.   He's five years old and he said he did

4    not know why he said it, that he heard it at

5    home.  I also didn't think it was targeted.  I

6    think they just sat next to each other.

7         Q.   What do you mean by that?

8         A.   I don't think that he was -- the word,

9    it says here, "intimidating, hostile."  I don't

10   think he was being intimidating or hostile.

11        Q.   You did not believe that the comment

12   that Jane alleged could be perceived by her as

13   intimidating or hostile?

14        A.   Not that I don't believe it.  She wasn't

15   upset about the comment.  She was telling -- she

16   told me that he was bothering her and he said

17   that to her.  And I asked her if she was okay and

18   she said yes.  So, I don't think that it was

19   coming from a place of maliciousness or from

20   harassment.

21        Q.   And were there any guidelines or

22   procedures that you used to make that

23   determination?

24        A.   No.  Written or -- no.

25        Q.   There were no written guidelines or
```

1       procedures?

2           A.   That I referred to in that moment, no.

3       Not that there is not any, but at that moment

4       when I made that judgment call, no.

5           Q.   Are you aware of any guidelines or

6       procedures that did exist while you were working

7       at AcadeMir?

8           A.   Specifically in regards to?

9           Q.   In evaluating whether a student's

10      allegations would rise to the level of sexual

11      harassment.

12              MS. KARRON:   Objection to form.

13              THE WITNESS:   Word by word

14          specifically, no.

15      BY MR. MACDONALD:

16          Q.   What do you mean word by word?

17          A.   Like to sit here and to recite it, no.

18          Q.   But are you aware of any documents

19      generally that contain guidelines or policies in

20      that manner?

21          A.   Yes.

22          Q.   And what documents are those?

23          A.   We have in our -- well, not anymore --

24      well, there's a -- there's documents that I know

25      were available through HR.

1      Q.   Documents were available through HR?

2      A.   Uh-huh, like that has the same thing as

3    the code of student conduct.

4      Q.   It was a code of student conduct?

5      A.   Yes, the one that we have -- not we,

6    that AcadeMir had.

7      Q.   Okay.  And you're saying HR would have

8    that document available --

9      A.   Well, yeah.

10     Q.   -- when you worked at AcadeMir?

11     A.   We had those documents available.  Yes.

12          MR. MACDONALD:  I'm going to show

13     you another document.  Just give me a

14     moment.  We'll mark this as Plaintiff's

15     Exhibit 3.  And for the record, the

16     document is titled "Title IX Policies

17     And Procedures, Sex-Based Discrimination

18     and Sexual Harassment Manual."  I'll

19     give you a moment to review.

20          (Plaintiff's Exhibit No. 3 was

21     marked for identification.)

22          THE WITNESS:  Okay.

23    BY MR. MACDONALD:

24     Q.   Do you recognize that document?

25     A.   I do.

1      Q.   And what is it?

2      A.   It's the process for reporting sexual

3   harassment.

4      Q.   You have seen this document before?

5      A.   I have, in our opening of schools we

6   were provided it.

7      Q.   What is the opening of schools?

8      A.   It's the beginning of the year when we

9   go through all of our trainings.

10     Q.   When did that meeting take place

11  typically?

12     A.   They are always at the beginning of the

13  year before school starts.

14     Q.   In August?

15     A.   Yes.

16     Q.   Where were those meetings held

17  typically?

18     A.   Different locations, different campuses.

19     Q.   Where was the last opening of schools

20  that you attended for AcadeMir held?

21     A.   At -- I can't even remember the campus.

22  It was AcadeMir Prep, I think in Homestead, near

23  Eureka.

24     Q.   And at that opening of schools meetings

25  you were given this document?

```
 1          A.    I can't remember if it was given to us

 2     that particular school year.

 3          Q.    What do you mean?

 4          A.    Like, we're given binders that have a

 5     lot of information in them.  I can't remember

 6     specifically if this was given last school year.

 7          Q.    So, do you know for a fact if you

 8     received that specific document before?

 9          A.    Yes.

10          Q.    And how do you know that if you don't

11     recall whether it was contained within those

12     binders?

13          A.    Because I've seen it before as part of

14     the forms that we have received.

15          Q.    And when exactly did you see it?

16          A.    I worked for them for five years.  I

17     can't remember.

18          Q.    Did you have a copy of this document

19     when you worked at AcadeMir let's say in your

20     classroom?

21          A.    I can't remember if it was physical or

22     if I had it online.

23          Q.    Where would a policy like that be stored

24     online when you worked at AcadeMir?

25          A.    Like, through -- we had a Google Drive,
```

```
 1    a shared drive with all of the documents.
 2         Q.   And you mentioned a binder that you had?
 3         A.   Yes, a resource binder.
 4         Q.   And was that a binder that you put
 5    together or the school?
 6         A.   No, the school put it together.
 7         Q.   And what was contained in the resource
 8    binder?
 9         A.   Documents like this and forms and other
10    information.
11         Q.   And who provided you with that resource
12    binder specifically?
13         A.   Specifically, administration.  I don't
14    know specifically whom, but it was provided by
15    the school.
16         Q.   Did you get a new resource binder each
17    year?
18         A.   Yes.
19         Q.   And what did that binder look like?
20         A.   It was just a one-inch binder that said
21    resources, "Faculty Resources."
22         Q.   I want to draw your attention to the
23    fourth page, the third after the cover page.  Do
24    you see in the first half of that page the
25    reference to a Title IX complaint form?
```

1    A.    Uh-huh.

2    Q.    Did AcadeMir have a Title IX complaint

3  form when you were employed there?

4    A.    I don't remember.

5    Q.    When you were employed at AcadeMir, did

6  you ever receive training or instructions on what

7  a Title IX complaint form is used for?

8    A.    Specifically, not that I remember.

9    Q.    At any point during your employment with

10  AcadeMir, did you receive any kind of training or

11  instructions on a notice of rights document under

12  Title IX?

13    A.    Not that I can remember.

14    Q.    Do you know who Olivia Bernal is?

15    A.    Yes.

16    Q.    And did you ever interact with her when

17  you worked at AcadeMir?

18    A.    Yes.

19    Q.    When would you interact with her?

20    A.    She was my school principal for my first

21  two years.

22    Q.    And did Ms. Bernal continue to work at

23  AcadeMir after those two years?

24    A.    Yes.

25    Q.    And what job did she perform?

1     A.   I don't know her title, her role.

2     Q.   Do you know if Ms. Bernal was

3   responsible for handling any Title IX matters

4   when you were employed at AcadeMir?

5     A.   I don't know.

6     Q.   After you learned of the allegations

7   that Jane had originally made, did her parents

8   ever request to have L.R. and her put in separate

9   classes?

10     A.   The conversation -- I didn't have a

11   conversation with them about that.

12     Q.   They never mentioned that to you?

13     A.   No.

14     Q.   Do you know if anyone from AcadeMir ever

15   offered Jane or Jane's parents counseling

16   services?

17     A.   That, I do not know.

18     Q.   That was never mentioned in any meeting

19   that you were part of?

20     A.   No.

21     Q.   After Jane withdrew from AcadeMir, did

22   anyone speak to you about the incident she

23   reported?

24     A.   No.

25     Q.   And at any point did any employees of

1   AcadeMir ask you to give a statement of any kind?

2       A.   Like formally?  I mean, I had

3   conversations with my administration, but that

4   was it.

5       Q.   Who did you speak with in the

6   administration?

7       A.   Ms. Valladares and Ms. Bello.

8       Q.   And were those conversations after that

9   Tuesday when you spoke with Ms. Valladares?

10      A.   I mean, I can't remember.  We work

11  together all school year.

12      Q.   And did anyone ever discuss this lawsuit

13  with you, prior to today?

14      A.   No.  Ms. Bello did mention I might get a

15  call from HR that the dad was pursing a case, but

16  that was all I knew.  That was in February or

17  March and the subpoena was the first time I heard

18  about it since then.

19      Q.   And that would be February, March of

20  this year?

21      A.   I can't remember.  I think it was in

22  March.

23      Q.   And Ms. Bello called you?

24      A.   No, I got a subpoena at my house.

25      Q.   How did Ms. Bello contact you?

```
1          A.   No, that was last year, in March when I
2     was still in the school.
3          Q.   Was that a conversation that took place
4     in person in March of last year?
5          A.   Yes.
6          Q.   And what exactly did Ms. Bello say?
7          A.   She just said don't be alarmed.
8     Expect -- you may get a call from HR, so don't be
9     surprised.
10         Q.   You may get a call from HR about what
11    specifically?
12         A.   She didn't say.  She just said Jane's
13    dad was pursuing a case and I may get a call from
14    HR.
15         Q.   And do you know who in HR she was
16    referring to?
17         A.   No.
18         Q.   Do you know who handled HR for AcadeMir?
19         A.   Specifically, no.
20         Q.   And did anyone end up contacting you
21    from HR?
22         A.   No.
23              MR. MACDONALD:  We can go ahead and
24         go off the record, but I should be done
25         very soon.
```

 1          (A brief break was had.)

 2     BY MR. MACDONALD:

 3          Q.   Now, earlier you testified you learned

 4     about this incident with Jane from the PE

 5     teacher; is that right?

 6          A.   Yes.

 7          Q.   What exactly did the PE teacher say to

 8     you?

 9          A.   She said that L.R. said -- had made

10     inappropriate comments to her.

11          Q.   Did she specify what the comments were?

12          A.   No.

13          Q.   And did she tell you why she was telling

14     you that?

15          A.   No.  It's just normal for her to report

16     anything that went on in her class.

17          Q.   And during the time that you have taught

18     L.R. and Jane, did they ever have any problems

19     getting along?

20          A.   Not out of the ordinary of five year

21     old -- five-year-olds.

22          Q.   What do you mean?

23          A.   Like, "He took my pencil" or they sat

24     next to each other and there would be times Jane

25     didn't want to do the work.  And so if someone

1    opened the book for her, she would get upset, but

2    nothing out of the day-to-day.

3         Q.   If someone opened Jane's book, what do

4    you mean?

5         A.   Again, she had some behavior issues

6    where she wouldn't want to do the work or be on

7    task.  So, I would give points, table points, and

8    I would give them if they were ready on the right

9    page or had their journals out, so not only him

10   but there were other students at the table that

11   would help, take things out, put the supplies

12   out, put the crayons out, and she wouldn't like

13   it when someone touched her crayons or pencils or

14   something like that.  She was easily irritated, I

15   guess you could say.

16        Q.   And what did that have to do with L.R.

17   specifically?

18        A.   I don't think there was anything between

19   the two of them that was -- I don't know -- that

20   stood out.

21        Q.   Do you recall any specific times where

22   they didn't get along even if it was something

23   trivial?

24        A.   No.

25        Q.   Did Jane ever have trouble getting along

1    with other students?

2        A.    Yes.

3        Q.    Which students?

4        A.    Specifically, I don't know, but she

5    would play alone in the playground.  She mostly

6    played with her cousin who was in the class with

7    her.

8        Q.    Did L.R. ever have any issues getting

9    along with other students?

10       A.    No.

11       Q.    And did L.R. ever get into trivial

12   disagreements with students in the manner that

13   you just described?

14       A.    No.

15            MR. MACDONALD:  And those are all

16       the questions I have for you today.

17       Counsel for AcadeMir or Superior may

18       have some question.  Thank you for your

19       time.

20            MS. KARRON:  No questions.  Thank

21       you for your time and we will waive

22       reading.

23            (Reading and signing were waived.)

24            (Thereupon, the taking of the

25       deposition was concluded at 5:43 p.m.)

```
 1                    CERTIFICATE OF OATH

 2


 3       STATE OF FLORIDA
         COUNTY OF MIAMI-DADE
 4

 5            I, the undersigned Notary Public, in and

 6       for the State of Florida, hereby certify that

 7       HIRA CHAUDRY personally appeared before me on

 8       May 15, 2024, and was duly sworn by me.

 9

10

11

12            WITNESS my hand and official seal this

13       15th day of May, 2024.

14

15

16

17                             Katiana Louis

18                         _____
                           KATIANA LOUIS
19                         Notary Public-State of Florida
                           COMMISSION #HH 443618
20                         EXPIRES September 13, 2027

21

22

23

24

25
```

1                    REPORTER'S DEPOSITION CERTIFICATE

2        STATE OF FLORIDA
         COUNTY OF MIAMI-DADE
3

4

5             I, KATIANA LOUIS, do hereby certify that

6        I was authorized to and did stenographically

7        report the foregoing deposition; and that the

8        transcript is a true and correct transcription of

9        the testimony given by the witness.

10

11            I further certify that I am not a

12       relative, employee, attorney or counsel of any of

13       the parties, nor am I a relative or employee of

14       any of the parties' attorney or counsel connected

15       with the action, nor am I financially interested

16       in the action.

17

18

19            Dated this 15th day of May, 2024.

20

21

22                      *Katiana Louis*
                  _____
23                KATIANA LOUIS

24

25