# EXHIBIT "G"



# ACADEMIR CHARTER SCHOOLS, INC.
## ACCIDENT/INCIDENT REPORT

☑ Student
☐ Employee
☐ Visitor

☐ Accident  ☑ Incident

**Name:** ███████████████  **Student ID** ███████  **Grade:** KG

**Address:** ███████████████  **Home** ███████  **Mobile (")** SAME "

**Gender:** __ Male ✓ Female  **Date of Accident/Incident:** 1/20/23  **Time of Accident/Incident:** 2:25 PM

**Accident/Incident Details** *(Describe the incident):* Student was told inappropriate language by another student.

### Check off the appropriate description

| LOCATION | ANATOMICAL LOCATION | | NATURE OF INJURY |
|---|---|---|---|
| Bathroom | Abdomen | Foot | Abrasion |
| Hallway | Ankle | Hand | Bruise |
| (Classroom) | Arm | Head | Burn |
| Field | Back | Knee | Bite-animal |
| School Bus | Chest | Mouth | Bite-insect |
| Field Trip Location:_____ | Ear | Neck | Bite-human |
| Parking Lot | Elbow | Nose | Sprain |
| Other _____ | Eye | Shoulder | Break |
| | Face | Teeth | Other _____ |
| | Finger | Wrist | |
| | | Other _____ | |

**Is there a witness:** Yes / No  **If yes - Name of Witness:** _____  **Relation to Victim:** _____

**Witness Statement:** _____

**Initial First Aid:** Yes / No  **Items used/given:** _____

### If the individual is a student

**Parent Notified:** Yes / No  **Name of Parent/Guardian:** ███████  **Time of Notification:** 2:55 a.m./(p.m.)
**Parent Response:** ███████ - Thankyou for letting me know.

**Was EMS called:** Yes / No  **If yes, case #** _____  **Did EMS transport:** Yes / No  If yes, where? _____
**If no, why:** _____ *(student only)*  **If not transported, why:** _____
**If no, why : I refuse EMS services** _____ *(employees /visitors only)*
Staff Initials

### Follow-Up Contact
**Emergency Room:** Yes / No  **Will Accident cause absence from school:** Yes / No  **If so, expected number of days:** _____

| | | |
|---|---|---|
| **Signature of person reporting:** ███ | **Date:** | 1/24/23 |
| **Parent Signature:** ███ | **Date:** | 1/24/23 |
| **Employee's Signature:** [signature] | **Date:** | 1/24/23 |
| **Principal's Signature:** [signature] | **Date:** | 1/24/23 |

REVISED 8/3/22