EXHIBIT "H"



MIAMI-DADE COUNTY PUBLIC SCHOOLS
**STUDENT CASE MANAGEMENT**
**STUDENT SERVICES FORM**

SCHOOL NO. 0 4 1 0


COMPUTER RECORDED ✓

EMPLOYEE NO. 9 4 2 7 4 1   EMPLOYEE NAME S. RUIZ

| STUDENT ID | STUDENT NAME | GR/SECT | SCM# OR SPAR# | DATE Mo. Day Yr. | TIME (Military) | SERVICE CODE |
|---|---|---|---|---|---|---|
| ■■■ | ■■■ | K | | 1 24 23 | 11:30 | 1 1 |
| | | | | 1 24 23 | 12:00 | C 6 |

COMMENTS: Student felt uncomfortable do to a verbalized comment in class at dismissal. Student admitted it was only a verbal comment.

REFERRED BY: Admin
2000715

FOR DATA ENTRY (ATTENDANCE), THEN FILE IN STUDENT CUMULATIVE FOLDER

FM-3673 Rev. (04-08)