EXHIBIT "I"

# MIAMI-DADE COUNTY PUBLIC SCHOOLS
## STUDENT CASE MANAGEMENT REFERRAL

SCHOOL NO. 0410

CHECK BOX BELOW FOR DATA INPUT
- [ ] SCM # 808998
- [ ] SPAR # _____

### SECTION I. TO BE COMPLETED BY REFERRING

STUDENT NAME: [redacted]
STUDENT ID: [redacted]
HOME ROOM: CHK
GRADE LEVEL: CHK
PERIOD OF DAY: ____
INCIDENT DATE: 1/20/23
TIME: 13:20 (Military)

REFERRED BY: Chaudry
REFERRED TO: Bello

PARENT CONTACT: (Circle Yes or No)
1. For This Behavior — YES / NO
2. For Other Misbehavior — YES / NO
3. Contact Attempted — YES / NO — mom
4. Contact Made:
   4A. Verbal — YES / NO
   4B. Written — YES / NO

NARRATIVE: (CLEARLY STATE WHY THE STUDENT IS BEING REFERRED)
The student made an inappropriate comment to another student during class.

### SECTION II. FOR ADMINISTRATOR/DESIGNEE USE ONLY

ENTER REASON FOR REFERRAL CODES BELOW:
(ENTER NO MORE THAN 4 CODES)
10 | 9 | | |

[✓] COMPUTER RECORDED

OTHER INCIDENT INFO = LOCATION: __
CONTEXT: __

ENTER REFERRAL ACTION INFORMATION BELOW:

| DATE (Mo Day Yr) | TIME (Military) | EMPLOYEE NO. | INITIALS | REFERRAL ACTION CODE |
|---|---|---|---|---|
| 1/20/23 | 14:00 | 954501 | BB | R9 |
| 1/20/23 | 15:00 | 954501 | BB | C6 |
| 1/20/23 | 15:30 | 954501 | BB | 27 |

Comments: Mom was notified via phone & in writing. Student was referred to student services.

Agency/Case Number (If Applicable): 2000671

### SECTION III. FOR STUDENT SERVICE PROVIDER USE ONLY

ENTER STUDENT SERVICE INFORMATION BELOW:

[✓] COMPUTER RECORDED

| DATE (Mo Day Yr) | TIME (Military) | EMPLOYEE NO. | INITIALS | STUDENT SERVICE CODE |
|---|---|---|---|---|
| 01/24/23 | 10:30 | 962741 | S.R | 11 |
| 01/24/23 | 11:30 | 962741 | S.R | C6 |

Comments: Spoke to student regarding inappropriate commentary. Spoke to mother - followed up.

AFTER DATA ENTRY, FILE IN STUDENT'S CUMULATIVE FOLDER

FM-2981 Rev. (05-10)