UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE, a minor, by and through
Her mother and next friend, MOTHER DOE,

    Plaintiff,

v.                                                   Case No.: 1:23-CV-23004

ACADEMIR CHARTER SCHOOLS, INC.,
and SUPERIOR CHARTER SCHOOL
SERVICES, INC.,

    Defendants.
_____/

## DEFENDANT'S EMERGENCY MOTION TO SEAL EXHIBIT J TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT [ECF NO. 58-10]

COMES NOW, Defendant, Academir Charter Schools, Inc., by and through their undersigned counsel, pursuant to Rule 5.4 of the Local Rules of the United States District Court for the Southern District of Florida, hereby files this Emergency Motion to Seal Exhibit J to Defendant's Motion for Summary Judgment [ECF No. 58] To Protect the Minor Child's Confidential Information, and in support thereof states the following:

1. On September 24, 2024, Defendant Academir Charter School, Inc. filed their Motion for Summary Judgment and exhibits under ECF No. 58.

2. Defendant inadvertently failed to redact a portion of Exhibit J to the Motion for Summary Judgment [ECF No. 58-10] which contained confidential information relating to Jane Doe's identity.

3. Specifically, Exhibit J [ECF No. 58-10] is Father Doe's deposition transcript wherein he discloses Jane Doe's home address.

4. On December 14, 2023, the Court entered an Order granting Plaintiff's Motion to Proceed anonymously [ECF No. 24].

5. The inadvertent disclosure of Jane Doe's home address, referenced in her father's deposition transcript necessitates immediate judicial intervention to seal Document No. 58-10.

WHEREFORE, Defendant, Academir Charter Schools, Inc. respectfully requests this Court enter an Order sealing Exhibit J to Defendant's Motion for Summary Judgment [ECF No. 58-10] to prevent the dissemination of Jane Doe's home address and any other relief the Court deems appropriate.

[Certificate of Service on Following Page]

Dated: September 25, 2024                    Respectfully Submitted,

**KELLEY KRONENBERG**

/s/ Julie B. Karron
**JULIE B. KARRON, ESQ.**
Fla. Bar No.:  14683
10360 West State Road 84
Fort Lauderdale, FL  33324
Telephone: (954) 370-9970
Facsimile: (954) 382-1988
Attorneys for Defendant, Academir Charter Schools, Inc.
jkarron@kelleykronenberg.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was filed through the CM/ECF Portal, which furnished same via electronic mail delivery on September 25 2024, to Kyle T. MacDonald, Esq., Derek Smith Law Group, PLLC, 701 Brickell Avenue, Suite 1310, Miami, FL 33131, at kyle@dereksmithlaw.com (Attorneys for Plaintiff) and Scott Yount, Esq. and Julie McHaffie, Esq., Garrison, Yount, Forte & Mulcahy, LLC, 601 Bayshore Blvd., Suite 800, Tampa, FL 33606 at syoung@garrisonyount.com ; jmchaffie@garrisonyount.com  (Attorneys for Superior Charter School Services, Inc.)

/s/ Julie B. Karron
Florida Bar. No.: 14683