UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE, a minor, by and through her
mother and next friend, MOTHER DOE,

        CASE NO.: 1:23-cv-23004-JB

    Plaintiff,

  v.

        __x__ Evidentiary
        _____ Trial
ACADEMIR CHARTER SCHOOLS, INC.,
        _____ Other
and SUPERIOR CHARTER SCHOOL
SERVICES, INC.,

    Defendants.
_____/

**PLAINTIFF'S EXHIBIT LIST FOR EVIDENTIARY HEARING**

Plaintiff, JANE DOE, by and through undersigned counsel, and pursuant to Federal Rules of Civil Procedure, hereby files her Exhibit List for the Evidentiary Hearing held on September 18, 2024 on Plaintiff's Motion for Default Judgment and for Sanctions.

| Exhibit No. | Date Admitted | Objection | Description of Exhibit |
|---|---|---|---|
| 1 | 09/18/24 | None | Defendant Academir Charter School, Inc.'s Answers to Plaintiff's Interrogatories |
| 2 | 09/18/24 | None | Defendant Superior Charter School Services, Inc.'s Answers to Plaintiff's Interrogatories |
| 3 | 09/18/24 | None | Defendant Academir Charter School, Inc.'s Amended Answers to Plaintiff's Interrogatories |
| 4 | 09/18/24 | None | Defendant Academir Charter School, Inc's Amended Responses to Plaintiff's Request for Production |

| 5  | 09/18/24 | None | Defendant Superior Charter School Services, Inc.'s Amended Answers to Plaintiff's Interrogatories |
| 6  | 09/18/24 | None | Defendant Superior Charter School Services, Inc.'s Amended Responses to Plaintiff's Request for Production |
| 7  | 09/18/24 | None | Transcript of May 8, 2024, Rule 30(b)(6) deposition of Rolando Mir |
| 8  | 09/18/24 | None | Transcript of May 9, 2024, Rule 30(b)(6) deposition of Olivia Bernal |
| 9  | 09/18/24 | None | 2023-2024 Title IX Policies and Procedures |
| 10 | 09/18/24 | None | Title IX Manual Metadata I and 2022-2023 Title IX Policies and Procedures (original file name: "Original Electronic Manual File Metadata Creation and Modification.pdf"") |
| 11 | 09/18/24 | None | Title IX Manual Metadata II (original file name: "Document Properties.docx") |
| 12 | 09/18/24 | None | Sworn Declaration of Academir Charter Schools, Inc. |
| 13 | 09/18/24 | None | Sworn Declaration of Superior Charter School Services, Inc. |
| 14 | 09/18/24 | None | Email from Defendants' counsel Chris Lawson dated June 7, 2024 |
| 15 | 09/18/24 | Objection by Defendants | Expert Report of Jim Stafford |
| 16 | 09/18/24 | None | Academir Parent/Student Handbook 2022-2023 |
| 17 | 09/18/24 | None | Academir Parent/Student Handbook 2023-2024 |

| | | | |
|---|---|---|---|
| 18 | 09/18/24 | None | Academir Parent/Student Handbook 2024-2025 |
| 19 | 09/18/24 | None | Miami-Dade Code of Student Conduct |
| 20 | 09/18/24 | None | Miami-Dade/OCRC Title IX Manual |
| 21 | 09/18/24 | None | Academir Employee Handbook 2023-2024 |
| 22 | 09/18/24 | None | Defendant Academir's Initial Disclosures |
| 23 | 09/18/24 | None | Defendant Academir's Updated Initial Disclosures |
| 24 | 09/18/24 | None | Defendant Superior's Initial Disclosures |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on September 26, 2024, on all counsel of record identified on the service list below via transmission of Notices of Electronic Filing generated by CM/ECF.

By: /s/ Kyle T. MacDonald
Kyle T. MacDonald, Esq.

## SERVICE LIST

**KELLY KRONENBERG**

Julie B. Karron, Esq.
Florida Bar No.: 1025196
KELLY KRONENBERG
10360 West State Road 84
Fort Lauderdale, Florida 33324
Phone: 954-370-9970
Fax: 954-382-1988
Email: jkarron@kellykronenberg.com

*Counsel for Defendant Academir Charter Schools, Inc.*

**GARRISON, YOUNT, FORTE & MULCAHY, LLC**

Scott P. Yount, Esq.
Florida Bar No.: 0021352
GARRISON, YOUNT, FORTE & MULCAHY, LLC
601 Bayshore Blvd., Suite 800
Tampa, Florida 33606
Phone: 813-275-0404
Fax: 813-275-0304

*Counsel for Defendant Superior Charter School Services, Inc.*