## DECLARATION

Pursuant to 28 U.S.C. § 1746, I, _Rolando Mir_ , hereby declare under penalty of perjury that:

1.      I am authorized to make this declaration on behalf of Defendant, SUPERIOR CHARTER SCHOOL SERVICES, INC.

2.      I have reviewed the documents recently produced by Defendants in the above-captioned matter, including the document titled "Title IX Policies and Procedures: Sex-Based Discrimination and Sexual Harassment Manual" and the documents produced on May 16, 2024, relating to the creation and drafting of the aforementioned policies and procedures.

3.      I affirm that all documents produced by Defendants, including the aforementioned documents recently produced, are true, correct, and authentic copies.

4.      I affirm that Defendant, SUPERIOR CHARTER SCHOOL SERVICES, INC, has conducted a diligent search and has produced all documents responsive to the Plaintiff's discovery requests, including all versions, drafts, and communications related to "Title IX Policies and Procedures: Sex-Based Discrimination and Sexual Harassment Manual".

5.      I affirm that all produced documents are accurate and complete and that no documents have been altered, backdated, or otherwise manipulated in any way that would misrepresent their authenticity or the timeline of their creation and modification.

I, _Rolando Mir_ to the best of my knowledge and belief hereby declare under penalty of perjury that the foregoing declaration is true and correct.

Executed on _May 21, 2024_            _____
                                                              Signature

1