# ACADEMIR CHARTER SCHOOL WEST

# 2022 - 2023



# PARENT/STUDENT

# HANDBOOK

# K-8th

Susie Bello, Principal



Dear Parent/Guardian(s):

# AcadeMir Charter School West

Welcome to an exciting school year at **AcadeMir Charter School West.** It will be a great pleasure to work with all of you for the benefit of our students. This handbook is designed to provide you with information that will answer most of your questions. Please read the handbook and discuss appropriate items with your child. We look forward to working with you and your children. If you have any questions regarding the handbook, please do not hesitate to contact us at (305)485-9911 or stop by the main office for any assistance.

## Our Mission

The mission of AcadeMir Charter School West is to provide students with a well-rounded K-8 school education, through a challenging program, focused on mathematics and science using innovative, reform-based instructional methods in a stimulating and nurturing environment that fosters maximum student achievement.

## Our Purpose

The purpose of AcadeMir Charter School West is to prepare students to reach their maximum potential in all subjects with special emphasis on Science, Technology, Engineering, Mathematics (STEM) and Reading using research based proven exemplary curricula and enhancement programs. The school program incorporates critical thinking, communication, collaboration, creativity, and technological literacy in order to prepare students for post-secondary studies and career demands of the 21st Century. -

## Vision

The vision for AcadeMir Charter School West is to provide students with a challenging and rigorous curriculum enabling students to be well prepared for higher education and life through adherence to an unwavering mission, shared purpose, and clearly articulated goals. Students will experience a cross curricula instructional approach in math, science and reading. Our program allows for scientific exploration and mathematical application along with technology integration through real world connections: by incorporating critical thinking, communication, collaboration, creativity and technological literacy that goes far beyond the basic knowledge to meet the challenges of the 21-century global economy. Our goal is to develop students into critical thinkers, and problem solvers by providing them with hands-on learning experiences that will enable all students to achieve academic success and become lifelong learners.

## Educational Philosophy

AcadeMir Charter School West philosophy is to fully prepare students to carry the torch of knowledge through its proven curricula, as well as the freedom and prosperity that is passed from generation to generation in this great country. Encouraging the use of innovative learning methods is a vital part of providing an educational program that truly meets the needs of all children. All learners possess areas of strength and areas of weakness and therefore, they express and receive knowledge in many ways. Effective teachers understand the need to differentiate instruction for all students in order for learning to occur. Understanding a student's area of intelligence, learning style, and/or learning preference is one-way teachers can positively impact a student's ability to learn. The role of the teacher is to observe what their students are doing, figure out why they are doing it that way, and to give them theright kind and amount of information and feedback so they may solidify their learning and perform what they havebeen taught. Students must be able to make sense of what is taught if they are going to apply their learning in othersituations.

# **PRINCIPAL'S MESSAGE**

Dear Students, Parents/Guardians:

As Principal of AcadeMir Charter School West it is my pleasure to welcome everyone to the 2022-2023 school year. For many of you, it is a warm welcome back to ACSW and for some it is a brand-new educational journey for your children, and we welcome you to the ACSW family. I hope your summer has gone well and that you are all excited for the beginning of the new school year. I look forward to an exciting year as we collectively strive to foster a culture of academic excellence and 21st century learning environment that is sure to yield positive student achievement.

My main goal is to ensure that every student is provided the highest quality education possible in a safe and nurturing learning environment. I am confident that together, we can make AcadeMir Charter School West and amazing place for our students to learn and grow. I am honored to serve as the principal of ACSW. It is truly a privilege to be part of a community where parents, teachers and students care for each other and strive to build positive relationships that support academic and social growth. Together we can strive for and achieve academic excellence. Our school staff looks forward to working with you and your children to make this the most successful year ever!

Sincerely,
Susie Bello, Principal

# **ADMINISTRATION DIRECTORY**

Principal: Susie Bello
Email: bello@academircharterschoolwest.com

Assistant Principal: Tracy Lorie-Rodriguez
Email: lorie-rodriguez@academircharterschoolwest.com

Assistant Principal: Melissa Valladares
Email: valladares@academircharterschoolwest.com

Address: 14880 S.W. 26 ST, Miami, FL 33185
Phone #: (305) 485-9911
Fax #: (305) 485-9944

PLC Address: 2636 S.W. 144 AVE, Miami, FL 33175
Phone #: (305) 221-0059
Fax #: (305) 485-9944



# Registration Policies and Procedures

All students enrolled in AcadeMir Charter School West K-8 are students of Miami -Dade County Public Schools, subject to applicable policies and entitled to same rights.

All students enrolled at AcadeMir Charter School West must meet the following requirements and provide the following information: Students who will attain the age of five years on or before September 1st of the school year shall be eligible for admission to public kindergarten during that school year.

Documents:

1. Proof of address in Miami-Dade County (i.e., copy of FPL bill, BellSouth bill, voter's registration, cable bill, warranty deed, house contract, etc.)
2. Copy of Birth Certificate
3. Previous transcripts and records from last school(s) (if necessary for grade verification)
4. Completed registration packet (including student data card)
5. Signed parent contract
6. Health and Immunization forms (blue and yellow forms)
   - **Immunization requirements Kindergarten – Twelfth Grade**
     • Four or five doses of diphtheria-tetanus pertussis (DTaP) vaccine
     • Three doses of hepatitis B (Hep B) vaccine
     • Three, four or five doses of polio (IPV) vaccine
     • Two doses of measles-mumps-rubella (MMR) vaccine
     • Two doses of varicella vaccine
   - **Immunization requirements for 7th Grade only**
     •One dose of tetanus-diphtheria-pertussis (Tdap) vaccine in grades seven through twelve
     • An updated DH 680 form to include Tdap, must be obtained for submission to the school

# Lottery and Admission

The lottery system is used when more students apply for admission to AcadeMir Charter School West than can be admitted. If there are fewer applicants than spaces available, AcadeMir Charter School West does not need to conduct a lottery.



# Arrival and Dismissal

Drop off:
1. Kindergarten through Seventh grade drop off begins at 7:45 A.M.
2. Kindergarten students report to cafeteria, they will be picked up by teachers by 8:15.
3. First through Seventh grade students report to the cafeteria to eat breakfast, then will line up in front of the homeroom teacher's classroom.

Students are to be sitting in class by 8:30 A.M. Attendance and tardiness are documented daily, and students accumulating 4 or more unexcused tardies per grading period will be written up. Students receiving more than 10 tardies per school year will receive a referral for excessive tardiness and must participate in excessive attendance meeting.

Dismissal:
- Kindergarten through First grade dismissal is at 2:30 P.M.
- Second through Seventh grade dismissal is at 3:30 P.M.

**EARLY DISMISSAL ON WEDNESDAY**:

Wednesday's will be designated a school-wide early dismissal day:
- K-1st at 2:00 p.m.
- 2-5th at 2:30 p.m.
- 6-7th at 3:30 p.m. (No early release for middle school)

**NOTE:** THESE TIMES WILL BE STRICTLY ENFORCED. Those children staying 15 minutes after their dismissal, as indicated above, will be taken to the after care and parents WILL BE CHARGED a **$1.00 PER MINUTE SERVICE CHARGE FEE. There will be NO EXCEPTIONS. Our DISMISSAL POLICY does not permit students to be released from school 30 minutes prior to their scheduled dismissal time. Please do not plan any appointments that will require the students to be dismissed 30 minutes early.**



## Drop-off Procedures

School begins at 8:30 a.m. Parents must drop students off between 7:45 a.m. - 8:25 a.m. Parents/guardians should be extremely cautious of students during this time. Students may not cross in front of cars to get in/out of their cars. ALL VEHICLES should line up single-file when entering the property on the South entrance of 149th Avenue. ALL PLC VEHICLES should line up single-file when entering the property on the entrance of Coral Way & 144th Avenue. Parents are asked to follow drop-off/pick up procedure during dismissal. If your child is not waiting outside for any reason, please park your car and proceed to the office.

During rainy days, drop off/pick up procedure should be followed as well.

## Rainy Day Dismissal:

During a rainy day, it may take longer than usual for our students' dismissal. Our goal is to proceed as quickly As possible and maintain a level of safety and security for all students being picked up.

We will continue with our regular procedure where your child's windshield ID paper sign is scanned and you proceed to the pick-up section. A staff member with an umbrella will take your child to your car.  Please make sure the inside of the car is clear so child can get in without disruption.

## Before and After school Care

AcadeMir Charter School West has established before and after school care. This is an optional service that parents can utilize. For further information, please see our office manager. Click here to be directed to the policy, procedure, application and fees page.

| | |
|---|---|
| Registration Fee: | $50.00 |
| Student Accident Insurance | $20.00 |

| | |
|---|---|
| Before School Care | 7:00 a.m. – 8:10 a.m. |
| After Care K– 1st | 2:30 p.m. – 6:00 p.m. |
| After Care 2nd– 7th | 3:30 p.m. – 6:00 p.m. |

*** Monthly fee varies depending on the number of days in the month (Before Care $3.00, After Care $9.00, Mini Care $2.00 per day)

**Sibling Discount:**
- Registration 50% off each sibling
- After Care $20.00 off each sibling
- Before and after care $20.00 off each sibling

## Club and After School Activities

AcadeMir Charter School West offers various extra-curricular activities that provides students with the opportunity to be part of a group who share the same interest. Please go to link below for full description: https://www.bridgepay.io/bp_store.aspx?menuItem=106&menuOrder=2&uuid=195A6710-B5F7-458C-B6C2-5083BD21BEEA

# School Calendars



**ACADEMIR CHARTER SCHOOL WEST**
2022-2023
**ELEMENTARY SCHOOL CALENDAR**

| July 2022 | | | | |
|---|---|---|---|---|
| M | T | W | T | F |
|  |  |  |  | 1 |
| 4 | 5 | 6 | 7 | 8 |
| 11 | 12 | 13 | 14 | 15 |
| 18 | 19 | 20 | 21 | 22 |
| 25 | 26 | 27 | 28 | 29 |

| August 2022 | | | | |
|---|---|---|---|---|
| M | T | W | T | F |
| 1 | 2 | 3 | 4 | 5 |
| 8 | 9 | 10 | 11 | 12 |
| 15 | 16 | 17 | 18 | 19 |
| 22 | 23 | 24 | 25 | 26 |
| 29 | 30 | 31 |  |  |

| September 2022 | | | | |
|---|---|---|---|---|
| M | T | W | T | F |
|  |  |  | 1 | 2 |
| 5 | 6 | 7 | 8 | 9 |
| 12 | 13 | 14 | 15 | 16 |
| 19 | 20 | 21 | 22 | 23 |
| 26 | 27 | 28 | 29 | 30 |

| October 2022 | | | | |
|---|---|---|---|---|
| M | T | W | T | F |
| 3 | 4 | 5 | 6 | 7 |
| 10 | 11 | 12 | 13 | 14 |
| 17 | 18 | 19 | 20 | 21 |
| 24 | 25 | 26 | 27 | 28 |
| 31 |  |  |  |  |

| November 2022 | | | | |
|---|---|---|---|---|
| M | T | W | T | F |
|  | 1 | 2 | 3 | 4 |
| 7 | 8 | 9 | 10 | 11 |
| 14 | 15 | 16 | 17 | 18 |
| 21 | 22 | 23 | 24 | 25 |
| 28 | 29 | 30 |  |  |

| December 2022 | | | | |
|---|---|---|---|---|
| M | T | W | T | F |
|  |  |  | 1 | 2 |
| 5 | 6 | 7 | 8 | 9 |
| 12 | 13 | 14 | 15 | 16 |
| 19 | 20 | 21 | 22 | 23 |
| 26 | 27 | 28 | 29 | 30 |

| January 2023 | | | | |
|---|---|---|---|---|
| M | T | W | T | F |
| 2 | 3 | 4 | 5 | 6 |
| 9 | 10 | 11 | 12 | 13 |
| 16 | 17 | 18 | 19 | 20 |
| 23 | 24 | 25 | 26 | 27 |
| 30 | 31 |  |  |  |

| February 2023 | | | | |
|---|---|---|---|---|
| M | T | W | T | F |
|  |  | 1 | 2 | 3 |
| 6 | 7 | 8 | 9 | 10 |
| 13 | 14 | 15 | 16 | 17 |
| 20 | 21 | 22 | 23 | 24 |
| 27 | 28 |  |  |  |

| March 2023 | | | | |
|---|---|---|---|---|
| M | T | W | T | F |
|  |  | 1 | 2 | 3 |
| 6 | 7 | 8 | 9 | 10 |
| 13 | 14 | 15 | 16 | 17 |
| 20 | 21 | 22 | 23 | 24 |
| 27 | 28 | 29 | 30 | 31 |

| April 2023 | | | | |
|---|---|---|---|---|
| M | T | W | T | F |
| 3 | 4 | 5 | 6 | 7 |
| 10 | 11 | 12 | 13 | 14 |
| 17 | 18 | 19 | 20 | 21 |
| 24 | 25 | 26 | 27 | 28 |
|  |  |  |  |  |

| May 2023 | | | | |
|---|---|---|---|---|
| M | T | W | T | F |
| 1 | 2 | 3 | 4 | 5 |
| 8 | 9 | 10 | 11 | 12 |
| 15 | 16 | 17 | 18 | 19 |
| 22 | 23 | 24 | 25 | 26 |
| 29 | 30 | 31 |  |  |

| June 2023 | | | | |
|---|---|---|---|---|
| M | T | W | T | F |
|  |  |  | 1 | 2 |
| 5 | 6 | 7 | 8 | 9 |
| 12 | 13 | 14 | 15 | 16 |
| 19 | 20 | 21 | 22 | 23 |
| 26 | 27 | 28 | 29 | 30 |

Teacher Planning Day





Recess Day
Beg/End of Grading Period
Legal Holiday
*EARLY RELEASE DAYS*

*EARLY RELEASE DAYS*
JUNE 5TH - 7TH
1:00 PM ELEMENTARY
1:30 PM MIDDLE SCHOOL

| Days in Grading Period | |
|---|---|
| 1- 45 | |
| 2- 46 | |
| 3- 47 | |
| 4- 42 | |



## ACADEMIR CHARTER SCHOOL WEST
### 2022-2023 MIDDLE SCHOOL CALENDAR

### AUGUST 2022
| M | T | W | T | F |
|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 |
| 8 | 9 | 10 | 11 | 12 |
| 15 | 16 | 17A | 18B | 19A |
| 22B | 23A | 24B | 25A | 26B |
| 29A | 30B | 31A | | |

### SEPTEMBER 2022
| M | T | W | T | F |
|---|---|---|---|---|
| | | | 1B | 2A |
| 5 | 6B | 7A | 8B | 9A |
| 12B | 13A | 14B | 15A | 16B |
| 19A | 20B | 21A | 22B | 23A |
| 26 | 27B | 28A | 29B | 30A |

### OCTOBER 2022
| M | T | W | T | F |
|---|---|---|---|---|
| 3B | 4A | 5 | 6B | 7A |
| 10B | 11A | 12B | 13A | 14B |
| 17A | 18B | 19A | 20B | 21A |
| 24B | 25A | 26B | 27A | 28B |
| 31A | | | | |

### NOVEMBER 2022
| M | T | W | T | F |
|---|---|---|---|---|
| | 1B | 2A | 3B | 4A |
| 7B | 8 | 9A | 10B | 11 |
| 14A | 15B | 16A | 17B | 18A |
| 21 | 22 | 23 | 24 | 25 |
| 28B | 29A | 30B | | |

### DECEMBER 2022
| M | T | W | T | F |
|---|---|---|---|---|
| | | | 1A | 2B |
| 5A | 6B | 7A | 8B | 9A |
| 12B | 13A | 14B | 15A | 16B |
| 19A | 20B | 21A | 22B | 23 |
| 26 | 27 | 28 | 29 | 30 |

### JANUARY 2023
| M | T | W | T | F |
|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 |
| 9A | 10B | 11A | 12B | 13A |
| 16 | 17B | 18A | 19B | 20A |
| 23 | 24B | 25A | 26B | 27A |
| 30B | 31A | | | |

### FEBRUARY 2023
| M | T | W | T | F |
|---|---|---|---|---|
| | | 1B | 2A | 3B |
| 6A | 7B | 8A | 9B | 10A |
| 13B | 14A | 15B | 16A | 17B |
| 20 | 21A | 22B | 23A | 24B |
| 27A | 28B | | | |

### MARCH 2023
| M | T | W | T | F |
|---|---|---|---|---|
| | | 1A | 2B | 3A |
| 6B | 7A | 8B | 9A | 10B |
| 13A | 14B | 15A | 16B | 17A |
| 20 | 21 | 22 | 23 | 24 |
| 27B | 28A | 29B | 30A | 31B |

### APRIL 2023
| M | T | W | T | F |
|---|---|---|---|---|
| 3A | 4B | 5A | 6B | 7 |
| 10A | 11B | 12A | 13B | 14A |
| 17B | 18A | 19B | 20A | 21B |
| 24A | 25B | 26A | 27B | 28A |
| | | | | |

### MAY 2023
| M | T | W | T | F |
|---|---|---|---|---|
| 1B | 2A | 3B | 4A | 5B |
| 8A | 9B | 10A | 11B | 12A |
| 15B | 16A | 17B | 18A | 19B |
| 22A | 23B | 24A | 25B | 26A |
| 29 | 30B | 31A | | |

### JUNE 2023
| M | T | W | T | F |
|---|---|---|---|---|
| | | | 1B | 2A |
| 5B | 6A | 7B | 8 | 9 |
| 12 | 13 | 14 | 15 | 16 |
| 19 | 20 | 21 | 22 | 23 |
| 26 | 27 | 28 | 29 | 30 |

### Days in Grading Period
| 1—45 |
| 2—46 |
| 3—47 |
| 4—42 |



| △ | All Teachers Report |
| ◯ | Teacher Planning Day |
| ⊗ | Legal Holiday |
| ✕ | Recess Day |
| ▢ | Beg/End of Grading Period |
| ⬠ | Early Release |

| FLORIDA STANDARDS ASSESSMENTS (FSA) | | |
|---|---|---|
| DATES | ASSESSMENT | GRADE LEVEL |
| Fall, Winter & Spring | Florida Assessment of Student Thinking (F.A.S.T.) | K-8 |
| May 1-26, 2023 | FSA EOC | 7-8 |

| NGSSS Assessments | | |
|---|---|---|
| DATES | ASSESSMENT | GRADE LEVEL |
| May 2023 | FCAT 2.0 Science | 5-8 |
| NGSSS End-of-Course Assessments | | |
| May 2023 | Biology 1, Civics, U.S. History | |



## Absences and Tardies

When a student returns to school after an absence, a note MUST be brought from home within the first three days they have returned, otherwise, the absence will be considered unexcused. Acceptable excuses for students' absences are: illness, a death in the family, a school-sponsored event or activity that has been previously approved or a religious holiday. (Please use the Absent Notification Form provided in the school's website and attach any documentation such as Doctor's note). Parents will be required to meet with administration for any students who have 6 or more unexcused absences in one nine-week grading period. Ten or more unexcused absences in any grading period will result in truancy procedures and students will follow district discipline policies. Class instructional time in very important to your child's progress and academic success, thus students are expected to be in school daily and on time by 8:30 AM. Any student who arrives after 8:30 will be provided a tardy pass in order to enter theirclassroom.

### Make-up Work Policy:

Make-up work shall be accepted for full credit and grade for excused and unexcused absences. All make-up work must be submitted within three days after the return to school.



## Cafeteria Program

Breakfast: $2.00 Daily
Lunch $ 3.00 Daily (includes milk)
All parents must pay for lunch on a "monthly" basis.

Payment for the month is made only the **Wednesday** before the new month begins. Payment must be made in cash or check.

Breakfast and lunch will be served in the cafeteria. If a child forgets their lunch he/she will be provided with lunch that day. Students will not be permitted to call home. NO LUNCH CHARGES can be made since public funds do not allow schools to extend credit. Students are not allowed to bring soda, candy or gum to school**.**
**Since we are trying to promote healthy eating habits, we request that fast food not be brought to school. Parents are not allowed to drop off lunch in the middle of the day.** Students are required to bring in their lunch in the morning or purchase lunch from the cafeteria.

**WE ARE A PEANUT FREE SCHOOL**. We ask that if your child brings their own lunch that they do not bring food  that contain peanuts.  If your child has a food allergy we make cafeteria seating accommodations for them. Teachers will also make classroom adjustments to make sure children with allergies are safe. All students cum folders, classrooms and cafeteria tables will be labeled if there is a student with a food allergy to ensure the safety of the student. *If your child has an allergy please make sure to notify the main office and your child's homeroom teacher.*



## Free and Reduced Lunch Program

The National School Lunch and School Breakfast Programs provide free and reduced priced meals for children unable to pay the full price. Applications must be filled out on a yearly basis. Once the application is approved, meal benefits begin and will continue throughout the school year in which the application is approved, and extends for approximately the first two weeks the following year. Please click here to submit a lunch application.



## Conduct in the Cafeteria

Students should eat in an atmosphere that is pleasant and conducive to good habits. It is recommended that parents discuss good cafeteria manners with your child. We promote and expect the following behaviors while in the cafeteria: use low voices, raising their hand if they need something, and remain seated during the lunch period at the assigned table, keep hands and feet to yourself at all times, no sharing of foods, clean your area and throw out trash when prompted to by cafeteria attendant.



## Communication

Communication is absolutely essential for success in any human endeavor. The administration and staff recognize this and will strive to facilitate open and frequent communications with parents at all times. We ask that you make us aware of any of the following in writing:

- Excessive absences from school due to an illness
- A change in the emergency contact information or authorization to release form
- Notification of any change in transportation

Parent-teacher conferences are an important part of our program. We encourage getting to know your child's teacher and Principal. Please make appointments for conferences by telephoning the office or writing a note to the teacher. If you have any additional questions or concerns, please make an appointment with the Principal or Assistant Principal.  Parent/teacher conference may be set up before or after school.  We ask that you refrain from calling teachers during class time, holding a conference in the parking lot or at a social event.

**School Communication Procedure**
AcadeMir Charter School West utilizes "School Messenger" to contact parents with pertinent school information. All telephone numbers and email addresses are updated from the MDCPS DSIS record system Any corrections or additions that need to be made must be done in person with the schools' registrar.

**Confidential Information**

Parents, guardians and students are protected by The Family Educational Rights and Privacy Act and the Florida Statutes from individuals' access to information in students' educational records and provide the right to challenge the accuracy of these records. These laws provide that without the prior consent of the parent, guardian or eligible student, a student's records may not be released, except in accordance with the provisions listed in the above-cited laws. The laws provide certain exceptions to the prior consent requirement to the release of student records, which include, but are not limited to, school officials with a legitimate educational interest and lawfully issued subpoenas and court orders. Each school must provide to the parents, guardians or eligible students annual notice in writing of their right to inspect and review student records. Once a student reaches 18 years of age or is attending an institution of post-secondary education, the consent is required from the student only, unless the student qualifies
as a dependent under the law.

 **Emergency Contact Information**

Student Data/ Emergency Contact Cards are expected to be carefully completed and then returned to the school. The information provided on the Student Data/Emergency Contact Card will enable school staff to contact the parent/guardian immediately in the case of an emergency. Students may only be released from school to the persons listed on the emergency contact card after presenting picture identification. If at any time your information changes please visit the main office to update your information. No persons, other than school staff, will have access to the information submitted. Submit in writing any changes to your child's transportation via email, letter or fax.

 **Family Rights and Privacy**

The revised Family Rights and Privacy Act became a Federal law in November, 1974. The intent of this law is to protect the accuracy and privacy of student educational records. Without your prior consent, only you and authorized individuals having legitimate educational interest will have access to your child's records.

 **Accidents**

Parents will be notified immediately in case of illness or an accident. In case you cannot be located, the school will use the name and telephone number of your emergency contact. It is imperative that the emergency contact is accurate.

911 will be called for critical injuries that require the type of care that school personnel cannot offer the student, and the parent or emergency contact will be notified. An accident report will be completed and filed for everyday accident. You are requested to notify the office of any accident or injury, your child has had before returning to school. Please notify the office of any accident or injury going from school, or during school hours if you have not been informed by his/her teacher. An accident report will be filed by the classroom teacher or other personnel witnessing the accident. Parents will be asked to sign receipt of the report and given a copy for their records.



## **Birthday Celebrations**

Birthday parties are **NOT** allowed, due to high allergies food, cake, cupcakes and candies are not permitted. In addition, in an effort to maximize academic instructional time non-academic interruptions are limited. However, classroom teachers will acknowledge a child's birthday and celebrate the birthday without impacting instruction.



## **Medication**

Miami-Dade County School Board policy prohibits school personnel from administering any prescribed medication without parental consent and a medication authorization form signed by the child's physician and parent(s).

Students may not keep medication in their book bags. Teachers are not authorized to administer medication in the classroom. All medication must be administered in the office by trained personnel and only after an *Authorization for Medication Form MDCPS (FM 2702E)* has been submitted. This form is available in the main office and must be kept in the medication binder and will be located in student cumulative records. This form must be filled out by the pediatrician or family doctor.

Medication must be brought to school in the original container with a label that clearly displays the following information: the child's name; dosage; name of the drug; physician's name; and the name and phone number of the pharmacy that filled the prescription.

## **COVID-19  PROTOCOLS**

Symptom Identification, Positive Case Identification, Contact Tracing, and Assessing School Closure:

Parents will be expected to do a temperature and symptom check each morning for their child. If a student is sick, they must stay home. Additionally, parents should check for common COVID-19 symptoms. Symptoms among children include fever, headache, sore throat, cough, fatigue, nausea/vomiting, and diarrhea. If a child has a temperature over 100.4 degrees (without fever-reducing medication), the parent/caregiver should wait fifteen (15) minutes and recheck the temperature to confirm if it remains elevated. If a student is sick including presenting with a temperature above 100.4 degrees and experiencing COVID-19 symptoms they must stay home, contact their health care provider, and the parent must notify the school immediately. In the case that a student begins to exhibit COVID-19 like symptoms during school hours, every school will have a designated isolation room so that they are not interacting with other students. A staff member will be assigned to stay with the student and monitor the student's symptoms. The parent or guardian will be notified and asked to pick the student up as soon as possible. The isolation room will also be sanitized immediately after each use.

In the event a student or staff member tests positive for COVID- 19, or other specified communicable disease, the school site will initiate a contact investigation to determine who may have been exposed to this student or staff member.

These types of cases will be reported to the Florida Department of Health in Miami-Dade County. Any school-wide or classroom closures will be determined in collaboration with the Florida Department of Health in Miami Dade County. AcadeMir Charter Schools will also follow guidance from the Florida Department of Health in Miami-Dade County for any school-wide or community notification that is deemed necessary. If a school closure is necessary, cleaning and sanitization protocols will be implemented. Schools and classrooms will reopen after the risk of exposure has been fully evaluated.

**Social Distancing:**

To prevent the clustering of people in hallways or rooms the following will be implemented:
- Each stairway will be one direction, to avoid students going in different directions at the same time.
- Restrooms will be limited to 2 people at a time.
- Elevators will be limited to 2 people at a time.
- Classroom Configurations: Non-essential furniture will be removed from the classroom when possible, to increase the distance between student desks.

**Visitors**

Upon arriving, all visitors will be required to check in at the main office. Face coverings are optional while on campus. All visitors will follow all protocols established at the school site such as adhering to directional hallways, social distancing, and respecting bathroom and elevator capacity limits.



AcadeMir Charter Schools
Suspected COVID-19 Preparedness Plan

**Assess Situation**

Steps to take if suspected case is from:

**All Employees**
1. Administration and management is notified immediately.
2. Notify the Office of Charter School Compliance and support: Dr. Dwight Bernard or Mr. James Dillard
3. Notify District personnel sponsoring school district using Communicable Disease Control Information Form (Form 7526), call 305-995-4111.
4. Notify Comprehensive Student Health Services (CSHS) at 305-995-4111 regarding the communicable disease incident and **FAX** the attached form to (305) 995-4120. Please DO NOT email the documents.
5. Hold the suspected COVID-19 carrier in designated isolation room.
6. Close off the areas used by the suspected sick person. Wait 24 hours to clean and disinfect area.
7. Share safe and correct application of disinfectants.
8. Coordinate safe transportation home or to a health care facility.
9. Prepare to notify staff and families of a suspected case.
10. Advise suspected sick person not to return until they have met CDC criteria to discontinue home isolation.

**Students and/or Parents**
1. Administration, management and parent/guardian is notified immediately.
2. Notify the Office of Charter School Compliance and support: Dr. Dwight Bernard or Mr. James Dillard
3. Notify District personnel sponsoring school district using Communicable Disease Control Information Form (Form 7526), call 305-995-4111.
4. Notify Comprehensive Student Health Services (CSHS) at 305-995-4111 regarding the communicable disease incident and **FAX** the attached form to (305) 995-4120. Please DO NOT email the documents.
5. Hold the suspected COVID-19 carrier in designated isolation room.
6. Close off the areas used by the suspected sick person. Wait 24 hours to clean and disinfect area.
7. Share safe and correct application of disinfectants.
8. Coordinate safe transportation home or to a health care facility.
9. Prepare to notify staff and families of a suspected case.
10. Advise parent of suspected sick student, he/she cannot return until they have met CDC criteria to discontinue home isolation.



# Emergency Evacuation

Your child's safety is one of our major concerns; therefore we need to be prepared for the unexpected. We hold monthly fire drills and conduct monthly emergency lockdown and evacuation drills to help prepare students and staff for any emergency that may arise. Under extreme circumstances we would need to evacuate the building. Depending on the situation, the local police will determine the location. **Under no circumstances will parents be allowed to pick up their child at school during an evacuation period.** Our goal is to evacuate the entire building safely. Please wait patiently for a phone call from our office staff telling you the location and procedures for picking up your child. The media is always helpful with disseminating information regarding evacuations and procedures as well. **Students will only be released to the people identified on the emergency contact form. Please bring proper identification (a picture ID) when picking up your child. Please keep in mind, it  is important to notify the office immediately when there is a change in home/cell phone numbers.**

## Emergency Procedures

In the event of an emergency, the primary responsibility of all personnel is to provide for the safety of students. If a school administrator announces a possible threat to students and staff safety exists within the community (Code Yellow), or an imminent threat to students and staff safety exists within the school (Code Red) students, faculty and staff will comply with all the procedures outlined in the ACSW Critical Incident Response Plan The school will perform regular monthly emergency lockdown drills throughout the school year.

## Fire Drills

Ten fire drills will take place according to the Miami-Dade County Public School Policy and Emergency Procedures. At the sound of the emergency bell, students must stop what they are doing and follow the teacher's instructions. They must clear the building promptly by the prescribed route. Any student who is in the hallway or the restroom at the sound of the emergency bell must proceed to the nearest exit and locate the teacher.

**Students, teacher and staff must remain outside the building until permission is given to re-enter**

## School Closings and Delays:

AcadeMir Charter School West will follow the lead of Miami Dade County Public Schools. When the sponsoring district closes, AcadeMir Charter School West closes. When the sponsoring district re-opens, AcadeMir Charter School West re-opens. As with inclement weather, community incidents may require us to cancel classes, open schools late or close them early. In such a situation, the following plan goes into effect. Please listen to the media for information on the closing and re-opening of AcadeMir Charter School West during a hurricane.

- The school's Threat Assessment Team will monitor and manage the situation.
- The school's website will post the announcement, of the closing, delay or early dismissal.
- We will notify media outlets, post on social media and send Connect-Ed and Remind messages to parents.

- If classes are canceled or dismissed early, all athletic and extracurricular events at the school will be canceled.
- Before/After-school programs will operate from an early dismissal to the regular closing time. Neither athletic and/or extracurricular events before/after-school programs will operate if the school is closed.

### FortifyFL:

FortifyFL is a suspicious activity reporting tool that allows you to instantly relay information to the appropriate law enforcement agencies and school officials. FortifyFL was created and funded by the 2018 Florida Legislature as part of the Marjory Stoneman Douglas High School Public Safety Act. To submit a tip please visit https://getfortifyfl.com/Tip.html .

## SCHOOL SAFETY AND SECURITY POLICY

### Safety and Security

Student and employee safety is a primary concern of the AcadeMir Charter Schools. That is why the AcadeMir Charter Schools Security and Crisis Management Plan was created to provide school personnel with the necessary leadership skills and knowledge needed to respond to critical incidents or other related emergencies that may occur in our schools/community. All AcadeMir schools have a site-specific plan to address all types of critical incidents. These plans address the individual needs of the school and provide guidelines for devising methods for communicating with the staff, students, parents/guardians, and the media during a critical incident or an emergency. Some of the protective action procedures include emergency drills/active shooter drills, the evacuation of students/staff from the building(s), evacuation of the disabled and if necessary, the relocation of students/staff from the school campus, lockdown procedures and holding/dismissing students during school and community emergencies.

### Safe School Officer:

For the protection and safety of students, school personnel, visitors and property, the governing board of AcadeMir Charter Schools will partner with law enforcement agencies when it is in session and from bell to bell. The Governing Board of AcadeMir Charter Schools will collaborate with the sponsoring school district to obtain access to all the safe-school office options available under this section. The school will obtain for the protection and safety of students, school personnel, visitors and property within the school.

### Active Assailant Plan:

AcadeMir Charter School School's primary concern is the safety and well-being of our students and staff, The Active Assailant Plan has been created to provide school personnel with the necessary skills and knowledge needed to respond to critical incidents or other related emergencies that may occur in our schools and/or surrounding community. The school will have a site-specific plan to address all types of critical incidents. This plan will address the individual needs of the school and provide guidelines for devising methods of communicating with the staff, students, parents/guardians, and the media during a critical incident or an emergency. Sone if the protective action procedures include monthly emergency drills; each school will conduct one fire drill and two emergency drills, one being an active shooter drill. The Schools will practice the evacuation of students/staff from the building, evacuation of the disabled and, if necessary, the relocation of students/staff from the school campus, lockdown procedures and holding, obtaining medical assistance, and/or reunifying student with parents. The school, as needed, will provide students and families with the counseling services by the crisis response team.

## Threat Assessment Team:

AcadeMir Charter Schools have adopted policies for the establishment of the Threat Assessment Team at the school whose duties include the coordination of resources, assessment and intervention with individuals whose duties include the coordination of resources, assessment and intervention with individuals whose behavior may pose a threat to the safety of students or school staff consistent with the model policies developed by the Office of Safe Schools. These policies include procedures for referrals to mental health services identified by the school and/or the sponsoring school district pursuant to s.1012.584(4), when appropriate, the team will follow procedures for behavioral threat assessments utilizing the school security risk assessment tool, the instrument developed pursuant to s. 1001.212(12).

## Emergency Drills:

Florida Statute 1006.07(4)(a) requires emergency drills to be performed in all K - 12 educational facilities at least as often as other emergency drills to familiarize and prepare school site personnel and students on how to respond during active threat incidents. A total of twenty-one emergency drills, to include one monthly active shooter drill and one hostage situation or bomb threat drill, will take place during the school year according to Florida Senate Bill 7026, also known as the Marjory Stoneman Douglas High School Public Safety Act. One additional active shooter drill must take place within the first 30 days of the opening of schools. All emergency drills shall be conducted in accordance with the appropriate corresponding situational response as outlined in the and shall include developmentally appropriate and age-appropriate procedures

### Fire Drills

Ten fire drills will take place during the school year according to the Miami-Dade County Public Schools Policy and Emergency Procedures. At the sound of the emergency bell, students must stop what they are doing and follow the teacher's instructions. Students must clear the building promptly by the prescribed route. Any student who is in the hallway or the restroom at the sound of the emergency bell must proceed to the nearest exit and locate the teacher. Students, teachers and staff must remain outside the building until permission is given to re-enter.

### Lockdown Procedures

Lockdowns are utilized in response to an immediate threat posed to students and staff. Schools have successfully performed lockdowns in response to police activity adjacent to a facility and potential armed intruders onsite. Students, faculty and staff will comply with all the procedures outlined in the Miami-Dade Public Schools Critical Incident Response Plan and remain on lockdown until a school administrator and/or law enforcement makes an "All Clear" announcement.

Active Assailant drills: are required monthly, with an additional drill performed within the first 30 days of the opening of school.

Barricaded Subject / Hostage / Bomb drills: must be alternated each month.

Tornado drills: are required, by statute, twice per year in addition to the Active Assailant and Barricaded Subject/ Hostage/Bomb drills.

With the exception of August/September where there are two fire drills within the first 30 days and two active assailant drills, it is expected that charters complete:

- 1 Fire drill monthly
- 1 Active Assailant drill monthly
- 1 Hostage / Barricaded / Bomb drill monthly

The chart below indicates the schedule for emergency drills which will be completed 2022-2023 school year.

ncluded in the schedule is the month, expected participants, and the drill type.

| Month | Participants | Drill Type |
|---|---|---|
| **August** <br> *(within first 30 days of school)* | Admin, Safety Team, SSO, Teachers, Staff, & Students+ | Active Assailant |
| | | Active Assailant or Hostage Situation |
| **September** | Admin, Safety Team, SSO, Teachers, Staff, & Students | Active Assailant |
| | | Hostage Situation |
| **October** | Admin, Safety Team, SSO, Teachers, Staff, & Students | Active Assailant |
| | | Hostage Situation |
| | | Tornado |
| **November** | Admin, Safety Team, SSO, Teachers, Staff, & Students | Active Assailant |
| | | Hostage Situation |
| **December** | Admin, Safety Team, SSO, Teachers, Staff, & Students | Active Assailant |
| | | Hostage Situation |
| **January** | Admin, Safety Team, SSO, Teachers, Staff, & Students | Active Assailant |
| | | Hostage Situation |
| **February** | Admin, Safety Team, SSO, Teachers, Staff, & Students | Active Assailant |
| | | Hostage Situation |
| **March** | Admin, Safety Team, SSO, Teachers, Staff, & Students | Active Assailant |
| | | Hostage Situation |
| | | Tornado |
| **April** | Admin, Safety Team, SRO, Teachers, Staff, & Students | Active Assailant |
| | | Hostage Situation |
| **May** | Admin, Safety Team, SRO, Teachers, Staff, & Students | Active Assailant |
| | | Hostage Situation |



## Unauthorized Items Policy

Please be advised that students are not allowed to bring weapons of any kind, tobacco products or drugs to school. The Federal Gun-Free School Zones Act prohibits an individual from possessing a firearm within 1,000 feet of aschool. Students are prohibited from possessing, storing, making, or using a weapon, including a concealed weapon, in a school safety zone and any setting that is under a school-sponsored event. The use, possession, concealment, or distribution of any drug or any drug-related paraphernalia, or the misuse of a product containing a substance that can provide an intoxicating or mood-altering effect or the misuse of any "over-the-counter" medications or substances are prohibited on school grounds, on school vehicles, and at any school-sponsored event. These violations may result in disciplinary actions imposed by local law enforcement authorities, in addition to those ofthe school/district. The school principals, and/or designee shall assign discipline/corrective strategies to students, pursuant to the Code of Student Conduct and, in accordance with the student's due process rights.



# Organizational Chart for Addressing Concerns

Conferences with individual teachers must be arranged by the office. Contact may be made by calling the school office or emailing the teacher. All emails can be found on our school website. It is against school policy to show up to a classroom without prior arrangements for a conference or call teachers during classroom time.

Please do not engage in parent conferences during arrival/dismissal of students, in the hallways or during classroom time. Your child's confidential information may be jeopardized.  Always attempt to resolve issues/conflicts with the teacher before coming to administration. Most issues can be resolved when you have open and honest communication with your child's teacher.

For issues involving an individual teacher or class, parents address their concerns to the following individuals in the order below:

- Step 1: Teacher
- Step 2: Assistant Principal
- Step 3: Principal
- Step 4: Conflict Resolution Person
- Step 5: AcadeMir Charter School Board of Directors
- All concerns should be provided to the Board in writing (assistance available upon request) via Board Liaison at least 3 days prior to a regular scheduled meeting.

| | |
|---|---|
| Name of Board Liaison: | Mr. Rolando Mir |
| Email: | mirscss@yahoo.com |
| Mailing Address: | 5420 SW 157 Avenue Miami, Florida 33185 |
| Fax: | (305) 225-0448 |

| Board Meetings | | |
|---|---|---|
| **Date** | **Time** | **Location** |
| **August 4, 2022** | **9:30 am** | **Superior Charter Schools Services 5420 SW 157 Avenue, Bay 5 Miami, FL 33185** |
| **September 21, 2022** | **9:30 am** | **Superior Charter Schools Services 5420 SW 157 Avenue, Bay 5 Miami, FL 33185** |
| **December 8, 2022** | **9:30 am** | **Superior Charter Schools Services 5420 SW 157 Avenue, Bay 5 Miami, FL 33185** |
| **March 8, 2023** | **9:30 am** | **Superior Charter Schools Services 5420 SW 157 Avenue, Bay 5 Miami, FL 33185** |

# Conflict Resolution Procedures

We at AcadeMir Charter School West, strive to maintain a safe and positive learning environment that encourages all students, staff, and family members to use positive choices for solving conflict. We use the following steps of communication when there is a concern**.**

**Step 1:** If there is a situation that needs a solution with your child, please begin by first talking to your child's teacher. You will be able to discuss possible ways to resolve any concerns. If a solution has not been reached, you should go the step 2.

**Step 2:** Parent may schedule an appointment with the school's Assistant Principal. Please present your concern. If a solution has not been reached with the teacher and the Assistant Principal, please go to step 3.

**Step 3:** Please contact the office at (305) 485-9911 to set up a meeting with the school's Principal. Please present your concern. If an acceptable solution has not reached, please continue to step 4.

**Step 4:** Contact the Governing Board appointed Conflict Resolution Designee, Ruben Perez at (305) 218-3163. This information is posted on school website and in our bulletin, board located in school's lobby. If an acceptable solution has not reached, please continue to step 5.

**Step 5:** Parent may reach out to the Governing Board Chair, Mr. Alexander Casas at (305) 225-0444 or has the option of attending a board meeting that is posted on school website and in our bulletin, board located in school's lobby.



## Discipline Behavior

We believe that all children can learn and succeed in school provided they have access to a nurturing, safe and structured environment, a challenging and interesting curriculum and qualified teachers who genuinely care about a child's performance and wellbeing. We will achieve these expectations by following The Positive Behavior System (PBS) to create a safe environment through the school wide adoption of a consistent, fair, and equitable discipline plan the promotes a school-wide positive behavior system we call the 3R's Plus: Respect, Responsibility, Ready to Learn and Integrity.

Disciplinary actions are listed below:

| | |
|---|---|
| 1st offense: | A verbal warning issued |
| 2nd offense: | A behavior notification form will be sent home to the parents |
| 3rd offense: | Parent/Teacher conference |
| 4th offense: | Administration reserves the right to issue disciplinary action based on the severity of the violation and in accordance the MDCPS Student Code of Conduct. |

The school will abide by the Miami Dade County Student Code of Conduct when enforcing consequences. Handbook can be accessed http://ehandbooks.dadeschools.net/policies/90/index.htm

**Code of Student Conduct:**

AcadeMir Charter School West and Miami-Dade County Public Schools (M-DCPS) is committed to providing a safe teaching and learning environment for students, staff, and members of the community. On January 16, 2008, the School Board approved a newly revised Code of Student Conduct (COSC). The revised COSC identifies, recognizes, and rewards model student behavior within a framework of clearly established and enforceable rules and policies. It advocates a holistic approach to promoting and maintaining a safe learning environment and requires active participation from students, parents/guardians, and school staff. Students and parents/guardians can access the English, Spanish and Haitian/Creole versions of the document on the M-DCPS Website located at: http://www.dadeschools.net/ or you may request a copy from your child's school.

Below is a list of behaviors and range of corrective strategies level I-V.

## BEHAVIORS AND RANGE OF CORRECTIVE STRATEGIES

| BEHAVIORS | RANGE OF CORRECTIVE STRATEGIES |
|---|---|
| **EVEL I Behaviors** are acts that disrupt the orderly operation of the classroom, school function, and extracurricular activities or approved transportation.<br><br>**LEVEL I**<br><br>**Disruptive Behaviors:**<br><ul><li>Confrontation with another student</li><li>Cutting class</li><li>Disruptive behavior (including behavior on the school bus and at the school bus stop)</li><li>Failure to comply with class and/or school rules</li><li>Inappropriate public display of affection</li><li>Misrepresentation</li><li>Possession of items or materials that are inappropriate for an educational setting (See Special Notes #1)</li><li>Repeated use of profane or crude language (general, not directed at someone)</li><li>Unauthorized location</li><li>Unauthorized use of wireless communication devices (See Vital Alerts page(s) 42)</li><li>Violation of dress code (See Vital Alerts page(s)32)</li></ul> | The principal or designee **must** select at least one of the following strategies from **PLAN I**. Principals may authorize use of **PLAN II** for repeated, serious, or habitual **Level I** infractions.<br><br>**PLAN I**<br><ul><li>Parent/guardian contact (See Special Notes #2)</li><li>Student Conference (See Special Notes #3)</li><li>Student, parents/guardians/staff conference</li><li>Behavior Plan</li><li>Student Contract</li><li>Participation in a counseling session related to infraction</li><li>Refer to outside agency/provider (See Special Notes #4)</li><li>Peer Mediation</li><li>Refer to page(s) 55-61 for additional corrective strategies on the RtB/MTSS</li><li>Reprimand</li><li>Confiscation of wireless communication devices</li><li>Refer to Vital Alerts page(s) 32 for the prescribed corrective strategies for the violation of the dress code.</li><li>Revocation of the right to participate in social and/or extracurricular activities</li><li>Replacement or payment of any damaged property(if appropriate)</li><li>Behavior Plan</li></ul> |
| **Special Notes**<br><ul><li>#1 See Sexual Offenses (Other), Level IV, for obscene or lewd material.</li><li>Administrators must contact Miami-Dade Schools Police for any criminal conduct regardless of whether Schools Police Automated Reporting (SPAR) is indicated.</li><li>If the victim of a crime requests a police report, the principal or designee must report the incident to theMiami-Dade Schools Police.</li></ul> | **Special Notes**<br><ul><li>#2 Good faith attempt must be made immediately to contact parent/guardian by telephone.</li><li>#5 Send written notice to parent/guardian within24 hours via U.S. mail.</li><li>Refer to the Code of Student Conduct for further details</li></ul> |

| BEHAVIORS | RANGE OF CORRECTIVE STRATEGIES |
|---|---|
| **Level II Behaviors** are more serious than Level I because they significantly interfere with learning and/or the well-being of others. | The principal or designee **must** select at least one of the following strategies from **PLAN II**. The use of appropriate strategies from previous PLAN maybe used in conjunction with this PLAN. Principals may authorize the use of **PLAN III** for repeated, serious or habitual **Level II** infractions. |

**LEVEL II**

**Seriously Disruptive Behaviors**

- Cheating
- Confrontation with a staff member
- Defiance of school personnel
- Distribution of items or materials that are inappropriate for an educational setting (See SpecialNotes #1)
- Failure to comply with previously prescribed corrective strategies
- False accusation
- Fighting (minor)
- Forgery (Written Misrepresentation):
- Harassment (non-sexual or isolated)
- Instigative behavior
- Joining clubs or groups NOT approved by the SchoolBoard
- Leaving school grounds without permission
- Libel
- Petty theft (under $300.00)
- Possession of and/or use of tobacco products orsmoking/vaping devices. (See Glossary).
- Prohibited sales on school grounds (other than controlled substances)
- Slander
- Use of profane or provocative language directedat someone
- Vandalism (minor)

**PLAN II**

- Parent/guardian contact (See Special Notes#2)
- Student conference (See Special Notes #3)
- Corrective Strategies from Level I
- Participation in counseling session related to the infraction
- Refer to outside agency/provider (See Special Notes#4)
- Refer to page(s) 55-61 for additional corrective strategies on the RtB/MTSS
- School-based program that focuses on modifying the student's inappropriate behavior or promotes positive behavior

**Special Notes**

- #1 See Sexual Offenses (Other), Level IV, for obsceneor lewd material.
- Administrators must contact Miami-Dade Schools Police for any criminal conduct regardless of whether Schools Police Automated Reporting (SPAR) is indicated.
- If the victim of a crime requests a police report, the principal or designee must report the incident to theMiami-Dade Schools Police.

**Special Notes**

- #2 Good faith attempt must be made immediately to contact parent/guardian by telephone.
- # 5 Send written notice to parent/guardian within24 hours via U.S. mail.
- Refer to the Code of Student Conduct for furtherdetails

*Refer to the Glossary for an explanation of unfamiliar words used in the* **Code of Student Conduct.**

| BEHAVIORS | RANGE OF CORRECTIVE STRATEGIES |
|---|---|
| **LEVEL III Behaviors** are more serious than Level II because they endanger health and safety, damage property, and/or cause serious disruptions to the learning environment. | The principal or designee **must** select at least one of the following strategies from **PLAN III**. The use of appropriate strategies from previous PLANS may also be used in conjunctionwith this PLAN. Principals may authorize the use of **PLAN IV** for repeated, serious or habitual **Level III** infractions. |

**LEVEL III**

**Offensive/Harmful Behavior**

- Assault/Threat against a non-staff member
- Breaking and Entering/Burglary
- Bullying (repeated harassment) (See Special Notes#1) (See Vital Alerts page(s) 32-34)
- Disruption on campus/Disorderly conduct
- Fighting (serious)
- False Activation of Fire Alarm System
- Gambling
- Harassment (Civil Rights) (See Special Notes #2) (See Vital Alerts page(s) 32-34 (See Special Notes #2)
- Hazing (misdemeanor)
- Improper Activation of Fire Extinguisher
- Possession of simulated weapons
- Possession or use of alcohol, unauthorized over the counter medications, drug paraphernalia, controlled substances and/or anything that alters mood or is used formood altering (See Vital Alert Under the Influence page(s) 39)
- Sexting (1) (See Vital Alerts page(s) 38)
- Sexual harassment (See Special Notes #2) (See Vital Alerts page(s) 32-34 and Glossary page 78)
- Technology and Computer Related Offense (1)(See Vital Alerts page(s) 40-41)
- Threat/Intimidation (See Special Notes #8)
- Trespassing
- Vandalism (major)

**PLAN III**

- Parent/guardian contact (See Special Notes #4)
- Student conference (See Special Notes #5)
- Corrective Strategies from Level I & II
- Permanent removal from class and reassignment to different class (placement review committee decision required)
- Suspension (See Special Notes #4, 5, 6 and 7) or Recommendation for expulsion (See page(s) 50)

**Special Notes**

- #1 Good faith attempt must be made immediately to contactparent/guardian by telephone.
- #6 Send written notice to parent/guardian within24 hour via U.S. mail.
- #8 If a student brings a firearm or weapon and/or makes athreat or false report, the school must refer the student to mental health services identified by the school District.
- Refer to the Code of Student Conduct for further details

**Special Notes**

- **All Level III, IV, and V infractions, unless otherwise noted, require Schools Police Automated Reporting (SPAR). Administrators must contact Miami-Dade Schools Police.**
- Bullying infractions do not require a SPAR
- Harassment Civil Rights and Sexual Harassment do not require a SPAR, but must be reported to the Miami-Dade County Public Schools Office of Civil Rights Compliance at 305-995-1580.

*Refer to the Glossary for an explanation of unfamiliar words used in the* **Code of Student Conduct.**

| | |
|---|---|
| **LEVEL IV Behaviors** are more serious acts of unacceptable behavior than Level III. They seriously endanger the health and well-being of others and/or damage property.<br><br>**LEVEL IV**<br><br>**Dangerous or Violent Behaviors**<br>- Battery against a non-staff member<br>- Grand theft (over $300.00)<br>- Hate Crime<br>- Hazing (Felony)<br>- Intent to sell and/or distribute alcohol, unauthorized over-the-counter medications, drug paraphernalia, controlled substances and/or anything that alters mood or is used for mood altering<br>- Motor vehicle theft<br>- Other major crimes/incidents; Robbery<br>- Sale and/or distribution of alcohol, unauthorized over-the-counter medications, drug paraphernalia, controlled substances and/or anything that alters mood or is used for mood altering (See Vital Alerts for Underthe Influence page(s) 39)<br>- Sex offenses (other) (including possession and/ordistribution of obscene or lewd materials)<br>- Sexting (2) (See Vital Alerts page(s) 38)<br>- Sexual Assault<br>- Technology and Computer-Related Offense(2)<br>- (See Vital Alerts page(s) 40-41) | The principal or designee **must** use the following strategies from **PLAN IV**. The use of appropriate strategies from previous PLANS may also be used in conjunction with this PLAN.<br><br>**PLAN IV**<br>- Parent/guardian contact (See Special Notes#2)<br>- Student conference (See Special Notes #3)<br>- Corrective Strategies from Level I-III (See SpecialNote #4)<br>- Recommendation for expulsion (See page(s)50) |
| **Special Notes**<br>- **All Level III, IV, and V infractions require SchoolsPolice Automated Reporting (SPAR). Administrators must contact Miami-Dade Schools Police.** | **Special Notes**<br>- #2 Good Faith attempt must be made immediately to contact parent/guardian by telephone.<br>- #3 Student Conference<br>- Corrective strategies from Level I-III<br>- Send written notice to parent/guardian within24 hours via U.S. mail.<br>- Recommendation for expulsion (see page 50)<br>- Refer to the Code of Student Conduct for furtherdetails |

| BEHAVIORS | RANGE OF CORRECTIVE STRATEGIES |
|---|---|
| **LEVEL V Behaviors** are the most serious acts of misconduct and violent actions that threaten life.<br><br>**LEVEL V**<br><br>**Most Serious, Dangerous or Violent Behaviors**<br><br>• Aggravated assault<br>• Aggravated battery against a non-staff member<br>• Armed robbery<br>• Arson<br>• Assault/Threat against M-DCPS employees or persons conducting official business (See Special Notes #1 & #5)<br>• Battery or Aggravated battery against employees or persons conducting official business (See Special Notes #1)<br>• Homicide<br>• Kidnapping/Abduction<br>• Making a false report/threat against the school (See Special Notes #1 & 5)<br>• Other major crimes/incidents<br>• Possession, use, sale, or distribution of firearms, explosives, destructive devices, and other weapons. (See Special Notes #1 & 5)<br>• Sexting (3) Offense (See Vital Alerts page(s)38)<br>• Sexual battery<br>• Technology and Computer Related Offense (3) (See Vital Alerts page(s) 40-41) | The principal or designee **must** use the following strategies from **PLAN V**. The use of appropriate strategies from previous PLANS may also be used in conjunction with this PLAN.<br><br>**PLAN V**<br><br>• Parent/guardian contact (See Special Notes#2)<br>• Student conference (See Special Notes #3)<br>• Corrective Strategies from Level I-IV (See SpecialNotes #4)<br>• Recommendation for expulsion (See page(s)50) |
| **Special Notes**<br><br>• **All Level III, IV, and V infractions require SchoolsPolice Automated Reporting (SPAR). Administrators must contact Miami-Dade Schools Police.**<br>• The possession of firearms or other weapons on school property may result in criminal penalties in addition to expulsion.<br>• #1 Mandatory one year expulsion. | **Special Notes**<br><br>• #2 Good faith attempt must be made immediately to contact parent/guardian by telephone.<br>• Send written notice to parent/guardian within24 hour via U.S. mail.<br>• #4 this level of infraction may result in an expulsion requiring School Board action.<br>• #5 If a student brings a firearm or weapon and/ormakes a threat or false report, the school must refer the student to "mental health services" identified by the school district pursuant to 1012.584(4).<br>• Refer to the Code of Student Conduct for furtherdetails |

*Refer to the Glossary for an explanation of unfamiliar words used in the* **Code of Student Conduct.**

## **ACADEMIC INTEGRITY**

All AcadeMir Charter School Students are expected to be honest and cheating and/or plagiarism will not be tolerated and will result in an immediate "F" and will be communicated with the corresponding parents right away. As per the MDCPS Code of Student Conduct, "the code of student conduct sets the standards for conduct expected of students in a purposeful safe learning environment in which the principles of care, courtesy, civility, fairness, acceptance of diversity, and respect for the rights of others is valued. It also addresses the role of the parents/guardians, the students, and school, but also focuses on core values and model student behavior, rights and responsibilities of students, addressing student behavior, and disciplinary procedures.

### **What is academic integrity**?
Academic integrity is an ethical code, whereby the student guarantees that all work submitted is the student's own work

### **Why is academic integrity important?**
When students submit an assignment that is not their own original work, there are two issues involved: Students are earning credit for learning material for which they have not demonstrated mastery; and they may be violating the policies of the school.

### **What are some examples of academic integrity violations?**
There are two kinds of academic integrity violations. One is "plagiarism" and the other is "cheating."
1. Plagiarism is defined as an act or instance of using closely imitating the language and thoughts of another author without authorization and the representation of that author's work as one's own, as by not crediting the original author.
   a. Some examples are, but not limited to the following:
      i. Copying and pasting a report from the Internet and representing it as your own work.
      ii. Using information from an encyclopedia, book, textbook, website, database, etc., without citing the source
      iii. Using another student's work in whole or part and handing it in as one's own
      iv. Using online translators for assignments and assessments.
2. Cheating - To influence or lead by deceit, trick, or artifice or to practice fraud or trickery to violate rules dishonestly.
   a. Some examples are, but not limited to the following:
      i. Providing questions/answers/ works to another student
      ii. Obtaining or attempting to obtain, prior to examination, either copies of used questions or illegal knowledge of such questions

The emphasis of AcadeMir Charter School West's academic honesty policy is on prevention, and on students learning the appropriate skills of citing work from other authors. In the event that students are suspected of classroom cheating, plagiarism or otherwise misrepresenting their work, he/she will be subject to all applicable forms of discipline defined by the administration, which include, but are not limited to:
- Meeting with the school counselor regarding the incident
- A failing grade on the assignment or assessment
- A referral will be sent to administration and recorded on the students' academic/behavior record
- A parent-teacher conference will be scheduled with the school counselor and/or administration

Note: Students enrolled in Dual Enrollment with Miami Dade College will be expected to abide by the college's Code of Conduct.

### **Bullying (Cyber) and Harassment Policy:**
Harassment is prohibited between members of the AcadeMir Charter School Community, including communication of any form between students, parents, faculty and/or staff, and any third parties directly or indirectly. We are committed to maintaining a working and learning environment in which students, faculty, and staff can develop intellectually, professionally, personally and socially. Such an atmosphere must be free of intimidation, fear, coercion and reprisal. It is an expectation that all students and employees shall use all equipment and programs for the intended educational purpose. We are committed to protecting students and

employees from bullying, harassment or inappropriate uses of computers or programs to participate in bullyingbehavior. Bullying, Harassment and threat of any kind **will not be tolerated** and shall be just cause for disciplinary action.

Conduct that constitutes bullying or harassment, as defined herein, is prohibited. Bullying, harassment, and cyber stalking are defined as inflicting physical or psychological distress, and/or Communicating words, images or language using electronic mail that causes emotional distress and for which there is no legitimate purpose.

Any action by a student or parent deemed inappropriate will be fully investigated by the appropriate school administrator and or **proper authorities.**

AcadeMir Charter School West is committed to providing a safe learning environment for all students. AcadeMir Charter School West is dedicated to eradicating bullying and harassment in its schools by providing awareness, prevention and education in promoting a school atmosphere in which bullying, harassment, and intimidation willnot be tolerated by students, school board employees, visitors, or volunteers.
AcadeMir Charter School West policy is consistent with F.S.1006.147 where Bullying and Harassment is prohibited. This statute may also be cited as the "Jeffrey Johnston Stand Up for All Students." Please go to thefollowing link for full policy.
http://www.leg.state.fl.us/statutes/index.cfm?App_mode=Display_Statute&URL=1000-1099/1006/Sections/1006.147.html

### Zero Tolerance Policy (F.S.1006.13)
Policy of zero tolerance for crime and victimization. AcadeMir Charter School West shall promote a safe and supportive learning environment in schools by protecting students and staff from conduct that poses a threat to school safety. Please go to link below for full policy.
http://www.leg.state.fl.us/statutes/index.cfm?mode=View%20Statutes&SubMenu=1&App_mode=Display_Statu te&Search_String=1006.13,+F.S.&URL=1000-1099/1006/Sections/1006.13.html

#### Items Not Permitted in School

Candy, gum, pets, toys, large amounts of money, gum, candy, IPODs/MP3 Players, cell phones, roller skate sneakers, weapons, drugs, any electronic game, or devise, playing cards, personal cameras or video recorders. The school will confiscate any items not permitted in school until the end of the school year. Please check your children's book bags to assure compliance. **The school is not responsible for any lost or stolen items of value. ELECTRONIC DEVICES AND CELLULAR PHONES ARE NOT TO BE USED DURING THE SCHOOL DAY AND IF SEEN, THEY WILL BE CONFISCATED.** Confiscation of a cell phone or electronic device will automatically result in disciplinary action. A cell phone or electronic device will be confiscated and returned to parents for first time offenders and until the end of the school year for second time offenders. The school is not responsible for any inconvenience this may cause parents.



## Students' Rights

Students have the right to feel safe from threats and bodily harm. Disruptive behaviors are never acceptable, and when they occur, they will result in disciplinary actions, exclusion from participation in class activities, fieldtrips, suspension, or other disciplinary action as determined by the student code of conduct. **Parents who have a conflict with a student other than their own child and/or parent are requested to speak to the administration**. At no time may parents approach any student/parent directly.

All students and employees will be treated with respect. Slurs, innuendoes, hostile treatment, violence, harassment or other verbal or physical conduct against a student or employee will NOT be tolerated.

**Non-Discrimination Statement**

In accordance with federal and state anti-discriminatory laws AcadeMir Charter School West will not discriminate on the basis of race, ethnicity, national origin, gender, disability or marital status against a student in its school admission process. Students who are identified as needing ESE or ELL programs shall have an equal opportunity of being selected for enrollment in the school. Any eligible student, as described in Fl. Statute 1002.33(10), who submits an application (prior to posted deadline) and whose parents accept the conditions of the Parental Involvement Contract shall be considered unless the number of applications exceeds the capacity of the program, class, grade level, or building. In such case, all applicants shall have an equal chance of being admitted through a lottery process. If the number of applications falls short of the established capacity, supplemental registration periods may be held for the purpose of reaching student capacity.

ACSW will comply with Florida's charter school legislation, Fla. Stat. 1002.33(10) (e), which states that schools may give enrollment preference to certain student populations. These populations include:

- Students who are siblings of a student enrolled at the charter school.
- Students who are the children of a member of the Board of Directors of the charter school.
- Students who are the children of an employee of the charter school.
- Students who are the children of an active duty member of any branch of the United States Armed Forces.

**Anti-Discrimination Policies**

The School Board of Miami-Dade County, Florida adheres to a policy of nondiscrimination in employment and educational programs/activities and strives affirmatively to provide equal opportunity for all as required by:

**Title VI of the Civil Rights Act of 1964** - prohibits discrimination on the basis of race, color, religion, or national origin.

**Title VII of the Civil Rights Act of 1964 as amended** - prohibits discrimination in employment on the basis of race, color, religion, gender, or national origin.

**Title IX of the Education Amendments of 1972** - prohibits discrimination on the basis of gender. M-DCPS does not discriminate on the basis of sex in any education program or activity that it operates as required by Title IX. M-DCPS also does not discriminate on the basis of sex in admissions or employment.

**Age Discrimination Act of 1975** - prohibits discrimination based on age in programs or activities.

**Age Discrimination in Employment Act of 1967 (ADEA) as amended** - prohibits discrimination on the basis of age with respect to individuals who are at least 40 years old.

**The Equal Pay Act of 1963 as amended** - prohibits gender discrimination in payment of wages to women and men performing substantially equal work in the same establishment.

**Section 504 of the Rehabilitation Act of 1973** - prohibits discrimination against the disabled.

**Americans with Disabilities Act of 1990 (ADA)** - prohibits discrimination against individuals with disabilities in employment, public service, public accommodations and telecommunications.

**The Family and Medical Leave Act of 1993 (FMLA)** - requires covered employers to provide up to 12 weeks of unpaid, job-protected leave to eligible employees for certain family and medical reasons.

**The Pregnancy Discrimination Act of 1978** - prohibits discrimination in employment on the basis of pregnancy, childbirth, or related medical conditions.

**Florida Educational Equity Act (FEEA) -** prohibits discrimination on the basis of race, gender, national origin, marital status, or handicap against a student or employee.

**Florida Civil Rights Act of 1992** - secures for all individuals within the state freedom from discrimination because of race, color, religion, sex, national origin, age, handicap, or marital status.

**Title II of the Genetic Information Nondiscrimination Act of 2008 (GINA)** - prohibits discrimination against employees or applicants because of genetic information.

**Boy Scouts of America Equal Access Act of 2002** – No public school shall deny equal access to, or a fair opportunity for groups to meet on school premises or in school facilities before or after school hours, or discriminate against any group officially affiliated with Boy Scouts of America or any other youth or community group listed in Title 36 (as a patriotic society).

**Veterans** are provided re-employment rights in accordance with P.L. 93-508 (Federal Law) and Section 295.07 (Florida Statutes), which stipulate categorical preferences for employment.

**In Addition:**

**School Board Policies 1362, 3362, 4362, and 5517** - Prohibit harassment and/or discrimination against students, employees, or applicants on the basis of race, color, ethnic or national origin, religion, marital status, disability, genetic information, age, political beliefs, sexual orientation, sex/gender, gender identification, social and family background, linguistic preference, pregnancy, citizenship status, and any other legally prohibited basis. Retaliation for engaging in a protected activity is also prohibited.

For **additional information** about Title IX or any other discrimination/harassment concerns, contact the U.S. Department of Education Asst. Secretary for Civil Rights or:

**Office of Civil Rights Compliance (CRC)**
Executive Director/Title IX Coordinator
155 N.E. 15th Street, Suite P104E Miami, Florida 33132
Phone: (305) 995-1580 TDD: (305) 995-2400
Email: crc@dadeschools.net Website: https://hrdadeschools.net/civilrights

 ## Outstanding Fees

Failure to pay all outstanding fees may result in the loss and/or suspension of extracurricular activity privileges. Fees may include but shall not be limited to: lost books, lunch accounts, before/after care fees, and any and all fees which may accrue in the normal course of the school year.

 ## Internet Use Policy

Access and use of the Internet is a privilege, not a right, and its use must support the educational objectives of the school. Students must always get permission from their teachers prior to using the internet. In addition, the school prohibits the transmission of materials such as copyright material, threatening or obscene material or material protected by trade secret, which violates local, state, and federal law or regulations, as well as the use of the Internet for product advertisement, commercial activities, political campaigning or solicitation during school hours. Although the school has filters in place to block inappropriate or questionable websites or images, if any student encounters any of these websites or images, they are to notify a teacher or administrator immediately and should **NOT** share or access the content any further.

Additionally, students are not allowed to post images or videos of other individuals without authorization. For safety reasons the school reserves the right to request the removal of any image or video that depicts the school in a derogatory sense. Any damage to property (laptops, computers, iPads) caused intentionally or by negligence will result in restitution.

**ELECTRONIC DEVICES**

It is not recommended for students to bring cellular telephone on school property, but it is not a violation of the Code of Student Conduct (CSC). However, the possession of a cellular telephone which disrupts the educational process; the use of the cellular telephone during school hours, would be a violation. In addition, any visible items such as headphones or electronic devices are subject to confiscation.

**Cell Phone and Smart Watch Policy:**

- Cell phone may not be turned on inside of the building at any time. Cell phones must be switched off, and left in the students' book bag. Turning the cell phone to "silent "or "vibrate "is not acceptable. Cell phones and smart watches may only be used off school property.

- Students may not wear smart watches during assessments.

- If the smart watch is being used inappropriately during school hours, it will be confiscated

- If students need to call a parent during school hours, they may ask to use a school phone.

- Any student found to be using any phone or device to take photographic images, record sound, or to communicate with other students within the building will be subject to disciplinary action as outlined in the student code of conduct.

- If a cell phone is seen or heard during the instructional day, it will be confiscated

- **Any student who is found to be violation of this policy will have their cell phone/smart watch confiscated.** Cell phone or smart watch will only be returned to the parents the following day. The school is not responsible for any inconvenience this may cause parents. Repeat violations of this policy will result in the school securing the item until the last day of school. Any electronic device not claimed by the beginning of the following school year will be disposed of.

- AcadeMir Charter School West is **NOT** responsible for lost or stolen electronic devices.

 **Curriculum**

As a school of choice, AcadeMir Charter School West believes its focus on the special methods of teaching mathematics, science, and English Language Arts will appeal to those students and parents interested in the *School's Mission:* to provide students with a well-rounded elementary school education, through a challenging program focused on mathematics and science using innovative, reform-based instructional methods in a stimulating and nurturing environment that fosters maximum student achievement. AcadeMir Charter School West also believes that the curriculum must be well-rounded to encompass the social and cultural development of each student.

AcadeMir Charter School West curriculum is based on Florida State Standards/NGSS Standards. The standards are taught through the core subject areas of English Language Arts, Math, Reading Writing, Science, and Social Studies, as well as, special area classes in Music, Foreign Language, Art, STEM Lab, and Physical Education.



# Grading and Reporting of Student Progress

AcadeMir Charter School West believes that parents must be informed regularly regarding their child's performance at school. Parents can become a school's greatest ally in helping to ensure academic success for students. Grades can be accessed through the parent portal at www.dadeschools.net.

**Academic Grades:** Academic grades are to reflect the student's academic progress. The grade must provide for both students and parents a clear indication of each student's academic performance as compared with norms that would be appropriate for the grade or subject.

## Kindergarten Grading Scale

| Kindergarten | Verbal understanding | Value |
|---|---|---|
| Academic Letter Grade | | |
| E | Excellent | 100% – 90% |
| G | Good | 89% – 80% |
| S | Satisfactory | 79% – 70% |
| M | Minimal Progress | 69% – 60% |
| U | Failure | 59% – 50% |

## Conduct Grades for Kindergarten

| Kindergarten | Verbal Understanding |
|---|---|
| E | Excellent |
| S | Good |
| N | Not Satisfactory |

## Kindergarten Honor Roll

| | Principal Honor Roll | Honor Roll |
|---|---|---|
| Academic grades | Kindergarten – All E's | Kindergarten – E's and S's |
| Conduct | Kindergarten – All E's | Kindergarten – E's and S's |

## First – Seventh Grading Scale

| Academic Letter Grade | Verbal Understanding | Value |
|---|---|---|
| A | Excellent | 100% 90% |
| B | Good | 89% – 80% |
| C | Satisfactory | 79% – 70% |
| D | Needs Improvement | 69% – 60% |
| F | Failure | 59% – 50% |

## First – Seventh Grade Honor Roll

| | Principal Honor Roll | Honor Roll |
|---|---|---|
| Academic grades | 1st – 5th – All A's | 1st – 5th – A's and B's |
| Conduct | 1st – 5th – All A's | 1st – 5th – A's and B's |

## Conduct Grades

Conduct grades are to be used to communicate clearly to both students and their parents the teacher's evaluation of a student's behavior and citizenship development. These grades are independent of academic and effort grades. The conduct grade must be consistent with the student's overall behavior in class and should not be based on a single criterion.  The conduct grading system is as follows:

### First – Fifth Grade Codes and Descriptions

| Conduct Academic grades | Conduct Grades Descriptions |
| --- | --- |
| A | Reflects excellent behavior on the part of the student. The student consistently demonstrates outstanding behavior consistent with classroom, school, and district standards. |
| B | Reflects consistently good behavior. The student meets established standards for student conduct. |
| C | Reflects satisfactory behavior. The student's overall behavior is generally acceptable according to established standards of conduct. |
| D | Shows that improvement is needed in the student's overall behavior. The student does not consistently demonstrate behavior which is acceptable. |
| F | Reflects unsatisfactory behavior overall. The student regularly violates established classroom, school, or district standards of behavior. |

## Effort Grades

Effort grades are utilized to convey both to students and their parents the teacher's evaluation of a student's effort as related to the instructional program. These grades are independent of academic and conduct grades. In assigning an effort grade, the teacher must consider the student's potential, study habits, and attitude.

### Grades 1-5: Three numerical grades are used to reflect effort in grades 1-5.

| Effort Grades | Effort Grades Descriptions |
| --- | --- |
| 1 | Indicates outstanding effort on the part of the student. The student will, when necessary, complete a task again in order to improve the results. The student consistently attends to assigned tasks until completed and generally exerts maximum effort on all tasks. The student consistently works to the best of his/her ability. |
| 2 | Indicates satisfactory effort on the part of the student. All work is approached with an appropriate degree of seriousness. The student usually finishes assignments on time and usually stays on task. The student usually works at a level commensurate with his/her ability. |
| 3 | Reflects insufficient effort on the part of the student.   Little attention is paid to completing assignments well and/or on time or to completing them in a manner commensurate with the student's ability. |

**INTERIM PROGRESS REPORT / REPORT CARD SCHEDULE**

| Grading Period | Progress Reports sent to Parents by: |
|:---:|:---:|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

| | End of Grading Period / Date | Report Cards sent to Parents by: |
|:---:|:---:|:---:|
| 1 | 10/21 /22 | |
| 2 | 1/ 20/23 | |
| 3 | 4/6/23 | |
| 4 | 6/ 7/23 | |

# STUDENT PROGRESSION PLAN AND PLACEMENT POLICY

The guidelines for student progression are delineated in this 2020-2021 Student Progression Plan for Miami-Dade County Public Schools, School Board Policy 5410, which provides guidance to teachers, school and district administrators, parents and other stakeholders regarding the requirements and procedures for students to progress from one grade to the next and kindergarten through grade 12. The Florida Legislature requires that each district school board establish a comprehensive plan for student progression, as outlined in Florida Statutes § 1008.25(2). Specific case by case promotion, placement and retention information is explained in detail in the MDCPS- e- handbook "Student Progression Plan" (SPP). AcadeMir Schools Inc. in agreement with its Board of Directors and MDCPS as the authorizing agent for AcadeMir Schools Inc., adheres and opts to follow the District SPP which can be found in detail at **handbooks.dadeschools.net/policies/93.pdf**.

## Initial Entry Requirements
School Board Policy 5112 - Entrance Requirements establishes the admission and registration requirements for students entering school to include specific information regarding initial entry, proof of age, birth certificate, and verification of residence, health and immunization requirements, etc. Students enrolling from out of state, other districts in Florida, or who are foreign born, must adhere to the same admission and entrance requirements for registration.

## Grade Placement
The grade placement of students registering from within the state, other states, non-public schools, home education programs, or other countries, will be determined by the principal of the receiving school, after an evaluation of the student's record has been made.

Credits should be interpreted so that the requirements for promotion and graduation are not retroactive, provided the student has met all requirements for the grade placement in the school or home education program from which the student is transferring.

## Age Discrepancy
In the absence of educational records or if a student's records reflect an age discrepancy of two years or more, placement will be according to chronological age. Below is a chronological age placement table.  This is the AVERAGEplacement according to age. Promotion and retention guidelines found in School Board Policy 5410 affect a student's placement. More detailed information can be found at handbooks.dadeschools.net/policies/93.pdf.

Student Chronological Age Assignment Table

| Age of students | Grade Level Assignment |
| --- | --- |
| Ages 5-10 | Elementary School |
| 11 | Elementary school or middle school depending on the grade configuration of the school |
| 12-13 | Middle School |
| 14 | Middle school or high school depending on the grade configuration of the school |
| 15 or older | Senior high school |



# Home Learning

Home Learning Assignments are a very important part of learning. Developing the habit of nightly study requires parental help and guidance. This is another way to reinforce what was learned in the classroom and a means of allowing the parents to be a part of our curriculum goals.

Teachers use the following time schedule as a guide when assigning home learning:

Grade K:        30 minutes
Grade 1:        30 minutes
Grade 2:        45 minutes
Grade 3:        45 minutes
Grade 4:        60 minutes
Grade 5:        60 minutes
Grade 6:        60 minutes
Grade 7:        60 minutes

All grades are required to complete 45 minutes weekly computer based instructional practice in iReady (Reading) and 45 minutes of iReady (Math).

These times are a guide and are based on the average child's ability and concentration. Some home learning assignments may take less time and others may take a little more time. A child who does not complete class work in class may have to complete class work in addition to home learning.

Home learning is posted weekly by teachers via the teacher's website which can be found under the Faculty/Staff section in the school's website.



# **Uniform Policy**

A higher standard of dress encourages greater respect for individual students and others and results in a higher standard of behavior. Our dress code guidelines indicate appropriate school dress for normal school days. AcadeMir Charter School West reserves the right to interpret these guidelines and/or make changes during the school year. Students are expected to follow these guidelines with support from their parents/guardians. All students shall wear a school uniform daily.

**Parents of students <u>Not</u> wearing a uniform will be contacted and will need to bring the official uniform.** Please remember that uniforms are for the safety of our students.

**Hair:** Hair must be neat, clean, and away from the face. No hats, bandanas or headbands may be worn. Hair styling or color arrangements which are disruptive or distracting are not permissible. However, the school will honor certain hairstyles due to religious beliefs.

Our policy clearly states that any dress or grooming which is disruptive or distracting to the educational process is not acceptable.

**Jewelry:** Large necklaces with charms, wristbands, or visible piercing of body parts are unacceptable and will not be permitted.

**Make-up:** Make-up, tattoos, colored nail polish/acrylic nails, or glitter will not be permitted (at any age).



### Dress Code

All uniforms are available for purchase at the uniform company.

**Name of Company: Ibiley Uniforms**

**Address:** 10564 SW 8th Street Miami FL 33174

**Phone Number:** (305)625-8050

### Shoes:

Students must wear black closed toe shoes with white, navy blue, or yellow socks with school Logo. Students can wear plain black sneakers. Mary Jane's, Sneakers, and Penny Loafers are examples of acceptable shoes.

### Cold Days:

1. Jackets and sweaters are available for purchase at the uniform store. HOODIES ARE NOT ALLOWED. **Please write student's name on all clothing tags.**

**\*\*Parent/guardian's your cooperation regarding dress code is appreciated. Parents will be required to drop off uniforms if the student is not dressed appropriately.**

### Face Masks Policy

Face masks will be optional for school year 2021-2022. Students who chose to wear a face covering mustcomply with general dress code and school uniform requirements.

### Student ID/Lanyard Policy

For the safety and security of students, all students will be given a student ID with student's photo and lanyard. Allstudents are required to wear the student ID with lanyard at all times on school property. This ID is also used for the purpose of purchasing breakfast and lunch. Students are not allowed to alter or deface their ID badge or wear the ID badge of another person. Students may purchase a new student ID for a fee during the school year as needed.



# Field Trips

As a learning experience, planned field trips may be scheduled throughout the school year. Parents may be asked to assist the teacher as chaperones. Chaperones may not have other children accompany them. Parents who are officially selected to be chaperones may count their hours on the field trip as volunteer hours. Please note that allchaperones will need to be cleared through ACSW. **All parentchaperones must have a background check and cleared through ACSW's Concierge Pad prior to the field trip.** Participation in field trips is a privilege. Students serve as representatives of the school; therefore, they may be excluded from participation in any trip. Written parental permission and fee prior to the field trip, or the student will not be permitted to take part in the field trip. Students not paying by the designated deadline will not be permitted to attend the field trip. Students not wearing AcadeMir Charter School West uniform will be required to remain at school. All field trip applications must be fully completed.



## Service Hours

Parents have many opportunities to volunteer their time at school. Volunteer sign-ups will be available throughout the school year. **Parents are asked to volunteer a minimum of 10 service hours per family each school year.** If you have more than one child enrolled in the school, you need to divide the 10 hours per child and volunteer to each child's class equally.

Due to mandates from Miami-Dade County Public Schools, **all parents wishing to volunteer within the school must participate in the *School Volunteer Registration Program* and must be cleared through ACSW before permission to volunteer is granted.**

Most parents/guardians are busy; therefore, please find below a list that details a variety of ways in which volunteer hours can be completed.

1. Assist in Book Fair
2. Assist with picture days
3. Assist with school wide events and/or performances
4. Assist teachers with special projects or in class support
5. Chaperone on a school fieldtrip
6. Participate in Parent/Teacher Data Chats or Meetings



## Visitors

Visitors, including parents are ***NOT*** permitted to go to their child's classroom unannounced during school hours because this disrupts normal routine and instruction. For the safety and security of our students, it is imperative that ***ALL*** visitors check-in the Main Office with a valid form of identification. If you wish to volunteer at the school you must be cleared by completing the volunteer application. Please see the following link that will direct you to the clearance site https://www.conciergepadedu.com/volunteerApp.aspx?uuid=2b5df779-3808-4186-8642-267d134d151f. Parents/visitors must sign in and out, and state whom they are visiting, state the purpose of the visit, and obtain a ID badge before proceeding to a classroom or anywhere in the building. All volunteers must wear their school issued or purchased volunteer shirt. Your Cooperation will enable the school to provide a safe and orderly learning environment for all students.

| Level 1 - complete a database background check | Level 2 - complete a fingerprint background check |
|---|---|
| • Day chaperones for field trips<br>• Classroom assistants<br>• Math and/or reading tutors. | • Certified Volunteers<br>• Mentors<br>• A<br>• Athletic/PE assistants<br>• Overnight chaperones. |

**Any individual interested in volunteering at AcadeMir Charter School West must complete the following:**

**Step 1**

- Visit AcadeMir Charter School West Website: http://www.academircharterschoolwest.com/
- Select Parent/Student tab from the top menu
- Click Become A School Volunteer
  (You will be redirected to complete the Volunteer Registration Form.)

**Step 2**

- Fill in the Volunteer Registration Form
- Select "No" as the answer to Have you already been cleared this school year?
- Select "Level 1" for type of screening
- Select "Submit."

**Step 3**

- Select "Start Application."
(An email containing the application link will also be sent to the email address used to complete the Volunteer Registration Form.)

**Step 4**

- Complete all four parts of the application (Welcome, Your Rights, Disclosure, and Authorization)
- You will receive a Thank you message as confirmation.
NOTE: Clearance could take up to 24 hours.



## Returned Checks

Parents who submit a returned check to AcadeMir Charter School West will be charged a $30.00 returned check fee. Payment for the returned check and the $30.00 fee must be made within 7 days of notification from the school. **After one returned check to the school, a family may not pay by check for anything.** Students whose families do not submit payment in a timely manner for returned checks will lose privileges to field trips and special events.



## Text Books

All textbooks needed by students for school and homework assignments are furnished by the school. The school is also able to provide the materials and equipment requested by teachers for classroom instruction, as well as online access to books.  Books must not be written in or on. **Charges will be made for damaged or lost books and/or materials.**



# Lost and Found

Each year many articles of clothing are lost and remain unclaimed. When these items are turned in they are placed in the Lost and Found area in the school. Please place *your child's name* on everything he/she brings to school. This will minimize the amount of items in our Lost and Found. All items are placed in the cafeteria and students are given an opportunity to look through and claim their own articles. Items that are not claimed by the end of every month will be donated to Goodwill.

## EESAC

The Education Excellence School Advisory Council (EESAC) is a school-based group intended to represent the school, the community, and those persons closest to the students that shares responsibility for supporting the school's continuous improvement.

| ESSAC Meeting Dates | |
|:---:|:---|
| 1 | September 7, 2022 |
| 2 | December 7, 2022 |
| 3 | February 22, 2023 |
| 4 | May 10, 2023 |

**2022-2023**

## AcadeMir Charter School West

## Parent/Student Agreement of Compliance Receipt

I,_____acknowledge that I have received and carefully read the AcadeMir Charter School West Parent Handbook, including uniform policy and the M-DCPS Student Code of Conduct and agree to cooperate with all of the policies contained therein I understand that it is my responsibility to contact the Administration should I have questions or need clarification regarding any policies, practices and procedures contained in the Parent Handbook.

As a parent I understand the importance of the M-DCPS Code of Student Conduct, which can be accessed at: http://ehandbooks.dadeschools.net/policies/90/index.htm and is available in the school's main office. Please note that all students enrolled at AcadeMir Charter School West are students of Miami Dade County Public Schools, and are subject to applicable policies and entitled to same rights.

I agree to abide by all of the contents in the AcadeMir Charter School West Student/Parent Handbook and the M-DCPS Code of Student Conduct.

Name of Student:_____Student ID #:_____

Teacher:_____Grade:_____

_____          _____

Print Name of Parent/ Guardian                                                    Date

_____          _____

Signature of Parent/ Guardian                                                      Date

***You must fill out a compliance form for every child registered at AcadeMir Charter School West and return to your child's teacher.***

*NOTE: Violations of parent contracts shall not result in the student's involuntary transfer, withdrawal, dismissal or forfeiture of current or future enrollment. The School shall not condition a student's enrollment on the parent signing any contracts that include any of the above-referenced conditions.*