

# ACADEMIR CHARTER SCHOOLS

## PARENT / STUDENT HANDBOOK

### AcadeMir Charter School West K-8

## 2024-2025





A Tuition Free Miami-Dade
County Public Charter School

Welcome to an exciting school year at **AcadeMir Charter School West K-8.** It will be a great pleasure to work with all of you for the benefit of our students. This handbook is designed to provide you with information that will answer most of your questions. Please read the handbook and discuss appropriate items with your child. We look forward to working with you and your children. If you have any questions regarding the handbook, please do not hesitate to contact us.

## OUR MISSION

The mission of AcadeMir Charter School West K-8 is to provide students with a well-rounded K-8 school education, through a challenging program, focused on mathematics and science using innovative, reform-based instructional methods in a stimulating and nurturing environment that fosters maximum student achievement.

## OUR VISION

The vision of AcadeMir Charter School West K-8 is to provide students with a challenging and rigorous curriculum enabling students to be well prepared for higher education and life through adherence to an unwavering mission, shared purpose and clearly articulated goals. Students will experience a cross curricular instructional approach in mathematics, science, and reading. Our program allows for scientific exploration and mathematical application along with technology integration through real world connections by incorporating critical thinking, communication, collaboration, creativity and technological literacy that goes far beyond the basic knowledge to meet the challenges of the 21st century global economy. Our goal is to develop students into critical thinkers and problem solvers by providing them with hands-on learning experiences that will enable all students to achieve academic success and become lifelong learners.

## OUR PURPOSE

The purpose is to prepare students to reach their maximum potential in all subjects with special emphasis on mathematics, science and reading using reform-based exemplary curricula and enhancement programs. The school will prepare its students to be productive and responsible citizens through these exemplary programs.

## OUR EDUCATIONAL PHILOSOPHY

Our philosophy is to fully prepare students to carry the torch of knowledge through its proven curricula, as well as the freedom and prosperity that is passed from generation to generation in this great country. Encouraging the use of innovative learning methods is a vital part of providing an educational program that truly meets the needs of all children. All learners possess areas of strength and areas of weakness and therefore, they express and receive knowledge in many ways. Effective teachers understand the need to differentiate instruction for all students in order for learning to occur. Understanding a student's area of intelligence, learning style, and/or learning preference is one-way teachers can positively impact a student's ability to learn. The role of the teacher is to observe what their students are doing, figure out why they are doing it that way, and to give them the right kind and amount of information and feedback so they may solidify their learning and perform what they have been taught. Students must be able to make sense of what is taught if they are going to apply their learning in other situations.

## LEADERSHIP DIRECTORY

Mrs. Susie Bello, Principal
Email: bello@academircharterschoolwest.com

Mrs. Tracy Rodriguez, Assistant Principal
Email: tracyrodriguez@academircharterschoolwest.com

14880 SW 26 Street, Miami, FL 33186
Phone #: (305) 485-9911/ Fax #: (305) 485-9944

         

# ACADEMIR CHARTER SCHOOLS
## 2024-2025 ELEMENTARY SCHOOL CALENDAR

### AUGUST 2024

| M | T | W | T | F |
|---|---|---|---|---|
|   |   |   | 1 | 2 |
| 5 | 6 | 7 | 8 | 9 |
| 12 | 13 | 14 | 15 | 16 |
| 19 | 20 | 21 | 22 | 23 |
| 26 | 27 | 28 | 29 | 30 |

### SEPTEMBER 2024

| M | T | W | T | F |
|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 |
| 9 | 10 | 11 | 12 | 13 |
| 16 | 17 | 18 | 19 | 20 |
| 23 | 24 | 25 | 26 | 27 |
| 30 |   |   |   |   |

### OCTOBER 2024

| M | T | W | T | F |
|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 |
| 7 | 8 | 9 | 10 | 11 |
| 14 | 15 | 16 | 17 | 18 |
| 21 | 22 | 23 | 24 | 25 |
| 28 | 29 | 30 | 31 |   |

### NOVEMBER 2024

| M | T | W | T | F |
|---|---|---|---|---|
|   |   |   |   | 1 |
| 4 | 5 | 6 | 7 | 8 |
| 11 | 12 | 13 | 14 | 15 |
| 18 | 19 | 20 | 21 | 22 |
| 25 | 26 | 27 | 28 | 29 |

### DECEMBER 2024

| M | T | W | T | F |
|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 |
| 9 | 10 | 11 | 12 | 13 |
| 16 | 17 | 18 | 19 | 20 |
| 23 | 24 | 25 | 26 | 27 |
| 30 | 31 |   |   |   |

### JANUARY 2025

| M | T | W | T | F |
|---|---|---|---|---|
|   |   | 1 | 2 | 3 |
| 6 | 7 | 8 | 9 | 10 |
| 13 | 14 | 15 | 16 | 17 |
| 20 | 21 | 22 | 23 | 24 |
| 27 | 28 | 29 | 30 | 31 |

### FEBRUARY 2025

| M | T | W | T | F |
|---|---|---|---|---|
| 3 | 4 | 5 | 6 | 7 |
| 10 | 11 | 12 | 13 | 14 |
| 17 | 18 | 19 | 20 | 21 |
| 24 | 25 | 26 | 27 | 28 |

### MARCH 2025

| M | T | W | T | F |
|---|---|---|---|---|
| 3 | 4 | 5 | 6 | 7 |
| 10 | 11 | 12 | 13 | 14 |
| 17 | 18 | 19 | 20 | 21 |
| 24 | 25 | 26 | 27 | 28 |
| 31 |   |   |   |   |

### APRIL 2025

| M | T | W | T | F |
|---|---|---|---|---|
|   | 1 | 2 | 3 | 4 |
| 7 | 8 | 9 | 10 | 11 |
| 14 | 15 | 16 | 17 | 18 |
| 21 | 22 | 23 | 24 | 25 |
| 28 | 29 | 30 |   |   |

### MAY 2025

| M | T | W | T | F |
|---|---|---|---|---|
|   |   |   | 1 | 2 |
| 5 | 6 | 7 | 8 | 9 |
| 12 | 13 | 14 | 15 | 16 |
| 19 | 20 | 21 | 22 | 23 |
| 26 | 27 | 28 | 29 | 30 |

### JUNE 2025

| M | T | W | T | F |
|---|---|---|---|---|
| 2 | 3 | 4 | 5 | 6 |
| 9 | 10 | 11 | 12 | 13 |
| 16 | 17 | 18 | 19 | 20 |
| 23 | 24 | 25 | 26 | 27 |
| 30 |   |   |   |   |

**Days in Grading Period**
1—45
2—46
3—43
4—46

### Legend



| Symbol | Description |
|---|---|
| △ | All Teachers Report |
| ○ | Teacher Planning Day |
| ⊗ | Legal Holiday |
| ✕ | Recess Day |
| ■ (red) | Beg/End of Grading Period |
| ▨ (pink) | Early Release |

### STATE ASSESSMENTS

| DATES | ASSESSMENT | GRADE LEVEL |
|---|---|---|
| Fall, Winter & Spring | Florida Assessment of Student Thinking (F.A.S.T.) | K-8 |
| April 2025 | Writing | 4-10 |
| May 2025 | End-of-Course Assessments (EOC) Algebra 1, Geometry, Biology, Civics | 7-9 |
| May 2025 | Statewide Science Assessment | 5 and 8 |

# ACADEMIR CHARTER SCHOOLS
# 2024-2025 ELEMENTARY SCHOOL CALENDAR

| | |
|---|---|
| August 5-14, 2024 | Teacher planning days; no students in school |
| August 15 | First Day of School; begin first semester |
| September 2 | Labor Day; holiday for students and employees |
| October 3 | Teacher planning day; no students in school |
| October 18 | End first grading period; first semester |
| October 21 | Begin second grading period; first semester |
| November 5 | Teacher planning days; no students in school |
| November 11 | Observation of Veterans' Day; holiday for students and employees |
| November 25-27, 29 | Recess Days |
| November 28 | Thanksgiving; Board-approved holiday for students and employees |
| December 20 | Teacher planning days; no students in school |
| December 23-January 3 | Winter recess for students and eligible employees |
| January 16 | End first semester and second grading period |
| January 17 | Teacher planning day; no students in schools |
| January 20 | Observance of Dr. Martin Luther King, Jr.'s Birthday; holiday for students and employees |
| January 21 | Begin second semester; third grading period |
| February 17 | All Presidents Day; holiday for students and employees |
| March 21 | End third grading period; second semester |
| March 24-28 | Spring recess for students and eligible employees |
| March 31 | Teacher planning days; no students in school |
| April 1 | Begin fourth grading period; second semester |
| April 18 | Teacher planning days; no students in school |
| May 26 | Observance of Memorial Day; holiday for students and employees |
| June 2-5 | Early Release |
| June 5 | Last Day of School; end fourth grading period; second semester |
| June 6 | Teacher planning day; no students in school |



## ACADEMIR CHARTER SCHOOLS
### 2024-2025 SCHOOL CALENDAR (BLOCK)

### AUGUST 2024

| M | T | W | T | F |
|---|---|---|---|---|
|  |  |  | 1 | 2 |
| 5 | 6 | 7 | 8 | 9 |
| 12 | 13 | 14 | 15A | 16B |
| 19A | 20B | 21A | 22B | 23A |
| 26B | 27A | 28B | 29A | 30B |

### SEPTEMBER 2024

| M | T | W | T | F |
|---|---|---|---|---|
| 2 | 3A | 4B | 5A | 6B |
| 9A | 10B | 11A | 12B | 13A |
| 16B | 17A | 18B | 19A | 20B |
| 23A | 24B | 25A | 26B | 27A |
| 30B |  |  |  |  |

### OCTOBER 2024

| M | T | W | T | F |
|---|---|---|---|---|
|  | 1A | 2B | 3 | 4A |
| 7B | 8A | 9B | 10A | 11B |
| 14A | 15B | 16A | 17B | 18A |
| 21B | 22A | 23B | 24A | 25B |
| 28A | 29B | 30A | 31B |  |

### NOVEMBER 2024

| M | T | W | T | F |
|---|---|---|---|---|
|  |  |  |  | 1A |
| 4B | 5 | 6A | 7B | 8A |
| 11 | 12B | 13A | 14B | 15A |
| 18B | 19A | 20B | 21A | 22B |
| 25 | 26 | 27 | 28 | 29 |

### DECEMBER 2024

| M | T | W | T | F |
|---|---|---|---|---|
| 2A | 3B | 4A | 5B | 6A |
| 9B | 10A | 11B | 12A | 13B |
| 16A | 17B | 18A | 19B | 20 |
| 23 | 24 | 25 | 26 | 27 |
| 30 | 31 |  |  |  |

### JANUARY 2025

| M | T | W | T | F |
|---|---|---|---|---|
|  |  | 1 | 2 | 3 |
| 6A | 7B | 8A | 9B | 10A |
| 13B | 14A | 15B | 16A | 17 |
| 20 | 21B | 22A | 23B | 24A |
| 27B | 28A | 29B | 30A | 31B |

### FEBRUARY 2025

| M | T | W | T | F |
|---|---|---|---|---|
| 3A | 4B | 5A | 6B | 7A |
| 10B | 11A | 12B | 13A | 14B |
| 17 | 18A | 19B | 20A | 21B |
| 24A | 25B | 26A | 27B | 28A |

### MARCH 2025

| M | T | W | T | F |
|---|---|---|---|---|
| 3B | 4A | 5B | 6A | 7B |
| 10A | 11B | 12A | 13B | 14A |
| 17B | 18A | 19B | 20A | 21B |
| 24 | 25 | 26 | 27 | 28 |
| 31 |  |  |  |  |

### APRIL 2025

| M | T | W | T | F |
|---|---|---|---|---|
|  | 1A | 2B | 3A | 4B |
| 7A | 8B | 9A | 10B | 11A |
| 14B | 15A | 16B | 17A | 18 |
| 21B | 22A | 23B | 24A | 25B |
| 28A | 29B | 30A |  |  |

### MAY 2025

| M | T | W | T | F |
|---|---|---|---|---|
|  |  |  | 1B | 2A |
| 5B | 6A | 7B | 8A | 9B |
| 12A | 13B | 14A | 15B | 16A |
| 19B | 20A | 21B | 22A | 23B |
| 26 | 27A | 28B | 29A | 30B |

### JUNE 2025

| M | T | W | T | F |
|---|---|---|---|---|
| 2A | 3B | 4A | 5B | 6 |
| 9 | 10 | 11 | 12 | 13 |
| 16 | 17 | 18 | 19 | 20 |
| 23 | 24 | 25 | 26 | 27 |
| 30 |  |  |  |  |

**Days in Grading Period**
1—45
2—46
3—43
4—46

### Legend



- All Teachers Report
- Teacher Planning Day
- Legal Holiday
- Recess Day
- Beg/End of Grading Period
- Early Release

### STATE ASSESSMENTS

| DATES | ASSESSMENT | GRADE LEVEL |
|---|---|---|
| Fall, Winter & Spring | Florida Assessment of Student Thinking (F.A.S.T.) | K-8 |
| April 2025 | Writing | 4-10 |
| May 2025 | End-of-Course Assessments (EOC) Algebra 1, Geometry, Biology, Civics | 7-9 |
| May 2025 | Statewide Science Assessment | 5 and 8 |

# ACADEMIR CHARTER SCHOOLS
# 2024-2025 MIDDLE SCHOOL CALENDAR (BLOCK SCHEDULE)

| | |
|---|---|
| August 5-14, 2024 | Teacher planning days; no students in school |
| August 15 | First Day of School; begin first semester |
| September 2 | Labor Day; holiday for students and employees |
| September 18 | Early Release (1:30 pm) |
| October 3 | Teacher planning day; no students in school |
| October 16 | Early Release (1:30 pm) |
| October 18 | End first grading period; first semester |
| October 21 | Begin second grading period; first semester |
| November 5 | Teacher planning days; no students in school |
| November 11 | Observation of Veterans' Day; holiday for students and employees |
| November 13 | Early Release (1:30 pm) |
| November 25-27, 29 | Recess Days |
| November 28 | Thanksgiving; Board-approved holiday for students and employees |
| December 11 | Early Release (1:30 pm) |
| December 20 | Teacher planning days; no students in school |
| December 23-January 3 | Winter recess for students and eligible employees |
| January 16 | End first semester and second grading period |
| January 17 | Teacher planning day; no students in schools |
| January 20 | Observance of Dr. Martin Luther King, Jr.'s Birthday; holiday for students and employees |
| January 15 | Early Release (1:30 pm) |
| January 21 | Begin second semester; third grading period |
| February 19 | Early Release (1:30 pm) |
| February 17 | All Presidents Day; holiday for students and employees |
| March 12 | Early Release (1:30 pm) |
| March 21 | End third grading period; second semester |
| March 24-28 | Spring recess for students and eligible employees |
| March 31 | Teacher planning days; no students in school |
| April 1 | Begin fourth grading period; second semester |
| April 16 | Early Release (1:30 pm) |
| April 18 | Teacher planning days; no students in school |
| May 21 | Early Release (1:30 pm) |
| May 26 | Observance of Memorial Day; holiday for students and employees |
| June 2-5 | Early Release |
| June 5 | Last Day of School; end fourth grading period; second semester |
| June 6 | Teacher planning day; no students in school |

## REGISTRATION POLICIES & PROCEDURES

All students enrolled at **AcadeMir Charter School West K-8** must meet the following requirements and provide the following documents:

1. Proof of address in Miami-Dade County (i.e., copy of FPL bill, phone bill, voter's registration, cable bill, warranty deed, lease/contract, etc.)
2. Copy of Birth Certificate
3. Previous transcripts and records from last school(s) (if necessary for grade verification)
4. Completed registration packet (including student data card)
5. Copy of parent identification (i.e. state license)
6. Signed parent contract
7. Health and Immunization forms (blue and yellow forms)

### Immunization requirements Kindergarten – Twelfth Grade
- Four or five doses of diphtheria-tetanus pertussis (DTaP) vaccine
- Three doses of hepatitis B (Hep B) vaccine
- Three, four or five doses of polio (IPV) vaccine
- Two doses of measles-mumps-rubella (MMR) vaccine
- Two doses of varicella vaccine

### Immunization requirements for 7th Grade only
- One dose of tetanus-diphtheria-pertussis (Tdap) vaccine in grades seven through twelve
- An updated DH 680 form to include Tdap, must be obtained for submission to the school

## Health and Immunization Requirements

All children are required to present tangible immunization and health examination documentation prior to admittance to a Florida public school for the first time. As required by Florida Statutes § 1003.22, district school boards must implement the requirements for health and immunizations outlined in this statute. A student who has not completed the required immunizations will not be admitted to school. Parents/guardians are encouraged to contact their medical provider for information regarding the required school entry vaccines. A Florida Certificate of Immunization (DH-680) and (DH-3040) Health Exam must be presented for a student to be admitted to school.

## WITHDRAWAL/TRANSFER POLICIES AND PROCEDURES

Only the parent who enrolls the student and completed the Emergency Student Data Form (FM-2733) may withdraw or transfer the student. The parent must bring a withdrawal slip from the sending school, proof of address with the name of the parent and proof of parent/guardian identification. Once these forms have been completed transfer/withdrawal will be executed.

## LOTTERY PROCESS

AcadeMir Charter School West K-8 is committed to enrolling a diverse student population and shall abide by the provisions in the Florida Educational Equity Act, Section 1000.05(2)(a), and Florida Statutes that forbid discrimination on the basis of race, national origin, gender, marital status, ethnicity, or disability. The school will admit students of any race, color, nationality and ethnic origin, religion, sexual orientation, or gender. Pursuant to section 1002.33(10)(b)- Eligible Students, the charter school shall enroll an eligible student who submits a timely application unless the number of applications exceeds the capacity of a program, class, grade level or building. In such cases, all applicants shall have an equal chance of being admitted through a random selection process.

Applications will be accepted each year during an open enrollment period and will maintain their capacity at

each grade level. Applications will be made available online through our school website and in paper form on the school site. Upon submission of the applications, the information will be reviewed for eligibility. All applications received after the open enrollment period will be placed at the bottom of the waiting list for the respective registering class or grade level in the order they are received. The Registrar will continue to accept all applications and number them as they are received, monitoring the number of applications submitted for each grade level.

If the number of applications exceeds the capacity of a program, class, grade level, or building, a lottery will be held to determine which applicants are admitted. The available capacity will be determined by the number of current students who re-register and the enrollment of the subsequent applicants who have an enrollment preference eligibility status:

1. Applicant sibling of a currently enrolled student
2. Applicant child of an employee of the charter school
3. Applicant child of a charter board member

Based on the available capacity, a drawing will take place until all the slots have been filled and scheduled for enrollment or placed on a numerical waiting list. The lottery of these will be system generated. After the drawing, parents will be notified in writing of their child's acceptance within 20 days of the drawing. These will be distributed to applicants via email and regular mail.

### STUDENT PROGRESSION PLAN AND PLACEMENT POLICY

AcadeMir Charter School K-8 will adhere to the guidelines established in the 2024-2025 Student Progression Plan for Miami-Dade County Public Schools, in compliance with School Board Policy 5410. This policy provides comprehensive guidance to teachers, schools, district administrators, parents, and other stakeholders on the requirements and procedures for student progression from kindergarten through grade 12. According to Florida Statutes § 1008.25(2), each district school board must establish a comprehensive plan for student progression. Detailed information on specific promotion, placement, and retention cases is available in the MDCPS e-handbook, "Student Progression Plan" (SPP). AcadeMir Schools Inc., in agreement with its Board of Directors and Miami-Dade County Public Schools as the authorizing agent, follows the District SPP, which can be accessed in detail at handbooks.dadeschools.net/policies/93.pdf.

**Initial Entry Requirements**

AcadeMir Charter School West K-8 will adhere to Miami-Dade County Public Schools Board Policy 5112 - Entrance Requirements, which establishes the admission and registration criteria for students entering school. This policy includes specific details regarding initial entry, proof of age, birth certificate, and verification of residence, as well as health and immunization requirements. Students enrolling from out of state, other districts within Florida, or those who are foreign-born must comply with the same admission and entrance requirements for registration.

**Enrollment**

All students enrolled in AcadeMir Charter Schools are students of Miami-Dade County Public Schools, subject to applicable policies and entitled to the same rights.

**Grade Placement**

The grade placement of students registering from within the state, other states, non-public schools, home education programs, or other countries, will be determined by the principal of the receiving school, after an evaluation of the student's record has been made.

Credits should be interpreted so that the requirements for promotion and graduation are not retroactive,

provided the student has met all requirements for the grade placement in the school or home education program from which the student is transferring.

**Age Discrepancy**
In the absence of educational records or if a student's records reflect an age discrepancy of two years or more, placement will be according to chronological age. Below is a chronological age placement table.  This is the

AVERAGE placement according to age. Promotion and retention guidelines found in the Miami Dade County Public School Board Policy 5410 affect a student's placement.  More detailed information can be found at handbooks.dadeschools.net/policies/93.pdf.

| Age of students | Grade Level Assignment |
|---|---|
| 5-10 | Elementary School |
| 11 | Elementary school or middle school depending on the grade configuration of the school |
| 12-13 | Middle School |
| 14 | Middle school or high school depending on the grade configuration of the school |
| 15 or older | Senior high school |

## ACADEMIC GRADING & PROGRESS

**AcadeMir Charter School West K-8** believes that parents must be informed regularly regarding their child's performance at school. Parents can become a school's greatest ally in helping to ensure academic success for students. Specific guidelines for grading student performance and for reporting student progress are provided below.

**Academic Grades**
Academic grades are to reflect the student's academic progress based on the standards/benchmarks for the grade level course in which the student is enrolled. The academic grade must not be based upon the student's effort and/or conduct. The grade must provide for both students and parents a clear indication of each student's academic performance as compared with norms which would be appropriate for the grade or subject. Letter grades shall be used to measure student success in grade K through grade 8 courses with each letter grade corresponding to a specific percentile from zero to one hundred percent. The academic grades of "A," "B," "C," "D," "F," or "I" are not related to the student's effort, conduct, attendance or tardiness. The letter grade of "I" will be reserved for middle school use only. Grades in all subjects are to be based on the student's degree of mastery of the instructional objectives and competencies for the subject based on grade level competencies. The determination of the specific grade a student receives must be based on the teacher's best judgment after careful consideration of all aspects of each student's performance during a grading period. In grades 1-8, a common report card grading system is to be used.

When a numerical equivalent to an assigned letter grade of "A", "B", "C", "D", "F" or "I" is used, the following values apply and shall be communicated to students:

| Grade | Numerical Value | Verbal Interpretation | Grade Point Value |
|---|---|---|---|
| A | 90 -100 % | Outstanding progress | 4 |
| B | 80 - 89 % | Above average Progress | 3 |
| C | 79 – 70 % | Average progress | 2 |
| D | 60 – 69 % | Lowest acceptable progress | 1 |
| F | 0 – 59 % | Failure | 0 |
| I | 0 | Incomplete | 0 |

| Kindergarten ONLY: | | | |
|---|---|---|---|
| Grade | Numerical Value | Verbal Understanding | Grade Point Value |
| E | 90 -100 % | Excellent | 4 |
| G | 80 - 89 % | Good | 3 |
| S | 79 – 70 % | Satisfactory | 2 |
| M | 60 – 69 % | Minimal Progress | 1 |
| U | 0 – 59 % | Failure | 0 |

In authorized semester courses, the student's final grade will be determined as follows: 50% value for each of two nine-week grading periods. A teacher may administer an assessment at the end of each nine- week grading period. The value of the assessment may not exceed 10% of the grade for each nine-week grading period.

In authorized annual courses, the student's final grade will be determined as follows: 25% value for each of four nine-week grading periods. A teacher may administer an assessment at the end of each nine- week grading period. The value of the assessment may not exceed 5% of the grade for each nine-week grading period, with a provision for teacher override.

| Grade | Point Value | 25% Each Quarter | Total Value |
|---|---|---|---|
| A | 4 | x 2.5 | 10 |
| B | 3 | x 2.5 | 7.5 |
| C | 2 | x 2.5 | 5 |
| D | 1 | x 2.5 | 2.5 |
| F | 0 | x 2.5 | 0 |

**Conduct Grades**

Conduct grades are to be used to communicate clearly to both students and their parents the teacher's evaluation of a student's behavior and citizenship development. These grades are independent of academic and effort grades. The conduct grade must be consistent with the student's overall behavior in class and should not be based on a single criterion. The conduct grading system is as follows:

| CONDUCT GRADES | | |
|---|---|---|
| **Kindergarten Letter Grades** | **1st-8th Grade Letter Grades** | **Verbal Understanding** |
| E | A | Excellent |
| G | B | Good |
| S | C | Satisfactory |
| M | D | Minimal Progress |
| U | F | Failure |

**Effort Grades**

Effort grades are utilized to convey both to students and their parents the teacher's evaluation of a student's effort as related to the instructional program. These grades are independent of academic and conduct grades. In assigning an effort grade, the teacher must consider the student's potential, study habits, and attitude.

- **Kindergarten:** Kindergarten students do not receive effort grades. The level of effort may be indicated through various comments on the report card.
- **Grades 1-8:** Three numerical grades are used to reflect effort in grades 1-8.
    1. An effort grade of "1" indicates outstanding effort on the part of the student. The student will, when necessary, complete a task again in order to improve the results. The student consistently attends to assigned tasks until completed and generally exerts maximum effort on all tasks. The student consistently works to the best of his/her ability.
    2. An effort grade of "2" indicates satisfactory effort on the part of the student. All work is approached with an appropriate degree of seriousness. The student usually finishes assignments on time and usually stays on task. The student usually works at a level commensurate with his/her ability.

3. An effort grade of "3" reflects insufficient effort on the part of the student. Little attention is paid to completing assignments well and/or on time or to completing them in a manner commensurate with the student's ability.

**Honor Roll**

| PRINCIPAL HONOR ROLL | | | |
|---|---|---|---|
| **Grade Level** | **Academic Grades** | **Conduct** | **Effort** |
| Kindergarten | All "E" | All "E" | N/A |
| 1st-8th | All "A" | All "A" | All "1" |
| **HONOR ROLL** | | | |
| **Grade Level** | **Academic Grades** | **Conduct** | **Effort** |
| Kindergarten | "E" and "G" | "E" and "G" | N/A |
| 1st-8th | "A" and "B" | "A" and "B" | All "1" and "2" |

### INTERIM PROGRESS REPORT / REPORT CARD SCHEDULE

| Grading Period | Progress Reports sent to Parents by: | End of Grading Period / Date | | Report Cards sent to Parents by: |
|---|---|---|---|---|
| **1** | 09/20/24 | **1** | 10/18/24 | 10/18/24 |
| **2** | 11/22/24 | **2** | 01/16/25 | 01/17/25 |
| **3** | 02/21/25 | **3** | 03/21/25 | 03/21/25 |
| **4** | 05/09/25 | **4** | 06/05/25 | 06/06/25 |

### CURRICULUM

As a school of choice, **AcadeMir Charter School West K-8** believes its focus on the special methods of teaching mathematics, science, and reading will appeal to those students and parents interested in the school's mission:  to provide students with a well-rounded school education, through a challenging program focused on mathematics and science using innovative, reform-based instructional methods in a stimulating and nurturing environment that fosters maximum student achievement. **AcadeMir Charter School West K-8** also believes that the curriculum must be well-rounded to encompass the social and cultural development of each student.

**AcadeMir Charter School West K-8** curriculum is based on Florida's B.E.S.T. Standards and encompasses the core subject areas of Math, Reading, Writing and Language Arts, Science, and Social Studies, as well as special area classes of Technology, Foreign Language, Art, STEM and Physical Education.

## REQUIRED COURSES FOR STUDENTS IN 6TH-8TH GRADES

The required program of study for middle grades students is comprised of courses in core academics and electives providing instruction based on the Florida B.E.S.T. Standards (FS) and the Next Generation Sunshine State Standards (NGSSS). These subject areas include English/Language Arts/ESOL, Mathematics, Social Sciences, Science, Physical Education, Music, Art, foreign language and career and technical education.

Depending on individual students' assessment results, some students may be required to enroll in remediation courses for reading and remediation courses in mathematics, which may take the place of electives.

## SUMMARY OF PROMOTION AND PLACEMENT REQUIREMENTS FOR 6TH-8TH GRADE

The progression of students from one grade to another throughout the middle grades is dependent on passing the courses that a student is enrolled in. The table on the following page provides a summary of the promotion and placement requirements for middle grades students.

| End of Grade | Courses Passed | Status |
|---|---|---|
| 6 | **All Courses Passed** | **Promoted to Grade 7** Regular 7th grade student |
| 6 | **4-5 Courses Passed** | **Promoted to Grade 7** Student placed in grade 7 and scheduled to repeat courses not passed, as appropriate |
| 6 | **Less than 4 Courses Passed in Grade 6** | **Retained in Grade 6** |
| 7 | **12 Cumulative Courses Passed** 6 courses passed in grade 6 and 6 courses passed in grade 7 | **Promoted to Grade 8** Regular 8th grade student |
| 7 | **8-12 Cumulative Courses Passed** 4 courses passed in grade 6 including language arts, mathematics, science and social science 4-5 courses passed in grade 7 including 7th grade language art or mathematics, science or social sciences. | **Promoted to Grade 8** Student placed in grade 8 and scheduled to repeat courses not passed, as appropriate |
| 7 | **7-8 Cumulative Courses Passed** | **Retained in Grade 7** |
| 8 | **15-18 Cumulative Courses Passed** Must pass 3 courses each in language arts, mathematics, science and social sciences | **Promoted to Grade 9** |
| 8 | **14 or Fewer Cumulative Courses Passed** | **Retained in Grade 8** |

## EARNING SENIOR HIGH SCHOOL CREDITS IN MIDDLE GRADES (6, 7 & 8)

Middle grades students in grades 6, 7, and 8 may enroll in selected senior high school courses for the purposes of pursuing a more challenging program of study. Such courses are included when computing grade point averages (GPA) and rank in class. Up to six credits may be earned, with parental permission, in grades 6, 7, and/or 8, for courses taken, which may be applied toward the total credits needed for graduation, college admission, or for the Florida Bright Futures Scholarship Program requirements. The recommended courses are listed in the table below. Credit may be earned in the courses provided that all applicable End of Course assessment requirements are met. Students may also fulfill their online requirement for graduation during middle school.

- Algebra 1
  - To earn credit, a student must earn a passing grade in the course for which the EOC results constitute 30% of the final grade.
  - Passing the Algebra 1 EOC is a high school graduation requirement.
- Geometry
  - To earn credit, a student must earn a passing grade in the course for which the EOC results constitute 30% of the final grade.
- Physical Science
  - Must meet science lab requirements
- Biology
  - To earn credit, a student must earn a passing grade in the course in which the EOC results constitute 30% of the final grade.
  - Must meet science lab requirements
- Any high school level Foreign Language 1 or above

During the time students are enrolled in designated high school courses, they are considered to be grade 9 students for those class periods. Students and their parents shall be informed that all high school credit courses taken in middle school will be included in their high school transcript. Factors to be considered in taking high school courses while in middle school include the impact on the students' GPA and subsequent rank in class, the possible lack of recognition by the National Collegiate Athletic Association (NCAA) for senior high school courses taken in a grade below grade 9, and the benefit of retaking a course in which skills have not been mastered. Courses taken will remain a part of a student's middle school record, as well as the student's senior high school record.

## DUAL ENROLLMENT

Dual enrollment is an articulated acceleration mechanism open to eligible secondary students (grades 6-12) in Florida public schools. To enroll in dual enrollment academic courses, students must demonstrate a readiness to successfully complete college-level course work and have attained a qualifying grade point average.

## HOME LEARNING

Home Learning Assignments are an important part of learning. Developing the habit of nightly study requires parental help and guidance. This is another way to reinforce what was learned in the classroom and a means of allowing the parents to be a part of our curriculum goals.

Teachers use the following time schedule as a guide when assigning home learning:

| Grade K | 30 minutes | | Grade 3 | 45 minutes | | Grade 6 | 75 minutes |
|---------|------------|---|---------|------------|---|---------|------------|
| Grade 1 | 30 minutes | | Grade 4 | 60 minutes | | Grade 7 | 75 minutes |
| Grade 2 | 45 minutes | | Grade 5 | 60 minutes | | Grade 8 | 75 minutes |

Those times are a guide and are based on the average child's ability and concentration. Some home learning assignments may take less time and others may take a little more time. Home learning is posted weekly by teachers via the teacher's website which can be found on the school's website.

Also, these minutes do not reflect the additional thirty (30) minutes required for reading. Reading is a universal skill that relates to all subjects.

## SPECIAL EDUCATION

**AcadeMir Charter School West K-8** ensures that all students suspected of having a disability are identified, evaluated, and provided appropriate, specially designed instruction and related services, if it is determined that the student meets the state's eligibility criteria and the parent/guardian consents to initial placement.

Students with disabilities who are eligible and require special education will have an Individual Educational Plan (IEP). The IEP describes the student's strengths and weaknesses and documents the services and supports the student needs to access a Free and Appropriate Public Education (FAPE) in the least restrictive environment (LRE).

The IEP is a working plan that must be developed by the IEP team at least once every 12 months and reviewed, when appropriate, to revise and address any lack of expected progress toward annual goals, or to consider any new information that has been provided through re-evaluation or by the parent/guardian.

Parent involvement in the special education process is very important. Parents will be asked to participate in the IEP process each year and to consider the need for their child's re-evaluation at least once every three years.

The Individuals with Disabilities Education Act (IDEA) states that parents of a child with a disability have certain procedural safeguards. The *Summary of Procedural Safeguards for Parents of Students with Disabilities* documents all the information about the rights of parents. This notice of procedural safeguards is made available to the parent/guardian, at a minimum, upon initial referral; or the parent's request for evaluation; upon the school district's refusal to conduct an initial evaluation that the parent/guardian has requested; upon each notification of an IEP meeting; upon consent for re-evaluation; upon the school district's receipt of a request for a due process hearing; and any other time the parent/guardian may request to receive a copy.

Other rights that are presented in the procedural safeguard document include, but are not limited to, the right of prior written notice; informed consent; participation in meetings; records, independent educational evaluation, mediation, state complaint; local education agency complaint; due process hearings; resolution meetings; due process; attorney fees; discipline; and private school placement.

As the parent of a child with disabilities, you are a very important member of the team that plans your child's education. Be informed and get involved. If you have any questions, please contact your child's school. Staff from the special education department and your child's student service provider will help to answer your questions. Additional information may also be found at http://ese.dadeschools.net/.

## ATTENDANCE POLICY

Students are expected to assume the responsibility for regular and prompt attendance in each class. If a student is not present in the classroom assigned, he/she will be marked absent, regardless of the reason (school business, committee meeting, band trip, illness, prearranged, etc.).

**Attendance Defined**

- **School Attendance**: Students are to be counted in attendance only if they are actually present for at least two (2) hours or engaged in a school-approved educational activity which constitutes a part of the instructional program for the student.
- **Class Attendance**: Students are to be counted in attendance if they are physically present in class for at least half of the class period, have been excused by the teacher on a class-related assignment, or have been requested by a member of the school support staff for an approved school activity.
- **Tardiness**: A student is considered tardy if he/she is not present at the moment the school bell rings for the class assigned. Note: If a student is not present when attendance is taken but is present later in the school day, that student must be considered in attendance, but tardy, and the absence should be changed. A student who is tardy should never remain on record as being absent. Accumulated unexcused tardiness will be counted toward the threshold for initiating attendance review and possible "No Credit" in certain courses.
- **Early Sign-outs:** No student shall be released within the final 30 minutes of the school day. Please note, the early release of students causes disruption to academic performance of all students and may create safety and security concerns.

**Absences**

- Reasonable excuses for time missed at school:
  - Personal illness of the student (medical evidence may be required by the principal for absences exceeding 5 consecutive days). The written statement must include all days the student has been absent from school. If a student is continually ill and repeatedly absent from school due to a specific medical condition, he/she must be under the supervision of a health care provider in order to receive excused absences from school.
  - Court appearance of the student, subpoena by law enforcement agency, or mandatory court appearance.
  - Absence due to a medical appointment requires a written statement from a health care provider indicating the date and time of the appointment and submitted to the principal.
  - An approved school activity (absences recorded, but not reported).
  - Other absences with prior approval of the principal.
  - Attendance at a center under the Department of Children and Families supervision.
  - Significant community events with prior permission of the principal.
  - Observance of a religious holiday or service when it is mandated for all members of a faith that such a holiday or service be observed.
  - Military Connected Students – committed to assist students from military families and will continue to facilitate the development and implementation of policies that directly impact children of military personnel. In an effort to ease the burden of our students who have parents that may be deployed or on "Block Leave," schools will allow up to a total of 5 days of excused absences each academic year to allow families time together.
  - Death in the immediate family.
  - School sponsored event or educational enrichment activity that is not a school-sponsored event, as determined by the principal. The student must obtain advance written permission from the principal. Examples of special events include public functions, conferences, and

regional, state, and national competitions.
- o Outdoor suspension.
- o Appointments for a therapy service provided by a licensed health care practitioner or behavior analyst certified pursuant to Florida law for the treatment of autism spectrum disorder including, but not limited to, applied behavioral analysis, speech therapy, and occupational therapy.
- o Other individual student absences are beyond the control of the parent or student, as determined and approved by the principal. The principal shall require documentation related to the situation.
- Unexcused school absence due to:
  - o vacations, personal services, local non-school events, programs, or sport activity.
  - o older students providing day care services for siblings.
  - o illness of others.
  - o non-compliance of immunization requirements unless lawfully exempted.

Absences not included in the excused absences listed above shall be considered unexcused. Any student who has been absent from school will be marked unexcused absence until he/she submits the required documentation. Please note the required documentation must be a doctor's note or a handwritten, signed letter. NO emails or faxes will be accepted. Failure to provide the required documentation within **(3) three school days** upon return to school will result in an unexcused absence. **Unexcused absences do not require that the teacher provide make-up work for the student.**

Any student who fails to attend a regularly scheduled class and has a "no excuse" for the absence should be referred to the appropriate administrator. Disciplinary action may occur, which will include notification to parents/guardians and be added to students' records.

The student will:
- Attend school/classes 180 days each school year.
- Request the make-up assignments for all excused absences/tardies from his/her teachers upon his/her return to school or class within three (3) days. It should be noted that all class work, due to the nature of the instruction, is not readily subject to make-up work; and
- Complete the make-up assignments for classes missed within the equivalent number of days absent. Failure to make up all assignments will result in the students receiving a "Z" on all missed work and it lowers the student's academic and/or effort grade.
- Be reported as present for the school day in order to participate in athletic and extracurricular activities.

The parent will:
- Be responsible for his/her child's school attendance as required by law and stress the importance of regular and punctual school attendance with his/her child.
- Report and explain an absence or tardiness to the school. An original signed letter must be provided to the school within 3 schools days after the child returns to school.
- Ensure that his/her child has requested and completes make-up assignments for all excused absences/tardies from the child's teachers upon his/her return to school or class

**Tardies**
Students are to be sitting in class by 8:30 a.m. If a student is not present when attendance is taken but is present later in the school day, that student must be considered in attendance, but tardy and the absence will be changed. Attendance and tardiness are documented daily. A student who has 20 or more cumulative tardiness may not be allowed to participate in after school activities for the remainder of the school year and it will be documented within student records.

**Make-Up Work Policy**

Make-up work shall be accepted for full credit and grade for excused absences. All **make-up** work must be submitted within three days after the return to school.

**Truancy Information**

A student with patterns of nonattendance will also be referred to the school's Truancy Child Study Team (TCST) to determine the cause of the absences. If a pattern of non-attendance has developed, the TCST must schedule a meeting with the parent to encourage regular school attendance. The parent will receive a letter regarding "The Truancy Intervention Program" which will be used to document notification of truancy to the parent(s).

Once efforts to enforce school attendance have been exhausted, the TCST will complete the Truancy Intervention Program Referral forms. During this process, parents will be informed that a complaint of truancy will be filed with the Florida Department of Motor Vehicles (DHSMV) for suspension of driving privileges. Please note, AcadeMir Charter School West is required to submit Truancy Intervention Program Referrals for students between the ages of 6-17, who have 15 unexcused absences within 90 calendar days, not to exceed 25 unexcused absences.

### ELEMENTARY BELL SCHEDULE K-5

7:45 am……………………………… Doors Open
8:30 am……………………………… Students must report to class
11:00- 11:30 am……………………….Kindergarten Lunch
10:30- 11:00 am………………………. First Grade Lunch
11:00- 11:30/11:30- 12:00 pm………...Second Grade Lunch
11:30- 12:00 pm……………………….Third Grade Lunch
12:30- 1:00 pm………………………..Fourth Grade Lunch/Fifth Grade Lunch
2:30 pm………………………………..K-1st Grade Dismissal (Early Release 2:00pm)
3:30 pm………………………………..2nd-8th Grade Dismissal (Early Release 2:30pm)

### MIDDLE BELL SCHEDULE

7:45 am……………………………… Doors Open
8:30 am……………………………… Students must report to class
8:30- 8:42 am ………………………... Homeroom
8:42- 10:15 am……………………….. Period 1 (A Day) / 2 (B Day)
10:18- 11:48 am……………………….Period 3 (A Day) / 4 (B Day)
11:51- 1:57 am………………………...Period 5 (A Day) / 6 (B Day)
          12:00- 12:30 pm Middle School Lunch 6th- 8th Grade
2:00- 3:30 pm…………………………Period 7 (A Day) / 8 (B Day)
3:30 pm………………………………..6th-8th Dismissal (Early Release 1:30pm)

Lunch will be during period 5 and three (3) minutes have been allocated between class changes

## DISMISSAL PROCEDURES

Dismissal for Kinder and 1st grade students is at 2:30 p.m., dismissal for 2nd-8th grade students is at 3:30 p.m. All parents will be provided at the beginning of the school year, a dismissal decal that will need to be placed on the dashboard of their vehicle. When the parent arrives, a school employee will scan the decal, which will advise the teacher that the student may be dismissed from the classroom.

Those students staying 30 minutes after their dismissal will be taken to After-School Care and parents will be charged $1.00 **per minute service charge fee. There will be NO EXCEPTIONS**.

Procedures to sign out a student for early dismissal:
1. Parents/guardians or any other adult (21 or older) who is listed on the Emergency Contact Card must come to the office to request an early dismissal.
2. The adult picking up a student must present picture identification, and this must be validated using the information in the Emergency Contact Card for students to be released. Students will not be dismissed to any person NOT listed on the emergency contact card.
3. After a student's 6th early dismissal, a doctor's note will be required for make-up work.
4. If a student is picked up early from school, he/she will be marked absent from the remaining class period.
5. Please note that students will not be released within the final 30 minutes of the school day unless the administration determines it is an emergency. (State Statute 1003.02).

**Early Release Dismissal**
Students in grades Kinder-5th grade will have early release every Wednesday, and students in grades 6th-8th will have early release once a month. Students will not be released 30 minutes prior to their scheduled dismissal time.

Early release dismissal times:
- Kinder-1st grade will be dismissed at 2:00 p.m. (Every Wednesday)
- 2nd- 5th grade will beat 2:30 p.m. (Every Wednesday)
- 6th-8th grade will be at 1:30 p.m. (please refer to middle school calendar for dates)

### EARLY RELEASE BELL SCHEDULE FOR 6th-8th GRADE

7:45 am……………………………..Doors Open
8:30 am……………………………..Students must report to class
8:30-8:42 am…………………………. Homeroom
8:45-9:15 am………………………......Period 1
9:17-9:47 am…………………………Period 2
9:50-10:20 am..………………………Period 3
10:23-10:53 pm………………………..Period 4
10:56-11:25 pm………………………Period 5
11:28-11:58 pm………………………Period 6
12:00-12:30 pm………………………Middle School Lunch
12:33-12:59 pm………………………Period 7
1:02-1:30 pm…………………………Period 8
1:30 pm……………………………… .Dismissal

**Rainy Day Dismissal**

During a rainy day, it may take longer than usual for our students to be dismissed. Our goal is to proceed as quickly as possible and maintain a level of safety and security for all students being picked up.

We will continue with our regular dismissal procedure where your child's dismissal decal (placed on the windshield of the vehicle), is scanned and you proceed to the pick-up section. A staff member with an umbrella will take your child to your car.  Please make sure the inside of the car is clear so the child can get in without disruption.

## AFTER-SCHOOL CARE

**AcadeMir Charter School West K-8** has established After-School Care, and this is an optional service that parents can utilize. For further information, please see our office manager. A minimum of twenty-five students must enroll for the program to take place. Click here to be directed to the policy, procedure, application and fees page.

| | |
|---|---|
| Registration Fee: | $ 60.00 |
| Student Accident Insurance (CHUBB Insurance): | $ 20.00 |
| Before-School Care Hours: | 7:00-8:00 a.m. |
| After-School Care Hours: | Dismissal – 6:00 p.m. |
| After-School Care Cost: | Varies depending on the number of days in the month. All payments made after the first day of each month will incur a late fee. |

Sibling Discount
- Registration 50% off each sibling
- After-School Care $20.00 off each sibling

## CLUB AND AFTER SCHOOL ACTIVITIES

**AcadeMir Charter School West K-8** offers various extracurricular activities that provide students with the opportunity to be part of a group who share the same interest.  Please click on this link for full description: BridgePay for enrichment activities

## LUNCH PROGRAM

**Free & Reduced Lunch Program**

The National School Lunch and School Breakfast Program provides free and reduced priced meals for children unable to pay the full price. Applications must be completed on a yearly basis. Once the application is approved, meal benefits begin and will continue throughout the school year in which the application is approved and extends for approximately the first two weeks the following year.

**National School Lunch Program (NSLP) and/or Lunch Program/School Meals:**

- Free and Reduced rates for qualifying students:
    o Breakfast: $0.30 daily / Lunch: $0.40 daily

- Full Priced Daily Rates:
    o Breakfast: $2.00 Daily / Lunch $ 3.56 Daily (includes milk)

All parents must pay for lunch through the "SchoolCafe" app. Information may be found on our school website. Cash or check is not accepted. All parents must pay for lunch on a "monthly" basis.

Breakfast and lunch will be served in the cafeteria. If a child forgets their lunch, he/she will be provided with lunch that day. NO LUNCH CHARGES can be made since public funds do not allow schools to extend credit.

Students are not allowed to bring sodas, candy or gum to school. **Due to allergies, we are not accepting any food/sweets brought from the outside to share with students during birthdays or special occasions. Since we are trying to promote healthy eating habits, we request that fast food not be brought to school. Parents are not allowed to drop off lunch in the middle of the day.** Students are required to bring in their lunch in the morning or purchase lunch from the cafeteria. All meal deliveries (i.e.: UberEats, Doordash) will not be accepted from outside vendors.

**Cafeteria Conduct**
Students should eat in an atmosphere that is pleasant and conducive to good habits. It is recommended that parents discuss good cafeteria manners with their child. We promote the following during meals: use low voices, raise their hand if they need something, and remain seated during the lunch period at the assigned table.

## UNIFORM POLICY

A higher standard of dress encourages greater respect for individual students and others and results in a higher standard of behavior. Our dress code guidelines indicate appropriate school dress for normal school days.
**AcadeMir Charter School West K-8** reserves the right to interpret these guidelines and/or make changes during the school year. Students are expected to follow these guidelines with support from their parents/guardians. All students must wear a school uniform daily.

The following is the uniform policy that is endorsed by the school. Students are required to follow this policy, and failure to do so will result in administrative action.

All Students:
- All uniforms are to be purchased at the designated store. No other uniform is allowed.
- All students are required to wear only school-approved uniforms. Click here to view the approved uniforms for all grade levels.
- All uniforms must have the AcadeMir Charter School West school logo.
- Belts must always be worn; these belts must be plain, black leather belts and fastened securely at waist level. Pants must be worn at waist level. **Loose or low pants will not be tolerated.**
- All shirts must have the AcadeMir Charter School West logo. **All shirts must always be correctly tucked into pants and secured in place with the belt. Shirts must be long enough to be tucked in. A maximum of one (1) button may be left unfastened at the top of any shirt.**
- **All skirts or shorts may not be less than 2 inches above the knee**
- During cold weather, a plain **white** long-sleeved t-shirt may be worn underneath the uniform shirt.
- **Regardless of weather conditions,** only an approved school sweater/jacket or AcadeMir sweat outfit may be worn during school hours. No hoodies are allowed. **Any student who is found to be in violation of this policy will have to call home for a replacement and the item will remain in the office until the parent/guardian picks it up from the main office.**
- **Middle School students MUST wear gala uniform every Monday.**
- All confiscated articles of clothing or accessories will be returned only to the parent/ guardian.
- Students may only wear approved uniform shoes
- Shoes must be flat, closed, solid black and always fastened tightly. No other colors or stripes/logos may be on the shoes.
- Socks must be plain white, navy blue or black and are to be worn at mid-ankle length. In the winter, girls are permitted to wear plain navy blue or white colored cotton tights. Lace, mesh, striped, and/or print colored tights are prohibited.
- Hair must be neat, clean, and away from the face. It must not be dyed with unnatural colors, worn unusually, or maintained in unacceptable condition. Colored / dyed hair must be of natural coloring; colors such as pink, purple, blue, green, or bright red will not be permitted. No hats, bandanas or headbands may be worn. The school will honor certain hairstyles due to religious beliefs.

- In addition to the above, students **may not:**
  - Wearing hoodies from brands such as Hollister, American Eagle, Aeropostale, or any other brands not sold by our uniform company is not permitted.
  - Have any make-up that is not appropriate for school and should be applied before arrival. Students with excessive make-up may be asked to wash their face.
  - Wear open toe shoes, slippers, boots, or booties
  - Students are not permitted to wear more than two pairs of earrings. No other visible piercings or tattoos are allowed. Additionally, headscarves are not permitted, and pants must be worn at the waist.
  - Long acrylic nails are not permitted.
- PE and Dance Classes:
  - PE and Dance require the use of specific uniforms for class. PE uniforms are available for purchase at the uniform store and dance uniform information will be provided by the Dance instructor. Students not wearing the appropriate PE or Dance uniform will not receive credit for participation in class.
  - PE shorts must be worn appropriately and may not be rolled up
  - Only on assigned days, students may wear PE uniform and sneakers for the elementary school.
- Jean Day Attire:
  - Jean days will be designated at the beginning of the school year and indicated on the school activities calendar. Students can only wear jeans, cargo pants with a school spirit T-shirt and/or polo and sneakers only. Ripped jeans, skinny jeans, jeggings, or capris jeans/pants are **NOT** allowed.

Your cooperation regarding the dress code is appreciated. Parents of students not wearing a uniform will be contacted and will need to bring the official uniform. A Uniform Violation Form will be issued. Please remember that uniforms are also used for the safety of our students.

After the third incident involving the same student, progressive disciplinary measures will be implemented. These measures may include, but are not limited to, detention and/or exclusion from extracurricular events and activities. Students must comply with the uniform policy to be allowed into the school.

**Student ID/Lanyard Policy**
For the safety and security of students, all students will be given a student ID with the student's photo. All students are required to always wear the student ID with lanyard on school property as part of their daily uniform. This ID is also used for the purpose of purchasing breakfast and lunch. Students are not allowed to alter or deface their ID badge or wear the ID badge of another person. If a student ID is lost, the student must purchase a new student ID for $5.00.

## <u>COVID-19 PROTOCOLS</u>
AcadeMir Charter School West K-8 acknowledges the dynamic nature of the COVID-19 pandemic; therefore, all policies will be implemented or modified in accordance with updated guidance from the Florida Department of Health in Miami-Dade County.

**Face Masks Policy**
The use of face masks is no longer required. Face masks are optional. The school will continue to follow recommendations that may be made by the CDC, Department of Health, and the school district should a student test positive for COVID-19. The school reserves the right to adjust its health and safety related protocols as may be necessary and/or recommended by appropriate officials throughout the school year.

## **SCHOOL DISCIPLINE**

AcadeMir Charter School West K-8 believes that all children can learn and succeed in school when they have access to a nurturing, safe, and structured environment, a challenging and engaging curriculum, and qualified teachers who genuinely care about their performance and well-being. We ensure a safe environment through the school-wide adoption of a consistent, fair, and equitable discipline plan known as the 3R's: Respect, Responsibility, and Readiness to Learn.

Disciplinary actions are listed below:
- 1st offense: A verbal warning issued
- 2nd offense: A phone call, behavior notification form or email will be sent to the parents
- 3rd offense: Parent/Teacher conference
- 4th offense: Administration reserves the right to issue disciplinary action based on the severity of the violation and the MDCPS Code of Student Conduct.

**Procedures for Addressing Concerns**

Parent Conferences with teachers may be arranged by contacting the main office or by emailing the teachers directly. All emails can be found on our school website. It is against school policy to show up to a classroom without prior arrangements for a conference or calling teachers during classroom time. Please do not engage in parent conferences during arrival/dismissal of students, in the hallways or during classroom time. Your child's confidential information may be jeopardized. Always attempt to resolve issues/conflicts with the teacher before coming to administration. Most issues can be resolved when you have open and honest communication with your child's teacher. Anonymous letters will not be acknowledged.

For issues involving an individual teacher or class, parents address their concerns to the following individuals in the order below:
- Step 1: Teacher
- Step 2: Counselor/Dean of Discipline
- Step 3: Assistant Principal
- Step 4: Principal
- Step 5: Conflict Resolution Person
- Step 6: AcadeMir Charter School Board of Directors
  - All concerns should be provided to the Board in writing (assistance available upon request) to the Board Liaison at least 3 days prior to a regular scheduled meeting via email: mirscss@yahoo.com, by mail: 5420 SW 157 Avenue Miami, FL 33185 / fax: (305) 225-0448

| Board Meeting Dates | |
|---|---|
| September 14, 2024 | 9:30 am |
| November 9, 2024 | 9:30 am |
| January 11, 2025 | 9:30 am |
| March 14, 2025 | 9:30 am |

*Dates are subject to change, so please call the school or check school calendar*

## PUBLIC RECORD REQUEST

Per Florida Statutes § 1003.25 and F.A.C. 6A-1.0955(10) procedures for transferring student records for students who transfer from school to school shall occur within five days of receipt of the request for records from the new school or district, or receipt of the identity of the new school and district of enrollment, whichever occurs first.

Pursuant to Florida Statute §119.12 (2) the contact information for the school's custodian of public records is as follows:
Name: AcadeMir Charter Schools, Inc.
ATTN: Public Records Custodian
Email: publicrecordsrequest@superiorcharterschoolservices.com
Phone: (305) 225-0444
The primary address of the school where records are routinely created, sent, received, maintained, and requested:

AcadeMir Charter School West K-8
14880 SW 26 Street
Miami, FL 33185

## BULLYING (CYBER) AND HARASSMENT POLICY

Harassment is prohibited between members of the AcadeMir School community, including communication of any form between students, parents, faculty and/or staff, and any third parties directly or indirectly. We are committed to maintaining a working and learning environment in which students, faculty, and staff can develop intellectually, professionally, personally, and socially. Such an atmosphere must be free of intimidation, fear, coercion, and reprisal. It is expected that all students and employees shall use all equipment and programs for the intended educational purpose. We are committed to protecting students and employees from bullying, harassment or inappropriate uses of computers or programs to participate in bullying behavior. Bullying, harassment, and threat of any kind **will not be tolerated** and shall be just cause for disciplinary action. Conduct that constitutes bullying or harassment, as defined herein, is prohibited. Bullying, harassment, and cyber stalking are defined as inflicting physical or psychological distress, and/or Communicating words, images or language using electronic mail that causes emotional distress and for which there is no legitimate purpose. Any action by a student or parent deemed inappropriate will be fully investigated by the appropriate school administrator and or **proper authorities. AcadeMir Charter School West K-8** is always committed to providing a safe learning environment for all students.

**AcadeMir Charter School West K-8** is dedicated to eradicating bullying and harassment in its schools by providing awareness, prevention, and education in promoting a school atmosphere in which bullying, harassment, and intimidation will not be tolerated by students, school employees, visitors, or volunteers.
**AcadeMir Charter School West K-8** policy is consistent with F.S.1006.147 where Bullying and Harassment is prohibited. This statute may also be cited as the "Jeffrey Johnston Stand Up for All Students. Please go to the following link for a full Florida Statute and policy.
http://www.leg.state.fl.us/statutes/index.cfm?App_mode=Display_Statute&URL=10001099/1006/Sections/1006.147.html

## ZERO TOLERANCE POLICY (F.S.1006.13)

**AcadeMir Charter School West K-8** promotes a safe and supportive learning environment in schools by protecting students and staff from conduct that poses a threat to school safety. AcadeMir Charter Schools will enforce the Florida Department of Education Zero Tolerance Policy on school violence, crime, and the use of weapons. As an approach to reducing school violence, the intent of the policy is to provide a safe school climate

that is drug-free and protects student health, safety, and civil rights. This policy requires the school district to impose the most severe consequences provided for in the Code of Student Conduct in dealing with students who engage in violent criminal acts, such as:

- bringing or possessing a firearm or weapon to school, any school sponsored activity, or on school-sponsored transportation; shall also result in a referral for expulsion and mental health services pursuant to Section 1006.13 F.S.
- making a threat or false report, respectively, involving school or school personnel's property, school transportation, or school-sponsored activity; shall also result in a referral for expulsion and mental health services pursuant to Section 1006.13 F.S.
- homicide;
- assault, battery, and culpable negligence; relating to kidnapping, false imprisonment, luring or enticing a child, and custody offenses;
- sexual battery;
- lewdness and indecent exposure;
- child abuse;
- robbery;
- robbery by sudden snatching;
- carjacking; and
- home-invasion robbery

A student may also be referred for mental health services if deemed necessary by the threat assessment team. The State of Florida Juvenile Justice Reform Act of 1965 requires the School District to link juvenile violent incidents to the action taken by the student's school and the district. The school is required to collect data about violent incidents involving students during each school year and transmit a report to the District and state. Certain infractions in the Code of Student Conduct may result in criminal penalties as well as administrative corrective strategies.

Please go to the link below for the full F.S.**1006.13 Policy of Zero Tolerance for crime and victimization**:
http://www.leg.state.fl.us/statutes/index.cfm?mode=View%20Statutes&amp;SubMenu=1&amp;App_mode=Display_Statute&amp;Search_String=1006.13,+F.S.&amp;URL=1000-1099/1006/Sections/1006.13.html

## CODE OF STUDENT CONDUCT

**AcadeMir Charter School West K-8** is committed to providing a safe teaching and learning environment for students, staff, and members of the community. AcadeMir Charter School will adhere to the guidelines established in the 2024-2025 Code of Student Conduct (COSC)for Miami-Dade County Public Schools. The Code of Student Conduct is used to govern conduct and discipline of all students attending AcadeMir Charter Schools. It is expected that students obey rules while on school grounds, while being transported to or from school at public expense while on the school premises for instruction, and for authorized participation in a school-sponsored activity.  During such times, all students are subject to the immediate control and direction of teachers, staff members, and/or bus drivers to whom such responsibility has been assigned by the principal. The Code of Student Conduct (COSC) is aligned with local, state, and federal mandates with an emphasis on promoting a safe learning environment to ensure academic success.  The Code of Student Conduct sets the standards of conduct expected of students in a purposeful safe learning environment in which the principles of care, courtesy, civility, fairness, acceptance of diversity, and respect for the rights of others is valued.   It also addresses the role of the parents/guardians, the students, and school, but also focuses on core values and model

student behavior, rights and responsibilities of students, addressing student behavior, and disciplinary procedures.

Furthermore, it should also be noted that behaviors committed on or off the school campus may be violations of the COSC and may also be violations of Florida law. These violations may result in disciplinary actions imposed by local law enforcement authorities, in addition to those of the school/district. The Superintendent, principals, and other administrators shall assign discipline/corrective strategies to students pursuant to the Code of Student Conduct and, where required by law, protect the student's due process rights to notice, hearing, and appeal. Students and parents/guardians can access the English, Spanish and Haitian/Creole versions of the document on the M-DCPS Website located at: https://codeofconduct.dadeschools.net/#!/fullWidth/5866 or you may request a copy from your child's school. Below is a list of behaviors and range of corrective strategies level I-V.

## BEHAVIORS AND RANGE OF CORRECTIVE STRATEGIES

| BEHAVIORS | RANGE OF CORRECTIVE STRATEGIES |
|---|---|
| **EVEL I Behaviors** are acts that disrupt the orderly operation of the classroom, school function, and extracurricular activities or approved transportation.<br><br>**LEVEL I**<br>**Disruptive Behaviors:**<br>• Confrontation with another student<br>• Cutting class<br>• Disruptive behavior (including behavior on the school bus and at the school bus stop)<br>• Failure to comply with class and/or school rules<br>• Inappropriate public display of affection<br>• Misrepresentation<br>• Possession of items or materials that are inappropriate for an educational setting (See Special Notes #1)<br>• Repeated use of profane or crude language (general, not directed at someone)<br>• Unauthorized location<br>• Unauthorized use of wireless communication devices (See Vital Alerts page(s) 42)<br>• Violation of dress code (See Vital Alerts page(s) 32) | The principal or designee **must** select at least one of the following strategies from **PLAN I**. Principals may authorize use of **PLAN II** for repeated, serious, or habitual **Level I** infractions.<br><br>**PLAN I**<br>• Parent/guardian contact (See Special Notes #2)<br>• Student Conference (See Special Notes #3)<br>• Student, parents/guardians/staff conference<br>• Behavior Plan<br>• Student Contract<br>• Participation in a counseling session related to infraction<br>• Refer to outside agency/provider (See Special Notes #4)<br>• Peer Mediation<br>• Refer to page(s) 55-61 for additional corrective strategies on the RtB/MTSS<br>• Reprimand<br>• Confiscation of wireless communication devices<br>• Refer to Vital Alerts page(s) 32 for the prescribed corrective strategies for the violation of the dress code.<br>• Revocation of the right to participate in social and/or extracurricular activities<br>• Replacement or payment of any damaged property (if appropriate)<br>• Behavior Plan |
| **Special Notes**<br>• #1 See Sexual Offenses (Other), Level IV, for obscene or lewd material.<br>• Administrators must contact Miami-Dade Schools Police for any criminal conduct regardless of whether Schools Police Automated Reporting (SPAR) is indicated.<br>• If the victim of a crime requests a police report, the principal or designee must report the incident to the Miami-Dade Schools Police. | **Special Notes**<br>• #2 Good faith attempts must be made immediately to contact the parent(s)/guardian(s) by telephone.<br>• #5 Send written notice to parent/guardian within 24 hours via U.S. mail.<br>• Refer to the Code of Student Conduct for further details |

*Refer to the Glossary for an explanation of unfamiliar words used in the* **Code of Student Conduct.**

| BEHAVIORS | RANGE OF CORRECTIVE STRATEGIES |
|---|---|
| **Level II Behaviors** are more serious than Level I because they significantly interfere with learning and/or the well-being of others.<br><br>**<u>LEVEL II</u>**<br>**Seriously Disruptive Behaviors**<br>● Cheating<br>● Confrontation with a staff member<br>● Defiance of school personnel<br>● Distribution of items or materials that are inappropriate for an educational setting (See Special Notes #1)<br>● Failure to comply with previously prescribed corrective strategies<br>● False accusation<br>● Fighting (minor)<br>● Forgery (Written Misrepresentation):<br>● Harassment (non-sexual or isolated)<br>● Instigative behavior<br>● Joining clubs or groups NOT approved by the School Board<br>● Leaving school grounds without permission<br>● Libel<br>● Petty theft (under $300.00)<br>● Possession of and/or use of tobacco products or smoking/vaping devices. (See Glossary).<br>● Prohibited sales on school grounds (other than controlled substances)<br>● Slander<br>● Use of profane or provocative language directed at someone<br>● Vandalism (minor) | The principal or designee **must** select at least one of the following strategies from **PLAN II**. The use of appropriate strategies from previous PLAN may be used in conjunction with this PLAN. Principals may authorize the use of **PLAN III** for repeated, serious or habitual **Level II** infractions.<br><br>**<u>PLAN II</u>**<br>● Parent/guardian contact (See Special Notes #2)<br>● Student conference (See Special Notes #3)<br>● Corrective Strategies from Level I<br>● Participation in counseling session related to the infraction<br>● Refer to outside agency/provider (See Special Notes #4)<br>● Refer to page(s) 55-61 for additional corrective strategies on the RtB/MTSS<br>● School-based program that focuses on modifying the student's inappropriate behavior or promotes positive behavior |
| **Special Notes**<br>● #1 See Sexual Offenses (Other), Level IV, for obscene or lewd material.<br>● Administrators must contact Miami-Dade Schools Police for any criminal conduct regardless of whether Schools Police Automated Reporting (SPAR) is indicated.<br>● If the victim of a crime requests a police report, the principal or designee must | |

| | |
|---|---|
| report the incident to the Miami-Dade Schools Police. | **Special Notes**<br>● #2 Good faith attempt must be made immediately to contact parent/guardian by telephone.<br>● # 5 Send written notice to parent/guardian within 24 hours via U.S. mail.<br>● Refer to the Code of Student Conduct for further details |

*Refer to the Glossary for an explanation of unfamiliar words used in the* **Code of Student Conduct.**

| BEHAVIORS | RANGE OF CORRECTIVE STRATEGIES |
|---|---|
| **LEVEL III Behaviors** are more serious than Level II because they endanger health and safety, damage property, and/or cause serious disruptions to the learning environment.<br><br>**<u>LEVEL III</u>**<br>**Offensive/Harmful Behavior**<br>● Assault/Threat against a non-staff member<br>● Breaking and Entering/Burglary<br>● Bullying (repeated harassment) (See Special Notes #1) (See Vital Alerts page(s) 32-34)<br>● Disruption on campus/Disorderly conduct<br>● Fighting (serious)<br>● False Activation of Fire Alarm System<br>● Gambling<br>● Harassment (Civil Rights) (See Special Notes #2) (See Vital Alerts page(s) 32-34 (See Special Notes #2)<br>● Hazing (misdemeanor)<br>● Improper Activation of Fire Extinguisher<br>● Possession of simulated weapons<br>● Possession or use of alcohol, unauthorized over the counter medications, drug paraphernalia, controlled substances and/or anything that alters mood or is used for mood altering (See Vital Alert Under the Influence page(s) 39)<br>● Sexting (1) (See Vital Alerts page(s) 38)<br>● Sexual harassment (See Special Notes #2) (See Vital Alerts page(s) 32-34 and Glossary page 78)<br>● Technology and Computer Related Offense (1) (See Vital Alerts page(s) 40-41) | The principal or designee **must** select at least one of the following strategies from **PLAN III**. The use of appropriate strategies from previous PLANS may also be used in conjunction with this PLAN. Principals may authorize the use of **PLAN IV** for repeated, serious or habitual **Level III** infractions.<br><br>**<u>PLAN III</u>**<br>● Parent/guardian contact (See Special Notes #4)<br>● Student conference (See Special Notes #5)<br>● Corrective Strategies from Level I & II<br>● Permanent removal from class and reassignment to different class (placement review committee decision required)<br>● Suspension (See Special Notes #4, 5, 6 and 7) or Recommendation for expulsion (See page(s) 50) |

- Threat/Intimidation (See Special Notes #8)
- Trespassing
- Vandalism (major)

**Special Notes**
- **All Level III, IV, and V infractions, unless otherwise noted, require Schools Police Automated Reporting (SPAR).Administrators must contact Miami-Dade Schools Police.**
- Bullying infractions do not require a SPAR
- Harassment Civil Rights and Sexual Harassment do not require a SPAR, but must be reported to the Miami-Dade County Public Schools Office of Civil Rights Compliance at 305-995-1580.

**Special Notes**
- #1 Good faith attempt must be made immediately to contact the parent(s)/guardian(s) by telephone.
- #6 Send written notice to parent/guardian within 24 hours via U.S. mail.
- #8 If a student brings a firearm or weapon and/or makes a threat or false report, the school must refer the student to mental health services identified by the school District.
- Refer to the Code of Student Conduct for further details

*Refer to the Glossary for an explanation of unfamiliar words used in the* **Code of Student Conduct.**

| BEHAVIORS | RANGE OF CORRECTIVE STRATEGIES |
|---|---|
| **LEVEL IV Behaviors** are more serious acts of unacceptable behavior than Level III. They seriously endanger the health and well-being of others and/or damage property. | The principal or designee **must** use the following strategies from **PLAN IV**. The use of appropriate strategies from previous PLANS may also be used in conjunction with this PLAN. |

| BEHAVIORS | RANGE OF CORRECTIVE STRATEGIES |
|---|---|
| <u>**LEVEL IV**</u><br>**Dangerous or Violent Behaviors**<br>● Battery against a non-staff member<br>● Grand theft (over $300.00)<br>● Hate Crime<br>● Hazing (Felony)<br>● Intent to sell and/or distribute alcohol, unauthorized over-the-counter medications, drug paraphernalia, controlled substances and/or anything that alters mood or is used for mood altering<br>● Motor vehicle theft<br>● Other major crimes/incidents; Robbery<br>● Sale and/or distribution of alcohol, unauthorized over-the-counter medications, drug paraphernalia, controlled substances and/or anything that alters mood or is used for mood altering (See Vital Alerts for Under the Influence page(s) 39)<br>● Sex offenses (other) (including possession and/or distribution of obscene or lewd materials)<br>● Sexting (2) (See Vital Alerts page(s) 38)<br>● Sexual Assault<br>● Technology and Computer-Related Offense (2)<br>● (See Vital Alerts page(s) 40-41) | <u>**PLAN IV**</u><br>● Parent/guardian contact (See Special Notes #2)<br>● Student conference (See Special Notes #3)<br>● Corrective Strategies from Level I-III (See Special Note #4)<br>● Recommendation for expulsion (See page(s) 50) |

| BEHAVIORS | RANGE OF CORRECTIVE STRATEGIES |
|---|---|
| | **Special Notes**<br>● #2 Good Faith attempts must be made immediately to contact parent(s)/guardian(s) by telephone.<br>● #3 Student Conference<br>● Corrective strategies from Level I-III<br>● Send written notice to parent/guardian within 24 hours via U.S. mail.<br>● Recommendation for expulsion (see page 50)<br>● Refer to the Code of Student Conduct for further details |
| **Special Notes**<br>● **All Level III, IV, and V infractions require Schools Police Automated Reporting (SPAR). Administrators must contact Miami-Dade Schools Police.** | |

***Refer to the Glossary for an explanation of unfamiliar words used in the* Code of Student Conduct*.***

| BEHAVIORS | RANGE OF CORRECTIVE STRATEGIES |
|---|---|
| **LEVEL V Behaviors** are the most serious acts of misconduct and violent actions that threaten life.<br><br> **LEVEL V** <br>**Most Serious, Dangerous or Violent Behaviors**<br>● Aggravated assault<br>● Aggravated battery against a non-staff member<br>● Armed robbery<br>● Arson<br>● Assault/Threat against M-DCPS employees or persons conducting official business (See Special Notes #1 & #5)<br>● Battery or Aggravated battery against employees or persons conducting official business (See Special Notes #1)<br>● Homicide<br>● Kidnapping/Abduction<br>● Making a false report/threat against the school (See Special Notes #1 & 5)<br>● Other major crimes/incidents<br>● Possession, use, sale, or distribution of firearms, explosives, destructive devices, and other weapons. (See Special Notes #1 & 5)<br>● Sexting (3) Offense (See Vital Alerts page(s) 38)<br>● Sexual battery<br>● Technology and Computer Related Offense (3) (See Vital Alerts page(s) 40-41) | The principal or designee **must** use the following strategies from **PLAN V**. The use of appropriate strategies from previous PLANS may also be used in conjunction with this PLAN.<br><br> **PLAN V** <br>● Parent/guardian contact (See Special Notes #2)<br>● Student conference (See Special Notes #3)<br>● Corrective Strategies from Level I-IV (See Special Notes #4)<br>● Recommendation for expulsion (See page(s) 50)<br><br><br> **Special Notes** <br>● #2 Good faith attempt must be made immediately to contact      parent/guardian by telephone.<br>● Send written notice to parent/guardian within 24 hours via U.S. mail.<br>● #4 This level of infraction may result in an expulsion requiring School Board action.<br>● #5 If a student brings a firearm or weapon and/or makes a threat or false report, the school must refer the student to "mental health services" identified by the school district pursuant to 1012.584(4).<br>● Refer to the Code of Student Conduct |

| **Special Notes**<br>● **All Level III, IV, and V infractions require Schools Police Automated Reporting (SPAR). Administrators must contact Miami-Dade Schools Police.**<br>● The possession of firearms or other weapons on school property may result in criminal penalties in addition to expulsion.<br>● #1 Mandatory one year expulsion. | for further details |
|---|---|

*Refer to the Glossary for an explanation of unfamiliar words used in the* **Code of Student Conduct.**

## ACADEMIC INTEGRITY

All AcadeMir students are expected to be honest and cheating and/or plagiarism will not be tolerated and will result in an immediate "F" and will be communicated with the corresponding parents right away. As per the MDCPS Code of Student Conduct, "the code of student conduct sets the standards for conduct expected of students in a purposeful safe learning environment in which the principles of care, courtesy, civility, fairness, acceptance of diversity, and respect for the rights of others is valued. It also addresses the role of the parents/guardians, the students, and school, but also focuses on core values and model student behavior, rights, and responsibilities of students, addressing student behavior, and disciplinary procedures.

**What is academic integrity?**
Academic integrity is an ethical code, whereby the student guarantees that all work submitted is the student's own work.

**Why is academic integrity important?**
When students submit an assignment that is not their own original work, there are two issues involved: Students are earning credit for learning material for which they have not demonstrated mastery; and they may be violating the policies of the school.

**What are some examples of academic integrity violations?**
There are two kinds of academic integrity violations. One is "plagiarism" and the other is "cheating."
1. Plagiarism is defined as an act or instance of using closely imitating the language and thoughts of another author without authorization and the representation of that author's work as one's own, as by not crediting the original author.
    a. Some examples are, but not limited to the following:
        i. Copying and pasting a report from the Internet and representing it as your own work.
        ii. Using information from an encyclopedia, book, textbook, website, database, etc., without citing the source
        iii. Using another student's work in whole or part and handing it in as one's own
        iv. Using online translators for assignments and assessments.
2. Cheating - To influence or lead by deceit, trick, or artifice or to practice fraud or trickery to violate rules dishonestly.
    a. Some examples are, but not limited to the following:
        i. Providing questions/answers/ works to another student
        ii. Obtaining or attempting to obtain, prior to examination, either copies of used questions or illegal knowledge of such questions
        iii. Using an electronic device/smartwatch without teacher permission to search for answers at the same time during an assessment.

The emphasis of **AcadeMir Charter School West K-8** academic honesty policy is on prevention, and on students learning the appropriate skills of citing work from other authors. In the event that students are suspected of classroom cheating, plagiarism or otherwise misrepresenting their work, he/she will be subject to all applicable forms of discipline defined by the administration, which include, but are not limited to:
- Meeting with the school counselor regarding the incident
- A failing grade on the assignment or assessment
- A referral will be sent to administration and recorded on the students' academic/behavior record
- A parent-teacher conference will be scheduled with the school counselor and/or administration

**Note**: Students enrolled in Dual Enrollment with Miami Dade College will be expected to abide by the college's Code of Conduct.

## STUDENT'S RIGHTS

Students have the right to feel safe from threats and bodily harm. Disruptive behaviors are never acceptable, and when they occur, they will result in time out, exclusion from participation in class activities, field trips, suspension, or other disciplinary action. Parents who have a conflict with a student other than their own child and/or parent are requested to speak to the administration. At no time may parents approach any student/parent directly. All students and employees will be treated with respect. Slurs, innuendoes, hostile treatment, violence, harassment or other verbal or physical conduct against a student or employee will NOT be tolerated.

**NON-DISCRIMINATION STATEMENT:** In accordance with federal and state anti-discriminatory laws **AcadeMir Charter School West K-8** will not discriminate against a student in its school's admission, educational programs, and activities based on race, ethnicity, national origin, creed, religion, gender, age or disability.

## PARENT/GUARDIAN'S RESPONSIBILITIES

As a parent/guardian of a virtual school student, it is very important to understand the responsibilities associated with that role. With the many distractions students have today, it can be difficult for some students to set aside time to work on courses when not in school. It is the responsibility of the parent/guardian to encourage the student to manage their time in an effective way. Teachers will keep the parent/guardian apprised of the student's progress and will initiate contact if they fall behind in their coursework.

Parents are expected to supervise and monitor their student's progress throughout the duration of the course. This can be accomplished by accessing the parental account periodically to monitor student progress.
Parents should support Academic Integrity. Academic Integrity is one of our core values and one of the most important areas of focus as a learning organization. Students with Academic Integrity make decisions based on ethics and values that will prepare them to be productive and ethical citizens.

You may contact your child's teacher directly via email and/or contact the school office at (305) 485-9911 with questions about the course that you may have. When a parent/guardian has a concern about the child's performance or behavior, the parent/guardian should set up a conference with the child's teacher. Parents/guardians should also be aware of the course progression plan that their student is following and use that to help plan for the child's academic and educational future.

## COMMUNICATION

Communication is essential for success in any human endeavor. Administration and staff recognize this and will always strive to facilitate open and frequent communication with parents. We ask that you make us aware of any of the following in writing:

- Excessive absences from school due to an illness
- A change in the emergency contact information or authorization to release form
- Notification of any change in transportation

Parent-teacher conferences are an important part of our program. We encourage getting to know your child's teacher, school counselor and administration team. Please make appointments for conferences by telephoning the office or writing an email to the teacher. All teacher emails are available on the school website. If you have any additional questions or concerns, please make an appointment with the School Counselor, Assistant Principal or Principal. Parent/teacher conferences may be set up before or after school. We ask that you refrain from calling teachers during class time, holding a conference in the parking lot or at a social event.

**School Communication Procedure**

**AcadeMir Charter School West K-8** utilizes "SchoolMessenger" to contact parents with pertinent school information. Parents, please maintain contact information in the Parent Portal up-to-date to ensure all communications from school are received. Any corrections or additions that need to be made must be made in person with the schools' registrar.

Miami-Dade County Public Schools' Parent Portal facilitates online monitoring of student progress via the Gradebook. In order to access this tool, the parent must request the PIN Number, in person, from the Main Office. In addition, parents receive communication via the school and class websites, class Dojo and Remind 101.

**Confidential Information**

Parents, guardians, and students are protected by The Family Educational Rights and Privacy Act and the Florida Statutes from individuals' access to information in students' educational records and provide the right to challenge the accuracy of these records. These laws provide that without the prior consent of the parent, guardian or eligible student, a student's records may not be released, except in accordance with the provisions listed in the above-cited laws. The laws provide certain exceptions to the prior consent requirement to the release of student records, which include, but are not limited to, school officials with a legitimate educational interest and lawfully issued subpoenas and court orders. Each school must provide the parents, guardians, or eligible students annual notice in writing of their right to inspect and review student records. Once a student reaches 18 years of age or is attending an institution of post-secondary education, the consent is required from the student only, unless the student qualifies as a dependent under the law.

**Emergency Contact Information**

Student Data/ Emergency Contact Cards are expected to be carefully completed and then returned. The information provided on the Student Data/Emergency Contact Card will enable school staff to contact the parent/guardian immediately in case of an emergency. Students may only be released from school to the persons listed on the emergency contact card after presenting picture identification. No persons, other than school staff, will have access to the information submitted. Submit in writing any changes to your child's transportation via email, letter, or fax (Note: Must include a copy of parent/guardian state photo ID).

## <u>ELECTRONIC DEVICES</u>

It is not recommended for students to bring cellular telephones on school property, but it is not a violation of the Code of Student Conduct (CSC). However, the possession of a cellular telephone which disrupts the educational process; the use of the cellular telephone during school hours, would be a violation. In addition, any visible items such as headphones or any other electronic devices are subject to confiscation.

**Cell Phone and Smartwatch Policy:**
- Cell phones may not be turned on inside of the building at any time. Cell phones must be switched off and left in the students' book bag. Turning the cell phone to "silent "or "vibrate" is not acceptable. Cell phones and smartwatches may only be used off school property.
- Students may not be in possession of cell phones or in possession of smartwatches during assessments. Any student found with electronic devices will be subject to disciplinary action and automatic invalidation of his or her assessment.
- No smartwatches will be allowed. If found it will be confiscated.
- If students need to call a parent during school hours, they may ask to use a school phone.
- Any student found to be using any phone or device to take photographic images, record sound, or to communicate with other students within the building will be subject to disciplinary action as outlined in the MDCPS Code of Student Conduct.
- Photographing or recording employees or students at the school site is expressly forbidden. Furthermore, students are prohibited from viewing, sharing images, video, or audio content of faculty, staff, and

students at **AcadeMir Charter School West K-8** on social media unless given authorization to do so by AcadeMir administration.
- If a cell phone is seen or heard during the instructional day, it will be confiscated.
- **Any student who is found to be in violation of this policy will have their cell phone/smartwatch confiscated.** Cell phones or smartwatches will only be returned to the parents the following day. The school is not responsible for any inconvenience this may cause parents. Repeat violations of this policy will result in the school securing the item until the last day of school. Any electronic device not claimed by the beginning of the following school year will be disposed of.
- **AcadeMir Charter School West K-8** is **NOT** responsible for lost or stolen electronic devices.
- If a student is caught using a cell phone without staff permission, he/she may receive a referral for "Unauthorized use of electronic devices"

## INTERNET POLICY

Access and use of the Internet is a privilege, not a right, and its use must support the educational objectives of the school. All users are expected to abide by the generally accepted rules of network etiquette as stipulated in the MDCPS Policy 7540.03 – Student Responsible Use of Technology, Social Media, District Network Systems Any member of the school who is found to be in violation of this policy will also be found to be in breach of contract with the school. Additionally, any criminal infractions will be reported to the appropriate authorities and may lead to prosecution. In addition to the Miami-Dade County's Technology Acceptable Use Policy, http://www.dadeschools.net/_technology/acceptable_use_policy.htm the school requires the following of its staff, students and parents:

Students must always get permission from their teachers prior to using the internet. In addition, the school prohibits the transmission of materials such as copyright material, threatening or obscene material or material protected by trade secret, which violates local, state, and federal law or regulation, as well as the use of the Internet for product advertisement, commercial activities, political campaigning, or solicitation during school hours. Although the school has filters in place to block inappropriate or questionable websites or images, if any student encounters any of these websites or images, they are to notify a teacher or administrator immediately and should **NOT** share or access the content any further. Additionally, students are not allowed to post images or videos of other individuals without authorization. Game playing and other non-academic computer activities are prohibited. AcadeMir students are prohibited from using the school's Internet to access "chat rooms" at any time. For safety reasons the school reserves the right to request the removal of any image or video that depicts the school in a derogatory sense. Any damage to property (laptops, computers, peripheral devices) caused intentionally or by negligence will result in restitution.

**No staff member, student or parent may use the AcadeMir Charter School West K-8 name or any of its logos for identification purposes in any public forum or social media. The term "public forum or media" includes but is not limited to publicly accessible websites and web forums such as social media such as Twitter, Facebook, Instagram, and TikTok.**

The School may photograph and videotape school events which may include student images. These images may be projected on the school website and/or other media for educational purposes only. If any parent wishes to exclude use of their child's image or likeness, please make sure that you complete the media release form and contact administration regarding this matter.

**Student Emails**
All students will have access to a school email account. This AcadeMir email is to be used only for educational purposes and students are expected to comply with the M-DCPS Policy 7540.03 - STUDENT RESPONSIBLE USE OF TECHNOLOGY, SOCIAL MEDIA, AND DISTRICT NETWORK SYSTEMS.

## HALL/HALL PASSES

Please do not push, run, or loiter in the halls. Please cooperate with staff members in the exercise of their duties and present a hall pass courteously when asked to do so. At no time may a student be out of the classroom without a Hall Pass. Teachers are not to give verbal permission for a student to exit the classroom

## ELEVATOR

The school elevator is to be used **ONLY** by those individuals who cannot use the stairs. If a student requires its use, the office must be notified, and a **medical note must be provided.** Once approved, the student will receive an elevator pass for the time approved.

## PARENT PORTAL

Parents/guardians of AcadeMir Charter School West K-8 students, including employees, have access to the Parent Portal. In order to access the information in the portal, you must first establish a parent user account. At which time, you can see your child's grades and attendance.

## UNAUTHORIZED ITEMS POLICY

Please be advised that students are not allowed to bring weapons of any kind, tobacco products or drugs to school. The Federal Gun-Free School Zones Act prohibits an individual from possessing a firearm within 1,000 feet of a school. Students are prohibited from possessing, storing, making, or using a weapon, including a concealed weapon, in a school safety zone and any setting that is under a school-sponsored event. The use, possession, concealment, or distribution of any drug or any drug-related paraphernalia, or the misuse of a product containing a substance that can provide an intoxicating or mood-altering effect or the misuse of any "over the counter" medications or substances are prohibited on school grounds, on school vehicles, and at any school-sponsored event. These violations may result in disciplinary actions imposed by local law enforcement authorities, in addition to those of the school/district. The school principal, and/or designee shall assign discipline/corrective strategies to students, pursuant to the Code of Student Conduct and, in accordance with the student's due process rights

**Items Not Permitted in School**
Items such as candy, gum, pets, toys, large amounts of money, fidgets, roller skate sneakers, weapons, drugs, any electronic game or device(s), playing cards, personal cameras or video recorders. The school will confiscate any items not permitted in school until the end of the school year. Please check your children's book bags to ensure compliance. **The school is not responsible for any lost or stolen items of value.**

## ACCIDENTS/ILLNESS

Parents will be notified immediately in case of illness or an accident. In case you cannot be located, the school will use the name and telephone number of your emergency contact. It is imperative that the emergency contact is accurate. 911 will be called for critical injuries that require the type of care that school personnel cannot offer the student, and the parent or emergency contact will be notified. An accident report will be completed and filed for everyday accidents. You are requested to notify the office of any accident or injury your child has had before returning to school. Please notify the office of any accident or injury going from school, or during school hours if you have not been informed by his/her teacher. An accident report will be filed by the classroom teacher or other personnel witnessing the accident. Children who are ill should remain at home to minimize the risk of passing the illness onto others. Please notify us of any contagious illness your child has so we may alert other parents. In addition, please notify the school of any chronic condition your child may have.

# MEDICATIONS

Miami-Dade County School Board policy prohibits school personnel from administering any prescribed medication without parental consent and a medication authorization form signed by the child's physician and parent(s). Students may not keep medication in their book bags. Teachers are not authorized to administer medication in the classroom. All medication must be administered in the office by trained personnel and only after an *Authorization for Medication Form* has been submitted. This form is available in the office and must be kept on record. This form must be filled out by the pediatrician or family doctor. Medication must be brought to school in the original container with a label that clearly displays the following information: the child's name; dosage; name of the drug; physician's name; and the name and phone number of the pharmacy that filled the prescription.

## Health Screening

Vision, hearing, scoliosis, and growth and development screenings are conducted based on mandated grade levels. Screenings do not substitute a thorough examination in a medical provider's office.

# SCHOOL SAFETY AND SECURITY POLICY

## Safe School Officer

For the protection and safety of students, school personnel, visitors and property, the governing board of AcadeMir Charter Schools will partner with law enforcement agencies when it is in session and from bell to bell. The Governing Board of AcadeMir Charter Schools will collaborate with the sponsoring school district to obtain access to all the safe-school office options available under this section. The school will obtain for the protection and safety of students, school personnel, visitors, and property within the school.

## Threat Management Team

AcadeMir Charter Schools have adopted policies for the establishment of the Threat Management Team at the school whose duties include the coordination of resources, assessment, and intervention with individuals whose duties include the coordination of resources, assessment, and intervention with individuals whose behavior may pose a threat to the safety of students or school staff consistent with the model policies developed by the Office of Safe Schools. These policies include procedures for referrals to mental health services identified by the school and/or the sponsoring school district pursuant to s.1012.584(4), when appropriate, the team will follow procedures for behavioral threat assessments utilizing the school security risk assessment tool, the instrument developed pursuant to s. 1001.212(12).

## FortifyFL

FortifyFL is a suspicious activity reporting tool that allows users to instantly relay information to appropriate law enforcement agencies and school officials. FortifyFL was created and funded by the 2018 Florida Legislature as part of the Marjory Stoneman Douglas High School Public Safety Act. It is available for free download from the Apple App Store and Google Play Store. It may also be accessed from the Dadeschools.net student, parent, and employee portal pages. A link to FortifyFL is on the school's website home page.

## Emergency Evacuation/Procedures

In the event of an emergency, the primary responsibility of all AcadeMir Charter Schools' personnel is to provide for the safety of students. The school will perform regular emergency drills throughout the school year. These emergency drills include fire, monthly lockdowns drills, and extreme weather procedures to prepare us in case of an emergency. AcadeMir Charter School West K-8 will comply with all procedures outlined in the School's Critical Incident Response Plan. Under extreme circumstances we would need to evacuate the building. Depending on the situation, the local police will determine the location. **Under no circumstances will parents be allowed to pick up their child at school during an evacuation period.** Our goal is to evacuate the entire building safely. Please wait patiently for a phone call from our office staff telling you the location and procedure for picking up your child.

**Lockdown Procedures**

Lockdowns are utilized in response to an immediate threat posed to students and staff. Schools have successfully performed lockdowns in response to police activity adjacent to a facility and potential armed intruders onsite. In the event a school administrator announces that a possible threat to students and staff safety exists within the community or an imminent threat to students and staff safety exists within the school, students, faculty and staff will comply with all the procedures outlined in the Miami-Dade County Public Schools Critical Incident Response Plan and remain on lockdown until a school administrator makes an "All Clear" announcement.

Some important tips for parents/guardians to remember during a Critical Incident are as follows:

- Remain calm;
- Monitor media outlets for updates and official messages from AcadeMir Charter Schools and MDCPS;
- Do not flood the school with telephone calls.
- and if the school is on lockdown, wait until the lockdown is lifted before going to the school.

The media is always helpful with disseminating information regarding evacuations and procedures as well. **Students will only be released to the people identified on the emergency contact form. Please bring proper identification (a picture ID) when picking up your child. Keeping this in mind, please notify the office immediately when there is a change in home/cell phone numbers.**

- **Fire Drills**
  Ten fire drills will take place according to the Miami-Dade County Public School Policy and Emergency Procedures. At the sound of the emergency bell, students must stop what they are doing and follow the teacher's instructions. They must clear the building promptly by the prescribed route. Any student who is in the hallway or the restroom at the sound of the emergency bell must proceed to the nearest exit and locate the teacher. Students, teachers, and staff must remain outside the building until permission is given to re-enter.
- **Active Assailant Plan**
  AcadeMir Charter Schools' primary concern is the safety and well-being of our students and staff. The Active Assailant Plan has been created to provide school personnel with the necessary skills and knowledge needed to respond to critical incidents or other related emergencies that may occur in our schools and/or surrounding community. The school will have a site-specific plan to address all types of critical incidents. This plan will address the individual needs of the school and provide guidelines for devising methods of communicating with the staff, students, parents/guardians, and the media during a critical incident or an emergency. Some of the protective action procedures include monthly emergency drills; each school will conduct one fire drill and two emergency drills, one being an active shooter drill. The schools will practice the evacuation of students/staff from the building, evacuation of the disabled and, if necessary, the relocation of students/staff from the school campus, lockdown procedures and holding, obtaining medical assistance, and/or reunifying students with parents. The school, as needed, will provide students and families with the counseling services by the crisis response team.
- **Emergency Drills**
  Emergency Drills shall be performed in K-12 educational facilities monthly. The school will conduct six emergency drills, to include two active assailants, one hostage situation, one bomb threat, one reunification, and one tornado drill, which will take place during the school year according to Florida law. One active assailant drill must take place within the first 10 days of the opening of schools. These drills will be on an alternating schedule. All emergency drills shall be conducted in accordance with the appropriate corresponding situational response as outlined in the EOP and shall include developmentally appropriate and age-appropriate procedures.

**Closing of School**

In the event of a school closure due to any emergency circumstance, including inclement weather, AcadeMir Charter Schools will adhere to the decisions made by Miami-Dade County Public Schools (MDCPS). The safety and well-being of our students, staff, and community are our top priorities. Consequently, AcadeMir will comply with the directives issued by MDCPS to ensure an appropriate response and timely communication during such situations. We recognize the importance of keeping parents informed and will promptly communicate any updates or changes regarding school closures through our official communication channels, including phone calls, emails, Instagram, and the school website.

## FIELD TRIPS

All trips planned by the school are for specific educational purposes. Students participating in a field trip or school- sponsored activity are viewed as representatives of AcadeMir Charter School West K-8 and should exhibit exemplary behavior. Participation in field trips requires the student to present a field trip form signed by the parent/guardian to his or her teacher in advance. Students going on a field trip must assume the responsibility for any necessary payments. Please keep in mind that once the field trip has been paid, the school will not issue a refund. All outstanding school debts MUST be paid to allow student participation. All students must wear school uniform or school class shirts, Students not wearing an AcadeMir Charter School West K-8 uniform will be required to remain at school.  Parents may be asked to assist the teacher as chaperones. Chaperones may not have other children accompany them. Parents who are officially selected to be chaperones may count their hours on the field trip as volunteer hours.  All parents attending field trips must be cleared through the AcadeMir Charter Schools Volunteer Program. Field Trip days are instructional days. Students are to remain in class until dismissal. Parents may return to school to pick up children.

## VOLUNTEER SERVICE HOURS

Parents have many opportunities to volunteer their time at school. Volunteer sign-ups will be available throughout the school year. **Parents are required to volunteer a minimum of 10 service hours per family each school year.** If you have more than one child enrolled in the school, you need to divide the 10 hours per child and volunteer to each child's class equally. All parents must be cleared through our system before permission to volunteer is granted. The volunteer process has to be done every school year.

**The School Volunteer Program is responsible** for electronic registration, background checks and training of volunteers. There are 2 different levels of volunteerism.

| Level 1 - complete a database background check | Level 2 - complete a fingerprint background check |
|---|---|
| • Day chaperones for field trips<br>• Classroom assistants<br>• Math and/or reading tutors | • Certified Volunteers / Mentors<br>• Athletic/PE assistants<br>• Overnight chaperones |

**Volunteer Clearance Process**

Any individual interested in volunteering at **AcadeMir Charter School West K-8** must complete the following:
- **Step 1**
  - Visit the school website
  - Select Parent/Student tab from the top menu
  - Click Become a School Volunteer and you will be redirected to complete the Volunteer Registration Form.
- **Step 2**

- ○ Fill in the Volunteer Registration Form
- ○ Select "No" as the answer for this question: "Have you already been cleared this school year?"
- ○ Select "Level 1" for type of screening
- ○ Select "Submit."
- **Step 3**
  - ○ Select "Start Application."
  - ○ An email containing the application link will also be sent to the email address used to complete the Volunteer Registration Form.
- **Step 4**
  - ○ Complete all four parts of the application (Welcome, Your Rights, Disclosure, and Authorization)
  - ○ You will receive a Thank you message as confirmation.
- Clearance could take **up to 24 hours**.

Most parents/guardians are busy; therefore, please find below a list that details a variety of ways in which volunteer hours can be completed.
- Assist in Book Fair
- Assist with picture day
- Assist on fundraising projects
- Chaperone on a school field trip

## VISITOR POLICY

Visitors, including parents, are ***NOT*** permitted to go to their child's classroom unannounced during school hours because this disrupts normal routine and instruction. For the safety and protection of all students, visitors (including parents) must present a valid Florida Driver's License and be cleared by completing the volunteer application. Please use the [checkr Candidate Portal](#) to direct you to the clearance site. Parents must also sign in and out, state whom they are visiting, state the purpose of the visit, and obtain a pass before proceeding to a classroom. All visitors will be supervised at all times by a staff member and wear a school badge. Cooperation will enable the school to provide a safe and orderly learning environment for all students. Anyone who fails to follow these procedures will be considered a trespasser and is subject to arrest.

## LOST AND FOUND

Students who have lost items should go to Lost and Found, which is located in the main office of Academir Charter School West K-8 for 1st through 8th grade and the main office of the PLC for Kindergarten.  All articles of clothing and/or personal belongings should be clearly labeled. This will minimize the number of items in our Lost and Found. Students are given an opportunity to look through and claim their own articles. Items not retrieved within 30 days will be donated to charitable community organizations. AcadeMir Charter School West is not responsible for lost or stolen items

## BIRTHDAY CELEBRATIONS

Birthday parties are ***NOT*** allowed. Due to high allergies, food, cake, cupcakes and candies are not permitted. In addition, in an effort to maximize academic instructional time, non-academic interruptions are limited. However, classroom teachers will acknowledge a child's birthday and celebrate the birthday without impacting instruction.

## RETURNED CHECKS

Returned checks to **AcadeMir Charter School West K-8** are charged a $36.00 returned check fee. Payment for the returned check and the $30.00 fee must be made within 7 days of notification from the school**. After one returned check to the school, a family may not pay by check for anything.** Students whose families do not

submit payment in a timely manner for returned checks will lose privileges to field trips and special events.

## TEXTBOOKS

All textbooks needed by students for school and homework assignments are furnished by the school. The school is also able to provide the materials and equipment requested by teachers for classroom instruction. Books must not be written in or on. **Charges will be made for damaged or lost books and/or materials.**

## EDUCATIONAL EXCELLENCE SCHOOL ADVISORY COUNCIL (EESAC)

The Education Excellence School Advisory Council (EESAC) is a school-based group intended to represent the school, the community, and those persons closest to the students that shares responsibility for supporting the school's continuous improvement, Florida Statute 1001.452 (1)(a).

| ESSAC Meeting Dates | |
| --- | --- |
| Quarter 1- September 25, 2024 | Quarter 3- January 22, 2024 |
| Quarter 2- December 11, 2024 | Quarter 4- May 14, 2024 |

*Dates are subject to change, so please call the school or check school calendar*

## FAMILY RIGHTS & PRIVACY ACT

The Family Educational Rights and Privacy Act (FERPA) is a federal law. The intent of this law is to protect the accuracy and privacy of student educational records. Under this law, parents have the right upon request, to inspect, release, and challenge information contained within the student's educational records. Only authorized individuals having legitimate educational interest will have access to a student's educational records. The Board approved directive for implementing the provision of the Family Educational Rights and Privacy Act is contained in the document "Student Educational Records," and is available ehandbooks@dadeschools.net.

FERPA's legal statute citation can be found in the U.S. Code of Federal Regulations for Title 34; (20 USC section 1232g; 34 CFR Part 99). Education records include a range of information about a student that is maintained in schools in any recorded way, such as handwriting, print, computer media, video or audio tape, film, microfilm, and microfiche. Examples are:
- Date and place of birth, parent's address, and where parents can be contacted in emergencies.
- Grades, test scores, courses taken, academic specializations and activities, and official letters regarding a student's status in school.
- Special education records;
- Disciplinary records.
- Medical and health records that the school creates or collects and maintains.
- Documentation of attendance, schools attended, courses taken, awards conferred, and degrees earned;
- Personal information such as a student's identification code, Social Security number, photograph, or other information that would make it easy to identify or locate a student.

Personal notes made by teachers and other school officials that are not shared with others are not considered educational records as long as they are kept private by the maker of the record. Additionally, law enforcement records created and maintained by a school district law enforcement unit are not education records.

Parents are guaranteed the right, upon request, to inspect and review their children's records and to obtain copies of them under federal and state laws. Parents are guaranteed a right of "meaningful" access to copies of their children's records. The parent's rights extend to any lawyer, lay person, or advocate whom the parent authorizes

to represent him or her. Access must be granted within 30 calendar days from the initial request.

In accordance with Board policy, a fee may be charged for reproduction of records, unless the imposition of that fee would effectively prevent the exercise of the right to inspect and review the education records. The parent or eligible student also has the right to request a correction of education records which he/she believes to be inaccurate or misleading. Requests are reviewed by the school principal, ESP office, and/or District office and the parent or eligible student is notified of the decision(s).

**NOTE:** The Florida Department of Education (and all state education agencies) are required to afford parents and eligible students to access educational records the state agency maintains, e.g., state achievement tests.

## ANTI-DISCRIMINATION POLICY

AcadeMir Charter Schools will follow and adhere to the School Board of Miami-Dade County's policy of nondiscrimination in employment and educational programs/activities and strives affirmatively to provide equal opportunity for all as required by:

**Title VI of the Civil Rights Act of 1964** - prohibits discrimination on the basis of race, color, religion, or national origin.

**Title VII of the Civil Rights Act of 1964 as amended** - prohibits discrimination in employment on the basis of race, color, religion, gender, or national origin.

**Title IX of the Education Amendments of 1972** - prohibits discrimination on the basis of gender. M-DCPS does not discriminate on the basis of sex in any education program or activity that it operates as required by Title IX. M-DCPS also does not discriminate on the basis of sex in admissions or employment.

**Age Discrimination Act of 1975** - prohibits discrimination based on age in programs or activities.

**Age Discrimination in Employment Act of 1967 (ADEA) as amended** - prohibits discrimination on the basis of age with respect to individuals who are at least 40 years old.

**The Equal Pay Act of 1963 as amended** - prohibits gender discrimination in payment of wages to women and men performing substantially equal work in the same establishment.

**Section 504 of the Rehabilitation Act of 1973** - prohibits discrimination against the disabled.

**Americans with Disabilities Act of 1990 (ADA**) - prohibits discrimination against individuals with disabilities in employment, public service, public accommodations and telecommunications.

**The Family and Medical Leave Act of 1993 (FMLA)** - requires covered employers to provide up to 12 weeks of unpaid, job-protected leave to eligible employees for certain family and medical reasons.

**The Pregnancy Discrimination Act of 1978** - prohibits discrimination in employment on the basis of pregnancy, childbirth, or related medical conditions.
**Florida Educational Equity Act (FEEA)** - prohibits discrimination on the basis of race, gender, national origin, marital status, or handicap against a student or employee.

**Florida Civil Rights Act of 1992** - secures for all individuals within the state freedom from discrimination because of race, color, religion, sex, national origin, age, handicap, or marital status.

**Title II of the Genetic Information Nondiscrimination Act of 2008 (GINA)** - prohibits discrimination against employees or applicants because of genetic information.

**Boy Scouts of America Equal Access Act of 2002** – No public school shall deny equal access to, or a fair opportunity for groups to meet on school premises or in school facilities before or after school hours, or discriminate against any group officially affiliated with Boy Scouts of America or any other youth or community group listed in Title 36 (as a patriotic

society).

**Veterans** are provided re-employment rights in accordance with P.L. 93-508 (Federal Law) and Section 295.07 (Florida Statutes), which stipulate categorical preferences for employment.

**In Addition:**

**School Board Policies 1362, 3362, 4362, and 5517** - Prohibit harassment and/or discrimination against students, employees, or applicants on the basis of race, color, ethnic or national origin, religion, marital status, disability, genetic information, age, political beliefs, sexual orientation, gender, gender identification, social and family background, linguistic preference, pregnancy, citizenship status, and any other legally prohibited basis. Retaliation for engaging in a protected activity is also prohibited.

ACADEMIR CHARTER SCHOOLS, INC. adheres to the nondiscrimination policies established by Miami-Dade County Public Schools.

# DISCRIMINATION / HARASSMENT

The AcadeMir Charter School's Governing Board is committed to ensuring that all students and employees are treated with respect. We strive to provide a workplace and educational environment free from discrimination and harassment, including sexual harassment, as mandated by law.

Through this policy, the School Board of M-DCPS affirms its intent to provide equal access, opportunity, and treatment to students in educational programs and activities, as well as to applicants and employees in all aspects of employment. Any slurs, innuendos, hostile treatment, violence, or verbal or physical conduct against a student or employee based on race, ethnic or national origin, gender, or any other protected category will not be tolerated by the School Board of M-DCPS nor by AcadeMir Charter Schools Inc.

## The School Board Policy Covers the Following Protected Categories:

**AGE** -   This category prevents denial of employment and/or educational opportunities because of a person's age.

**CITIZENSHIP STATUS** -   This category prevents denial of employment and/or educational opportunities because of a person's citizenship or immigration status.

**COLOR** -   This category prevents denial and/or educational opportunities because of a person's skin tone.  Color discrimination can occur within the same race; for example someone who has a darker complexion may discriminate against someone that has a lighter complexion.

**DISABILITY** -   This category prevents denial of employment and/or educational opportunities because of a person has, or is perceived to have a permanent impairment that substantially limits or prevents a major life activity; for example: walking, seeing, hearing, talking, sitting, or standing.

**ETHNIC/NATIONAL ORIGIN** -   This category prevents denial of employment and/or educational opportunities  because of a person's ancestors' place of origin; or because an individual has the physical, cultural or linguistic characteristics of a particular group.

**GENDER** -   This category prevents denial of employment and/or educational opportunities because of a person's gender or sex.

**GENDER IDENTITY** -   This category prevents denial of employment and/or educational opportunities because of a person's   gender-related identity, appearance, expression or behavior, regardless of the individual's assigned sex at birth.

**GENETIC INFORMATION (GINA)** -   This category prevents denial of equal employment and/or harassment because of a person's genetic information; it ensures that individuals are not treated differently because of genetic information.

**LINGUISTIC PREFERENCE** -   This category prevents denial of employment and/or educational opportunities because of the language a person speaks.

**MARITAL STATUS** -   This category prevents denial of employment and/or educational opportunities because of a person's marital status; i.e. single, married, widowed, or divorced.

**POLITICAL BELIEFS** -   This category prevents denial of employment and/or educational opportunities because of a person's support and/or affiliation or lack thereof with a particular political party.

**PREGNANCY** -   This category prevents denial of employment and/or educational opportunities for women who are pregnant.

**RACE** -   This category prevents denial of employment and/or educational opportunities  because of a person's race.  The five federally recognized racial categories are American Indian or Alaskan Native, Asian, Black or African American, Hawaiian or Other Pacific Islander, and White.  Persons from a mixed racial backgrounds do not need to prove their exact heritage in order to assert that they have been discriminated against based on race.  Likewise, this category covers persons being discriminated against because they are married to persons of a different race other than their own.

**RELIGION** -   This category prevents denial of employment and/or educational opportunities because of a person's sincerely held religious beliefs.

**SEX** -   This category prevents denial of equal employment and/or educational opportunities because of a person's male or female gender.

**SEXUAL ORIENTATION** -   This category prevents denial of equal employment and/or educational opportunities because a person is, or is perceived to be, lesbian, gay, bisexual, or heterosexual.

**SOCIAL AND FAMILY BACKGROUND** -   This category prevents denial of employment and/or educational opportunities because of a person's socio-economic, family and/or educational background.

## Sexual Harassment will NOT be Tolerated.

**Title IX OF THE EDUCATION AMENDMENT OF 1972 PROHIBITS SEXUAL HARASSMENT WHICH INCLUDES UNWELCOMED SEXUAL ADVANCES; REQUEST FOR SEXUAL FAVORS; AND OTHER VERBALOR PHYSICALCONDUCT OF A SEXUAL NATURE WHEN:**

- Submission to such conduct made either explicitly or implicitly, a term or condition of employment or participation in an educational program;
- Submission to or rejection of such conduct by an individual is used as the basis for employment or educational decisions affecting such individual; or
- Such conduct has the purpose of effect of unreasonably interfering with an individual's work or academic performance or creating an intimidating, hostile, or offensive working or educational environment. Unwelcome verbal or physical sexual conduct must be either severe or pervasive.

## RETALIATION AGAINST A STUDENT OR EMPLOYEE WHO FILES A COMPLAINT IS PROHIBITED BY LAW

Retaliation is an adverse action taken against an individual because they engaged in a protected activity, such as complaining about discrimination, threatening to file a charge of discrimination, or participating in investigative proceedings.  **Click here to submit a complaint**

**For additional information about Title IX or any other discrimination/harassment concerns, contact:**

| Matters Related to Employees: | Matters Related to Students/Parents: | Matters Related to Vendors and Applicants: |
|---|---|---|
| **Title IX Coordinator** | **Title IX Coordinator** | **Title IX Coordinator** |
| **Xenia Mir** | **Olivia Bernal** | **Esther Mir** |
| 5420 SW 157th Ave, Bay 5. Miami FL, 33185 | 5420 SW 157th Ave, Bay 5. Miami FL, 33185 | 5420 SW 157th Ave, Bay 5. Miami FL, 33185 |
| xmir@superiorcharterschoolservices.com | bernal@academircharterschoolwest.com | academirpreschool@yahoo.com |
| 305-225-0444 | (305)225-0444 | (305)225-0444 |

Rev: 07/2024

*Detach this page and return to your child's teacher*



**Parent/Guardian Contract 2024-2025**

Thank you for choosing AcadeMir Charter School West K-8 as your school of choice. Our Parent and Student Handbook can be found online on our school website. Please read and review the handbook with your child. If you are unable to access the internet, please feel free to pass by the main office and request a copy.

Once you have read the handbook, please complete the form below.

We understand the policies set forth in this **AcadeMir Charter School West K-8** Parent Contract and Parent Handbook given to us and will abide by them.

Student's Name:_____Student ID #_____Grade: _____

Parent Name:_____Parent Phone # (_____) _____

Parent Email:_____@_____

_____                    _____
.                                          .
        Student Signature                          Parent/Guardian Signature