000153

# ELEMENTARY

# Code of Student Conduct



## THE SCHOOL BOARD MIAMI-DADE COUNTY, FLORIDA

Ms. Mari Tere Rojas, Chair
Mr. Daniel Espino, Vice-Chair
Mr. Roberto J. Alonso
Ms. Lucia Baez-Geller
Dr. Dorothy Bendross-Mindingall
Ms. Mary Blanco
Ms. Monica Colucci
Dr. Steve Gallon III
Ms. Luisa Santos

**Student Advisor**
Ms. Andrea S. Pita Mendez

**Superintendent of Schools**
Dr. Jose L. Dotres



## *Acknowledgment of Receipt and Review*

Each parent/guardian of a student and each student enrolled in Miami-Dade County Public Schools must sign and return this page to the student's school to acknowledge that he/she has accessed the online version or obtained a copy of the *Code of Student Conduct*. In addition, this page serves as acknowledgement that you have reviewed the *Code of Student Conduct* with your child.   Each school will maintain records of such signed statements.

The online version of the *Code of Student Conduct* in English, Spanish, and Haitian-Creole can be located in the Parent Portal or by accessing through the following website address:

http://ehandbooks.dadeschools.net/policies/90/index.htm

If you do not have internet access to obtain a copy of the *Code of Student Conduct*, please visit your child's school to obtain a copy.

I acknowledge receipt of the notification regarding accessing or obtaining a copy of the *Code of Student Conduct* through the Parent Portal or via the internet web address and that I have read and discussed the *Code of Student Conduct* with my child.

_____          _____
Parent's/Guardian's Signature                                              Date

I acknowledge receipt of the notification regarding accessing or obtaining a copy of the *Code of Student Conduct* through the Parent Portal or via the internet web address and that I have read and discussed the *Code of Student Conduct* with my parent/guardian.

_____          _____
Student's Name                                                                  Date

**RETURN TO THE STUDENT'S SCHOOL WITHIN (5) SCHOOL DAYS UPON RECEIVING NOTIFICATION TO REVIEW THE *CODE OF STUDENT CONDUCT*.**

2

000156
**Code of Student Conduct – Elementary**

# Table of Contents

Code of Student Conduct .......................................................................................................

Chapter I – Information for Students and Parents/Guardians ............................................... 6

    Introduction .................................................................................................................... 7

    Scope of Authority ........................................................................................................ 8

    Core Values and Examples of Model Student Behavior ............................................... 9

    Ways to Recognize Students for Model Behavior ....................................................... 11

    A Synopsis of Model Student Behavior – Level I ........................................................ 12

    A Synopsis of Model Student Behavior – Level II ....................................................... 13

    A Synopsis of Model Student Behavior – Level III ...................................................... 14

    A Synopsis of Model Student Behavior – Level IV ...................................................... 15

    A Synopsis of Model Student Behavior – Level V ....................................................... 16

Chapter II – Behaviors and Range of Corrective Strategies .............................................. 17

Behaviors and Range of Corrective Strategies – LEVEL I ................................................. 19

Behaviors and Range of Corrective Strategies – LEVEL II ................................................ 20

Behaviors and Range of Corrective Strategies – LEVEL III (Continued to Next Page) ..... 21

Behaviors and Range of Corrective Strategies – LEVEL III (continuation) ........................ 22

Behaviors and Range of Corrective Strategies – LEVEL IV ............................................... 23

Behaviors and Range of Corrective Strategies – LEVEL V ................................................ 24

    SAFEGUARDS:  PROTECTING THE ......................................................................... 25

    RIGHTS OF STUDENTS AND PARENTS/GUARDIANS ............................................. 25

    ................................................................................................................................... 26

Chapter III – Students Rights and Responsibilities ........................................................... 26

    Attendance .................................................................................................................. 28

    Complaint Procedures ................................................................................................ 29

    Counseling Services ................................................................................................... 30

    Free Speech, Expression and Assembly .................................................................... 30

    Grades ........................................................................................................................ 31

    Knowledge and Observation of Rules of Conduct ...................................................... 31

    Participation in School Programs, Student Government and Activities ........................ 32

    Publications ................................................................................................................. 33

    Respect for Persons and Property .............................................................................. 33

    Right to Learn ............................................................................................................. 34

    Search and Seizure .................................................................................................... 34

Student Records ........................................................................................... 35

Chapter IV – Vital Alerts for Students & Parents/Guardians and Formal Corrective
Strategies Recognized in the Code of Student Conduct ................................... 36

Corporal Punishment ................................................................................... 37

District Dress Code Policy ............................................................................ 37

District Policy Against Bullying and Harassment ......................................... 37

Implication of Certain Sex Offenses............................................................. 40

VITAL ALERT: .............................................................................................. 40

Individuals with Disabilities in Education Act (IDEA): Students with a 504 Plan ........... 40

Off-Campus Conduct .................................................................................... 41

Off-Campus Felony Offenses ....................................................................... 41

Procedures for Implementing the 45 School Day Alternative Placement Rule for
Students With Disabilities ............................................................................. 41

Sexting ......................................................................................................... 42

Sexting (Level 1) ...................................................................................... 42

Sexting (Level 2) ...................................................................................... 42

Sexting (Level 3) ...................................................................................... 43

Sexual Harassment ...................................................................................... 43

Threats of Violence....................................................................................... 43

Under the Influence ...................................................................................... 44

Use of Medication ........................................................................................ 45

Use of Technology and Computer Related Offenses.................................... 45

Weapons & Simulated Weapons .................................................................. 47

Wireless Communication Devices ................................................................ 47

Zero Tolerance Policy & Other Serious Crimes ........................................... 48

FORMAL CORRECTIVE STRATEGIES RECOGNIZED IN THE CODE OF STUDENT
CONDUCT ..................................................................................................... 50

Assignment to an Alternative Educational Setting ....................................... 50

Denial of Bus Privileges............................................................................... 52

Denial of Bus Privileges for Students with Disabilities ................................ 53

Denial of Participating in Social and/or Extracurricular Activities ................ 55

Expulsion ..................................................................................................... 55

Manifestation Determination Procedures..................................................... 56

Mental Health Services ................................................................................ 57

Peer Mediation ............................................................................................ 57

Work Back Program in Lieu of Expulsion..................................................... 57

BEHAVIORS THAT MAY RESULT IN CRIMINAL PENALTIES ................... 58

000158

**Code of Student Conduct – Elementary**

.......................................................................................................................................... 59

Chapter V – Multi-Tiered System of Supports (MTSS) Behavior Intervention Guide ........ 59

    MULTI-TIERED SYSTEM OF SUPPORTS (MTSS) ..................................................... 60

    BEHAVIOR INTERVENTION GUIDE ........................................................................ 60

Glossary .................................................................................................................................. 67

    Examples ............................................................................................................... 80

Appendix ................................................................................................................................. 91

    Best Practices and Suggestions for Rewarding Model Student Behavior ...................... 92

    Parent Resources .......................................................................................................... 93

# Chapter I - Information for Students and Parents/Guardians



# *Introduction*

The primary objective of Miami-Dade County Public Schools (M-DCPS) is to enhance each student's potential for learning and to foster positive interpersonal relationships. M-DCPS supports the concept that students who possess personal, academic, civic and occupational adequacies will become effective and productive citizens. Students must develop and accept the responsibilities and obligations of citizenship.  This document helps students take control of their own learning and their ability to positively alter outcomes by employing appropriate personal choices and skills.

The *Code of Student Conduct* is the District's policy that creates a safe learning environment to ensure academic success. If this objective is to be accomplished, it is necessary that the school environment be a safe and supportive community. The "reculturing" of the school to a positive school climate supports academic achievement and promotes fairness, civility, acceptance of diversity, and mutual respect.

To enhance its effectiveness, this document addresses the role of the parents, the students, and school, but also core values and model student behavior, rights and responsibilities of students, Multi-tiered System of Supports (MTSS), and procedures for using corrective strategies, including suspension and expulsion. The District promotes the following beliefs:

- All students are valuable and can make worthy contributions to society.
- All students are responsible and accountable for their choices and decisions.
- In order to grow and thrive, individuals need caring relationships and a nurturing environment.
- Supportive family relationships are the foundation of the community.
- High expectations lead to higher performance that empower individuals and strengthen society.
- Continuous learning is a lifelong process that is essential to a productive and enriched life.
- Suspension and expulsion of students from school programs are a last resort, to be utilized only in the most extenuating circumstances as determined by the principal after other learning-centered corrective strategies have been utilized and with Region/District notification.

Students, parents/guardians, and school employees are encouraged to read the *Code of Student Conduct* and become familiar with its content.  Related Board Policies may be found on the Miami-Dade Public Schools Website at http://www.dadeschools.net/schoolboard/rules/ .

000161

**Code of Student Conduct – Elementary**

# *Scope of Authority*

This *Code of Student Conduct* is used to govern conduct and discipline of all students attending Miami-Dade County Public Schools. It is expected that students obey District rules while on school grounds, while being transported to or from school at public expense while on the school premises for instruction, and for authorized participation in a school-sponsored activity.  During such times, all students are subject to the immediate control and direction of teachers, staff members, and/or bus drivers to whom such responsibility has been assigned by the principal.

This *Code of Student Conduct* also applies to students who commit felonies or delinquent acts which would be felonies if committed by an adult, off School Board owned property or whose off-campus conduct creates a substantial disruption to the school environment.
Off-campus conduct and conduct outside of school time that violates the District's *Code of Student Conduct* may also be the basis for discipline up to expulsion if it is accomplished through electronic means and substantially disrupts the educational process or orderly operation of a school.   Off-campus conduct that poses a threat or danger to the safety of other students, staff, School Board members, any other members of the District Community, or school property may constitute behavior that has a substantial adverse impact on the educational environment requiring disciplinary action.

Students should be advised that violations of the *Code of Student Conduct* may also be violations of Florida law. Thus, students may be subject to school/district level disciplinary actions as well as discipline imposed by local law enforcement authorities. School Resource Officers (SRO) and other law enforcement authorities have the power to conduct investigations independent of those conducted by school personnel for the same incident. Furthermore, the sanctions imposed by the school district for misconduct are separate and distinct from the consequences that may be imposed following the arrest and prosecution of a student for a violation of law originating from the same incident. Please keep in mind that failure of one entity to act does not prevent the other from taking appropriate actions consistent with this *Code of Student Conduct* or with Florida law.

## Core Values and Examples of Model Student Behavior

The Miami-Dade County Public Schools District is committed to helping all students in developing the values necessary to participate as caring, responsible citizens in our nation's democracy. Multi-Tiered System of Supports (MTSS) is a school-wide model that utilizes an evidenced-based, problem solving approach to improve the educational outcome for all students. Response to Intervention for Behavior (RtIB) is part of the MTSS. RtIB provides a continuum of tiered behavioral interventions with increasing levels of intensity and duration that aims to prevent inappropriate behavior by means of teaching and reinforcing appropriate behavior.  The following core values were adopted by the School Board on July 26, 1995.

| | |
|---|---|
| *Citizenship* | Helping to create a society based upon democratic values including rules of law, equality of opportunity, due process, reasoned argument, representative government, checks and balances, rights and responsibilities and democratic decision-making, **e.g., *obeying classroom and school rules***. |
| *Cooperation* | Working together toward goals as basic as human survival in an increasingly interdependent world, e.g., ***being a member of the team on the athletic field***. |
| *Fairness* | Treating people impartially, not playing favorites, being open-minded, and maintaining an objective attitude toward those whose actions and ideas are different from our own, e.g., ***treating people the same, regardless of their ethnicity, race, religion, gender, or physical condition.*** |
| *Honesty* | Dealing truthfully with people, being sincere, not deceiving them or stealing from them, not cheating, or lying, **e.g., *doing one's own work when taking a test or working on an individual assignment***. |
| *Integrity* | Standing up for your beliefs about what is right and what is wrong and resisting social pressure to do wrong, **e.g., *doing the right thing even when no one is watching*** |
| *Kindness* | Being sympathetic, helpful, compassionate, benevolent, agreeable, and gentle toward people and other living things, e.g., ***helping a fellow student who has been injured.*** |
| *Pursuit of Excellence* | Doing your best with the talents you have, striving toward a goal and not giving up, **e.g., *putting forth one's best effort when taking an exam or doing homework***. |
| *Respect* | Showing regard for the worth and dignity of someone or something, being courteous and polite, and judging all people on their merits. Respect takes three major forms: respect for oneself, respect for other people, and respect for all forms of life and the environment, **e.g., *practicing acceptable manners in the school cafeteria***. |
| *Responsibility* | Thinking before you act and being accountable for your actions, paying attention to others, and responding to their needs. Responsibility emphasizes our positive obligations to care for each other, **e.g., *performing a community service project***. |

000163
**Code of Student Conduct – Elementary**

# *Values Matter Recognition*

Values Matter Miami is Miami-Dade County Public Schools' values education initiative which was created to teach and promote the District's nine core values: citizenship, cooperation, fairness, honesty, integrity, kindness, pursuit of excellence, respect, and responsibility.  This initiative aims to develop positive student behavior and support schools in creating a culture where everyone is treated with respect, dignity, and kindness.

As part of the Values Matter Miami Initiative, Miami-Dade County Public School employees are asked to nominate students who exemplify the designated value each month. These award nominations allow staff members to recognize and celebrate student behaviors that align with our District's nine core values. Schools are encouraged to host monthly Values Matter Miami celebrations as a way of reinforcing these positive behaviors.  District winners are selected from school nominations for each value and winners are recognized at a Districtwide Values Matter Miami Awards celebration at the end of the school year.



**Values Matter Miami Logo**



**Values Matter Miami Pin**



**Values Matter Miami Certificate**

## Ways to Recognize Students for Model Behavior

| ELEMENTARY STUDENTS | SECONDARY STUDENTS |
|---|---|
| <ul><li>*SPOTS*uccess recognition</li><li>Certificate/trophy/ribbon/plaque/medals</li><li>Time for music and dancing</li><li>Music while doing schoolwork</li><li>Extra computer time/game</li><li>Free time at the end of class</li><li>Group activity</li><li>Class Field Trip</li><li>A reward (gift certificate, free admission to a school function)</li><li>Outdoor class</li><li>Recognition from a local newspaper, media, or politician</li><li>Recognition by the "Do the Right Thing" program sponsored by the Miami-Dade Police Department</li><li>Outdoor reading</li><li>Fun walk with the principal or teacher</li><li>Note home to parents</li><li>Appointed the class messenger</li><li>Taking care of the class pet</li><li>Eating with the teacher</li><li>Selecting prizes from a treasure box</li><li>Pencil toppers</li><li>Stars, smiley faces, or stickers</li><li>Paperback books</li><li>Extra recess</li><li>Sports equipment</li><li>Leading of class line to lunch or recess</li><li>Recognition during morning announcements or on closed circuit television</li><li>Selection as a model student of the month and display photograph in an appropriate location</li></ul> | <ul><li>*SPOTS*uccess recognition</li><li>Certificate/trophy/ribbon/plaque/medals</li><li>Gift certificate to local merchants</li><li>Free pass to sporting event or play</li><li>Walk break for entire class</li><li>Guest presenters in class</li><li>Class field trip</li><li>Praise for good behavior and work</li><li>Note home to parents</li><li>A call to parents</li><li>Recognition by the "Do the Right Thing" program sponsored by the Miami-Dade Police Department</li><li>Coupon for prizes and privileges or surprise gift bag with school supplies</li><li>Outdoor Class</li><li>Recognition from a local newspaper, media, or politician</li><li>Photo recognition bulletin board</li><li>Outdoor reading</li><li>Music while doing schoolwork</li><li>Extra computer time/game</li><li>Sitting with friends</li><li>Music concert at school</li><li>Pep rally</li><li>Paperback book</li><li>Magazine subscription</li><li>T-shirt/hat/sunglasses</li><li>Sports equipment</li><li>Prime parking spot</li><li>Recognition during morning announcements or on closed circuit television</li><li>Recognition in school newspaper</li><li>Selection as a model student of the month and display photograph in an appropriate location</li></ul> |

11

000165
**Code of Student Conduct – Elementary**

## *A Synopsis of Model Student Behavior – Level I*

**Level I Behavior** affects the orderly operation of the classroom, school functions, extracurricular/co-curricular programs, or approved transportation.  The core principle of the RtIB model is to provide general academic and behavior support to all students in all settings. The RtIB model is a continuum of tiered interventions with increasing levels of intensity and duration that aims to prevent inappropriate behaviors by means of teaching and reinforcing appropriate behaviors. **Model student behavior** creates a safe learning environment and reduces disruption of the educational process.

| MODEL STUDENT BEHAVIOR | STRATEGIES FOR MODEL STUDENTS |
|---|---|
| **Model students:**<br><br>- understand and follow school rules;<br>- attend school regularly;<br>- request permission for authorization to leave class when needed;<br>- attend all classes;<br>- are prepared for class each day;<br>- use and possess items that are suitable for an educational setting;<br>- adhere to the school dress code; and<br>- use approved electronic devices responsibly | **Model students avoid:**<br><br>- being in an unauthorized location;<br>- cutting class;<br>- arriving at school late;<br>- failing to comply with class and school rules;<br>- possessing items that are inappropriate for the educational setting;<br>- using unauthorized electronic devices; and<br>- violating the school dress code. |
| **Model students:**<br><br>- follow class and school rules including riding and waiting for the school bus;<br>- use conflict management skills to resolve problems peacefully;<br>- use respectful and appropriate language;<br>- show concern for others; and<br>- conduct themselves in a cooperative, friendly and respectful manner to staff members and classmates. | **Model students avoid:**<br><br>- initiating or participating in a verbal confrontation with another student or staff member;<br>- arriving late to class;<br>- displaying affection inappropriately in public;<br>- leaving school grounds without permission;<br>- using profane or crude language; and<br>- displaying or participating in disruptive behavior. |

## RELATED CORE VALUES FOR LEVEL I - MODEL STUDENT BEHAVIORS



Citizenship → Honesty → Kindness → Respect → Pursuit of Excellence

000166

## A Synopsis of Model Student Behavior – Level II

*Level II behaviors* are more serious than Level I because they significantly interfere with learning and/or the well-being of others. The core principle of the MTSS model is to provide general academic and behavior support to all students in all settings. The RtIB model is a continuum of tiered interventions with increasing levels of intensity and duration that aims to prevent inappropriate behaviors by means of teaching and reinforcing appropriate behaviors. **Model student behavior** creates a safe learning environment and reduces disruption of the educational process.

| MODEL STUDENT BEHAVIOR | STRATEGIES FOR MODEL STUDENTS |
|---|---|
| **Model students:**<br><br>- speak and act honestly and truthfully;<br>- show respect to others in words, actions and deeds;<br>- develop good study habits;<br>- complete all homework assignments;<br>- participate actively in class; and<br>- show empathy for others. | **Model students avoid:**<br><br>- cheating or misrepresenting the true facts;<br>- making false accusations;<br>- exhibiting behavior that instigates and provokes a negative reaction from others or encourages others to engage in a negative physical or verbal altercation; and<br>- talking about others and spreading rumors. |
| **Model students:**<br><br>- speak and act respectfully to all school personnel;<br>- obey all instructions given by persons in authority;<br>- cooperate with administrators, teachers and staff members;<br>- leave school only when given permission;<br>- demonstrate behavior that is civil, respectful, polite and courteous; and<br>- follow school rules. | **Model students avoid:**<br><br>- refusing to comply with school rules or directives from school staff members;<br>- distributing inappropriate materials;<br>- leaving school grounds without permission from a parent or school official;<br>- joining clubs or organizations not approved by the Miami-Dade County School Board;<br>- using profane or provocative language directed at others;<br>- participating in prohibited sales on school grounds; and<br>- possessing or using tobacco products. |
| **Model students:**<br><br>- show respect for the property of others<br>- demonstrate honesty;<br>- report all acts of vandalism to the proper authorities; and<br>- demonstrate school and community pride. | **Model students avoid:**<br><br>- taking or concealing the property of others without permission;<br>- destroying or defacing public or private property; and<br>- tarnishing the reputation of their school by damaging the property of others. |
| **Model students:**<br><br>- obey instructions;<br>- show respect to people in authority;<br>- care for the feelings of others; and<br>- treat others with respect. | **Model students avoid:**<br><br>- participating in or encouraging a confrontation with a staff member;<br>- becoming involved in a minor fighting incident; and<br>- harassing others by name-calling, gossiping or using gestures that intimidate others. |

## RELATED CORE VALUES FOR LEVEL II - MODEL STUDENT BEHAVIORS



000167
**Code of Student Conduct – Elementary**

# A Synopsis of Model Student Behavior – Level III

**LEVEL III behaviors** are more serious than Level II because they endanger health and safety, damage property and/or cause serious disruptions to the learning environment.  **Model student behavior** creates a safe learning environment and reduces disruption of the educational process.

| MODEL STUDENT BEHAVIOR | STRATEGIES FOR MODEL STUDENTS |
|---|---|
| Model students: <br><br> - show respect, kindness, friendliness toward others; <br> - accept people based on their individual merits; <br> - demonstrate school pride by being active participants in protecting and maintaining the school campus; and <br> - report all acts of violence, harassment or threats to the proper authorities. | Model students avoid: <br><br> - physically hurting or threatening another person; <br> - bullying others by using intimidation or teasing; <br> - using social media to intimidate others; and <br> - initiating or being involved in campus disruptions at school-sponsored events. |
| Model students: <br><br> - treat others with respect and compassion; <br> - seek to resolve issues before they escalate; <br> - participate only in clubs and organizations sanctioned by their school; <br> - speak to others using positive and respectful language; and <br> - report all acts of violence, harassment or threats to the proper authorities. | Model students avoid: <br><br> - harassing others by using language or gestures that are demeaning to a person's race, gender, religion etc.; <br> - participating in hazing activities; and <br> - using sexually suggestive comments or gestures to intimidate others. |
| Model students: <br><br> - respect the rights and property of others; <br> - respect the laws of society dealing with the possession, use or sale of alcohol and drugs; <br> - maintain a healthy and safe lifestyle; and <br> - make contributions of time and energy to enrich the school environment. | Model students avoid: <br><br> - entering a building or residence without permission from the owner; <br> - removing property from a building or residence without permission from the owner; <br> - possessing, using or selling alcohol; unauthorized over-the-counter medications, drug paraphernalia, controlled substances and/or anything that alters mood or is used for mood altering. <br> - displaying or possessing a fake weapon; and <br> - endangering the health and safety of others. |

## RELATED CORE VALUES FOR LEVEL III - MODEL STUDENT BEHAVIORS

**Kindness** → **Respect** → **Responsibility**

000168
**Code of Student Conduct – Elementary**

## A Synopsis of Model Student Behavior – Level IV

**LEVEL IV behaviors** are more serious acts of unacceptable behavior than Level III. They seriously endanger the health and well-being of others and/or damage property. These infractions are crimes requiring police involvement.

| MODEL STUDENT BEHAVIOR | STRATEGIES FOR MODEL STUDENTS |
|---|---|
| *Model students:*<br><br>- project a positive and cooperative attitude towards staff members and classmates;<br>- are respectful, kind, friendly and get along well with others;<br>- use conflict management skills to resolve disagreements;<br>- are obedient; and<br>- seek guidance from trusted adults for assistance and direction. | *Model students avoid:*<br><br>- volatile situations that could escalate into violent actions;<br>- using violent physical actions or threats directed towards staff members;<br>- breaking school rules; and<br>- becoming involved with individuals who do not respect or follow the laws of the community. |
| *Model students:*<br><br>- speak to others using respectful language;<br>- participates only in organizations sanctioned by their school;<br>- demonstrate behavior that is civil, respectful, polite and courteous; and<br>- share materials that are educationally appropriate | *Model students avoid:*<br><br>- using language or actions that slander others because of their race, gender, color, religion, ethnicity, national origin, political beliefs, marital status, age, sexual orientation, language, pregnancy or disability and family background;<br>- participating in any form of club initiation or activity that creates the risk of harm to others; and<br>- giving, possessing or sharing obscene or lewd materials. |
| *Model students:*<br><br>- speak and act honestly and truthfully;<br>- follows all laws;<br>- show respect for the property of others;<br>- support law enforcement agencies and schools to promote the safety of all staff members and students;<br>- use school resources to resolve or report issues of concern; and<br>- associate only with people who do not use or sell weapons or controlled substances. | *Model students avoid:*<br><br>- taking the property of others without permission;<br>- committing grand theft by taking property valued at $750.00 or more from others; and possessing, using, distributing or selling any object, controlled substance or weapon  and explosives_that could inflict serious harm or place a person in fear of serious harm. |

## RELATED CORE VALUES FOR LEVEL IV - MODEL STUDENT BEHAVIORS



Citizenship → Cooperation → Respect → Responsibility

000169

**Code of Student Conduct – Elementary**

## *A Synopsis of Model Student Behavior – Level V*

**LEVEL V behaviors** are the most serious acts of misconduct and violent actions that threaten life.  These infractions are crimes requiring police involvement.

| MODEL STUDENT BEHAVIOR | STRATEGIES FOR MODEL STUDENTS |
|---|---|
| **Model students:**<br><br>- accept responsibility for their own actions;<br>- respect life;<br>- show pride in their school and community;<br>- use adaptive skills for solving problems;<br>- maintain their self-control at all times;<br>- seek assistance from a trusted adult to solve problems or report incidents of concern; and<br>- report any acts of aggression or violence between students or students and staff members to a staff member or law enforcement officer. | **Model students avoid:**<br><br>- fighting with other students or staff members;<br>- hitting other students or staff members;<br>- engaging in or forcing others to participate in sexual acts;<br>- holding people against their will;<br>- threatening to take another person's life;<br>- using weapons;<br>- interrupting the school's learning environment; and<br>- withholding information needed to solve a crime. |
| **Model students:**<br><br>- have respect for life, property and the safety of others;<br>- participate in programs to support law enforcement efforts to ensure safety for all in school and the community;<br>- are law abiding citizens;<br>- cooperate with school officials to create a positive learning environment;<br>- participate in investigations conducted by school staff or law enforcement agencies; and<br>- demonstrate pride in their school and community. | **Model students avoid:**<br><br>- setting a fire;<br>- interfering with the orderly learning environment;<br>- making a threat to the safety of others;<br>- providing false information;<br>- withholding information needed to solve a crime; and<br>- committing any act that would result in the destruction of property. |

## RELATED CORE VALUES FOR LEVEL V - MODEL STUDENT BEHAVIORS



16

# Chapter II – Behaviors and Range of Corrective Strategies



**This page has been left intentionally blank**

000172

**Code of Student Conduct – Elementary**

## Behaviors and Range of Corrective Strategies – LEVEL I

| BEHAVIORS – LEVEL I | RANGE OF CORRECTIVE STRATEGIES – PLAN I | SPECIAL NOTES |
|---|---|---|
| **LEVEL I** Behaviors are acts that disrupt the orderly operation of the classroom, school function, extracurricular activities, or approved transportation. | The principal or designee must select at least one of the following strategies from **PLAN I**. Principals may authorize use of **PLAN II** for serious or habitual Level I infractions. | ☐ Level I behaviors generally do not require consultation with School Police. However, administrators must contact Miami-Dade Schools Police for any criminal conduct regardless of whether Schools Police Automated Reporting (SPAR) is indicated. |
| **Disruptive Behaviors** | | |
| ☐ Confrontation with another student<br>☐ Cutting Class<br>☐ Disruptive behavior (including behavior on any school/district property, including school-sponsored transportation, or any school/district-sponsored activity or function) (Minor)<br>☐ Failure to comply with class and/or school rules<br>☐ Inappropriate public display of affection<br>☐ Misrepresentation<br>☐ Possession of items or materials that are inappropriate for an educational setting (See Special Notes #1)<br>☐ Repeated use of profane or crude language (general, not directed at someone)<br>☐ Unauthorized location<br>☐ Unauthorized use of wireless communication devices (See Vital Alerts page(s) **47-48**)<br>☐ Violation of dress code (See Vital Alerts page(s) **37**) | **Mandatory Corrective Strategies**<br>☐ Parent/guardian contact (See Special Notes #2)<br>☐ Student Conference (See Special Notes #3)<br>**Other Corrective Strategies**<br>☐ Student, parents/guardians/staff conference<br>☐ Behavior Plan<br>☐ Student Contract<br>☐ Participation in a counseling session related to infraction<br>☐ Refer to outside agency/provider (See Special Notes #4)<br>☐ Peer Mediation<br>☐ Refer to page(s) **59-66** for additional corrective strategies on the RtIB<br>☐ Reprimand<br>☐ Detention or other Board-approved in-school program<br>☐ Restorative Justice Practices Pilot Program (at District approved schools)<br>☐ Student Court (at District approved schools)<br>☐ Confiscation of wireless communication devices<br>☐ Refer to Vital Alerts page(s) **37** for prescribed corrective strategies for the violation of the dress code.<br>☐ Revocation of the right to participate in social and/or extracurricular activities<br>☐ Loss of bus privileges up to 10 days<br>☐ Replacement or payment of any damaged property (if appropriate)<br>☐ School Center for Special Instruction (SCSI) or other Alternative Education Setting (AES) with the school (1-5 days) (See Special Notes #2, #3, and #5) | ☐ If the victim of a crime requests a police report, the principal or designee must report the incident to the Miami-Dade Schools Police.<br>☐ Incident-related elements must be included in the description of the incident leading to the disciplinary action. (See Glossary for definitions of incident-related elements.)<br>☐ Pursuant to School Board Policy 2410, *School Health Services Program*, principals shall make a reasonable attempt to notify a parent of a student before the student is removed from school, school transportation, or a school-sponsored activity to be taken to a receiving facility for an involuntary examination pursuant to F.S. 394.463.<br>#1    See Other Major Incidents, Level III, for obscene or lewd material.<br>#2    Good faith attempt must be made immediately to contact the parent/guardian by telephone.<br>#3    When a student is being assigned to SCSI or other AES, they must be given notice and an opportunity to be heard about the incident.<br>#4    When referring parent(s)/guardian(s) to outside Agencies/ providers for services, schools must adhere to Board Policies 1213.01, 3213.01, and 4213.01 Request for Outside Providers.<br>#5    For any assignment away from the student's regular course schedule, written notice must be sent to the parent/guardian within 24 hours via U.S. mail. |
| **Refer to the Glossary for an explanation of unfamiliar words used in the Code of Student Conduct.** | | |

000173

**Code of Student Conduct – Elementary**

**Behaviors and Range of Corrective Strategies – LEVEL II**

| BEHAVIORS – LEVEL II | RANGE OF CORRECTIVE STRATEGIES – PLAN II | SPECIAL NOTES |
|---|---|---|
| LEVEL II Behaviors are more serious than Level I because they significantly interfere with learning and/or the well-being of others.<br><br>**Seriously Disruptive Behaviors** | The principal or designee **must** select at least one of the following strategies from **PLAN II**.  The use of appropriate strategies from previous PLAN may be used **in conjunction with** this PLAN. | ☐ Level II behaviors generally do not require consultation with School Police. However, administrators must contact Miami-Dade Schools Police for any criminal conduct regardless of whether Schools Police Automated Reporting (SPAR) is indicated. |
| ☐ Cheating<br>☐ Confrontation with a staff member<br>☐ Defiance of school personnel<br>☐ Distribution of items or materials that are inappropriate for an educational setting (See Special Notes#1)<br>☐ Failure to comply with previously prescribed corrective strategies<br>☐ False accusation<br>☐ Fighting (minor)<br>☐ Forgery (Written Misrepresentation)<br>☐ Harassment (non-protected categories)<br>☐ Instigative behavior<br>☐ Joining clubs or groups NOT approved by the School Board<br>☐ Leaving school grounds without permission<br>☐ Libel<br>☐ Petty theft (under $750.00)<br>☐ Possession of and/or use of tobacco products or smoking/vaping devices. (See Glossary)<br>☐ Prohibited sales on school grounds other than controlled substances<br>☐ Simulating a firearm or weapon<br>☐ Slander<br>☐ Use of profane or provocative language directed at someone<br>☐ Vandalism (minor) | **Mandatory Corrective Strategies**<br>☐ Parent/guardian conference (See Special Notes #2)<br>☐ Student conference (See Special Notes #3)<br>**Other Corrective Strategies**<br>☐ Any Corrective Strategies from Level I<br>☐ Participation in counseling session related to the infraction<br>☐ Refer to outside agency/provider (See Special Notes #4)<br>☐ Refer to page(s) 59-66 for additional corrective strategies on the RtIB<br>☐ School-based program that focuses on modifying the student's inappropriate behavior or promotes positive behavior<br>☐ Refer to tobacco/vaping cessation program (See Special Notes #4)<br>☐ Restorative Justice Practices Pilot Program (at District approved schools)<br>☐ Student Court (at District approved schools)<br>☐ Assignment to an Alternative Educational Setting within the student's currently assigned school (See Special Notes #2, #3, and #5) | ☐ If the victim of a crime requests a police report, the principal or designee must report the incident to the Miami-Dade Schools Police.<br><br>☐ Incident-related elements must be included in the description of the incident leading to the disciplinary action.  (See Glossary for definitions of incident-related elements.)<br><br>☐ Pursuant to School Board Policy 2410, *School Health Services Program*, principals shall make a reasonable attempt to notify a parent of a student before the student is removed from school, school transportation, or a school-sponsored activity to be taken to a receiving facility for an involuntary examination pursuant to F.S. 394.463.<br><br>#1  See Other Major Incidents Level III, for obscene or lewd material.<br>#2  Good faith attempt must be made immediately to contact the parent/guardian by telephone.<br>#3  When a student is being assigned to SCSI or other AES, they must be given notice and an opportunity to be heard about the incident.<br>#4  When referring parent(s)/guardian(s) to outside Agencies/ providers for services, schools must adhere to Board Policies 1213.01, 3213.01, and 4213.01 Request for Outside Providers.<br>#5  For any assignment away from the student's regular course schedule, written notice must be sent to the parent/guardian within 24 hours via U.S. mail. |

**Refer to the Glossary for an explanation of unfamiliar words used in the Code of Student Conduct.**

000174

**Code of Student Conduct – Elementary**

**Behaviors and Range of Corrective Strategies – LEVEL III** (Continued to Next Page)

| BEHAVIORS – LEVEL III | RANGE OF CORRECTIVE STRATEGIES – PLAN III | SPECIAL NOTES |
|---|---|---|
| Level III Behaviors are more serious than Level II because they endanger health and safety, damage property, and/or cause serious disruptions to the learning environment.<br><br>**Offensive/Harmful Behaviors** | The principal or designee must select at least one of the following strategies from **PLAN III**. The use of appropriate strategies from previous PLANS may also be used in conjunction with this PLAN. Principals may authorize the use of **PLAN IV** for repeated, serious, or habitual **Level III** infractions. | ☐ All Level III, IV, and V infractions, unless otherwise noted, require Schools Police Automated Reporting (SPAR). Administrators must consult with Miami-Dade Schools Police. Miami-Dade Schools Police will determine if the incident will result in an information report or will lead to other police action(s). However, principal or designee must conduct the administrative investigation and apply corrective strategies as warranted.<br>The principal must reconcile the SPAR with corrective strategies for the incident in Student Case Management. |
| ☐ Breaking and Entering/Burglary<br>☐ Bullying (repeated harassment) (See Special Notes #1) (See Vital Alerts page(s) **37-40; 70**)<br>☐ Disruption on campus or any school/district property, including school-sponsored transportation, or any school/district-sponsored activity or function (Major)<br>☐ Fighting (Serious)<br>☐ False Activation of Fire Alarm System<br>☐ Gambling<br>☐ Harassment (Civil Rights) (See Special Notes #2) (See Vital Alerts page(s) **37-40; 76**)<br>☐ Hazing (Misdemeanor)<br>☐ Improper Activation of Fire Extinguisher<br>☐ Other Major Incidents<br>☐ Possession of simulated weapons<br>☐ Possessing or brandishing: a simulated firearm or weapon more than 2 inches in overall length; BB gun; air or gas-operated gun; electric weapons or devices; or any look-alike item<br>☐ Possession or use of alcohol, unauthorized over-the-counter medications, drug paraphernalia, controlled substances and/or anything that alters mood or is used for mood altering (See Vital Alert Under the Influence page(s) **44**) | **Mandatory Corrective Strategies**<br>☐ Parent/guardian contact (See Special Notes #4)<br>☐ Student conference (See Special Notes #5)<br>**Other Corrective Strategies**<br>☐ Any Corrective Strategies from Level I & II<br>☐ Assignment to an Alternative Educational Setting (1-10 days) (See Special Notes #4 #5, #6, and #7, #8)<br>☐ Permanent removal from class and reassignment to different class (placement review committee decision required)<br>☐ Suspension (See Special Notes #4,5, #6,, #7, #8)<br><br>Recommendation for expulsion (See page(s) **55**) (See Special Note #8) | ☐ Allegations of Bullying and Harassment that are not able to be substantiated after investigation must be reported in SESIR as Unsubstantiated Bullying and Unsubstantiated Harassment.<br><br>☐ Incident-related elements must be included in the description of the incident leading to the disciplinary action. (See Glossary for definitions of incident-related elements).<br>☐ Pursuant to School Board Policy 2410, *School Health Services Program*, principals shall make a reasonable attempt to notify a parent of a student before the student is removed from school, school transportation, or a school-sponsored activity to be taken to a receiving facility for an involuntary examination pursuant to F.S. 394.463.<br>#1 Bullying infractions do not require a SPAR unless incident is Hazing-related.<br>#2 Harassment Civil Rights does not require a SPAR but must be reported to the Miami-Dade County Public Schools Office of Civil Rights Compliance at 305-995-1580.<br>#3 Sexual Harassment must be reported to the Office of Civil Rights Compliance (CRC) at 305-995-1580 and to the Miami-Dade Schools Police to determine if a SPAR is required. If you suspect child abuse or neglect, immediately call the DCF Abuse Hotline as outlined in School Board Policy 8462 – Student Abuse, Abandonment and Neglect. Corrective strategies for Sexual Harassment may be issued only in accordance with the District's Title IX Sexual Harassment Manual. |

000175

**Code of Student Conduct – Elementary**

**Behaviors and Range of Corrective Strategies – LEVEL III** (continuation)

| BEHAVIORS – LEVEL III | RANGE OF CORRECTIVE STRATEGIES – PLAN III | SPECIAL NOTES |
|---|---|---|
| ☐ Sexting (Level 1) (See Vital Alerts page(s) **42; 82**)<br>☐ Sexual Harassment (See Special Notes [#2, #3]) (See Vital Alerts page(s) **43** and Glossary page(s) **77; 83**)<br>☐ Sexual Offenses (Other) See Other Major Incidents for obscene or lewd materials<br>☐ Technology and Computer-Related Offense (Level 1) (See Vital Alerts page(s) **45-46**)<br>☐ Threat/Intimidation (also known as Assault) against any student or individual who is not an official employee or employee under F.S. 784.081) (See Special Notes [#9])<br>☐ Trespassing<br>☐ Vandalism (Major) | | [#4]  Good faith attempt must be made immediately to contact the parent/guardian by telephone.<br>[#5]  When a student is being assigned to SCSI or other AES, they must be given notice and an opportunity to be heard about the incident.<br>[#6]  For any assignment away from the student's regular course schedule, written notice must be sent to the parent/guardian within 24 hours via U.S. mail.<br>[#7]  The assignment of a student to the Student Success Center is voluntary.  If the parent elects to send the student to the Success Center, the student will receive supervision and academic and behavioral interventions while the student serves the suspension.<br>[#8]  Suspension of students from school programs is a last resort, to be utilized only in the most extenuating circumstances as determined by the principal after other learning-centered corrective strategies have been employed and with Region notification.<br>[#9]  If a student makes a threat or false report, the school must refer the student to the school's Threat Assessment Team and mental health services identified by the District pursuant to F.S. 1012.584(4). The principal must consult with the Region Office before issuing corrective strategies.  If more than one student is involved in making a threat or false report, Region Offices must review to ensure consistency of discipline as appropriate. |
| **Refer to the Glossary for an explanation of unfamiliar words used in the Code of Student Conduct.** | | |

000176

**Code of Student Conduct – Elementary**

## Behaviors and Range of Corrective Strategies – LEVEL IV

| BEHAVIORS – LEVEL IV | RANGE OF CORRECTIVE STRATEGIES – PLAN IV | SPECIAL NOTES |
|---|---|---|
| **LEVEL IV Behaviors** are more serious acts of unacceptable behavior than Level III. They seriously endanger the health and well-being of others and/or damage property.<br><br>**Dangerous or Violent Behaviors**<br><br>☐ Battery (Physical Attack) against a non-staff member<br>☐ Grand theft (over $750.00)<br>☐ Hazing (Felony)<br>☐ Intent to sell and/or distribute alcohol, unauthorized over-the-counter medications, drug paraphernalia, controlled substances and/or anything that alters mood or is used for mood altering<br>☐ Motor vehicle theft<br>☐ Robbery<br>☐ Sale and/or distribution of alcohol, unauthorized over-the-counter medications, drug paraphernalia, controlled substances and/or anything that alters mood or is used for mood altering (See Vital Alerts for Under the Influence page(s) **44**)<br>☐ Sexting (Level 2) (See Vital Alerts page(s) **43; 82**)<br>☐ Sexual Assault<br>☐ Technology and Computer-Related Offense (Level 2) (See Vital Alerts page(s) **45-46**) | The principal or designee **must** use the following strategies from **PLAN IV.** The use of appropriate strategies from previous PLANS may also be used **in conjunction with** this PLAN.<br><br>**Mandatory Corrective Strategies**<br>☐ Parent/guardian contact (See Special Notes [#2])<br>☐ Student conference (See Special Notes [#3])<br>**Other Corrective Strategies**<br>☐ Any Corrective Strategies from Level I-III (See Special Note [#2, #3, #4 and #5])<br>☐ Recommendation for expulsion (See page(s) **55**) | ☐ All Level III, IV, and V infractions, unless otherwise noted, require Schools Police Automated Reporting (SPAR). Administrators must contact Miami-Dade Schools Police. Miami-Dade Schools Police will determine if the incident will result in an information report or will lead to other police action(s).   However, principal or designee must conduct the administrative investigation and apply corrective strategies as warranted.   The principal must reconcile the SPAR with corrective strategies for the incident in Student Case Management.<br><br>For sexual assault and sexting (Level 2), in addition to contacting Miami-Dade Schools Police, the principal must also contact the Office of Civil Rights Compliance.<br>☐ Incident-related elements must be included in the description of the incident leading to the disciplinary action. (See Glossary for definitions of incident-related elements).<br>☐ Pursuant to School Board Policy 2410, *School Health Services Program,* principals shall make a reasonable attempt to notify a parent of a student before the student is removed from school, school transportation, or a school-sponsored activity to be taken to a receiving facility for an involuntary examination pursuant to F.S. 394.463.<br>[#2]   Good faith attempt must be made immediately to contact the parent/guardian by telephone.<br>[#3]   When a student is being assigned to SCSI or other AES, they must be given notice and an opportunity to be heard about the incident.<br>[#4]   For any assignment away from the student's regular course schedule, written notice must be sent to the parent/guardian within 24 hours via U.S. mail.<br>[#5]   The assignment of a student to the Student Success Center is voluntary.   If the parent elects to send the student to the Success Center, the student will receive supervision and academic and behavioral interventions while the student serves the suspension. |
| **Refer to the Glossary for an explanation of unfamiliar words used in the Code of Student Conduct.** | | |

000177

**Code of Student Conduct – Elementary**

**Behaviors and Range of Corrective Strategies – LEVEL V**

| BEHAVIORS – LEVEL V | RANGE OF CORRECTIVE STRATEGIES – PLAN V | SPECIAL NOTES |
|---|---|---|
| **LEVEL V Behaviors** are the most serious acts of misconduct and violent actions that threaten life.<br><br>**Most Serious, Dangerous or Violent Behaviors**<br><br>☐ Aggravated assault<br>☐ Aggravated battery against a non-staff member<br>☐ Armed robbery<br>☐ Arson<br>☐ Battery (Physical Attack) or Aggravated battery against Specified Officials or Employees **(See Special Notes #1)**<br>☐ Homicide<br>☐ Kidnapping/Abduction<br>☐ Threat (Also known as Assault/ False Report – Zero Tolerance against specified officials or employees under F.S. 784.081 (See Special Notes #1 & #5)<br>☐ Threat/False Report – Zero Tolerance against any school/district property, including school-sponsored transportation, or any school/district-sponsored activity or function. **(See Special Notes #1 & #6)**<br>☐ Possession, use, sale, or distribution of firearms, explosives, destructive devices, and other weapons. **(See Special Notes #1 & #6)**<br>☐ Sexting (Level 3) Offense (See Vital Alerts page(s) **43; 82**)<br>☐ Sexual battery<br>☐ Technology and Computer Related Offense (Level 3) (See Vital Alerts page(s) **45-46**) | The principal or designee **must** use the following strategies from **PLAN V**. The use of appropriate strategies from previous PLANS may also be used **in conjunction with** this PLAN.<br><br>**Mandatory Corrective Strategies**<br>☐ Parent/guardian contact **(See Special Notes #2)**<br>☐ Student conference **(See Special Notes #3)**<br>**Other Corrective Strategies**<br>☐ Any Corrective Strategies from Level I-III **(See Special Note #2, #3, #4, and #5)**<br>☐ Recommendation for expulsion (See page(s) **55**) | ☐ All Level III, IV, and V infractions, unless otherwise noted, require Schools Police Automated Reporting (SPAR). Administrators must contact Miami-Dade Schools Police. Miami-Dade Schools Police will determine if the incident will result in an information report or will lead to other police action(s).    However, principal or designee must conduct the administrative investigation and apply corrective strategies as warranted.   The principal must reconcile the SPAR with corrective strategies for the incident in Student Case Management.<br><br>☐ For sexual battery and sexting (Level 3), in addition to contacting Miami-Dade Schools Police, the principal must also contact the Office of Civil Rights Compliance.<br>☐ The possession of firearms or other weapons on school property may result in criminal penalties in addition to expulsion.<br>☐ This level of infraction may result in an expulsion requiring School Board action.<br>☐ Incident-related elements must be included in the description of the incident leading to the disciplinary action.  (See Glossary for definitions of incident-related elements).<br>☐ Pursuant to School Board Policy 2410, *School Health Services Program*, principals shall make a reasonable attempt to notify a parent of a student before the student is removed from school, school transportation, or a school-sponsored activity to be taken to a receiving facility for an involuntary examination pursuant to F.S. 394.463.<br>#1  Mandatory one year expulsion.<br>#2  Good faith attempt must be made immediately to contact the parent/guardian by telephone.<br>#3  When a student is being assigned to SCSI or other AES, they must be given notice and an opportunity to be heard about the incident.<br>#4  For any assignment away from the student's regular course schedule, written notice must be sent to the parent/guardian within 24 hours via U.S. mail.<br>#5  The assignment of a student to the Student Success Center is voluntary.  If the parent elects to send the student to the Success Center, the student will receive supervision and academic and behavioral interventions while the student serves the suspension.<br>#6  If a student brings a firearm or weapon and/or makes a threat or false report, the school must refer the student to the school's Threat Assessment Team and mental health services identified by the school District pursuant to    F.S. 1012.584(4). The principal must consult with Region Office before issuing corrective strategies. If more than one student is involved in making a threat or false report, Region Offices must review to ensure consistency of discipline as appropriate. |

**Refer to the Glossary for an explanation of unfamiliar words used in the Code of Student Conduct.**

24

## *SAFEGUARDS:  PROTECTING THE*
## *RIGHTS OF STUDENTS AND PARENTS/GUARDIANS*

All corrective strategies used by school-site administrators must be in compliance with

School Board rules and policies.  Inherent in these rules and policies is the philosophy of fairness and consideration for actions that are in the best interest of students.

When confronted with an act that may require the imposition of corrective strategies by the school, the student and all other appropriate persons should be given the opportunity to explain the circumstances of the incident.

Students shall not be subjected to any corrective strategies for using a language other than English or because of a disability.

School administrators should communicate with parents/guardians when corrective strategies must be taken against a student.

Parents/guardians and students who disagree with certain strategies and decisions made at the school level have the right to the following formal complaint procedures:

- o an informal school-level hearing;
- o appeal of school-level decisions to the regional center office; and
- o for alternative education assignments in excess of ten (10) days and expulsions, an appeal conference with a representative from the Division of Educational Opportunity and Access and a hearing before an impartial hearing officer.

# Chapter III – Students Rights and Responsibilities



000180

# STUDENT RIGHTS AND RESPONSIBILITIES

It is the intent of this chapter to allow students maximum freedom under law, commensurate with the school's responsibility for student health, safety, and welfare. The rights and responsibilities presented in this section reflect the need for providing students with greater opportunities to serve themselves and society.

Students must realize that every right implies a responsibility and should conduct themselves appropriately on and off campus.  Within every school, the principal and staff have the responsibility and authority for maintaining an orderly educational process.  Students are citizens of the greater Miami-Dade Community and represent Miami-Dade Schools at all times.



000181

**Code of Student Conduct – Elementary**

## Attendance

School administrators have an obligation under state law to enforce compulsory school attendance laws. Students have an obligation to attend school to develop skills and knowledge necessary to function in a modern, democratic society.

| Rights: | Responsibilities: |
|---|---|
| ☐  You have the **right** to information on rules and policies for excused absences, unexcused absences and tardies.<br><br>☐  You have the **right** to make-up homework assignments after an excused absence. | ☐  You have the **responsibility** to attend classes daily.<br><br>☐  You have the **responsibility** to provide the school with reasons for absences.<br><br>☐  You have the **responsibility** to request missed work from your teacher and complete the work within a reasonable amount of time. |



000182
**Code of Student Conduct – Elementary**

## *Complaint Procedures*

A complaint results from situations where students feel that they have been treated unfairly. Schools are responsible for providing a way for students to express and process their complaints.

| Rights: | Responsibilities: |
|---|---|
| ☐ You have the **right** to speak to a person in authority if you feel you have received unfair treatment. You also have the right to request a formal complaint hearing at either the school level or the Region.<br><br>☐ You have the **right** to have all complaints resolved in a fair, orderly, and timely manner.<br><br>☐ Formal complaint procedures with the Office of Civil Rights Compliance apply to those situations in that students believe themselves to be victims of discrimination based on age, citizenship status, color, disability, ethnic or national origin, gender, gender identity, linguistic preference, marital status, political beliefs, pregnancy, race, religion, retaliation, sexual harassment, sexual orientation, or social and family background. Formal complaint procedures are also available for situations in which students believe themselves to be victims of harassment, including sexual harassment. *(See Special Note [1])<br><br>☐ Parents/guardians may request a hearing before an impartial hearing officer in some instances when a student has been assigned to an alternative placement or expelled. | ☐ You have the **responsibility** to talk about what you feel is unfair with people who are involved with the situation before requesting a formal hearing.<br><br>☐ You have the **responsibility** to state your problems clearly, follow procedures and accept the decision that is made. |

### *SPECIAL NOTE*

[1]**Harassment (Civil Rights) and Sexual Harassment do not require a SPAR but must be reported to the Civil Rights Compliance Office at 305-995-1580.**  A student who is the victim of sexual harassment prohibited by Title IX is entitled to file a formal complaint in accordance with the Board Policies 5517, 5517.02, and District's *Title IX Sexual Harassment Manual* and request an investigation. In addition, for cases of sexual harassment, schools must consult with Miami-Dade Schools Police If you suspect child abuse or neglect, immediately call the DCF Abuse Hotline as outlined in School Board Policy 8462, *Student Abuse, Abandonment and Neglect.*

## Counseling Services

All personal concerns of students can impact school achievement. Each school has a comprehensive Student Services program to recommend resources to assist students and families.

| Rights: | Responsibilities: |
|---|---|
| ☐ You have a **right** to get help from a school counselor. The counselor will be able to refer you to outside resources if you or your parents need additional assistance. | ☐ You have the **responsibility** to make an appointment to talk to your counselor about your problems. |

## Free Speech, Expression and Assembly

You may express your opinion in any way that is fair. You also have a right to disagree with your classmates' and teachers' opinions. When you disagree, you must respect the rights of others. Give your classmates the same respect you would want to receive from them.

| Rights: | Responsibilities: |
|---|---|
| ☐ You have the **right** to recite the Pledge of Allegiance. You also have the right not to recite the Pledge of Allegiance if the Pledge goes against personal beliefs. | ☐ You have the **responsibility** to behave while a school program or activity is occurring. |
| ☐ You have the **right** to refuse to join in any activity that goes against your religious or personal beliefs. | ☐ You have the **responsibility** to respect the beliefs of others. |
| ☐ You have the **right** to wear badges or other symbols that display personal beliefs as long as the school's dress code is followed, and you are not causing a severe disruption in school. | ☐ You have the **responsibility** to respect the rights of other students who disagree with your way of thinking or behaving. |
| ☐ You have the **right** to say, draw or write personal opinions. | ☐ You have the **responsibility** to support your opinions with facts and evidence. |
| ☐ You have the **right** to gather peacefully on school property. Exercise of this right shall be denied only when it substantially disrupts the educational process or orderly operation of a school or poses a threat or danger to the safety of other students, staff, School Board members, any other members of the District Community, or school property. | ☐ You have the **responsibility** to get permission to gather peacefully on school property. |

000184

**Code of Student Conduct – Elementary**

## Grades

Grades are just one indication of a student's knowledge or skill at any particular time. Academic grades should reflect a teacher's most objective assessment of a student's academic achievement. These academic grades should not be used as a threat to maintain classroom discipline.

| Rights: | Responsibilities: |
|---|---|
| ☐ You have the **right** to know how your teacher determined your grade. | ☐ You have the **responsibility** to ask your teachers what you must do to get certain grades. |
| ☐ You have the **right** to be given a fair grade. | ☐ You have the **responsibility** to work to the best of your ability. |
| ☐ You have the **right** to be notified when you are performing unsatisfactorily. | ☐ You have the **responsibility** to improve your grade when you get an unsatisfactory notice. |
| ☐ You have the **right** to fair and accurate conduct and effort grades. | ☐ You have the **responsibility** to exhibit good behavior and effort in class. |

## Knowledge and Observation of Rules of Conduct

The most effective learning takes place in an atmosphere where students, parents/guardians, and school staff are fully aware of the grounds for corrective strategies and the procedures to be followed for violations of the *Code of Student Conduct.*

| Rights: | Responsibilities: |
|---|---|
| ☐ You have the **right** to a clear explanation of the *Code of Student Conduct* in understandable language. You have the right to know the consequences of your misconduct. | ☐ You have the **responsibility** to become familiar with the *Code of Student Conduct* and to observe all school and classroom rules. |



000185
**Code of Student Conduct – Elementary**

## *Marriage, Pregnancy and Parenthood*

Students who are married, parents/guardians, or expectant parents/guardians do not lose their right to free public education. It is, therefore, the responsibility of the public schools to encourage their continued education through the implementation of positive policies and the development of appropriate educational programs.

| Rights: | Responsibilities: |
|---|---|
| ☐ Students who are married, parents/guardians of expectant students have the **right** to remain in the regular school program, including appropriate extracurricular activities, or to attend one of the specialized programs designed to meet their particular needs.<br><br>☐ Students have the **right**, upon request, to be referred to an appropriate agency for special counseling regarding marriage, pregnancy, and parenthood/ guardianship. | ☐ Students who are married, parents/guardians, or expectant parents/guardians have the **responsibility** to maintain an acceptable record of scholarship, effort, and conduct.<br><br>☐ Students have the **responsibility** to request special counseling regarding marriage, pregnancy, and parenthood/guardianship.<br><br>☐ Students have the **responsibility** to request professional medical advice regarding continued school attendance. |

## *Participation in School Programs, Student Government and Activities*

Students learn from one another and benefit from forming and participating in school programs and student government organizations. Schools have the responsibility to offer opportunities to all students to participate in student government or school programs.



| Rights: | Responsibilities: |
|---|---|
| ☐ You have a **right** to form or join any approved school activity and not be excluded on the basis of sex, race, color, ethnic or national origin, religion, marital status, disability, age, political beliefs, sexual orientation, gender, gender identification, social and family background, linguistic preference, pregnancy, and any other basis.<br><br>☐ You have the **right** to participate in groups such as student council that help make rules affecting school life. | ☐ You have the **responsibility** to get permission from your principal to form school clubs or schedule activities.<br><br>☐ You have the **responsibility** to attend club or activity meetings and participate in an appropriate manner. |

**Code of Student Conduct – Elementary**

## *Publications*

The primary liberties in students' lives have to do with the process of inquiry and learning, of acquiring and imparting knowledge, and of exchanging ideas. This process requires that students have the right to express opinions, to take stands, and to support causes publicly or privately. One of the important roles of the school is to provide effective avenues through which students may express themselves on a wide range of subjects.  Official school publications, such as school newspapers and yearbooks, should reflect the policy and judgment of the student editors and should include viewpoints representative of the entire school community.



| Rights: | Responsibilities: |
|---|---|
| ☐ You have the **right** to possess and distribute literature as long as the material does not substantially disrupt the daily activities of the school.<br><br>☐ You have the **right** to be free from anyone telling you what you can and cannot read or write. | ☐ You have the **responsibility** to obey the principal as to how, when and where materials may be distributed.<br><br>☐ You have the **responsibility** to use only those walls or bulletin boards set aside to post student club information.<br><br>☐ You have the **responsibility** to read or possess print materials that are not indecent or harmful to others. |
| **Principals may restrict distribution of materials that are primarily commercial in nature or disruptive to the orderly operation of the school.** | |

## *Respect for Persons and Property*

The most effective learning takes place in a school where students, parents and teachers respect others and protect the personal property of all members of the school community.

| Rights: | Responsibilities: |
|---|---|
| ☐ You have a **right** to be treated with courtesy and respect.<br><br>☐ You have the **right** to a safe school environment, at bus stops, on the school bus and during school sponsored activities.<br><br>☐ You have the **right** to a school that is free of bullying or harassment. | ☐ You have the **responsibility** to show respect and courtesy to fellow students, all School Board personnel and school visitors.<br><br>☐ You have the **responsibility** to respect the private and personal property of others. Additionally, you have the responsibility to contribute to a safe learning environment by reporting harmful or dangerous situations to an adult.<br><br>☐ You have the **responsibility** not to bully or harass other students. |

## *Right to Learn*

### Philosophical Basis:

Under the law you are given many freedoms, such as the **RIGHT TO LEARN**. With these freedoms, however, come **responsibilities**. Your school has the responsibility to protect your health, safety, and welfare. You have the **responsibility** to use your freedoms wisely.

| Rights: | Responsibilities: |
|---|---|
| ☐ You have the **right** to be taught the basic skills. | ☐ You have the **responsibility** to work hard so that you can master the basic skills. |
| ☐ You have the **right** to study all subjects in a classroom setting**,** in a language you can understand**,** with good, fair teachers. These teachers will let you state your opinion freely. | ☐ You have the **responsibility** to help create a school climate that is **fair** and helpful. |
| | ☐ You have the **responsibility** to respect the rights and beliefs of other students and teachers. |
| ☐ You have the **right** to learn about many new and different ideas with which you may or may not agree. | |

## *Search and Seizure*

Students possess a right of privacy as well as freedom from unreasonable search and seizure of person or property guaranteed by the Fourth Amendment of the United States Constitution.  That individual's right, however, is balanced by the school's responsibility to protect the health, safety, and welfare of all its students.

| Rights: | Responsibilities: |
|---|---|
| ☐ You may have a legitimate expectation of privacy; however, your person and/or property, including, but not limited to, backpacks and vehicles, may be searched by school authorities if a reasonable suspicion that a search will turn up evidence that you have violated or are violating law, school board policy or school rules exists. Storage places provided by the school, including desks and/or lockers, and the contents within them remain under the control of the School Board and may be the subject of random search. | ☐ You have the **responsibility** not to hide or carry dangerous objects that are against the law or can disturb or frighten your classmates. |
| | ☐ You have the **responsibility** to keep only approved materials and objects on your person or in your desk or backpack. |

| *SPECIAL NOTES* |
|---|
| School authorities may search a student's person or property, including vehicles, with or without the student's consent whenever they reasonably suspect that there has been a violation of law, Board policy, or school rules. This authority applies to all situations in which the student is under the jurisdiction of the Board. |

000188
**Code of Student Conduct – Elementary**

## *Student Records*

Student records provide information that can be used to develop the best educational program for each student. Care must be exercised by school staff to assure that student records are treated confidentially, and that the information is relevant, accurate and appropriate.

| Rights: | Responsibilities: |
|---|---|
| ☐ Parents/guardians have the **right** to read your student records. They also have the right to object to information in your student records and must give written permission for anyone to read your records. This permission is called a release | ☐ Your parents/guardians have the responsibility to provide the school with any information that is useful in planning your education. |
| ☐ Parent(s)/guardian(s) also may request an informal hearing to challenge the content of your educational record(s), if inaccurate, misleading, or otherwise in violation of the privacy and other rights of the student. Contact the school principal regarding hearing procedures. | ☐ Your parents/guardians have the **responsibility** to update your address and phone numbers when changed. |
| ☐ Parent(s)/guardian(s) and eligible students have the right to restrict the release of directory information. | |
| ☐ Your personally identifiable information may not be released to unauthorized persons without the consent of your parents/guardians. | |



# Chapter IV - Vital Alerts for Students & Parents/Guardians and Formal Corrective Strategies Recognized in the Code of Student



000190
**Code of Student Conduct – Elementary**

# *VITAL ALERTS FOR STUDENTS AND PARENTS/GUARDIANS*

| VITAL ALERT: | *Corporal Punishment* |
|---|---|

The use of corporal punishment is prohibited in Miami-Dade County Public Schools. This prohibition extends to parents/guardians on school grounds.

| VITAL ALERT: | *District Dress Code Policy* |
|---|---|

Students, while on school grounds during the regular school day, must refrain from wearing clothing that (a) exposes underwear or body parts in an indecent or vulgar manner, or (b) disrupts the orderly learning environment.

Any student who violates Board Policy 5511, *Dress Code and School Uniforms* is subject to the following disciplinary actions:

**First (1) Offense:** a student shall be given a verbal warning and the school principal shall call the student's parent or guardian.

**Second (2) Offense:** the student is ineligible to participate in any extracurricular activity for a period of time not to exceed 5 days and the school principal shall meet with the student's parent or guardian.

**Third (3) or subsequent offense(s):**, the student is ineligible to participate in any extracurricular activity for a period not to exceed 30 days, and the school principal shall call the student's parent or guardian and advise them about their child's ineligibility to participate in extracurricular activities.

| VITAL ALERT: | *District Policy Against Bullying and Harassment* |
|---|---|

Miami Dade County Public Schools (M-DCPS) is committed to providing a safe learning environment for all students and is dedicated to eradicating bullying and harassment by providing awareness and prevention education.  Bullying, harassment, and intimidation by students, school board employees, visitors, or volunteers is prohibited and will not be tolerated.

During the investigation of any bullying and/or harassment allegation, the principal/designee or appropriate area/district administrator should take appropriate actions to protect the complainant, alleged victim, other students, or employees consistent with the requirements of applicable Board Policies, regulations, and statutes.

**Bullying and Harassment Defined[1]**

---

[1] Florida Statutes, Section 1006.147.  Refer to glossary items #49;50 for definitions of harassment that may apply in other contexts.

| VITAL ALERT: | *District Policy Against Bullying and Harassment* |
|---|---|

**Bullying** includes cyberbullying and means systematically and chronically, inflicting physical hurt or psychological distress on one or more students or school employees, that is severe or pervasive enough to create an intimidating, hostile, or offensive environment; or unreasonably interfere with the individual's school performance or participation that includes a noted.  It is further defined as a pattern of unwanted and repeated written, verbal, or physical behavior, including any threatening, insulting, or dehumanizing gesture by an adult or student.  (See also, Glossary; Board Policy 5517.01)

**Bullying** may involve, but is not limited to:
1. Teasing
2. Social exclusion
3. Threats
4. Intimidation
5. Stalking
6. Physical violence
7. Theft
8. Sexual, religious, or racial harassment
9. Public or private humiliation
10. Destruction of Property
11. Cyberstalking
12. Cyberbullying
13. Hazing

**Harassment** means any threatening, insulting or dehumanizing gesture, use of data or computer software, or written, verbal or physical conduct directed against a student or school employee that:

1. places a student or school employee in reasonable fear of harm to his or her person or damage to his or her property,
2. has the effect of substantially interfering with a student's educational performance, opportunities, or benefits, or
3. has the effect of substantially disrupting the orderly operation of a school, including any course of conduct that is directed at a specific person that causes substantial emotional distress in such person and serves no legitimate purpose.

**Bullying and Harassment** also encompass:

1. Retaliation against a student or school employee by another student or school employee for asserting or alleging an act of bullying or harassment. Reporting an act of bullying or harassment that is not made in good faith is considered retaliation.
2.  Perpetuation of conduct listed in the definition of bullying, including cyberbullying, and harassment by an individual or group with intent to demean, dehumanize, embarrass or cause emotional or physical harm to a student or school employee by:
    a. Incitement or coercion
    b.  Accessing or knowingly and willingly causing or providing access to data or computer software through a computer, computer system, computer network, electronic or wireless devices, within the scope of the district school system, on or off school grounds to bully or harass that jeopardizes student or school employee safety or disrupts the learning environment within the scope of the district school system.
    c. Acting in a manner that has an effect substantially similar to the effect of bullying or harassment.

| VITAL ALERT: | *District Policy Against Bullying and Harassment* |
|---|---|

**Cyberstalking** as defined in s. 784.048(1)(d) and 815.03, F.S., means to engage in a course of conduct to communicate, or to cause to be communicated, directly or indirectly, words, images, or language by or through the use of electronic mail or electronic communication, directed at or pertaining to a specific person, or to access, or attempt to access, the online accounts of Internet-connected home electronic systems of another person without that person's permission, a specific person, causing substantial emotional distress to that person and serving no legitimate purpose.

**Cyberbullying** means bullying through the use of technology or any electronic communication, which includes, but is not limited to, any transfer of signs, signals, writing, images, sounds, data, or intelligence of any nature transmitted in whole or in part by a wire, radio, electromagnetic system, photo-electronic system, or photo-optical system, including, but not limited to, electronic mail, Internet communications, instant messages, or facsimile communications. Cyberbullying includes the creation of a webpage or weblog in which the creator assumes the identity of another person, or the knowing impersonation of another person as the author of posted content or messages, if the creation or impersonation creates any of the conditions enumerated in the definition of bullying. Cyberbullying also includes the distribution by electronic means of a communication to more than one person or the posting of material on an electronic medium that may be accessed by one or more persons, if the distribution or posting creates any of the conditions enumerated in the definition of bullying.

"Hazing" includes, but is not limited to:

      a. Pressuring, coercing, or forcing a student into:
          1. Violating state or federal law;
          2. Consuming any food, liquor, drug, or other substance; or
          3. Participating in physical activity that could adversely affect the health or safety of the student.
      b. Any brutality of a physical nature, such as whipping, beating, branding, or exposure to the elements.

Hazing does not include customary athletic events or other similar contests or competitions or any activity or conduct that furthers a legal and legitimate objective.

**HOW TO REPORT BULLYING/HARASSMENT ANONYMOUSLY**

If you have information regarding bullying/harassment and would like to report this information anonymously, you may do so by:

1. Completing and submitting the Bullying and Harassment Anonymous Reporting Form located on the student and parent portal and app.

2. Filing the "Miami-Dade County Public Schools – Bullying and Harassment Anonymous Reporting Form located at the following internet web address:  http://forms.dadeschools.net/webpdf/7229.pdf

3. Calling 305-995-CARE (2273)

4. Texting anonymously to 274637 (CRIMES) and type in the words:  Be safe and then you report.

5. Submitting an online report by visiting BESAFE at  https://new.tipsubmit.com/en/create-report/anonymous/dadeschools.net .

| VITAL ALERT: | *District Policy Against Bullying and Harassment* |
|---|---|

☐ Information and/or resources on bullying and harassment can be found on the   Student Services Crisis Management Services website located at http://studentservices.dadeschools.net/#!/fullWidth/3709

| VITAL ALERT: | *Implication of Certain Sex Offenses* |
|---|---|

Minors convicted or adjudicated delinquent for certain sex offenses may be required to register with the State of Florida as a sexual predator or sex offender and will suffer the restrictions and embarrassment of this requirement as defined in Sections 943.0435, 943.04354, 943.0515, 985.481, 985.4815, and 775.21.  F.S.

| VITAL ALERT: | *Individuals with Disabilities in Education Act (IDEA): Students with a 504 Plan* |
|---|---|

Behavioral interventions that are used to address actions committed by students who meet the guidelines established by the Individuals with Disabilities in Education Act (IDEA) and/or Section 504 of the Rehabilitation Act of 1973 must adhere to federal law, Florida Statues, Florida Board of Education Rules, and Miami-Dade County School Board Policies.

Assignments to an Alternative Educational Setting (AES), Suspensions and Expulsions for more than ten (10) consecutive days and/or a pattern of suspensions and expulsions that exceed ten (10) days in a school year may be considered "changes in placement" for students with disabilities who have a Section 504 Plan or who are enrolled in Exceptional Student Education (ESE) placement under the Individuals with Disabilities Education Act (IDEA). When the student is removed from his/her educational placement for more than ten (10) days, a manifestation determination must be conducted to review the Social Emotional - Behavior Intervention Plan (SE-BIP) and consider whether other strategies, interventions, or assessments are appropriate and the student must be provided appropriate educational services in order to provide a Free Appropriate Public Education (FAPE).  Schools must take into account the student's capacity to understand his or her behavior and the inappropriateness of his or her actions. Pursuant to School Board Policy 2410, *School Health Services Program*, principals shall make a reasonable attempt to notify a parent of a student before the student is removed from school, school transportation, or a school-sponsored activity to be taken to a receiving facility for an involuntary examination pursuant to F.S. 394.463.

Discipline guidelines for IDEA students with disabilities are specified in the District's *Exceptional Student Education Policies and Procedures (SP&P),* Board Policy 2260 - and discipline guidelines for Section 504 students with disabilities as outlined in Board Policy 2260.01 – *Section 504 Procedures for Students with Disabilities.*

| VITAL ALERT: | *Off-Campus Conduct* |
|---|---|

Off campus conduct and conduct outside of school time that violates the district's *Code of Student Conduct* may be the basis for discipline up to expulsion if it is accomplished through electronic means and substantially disrupts the educational process or orderly operation of a school.   Off campus conduct that poses a threat or danger to the safety of other students, staff, School Board members, any other members of the District Community, or school property may also constitute behavior that has a substantial adverse impact on the educational environment requiring disciplinary action.

| VITAL ALERT: | *Off-Campus Felony Offenses* |
|---|---|

To minimize off-campus acts that might have an adverse impact on the school environment, the District office will send notifications to schools of students who have been taken into custody for and/or are formally charged with an off-campus felony or delinquent act that would be a felony if committed by an adult. The principal may take administrative action against those students who are formally charged if, after an administrative hearing with notice provided to the parent/guardian of the student, it is shown that the incident has an adverse impact on the educational program, discipline, or welfare of the school.

Students and parents/guardians should be aware that felony offenses can have a serious impact on an individual's future, including the following:
☐ criminal penalties;
☐ loss of scholarship eligibility;
☐ loss of voting privileges;
☐ loss of employment opportunities; and/or
☐ loss of driving privileges.

| VITAL ALERT: | *Procedures for Implementing the 45 School Day Alternative Placement Rule for Students With Disabilities* |
|---|---|

1.  IDEA 2004 at 20 USC 1415 (k)(1)(G)(i)-(iii) identifies three specific instances of conduct that may trigger unilateral placement of a student with a disability in an Interim Alternative Educational Setting (IAES), without regard to whether the behavior is determined to be a manifestation of the child's disability.

2.  An IAES is a different location where educational services are provided for a specific time period due to disciplinary reasons and that meets the requirements of Rule 6A6.03312, F.A.C.

3. School personnel may remove a student to an IAES for not more than 45 school days without regard to whether the behavior is determined to be a manifestation of the child's disability, in cases where a child:

   a.  carries or possesses a weapon to or at school, on school premises, or to or at a school function under the jurisdiction of a state or local educational agency.

| VITAL ALERT: | *Procedures for Implementing the 45 School Day Alternative Placement Rule for Students With Disabilities* |
|---|---|

b. knowingly possesses or uses illegal drugs*, or sells or solicits the sale of a controlled substance, while at school, on school premises, or at a school function under the jurisdiction of a state or local educational agency; or

c. has inflicted serious bodily injury** upon another person while at school, on school premises, or at a school function under the jurisdiction of a state or local educational agency.

- Possession of marijuana for personal consumption is exempt from this special circumstance.
- Serious bodily injury applies only when there is:

  o a substantial risk of death, or extreme physical pain,
  o protracted and obvious disfigurement, or
  o protracted loss or impairment of the function of a bodily member, organ, or mental faculty.

When a student commits one of the special circumstances listed above, the school site where the violation occurred shall contact the parent/guardian and provide the parent/guardian with the Notice of Procedural Safeguards for Students with Disabilities.

| VITAL ALERT: | *Sexting* |
|---|---|

forwarding sexually explicit, nude, or partially nude photographs/images through cellular telephones and other electronic media.

Sexting is prohibited and will not be tolerated. The Board Policy 5136.02,*Sexting*, Sexting addresses sexting, and will be enforced pursuant the *Code of Student Conduct*.

The levels of sexting offenses are:

### Sexting (Level 1)
- A personal, 1-to-1 student-to-student exposure/transmission which is not coerced and not intended for redistribution.

As an example, a student may voluntarily send a provocative sext that includes a nude photograph/image to his/her boyfriend or girlfriend.  The Sexting 1 offense is a Level III violation in the *Code of Student Conduct*.  The principal must conduct a parent/guardian conference and apply at least one of the additional disciplinary strategies from Level III.

### Sexting (Level 2)
- Transmission or re-transmission of a sext to an expanded group of recipients.

As an example, a student who has received a sext proceeds to re-transmit the message to a few other students.   A second or multiple offense of a Sexting 1 act also constitutes a Sexting 2 offense. The Sexting 2 offense is a Level IV violation of the *Code of Student Conduct*.  The principal/designee must conduct a mandatory parent/guardian conference and apply at least one of the additional disciplinary strategies from Level IV.

| VITAL ALERT: | *Sexting* |
|---|---|

**Sexting (Level 3)**
- Broad exposure/distribution of a sext without consent and/or transmittal with the intent to victimize another individual.

As an example, a student who has received a sexting message posts the photograph/image on a social networking website in order to subject the individual photographed to ridicule, derision, scorn, etc.   A Sexting 3 offense is also the repeated commission of sexting Level 1, 2 and/or 3 offenses.  A Sexting 3 offense is a Level V violation of the *Code of Student Conduct* because it involves extreme behaviors that seriously endanger the health and well-being of others and/or damages property or character. The principal/designee must conduct a parent/guardian conference and apply at least one of the additional disciplinary strategies from Level V.

All sexting cases require a Student Services Referral (R7).

A first sexting offense committed by a minor is a non-criminal violation punishable by up to eight (8) hours of community service or subject to a $60 fine, and/or required training or instructional classes on the dangers of sexting. A second offense is a misdemeanor and the third is a felony with a possible maximum five (5) year prison sentence.

| VITAL ALERT: | *Sexual Harassment* |
|---|---|

Sexual harassment under the Miami-Dade County Public Schools (M-DCPS) *Code of Student Conduct* is handled in compliance with Title IX of the Education Amendments Act of 1972. Upon receiving a report of an incident sexual in nature involving a student, employee, or applicant, school or work site administrators must contact the M-DCPS Office of Civil Rights Compliance (CRC) at 305-995-1580. At that time, an intake will be conducted to determine whether the report, if proven to be true, would meet the definition of sexual harassment, requiring that the District follow the grievance procedures as outlined in the *Office of Civil Rights Compliance Title IX Sexual Harassment Manual: Procedures Related to Reports of Sexual Harassment*.

Reports of incidents sexual in nature must also be reported to Miami-Dade Schools Police to determine if a SPAR is required. Where child abuse or neglect is suspected, District staff must also contact the Florida Department of Children and Families in accordance with School Board Policy 8462, *Student Abuse, Abandonment, and Neglect.*

A finding of sexual harassment under the *Code of Student Conduct* cannot be made and corrective strategies for sexual harassment may not be implemented without the express authorization of the District's Title IX Coordinator or designee.

| VITAL ALERT: | *Threats of Violence* |
|---|---|

Students are prohibited from making direct or indirect threats of violence against individuals or groups, any school/district property, including school-sponsored transportation, or any school/ district-sponsored activity or function. Even threats made in jest or in exaggeration must be treated as serious threats. Any threat of such violence must be reported immediately to a teacher or school administrator. **A threat to use a dangerous instrument or weapon on school grounds, on school sponsored transportation, or at any school**

| VITAL ALERT: | *Threats of Violence* |
|---|---|

**sponsored activity, is prohibited.** All threats of violence (oral, written, electronic, or symbolic) will be reported to law enforcement and investigated by school officials.

The principal must consult with the Region Office before issuing corrective strategies; if more than one student is involved in making a threat or false report, Region Offices must review to ensure consistency of discipline as appropriate.     A student, regardless of age, found to have made a threat of violence shall be referred to the school's Threat Assessment Team and is subject to referral for mental health services, appropriate disciplinary consequences, up to and including assignment to Alternative Educational Setting, **suspension,** expulsion, arrest, and/or prosecution.. When students use social media to threaten other students or school employees which has a direct effect on school property, law enforcement may be requested to conduct a "home visit" and/or law enforcement may be involved which could result in criminal prosecution. Threat Assessment Teams must also consult with law enforcement when a student exhibits a pattern of behavior, based upon previous acts or the severity of an act, that would pose a threat to school safety.

It is unlawful for any person to threaten to throw, project, place, or discharge any destructive device with intent to do bodily harm to any person or with intent to do damage to any property of any person, and any person convicted thereof commits a felony of the second degree pursuant to F.S. 790.162.

It is unlawful for any person to make a false report, with intent to deceive, mislead, or otherwise misinform any person, concerning the placing or planting of any bomb, dynamite, other deadly explosive, or weapon of mass destruction pursuant to F.S. 790.166, or concerning the use of firearms in a violent manner against a person or persons, and any person convicted thereof commits a felony of the second degree pursuant to F.S. 790.163.

Any person who writes or composes and also sends or procures the sending of any letter, inscribed communication, or electronic communication, whether such letter or communication be signed or anonymous, to any person, containing a threat to kill or to do bodily injury to the person to whom such letter or communication  is sent, or a threat to kill or do bodily injury to any member  of the family of the person to whom such letter or communication is sent, or any person who makes, posts, or transmits a threat in a writing or other record, including an electronic record, to  conduct a mass shooting or an act of terrorism, in any manner  that would allow another person to view the threat, commits a felony of the second degree pursuant to F.S. 836.10.

Florida Statutes Section 1006.13 requires expulsion for students found to have committed certain infractions including bringing weapons to school and making threats or false reports against school or persons specified in Florida Statutes, Section 784.081, including elected officials or employees of a school district or any sports official.

| VITAL ALERT: | *Under the Influence* |
|---|---|

The impairment of one's normal faculties, such as walking, talking, etc., as may be evidenced by, but not limited to:  bloodshot eyes, slurred speech, odor of alcohol/elicit substance, stumbling, imbalance, drowsiness, flushed face."

**Special Note**:  These observations may be made by a lay (non-expert) witness.  An administrator may come to the conclusion that a student is under the influence of alcohol, or an illicit substance based on the totality of the circumstances.  An administrator should first rule out that the student is having a reaction to food or authorized prescription medication or experiencing a medical condition.  See Vital Alert on the next page(s) **45** Use of Medication.

| VITAL ALERT: | *Use of Medication* |
|---|---|

According to the Board Policy 5330, *Use of Medications*, the School Board is not responsible for the diagnosis and/or treatment of student illnesses. The administration of prescribed medication and/or medically prescribed treatments to a student during school hours is permitted only when failure to do so would jeopardize the health of the student, the student would not be able to attend school if the medication or treatment were not made available during school hours, or the child is disabled and requires medication to benefit from his/her educational program.

Medication includes all medicines including those prescribed by a medical provider and any nonprescribed (over the counter) drugs, preparations, and/or remedies. "Treatment" refers to the manner in which a medication is administered_and to health-care procedures which require special training, such as catheterization.

Written medication authorization (Form 2702) signed by the child's medical provider and parent shall be provided before any prescribed medication or treatment may be administered to any student during school hours. Parents may administer medication or treatment. The child's medical provider and the parent must also authorize in writing any self-medication by the student such as epi-pens and inhalers.

Medication shall not be carried on a student's person in the school except as approved by the principal. Furthermore, no student is allowed to provide or sell any type of over-the-counter medication to another student.

| VITAL ALERT: | *Use of Technology and Computer Related Offenses* |
|---|---|

Students are encouraged to use computers, networks, and online telecommunication such as the Internet and electronic mail (e-mail). While exercising the right to use available technology, students must be aware of their responsibility as users. Technology advancement has provided students with access along with the opportunity to commit offenses that violate the *Code of Student Conduct*.

Students must comply with Board Policy 7540.03, Computer Technology and Networks and the M-DCPS Network Security Standards whenever using or accessing District-provisioned accounts, resources and/or electronic devices (even when off-site); these provisions are applicable whether the student is using a District-issued or personal device.

Technology and computer-related offenses include, but are not limited to:

### *Technology and Computer Related Offense (Level 1) (Level III Behavior)*

☐ Accessing or facilitating the access of a computer, electronic device, or networked resource or another user's account without authorization.
   ○ Students shall not:
      ▪ Access or use another person's account without written permission;
      ▪ Share their password with anyone else or engage in activities that would reveal anyone's password;
      ▪ Allow others to access a computer that the user is logged onto;
      ▪ Never sign in, or attempt to sign in, as another person.

000199

**Code of Student Conduct – Elementary**

| VITAL ALERT: | *Use of Technology and Computer Related Offenses* |
|---|---|

☐ Bypassing or attempting to bypass Internet content filters to access blocked content.

☐ Computer use inconsistent with educational usage or goals, or any use that violates applicable copyright laws.

### *Technology and Computer Related Offense (Level 2) (Level IV Behavior)*

☐ Modifying and/or distributing student data and/or records (including grades) or Personally Identifiable Information (PII) without authorization.

☐ Engaging in the disruption or denial of service to a computer, electronic device, or networked resource.

☐ The destruction or damage, either virtual or physical, of a computer, electronic device, or networked resource, including any stored data.

☐ The introduction of viruses, malware or other illegal/inappropriate software, including unauthorized network monitoring or hacking tools.

☐ The act of engaging in surveillance of an individual, including the use of a computer's camera or microphone or unauthorized remote desktop or keystroke logging software.

☐ Using a computer, electronic device, or networked resource to access or transmit materials containing profanity, lewd, pornographic, or inappropriate content (including racially/ethnically insensitive or offensive language).

☐ Utilizing a computer, electronic device, or network resources to send threats or engage in illegal activities.

### *Technology and Computer Related Offense (Level 3) (Level V Behavior)*

☐ Using a computer, electronic device, or networked resource to create access, transmit, or distribute material containing profanity, lewd, pornographic, or inappropriate content and involving a minor.

☐ Accessing, modifying and/or distributing student data and/or records (including grades) or Personally Identifiable Information (PII), including but not limited to social security number(s), etc. for financial gain.

The destruction, damage, or interruption, either virtual or physical, of any District information system

46

| VITAL ALERT: | *Weapons & Simulated Weapons* |
|---|---|

Possession of a firearm or weapon as defined in Florida Statutes, Chapter 790 by any student while the student is on school property or in attendance at a school function is grounds for disciplinary action as set forth in this *Code of Student Conduct* and may also result in criminal prosecution.

If a student brings a firearm or weapon and/or makes a threat or false report, the school must refer the student to the school's Threat Assessment Team and mental health services identified by the school district pursuant to F.S. 1012.584(4).   The principal must consult with the Region Office before issuing corrective strategies. If more than one student is involved in making a threat or false report.  Region Offices must review to ensure consistency of discipline as appropriate.

In accordance with F.S. 1006. 07, a student may be subject to disciplinary action if simulating a firearm or weapon while playing substantially disrupts student learning, causes bodily harm to another person, or places another person in reasonable fear of bodily harm. The severity of consequences imposed upon a student, including referral to the criminal justice or juvenile justice system, must be proportionate to the severity of the infraction and consistent with this *Code of Student Conduct* for similar infractions. If a student is disciplined for such conduct, the Principal or designee must call the student's parent. Disciplinary action resulting from a student's clothing or accessories shall be determined in accordance with F.S. 1006.07(2)(d) and Policy 5511, *Dress Code and School Uniforms*.

| VITAL ALERT: | *Wireless Communication Devices* |
|---|---|

Wireless communication devices include two-way communication devices, such as cellular phones, mobile phones, MP3 players, electronic games, beepers, pagers, portable computers including but not limited to laptops, personal digital assistances (PDA), tablets, eReaders, iPads, personal organizers and similar wireless devices. Possessing a wireless communication device is not a violation of the *Code of Student Conduct*. However, a student shall not disrupt the educational process or interfere with the safety-to-life issues of students by using a wireless communication device inappropriately.

When using electronic devices for the purposes of learning consistent with the educational objectives of the District during the instructional day, students must comply with Board Policy 7540.03*, Student Responsible Use of Technology, Social Media, and District Network Systems*, Student Network and Internet Acceptable Use and Safety.

The following rules must be followed regarding the possession, use, and display of wireless communication devices:

☐  Students may only possess, display and use wireless communication devices (i.e., texting, email, telephone etc.) before or after the instructional day.

☐  Students must ensure that the telephone capabilities of their devices are turned off during the instructional day (i.e., ringer off, silent mode, etc.)

☐  Students shall avoid classroom disruptions, by not displaying, using, or activating the data access portion of their wireless communication devices during the instructional day unless instructed to do so by the teacher and/or authorized school personnel under the Bring Your Own Device initiative outlined in Board Policy 7540.03.  This includes during class, in the library, during lunch breaks, during class changes and during any other structured activity. Unless using its data access capabilities for

| VITAL ALERT: | *Wireless Communication Devices* |
|---|---|

instructional purposes as directed by their teacher and/or authorized school personnel as outlined in Board Policy 7540.03.

☐ The school is not responsible if a student's wireless communication or any electronic device is lost or stolen.

The possession of a cellular telephone is not a violation of the *Code of Student Conduct*. However, the possession of a cellular telephone that disrupts the educational process, the use of the cellular telephone capabilities during school hours, use of a cellular phone to commit a crime, and the possession or use of a cellular telephone that disrupts or interferes with the safety-to-life issue for students being transported on a Miami-Dade County Public Schools bus, are infractions of the *Code of Student Conduct*.

| VITAL ALERT: | *Zero Tolerance Policy & Other Serious Crimes* |
|---|---|

**Zero Tolerance**

Zero-tolerance policies must require students found to have committed one of the following offenses to be expelled, with or without continuing educational services, from the student's regular school for a period of not less than 1 full year, and to be referred to the criminal justice or juvenile justice system.

(a)   Bringing a firearm or weapon, as defined in chapter 790, to school, to any school function, or onto any school-sponsored transportation or possessing a firearm at school.
(b)   Making a threat or false report, as defined by ss. 790.162 and 790.163, respectively, involving school or school personnel's property, school transportation, or a school-sponsored activity.

District school boards may assign the student to a disciplinary program for the purpose of continuing educational services during the period of expulsion. District school superintendents may consider the 1-year expulsion requirement on a case-by-case basis and request the district school board to modify the requirement by assigning the student to a disciplinary program or second chance school if the request for modification is in writing and it is determined to be in the best interest of the student and the school system. If a student committing any of the offenses in this subsection is a student who has a disability, the district school board shall comply with applicable State Board of Education rules. If a student brings a firearm or weapon and/or makes a threat or false report, the school must refer the student to the school's Threat Assessment Team and mental health services identified by the school District.

☐ bringing or possessing a firearm or weapon to school, any school/district property, including school-sponsored transportation, or any school/ district-sponsored activity or function; shall also result in a threat assessment, referral for expulsion and mental health services pursuant to Section 1006.13 F.S.

☐ making a threat or false report, as defined by F.S. 790.162 and 790.163, involving any school/district property or school personnel's property, including school-sponsored transportation, or any school/ district-sponsored activity or function; shall also result in a threat assessment, referral for expulsion and mental health services pursuant to Section 1006.13 F.S.

**Assault or Battery on Specified Officials or Employees**

☐ Any student found to have committed any offense in s. 784.081(1), (2), or (3) shall be expelled or placed in an alternative school setting or other program, as appropriate. Upon being charged with the offense, the student shall be removed from the classroom immediately and placed in an

| VITAL ALERT: | *Zero Tolerance Policy & Other Serious Crimes* |
|---|---|

alternative school setting pending disposition.

**Other Serious Crimes**

Furthermore, this policy requires the school district to take precautions to provide protection at school for victims of students who commit:

- ☐ homicide;
- ☐ assault, battery, and culpable negligence;
- ☐ relating to kidnapping, false imprisonment, luring or enticing a child, and custody offenses;
- ☐ sexual battery;
- ☐ lewdness and indecent exposure;
- ☐ child abuse;
- ☐ robbery;
- ☐ robbery by sudden snatching;
- ☐ carjacking; and
- ☐ home-invasion robbery

The State of Florida Juvenile Justice Reform Act of 1965 requires the School District to link juvenile violent incidents to the action taken by the student's school and the District. The District is required to collect data about violent incidents involving students during each school year and transmit a report to the state. Certain infractions in the *Code of Student Conduct* may result in criminal penalties as well as administrative corrective strategies.

# FORMAL CORRECTIVE STRATEGIES RECOGNIZED IN THE CODE OF STUDENT CONDUCT

| *FORMAL CORRECTIVE STRATEGIES:* | *Assignment to an Alternative Educational Setting* |
|---|---|

An Alternative Educational Setting (AES) is a corrective intervention used to address a student's needs and give the student time away from the classroom or regularly assigned school setting to learn targeted behavior management skills in a smaller school setting. A student may be assigned to the following Alternative Educational Settings (AESs) suitable to the Level of Behavior.  When the principal utilizes an AES, the student shall be afforded the same due process procedures that are applicable to suspension, including written notice within 24 hours by U.S. mail.  Schools must take into account the student's capacity to understand his or her behavior and the inappropriateness of his or her actions. Pursuant to School Board Policy 2410, *School Health Services Program*, principals shall make a reasonable attempt to notify a parent of a student before the student is removed from school, school transportation, or a school-sponsored activity to be taken to a receiving facility for an involuntary examination pursuant to F.S. 394.463.

## TEMPORARY REMOVAL FROM CLASS

If a student is disruptive in class, the teacher may request assistance from a school administrator to have the student temporarily assigned elsewhere within the student's regularly assigned school.  The principal should consider the teacher's recommendations and ensure that the student is provided with assignments that are relevant to the material being taught in the class from which the student was removed.

## OTHER ALTERNATIVES

Other alternatives, include after-school detention, Saturday School, or other programs available within the student's regularly assigned school.

In the case of a student with a disability, assignment must be appropriate in light of the student's Individual Educational Plan (IEP) or Section 504 Plan.  Removal from a particular class should not effectuate a denial of IEP or Limited English Proficient (LEP) services.

## RESTORATIVE JUSTICE PRACTICES (at District Approved Schools)

Restorative Justice is a theory of justice that emphasizes repairing the harm caused by crime and conflict. It places decisions in the hands of those who have been most affected by a wrongdoing, and gives equal concern to the victim, the offender, and the surrounding community. Restorative justice practices focus on the infraction and conflict, and utilize various techniques such as peace-making circles, which are designed to repair the harm, heal broken relationships, and address the underlying reasons for the offense.

## STUDENT COURT (at District Approved Schools)

Student Court is a tribunal for students who have been trained to hear actual cases of school level offenses committed by their peers.  Student Court School-Based Program model is for students who violate Level I, Level II and select Level III behaviors of the *Code of Student Conduct*.  It provides participating schools with an alternative resource for decreasing the number of in-school and out-of-school suspensions. Student Court is a tribunal for students who have been trained to hear actual cases of school level offenses committed by their peers.

| FORMAL CORRECTIVE STRATEGIES: | *Assignment to an Alternative Educational Setting* |
|---|---|

## ASSIGNMENT TO SCHOOL CENTER FOR SPECIAL INSTRUCTION (SCSI)

The principal may assign the student to the School Center for Special Instruction (SCSI), which is an alternative setting within the student's regularly assigned school. The SCSI should be designed to provide tutorial and guidance services.

When misconduct in a specific class, results in an assignment to SCSI, the student may only be removed from the class where the misconduct occurred. Continued or general misconduct can result in removal from all classes if deemed appropriate by the principal.

## PERMANENT REMOVAL FROM CLASS

A teacher may remove a student whose behavior the teacher determines interferes with the teacher's ability to communicate effectively with the students in the class or with the ability of the student's classmates to learn. This includes disobedient, violent, abusive, uncontrollable, or disruptive students.  The principal shall be notified immediately, and the teacher shall be entitled to receive, prior to or upon return of the student to class, a copy of the Student Case Management Form (SCM) describing corrective strategies taken.

Each school must establish a Placement Review Committee to determine appropriate placement of the student when the teacher has withheld consent for return to the teacher's class.  The committee consists of at least two teachers, one selected by the faculty, one selected by the teacher who has removed the student, and one member selected by the principal from the school's staff.  The teacher who requested the removal may not serve on the committee.  The parent/guardian of the student must be informed of the Placement Review Committee and be provided the opportunity to communicate with the committee on behalf of the student.  The committee must render a decision within 5 days after the removal of the student from the classroom and may either: (1) place the student in another class within the student's regularly assigned school, or (2) return the student to the teacher's class.  The teacher may appeal the committee's decision to the Superintendent.

## SHORT-TERM AES (1- 10 DAYS) (ONLY Levels III-V)

A principal may remove a student from the student's regularly assigned school and assign the student to an AES for one (1) to ten (10) days for behaviors that constitute a threat to school safety, endanger health and safety, damage property, and/or cause serious disruptions to the learning environment.   Principals take this action when they have exhausted informal corrective strategies, or when they have at least considered those alternatives and rejected them as inappropriate in a given situation.

A student removed from his or her regular school program has the right to request and obtain make-up assignments for the time he or she was reassigned. It is the responsibility of the student to request make-up work for assignments missed due to a reassignment from the student's regular school program. In the case of a student with a disability, assignment must be appropriate in light of the student's Individual Educational Plan (IEP) or Section 504 Plan.  Removal from a particular class should not effectuate a denial of IEP or Limited English Proficient (LEP) services.

A student removed from his or her regular school program is entitled to be notified of the reason for the reassignment and an opportunity to be heard by the principal/designee.  Parents/Guardians must be provided written notice within 24 hours by U.S. mail.

| *FORMAL CORRECTIVE STRATEGIES:* | *Assignment to an Alternative Educational Setting* |
|---|---|

### STUDENT SUCCESS CENTER (10 DAYS OR LESS)

A Student Success Center is one type of short-term Alternative Educational Setting away from the student's regularly assigned school that provides a safe-haven in a structured learning environment for referred students (ages 11 and older) exhibiting Level III-V behavior and (with Region notification).  The assignment of a student to the Student Success Center is voluntary.  If the parent elects to send the student to the Success Center, the student will receive supervision and academic and behavioral interventions while the student serves the suspension

### LONG-TERM AES (MORE THAN 10 DAYS)

A principal may request a District-approved administrative assignment to an AES for more than ten (10) days for Level III-V behaviors that constitute a threat to school safety, seriously endanger health and well-being of others, damage property, and/or cause serious disruptions to the learning environment. This action is taken only when less severe strategies are deemed inappropriate. If the nature of the student's behavior warrants, the Superintendent's designee will approve the request and assign the student to one of the alternative educational settings.

In the case of a student with a disability, assignment must be appropriate in light of the student's Individual Educational Plan (IEP) or Section 504 Plan.  Removal from a particular class should not effectuate a denial of IEP or Limited English Proficient (LEP) services.

A student removed from his or her regular school program is entitled to be notified of the reason for the reassignment and an opportunity to be heard by the principal/designee and the parents/guardians must be sent written notice within 24 hours by U.S. mail.  Furthermore, the student assigned to an AES for more than 10 days is entitled to a hearing.

### PATHWAYS (10 DAYS PRECEDING EXPULSION)

Pathways is one type of Alternative Educational Setting for students in grades 6 – 12 that commit the most serious infractions of the *Code of Student Conduct* (Levels IV and V) may be recommended for expulsion. Students will be assigned to the Pathways Program during the period of time which would have traditionally resulted in a ten (10) day outdoor suspension preceding expulsion.  Students will receive academic support, in-house counseling services and receive wrap-around services from community agencies through the Pathways Program.

| *FORMAL CORRECTIVE STRATEGIES:* | *Denial of Bus Privileges* |
|---|---|

Student misconduct while riding a school bus and/or bus stop is a serious threat to the safety of everyone on the bus as well as other motorists, pedestrians and members of the community. All rules that apply to school grounds and activities also apply when riding the school bus. Parents are responsible for their child's behavior on the school bus to and from school as well as their behavior at the bus stop.

**Unacceptable behaviors on a school bus leading to the need for corrective action, which include but are not limited to the following:**
- Disrupting, distracting, or disobeying a bus operator
- Failing to use required safety equipment on the bus
- Standing or getting out of your seat while bus is in motion
- Failing to sit in assigned seat (if applicable)

| *FORMAL CORRECTIVE STRATEGIES:* | *Denial of Bus Privileges* |
|---|---|

- Yelling, inappropriate language, spitting outside the bus window, at other students, pedestrians, or motorists.
- Use of profanity, fighting or smoking on the bus
- Boarding a bus other than the students assigned bus/route or attempting to leave the school bus at a stop other than the students assigned stop without permission from the school principal/designee
- Having arms, legs, or head outside the window of the bus
- Opening an emergency door and/or exiting the bus when it has stopped, unless directed by the bus driver in an emergency
- Threats against the driver, passengers, or bus aide on the bus
- Opening emergency exit while bus is in motion
- Throwing objects out of the window of the bus which may or may not cause damage or injury to others
- Throwing objects at any school bus which may or may not cause damage or injury to others
- Vandalism to bus equipment

Possible corrective action may include the following depending on the severity of the offense:
- Verbal or written reprimand from the school principal/designee
- Parent Conference
- Up to ten (10) days suspension from being transported to and from school
- Up to ten (10) days loss of bus privileges for extracurricular activities
- Assignment to AES
- Recommendation for expulsion if the behavior on the bus constitutes a level III – V

**Corrective actions will be determined by the school principal/designee with input from the Department of Transportation based on the offense and after all necessary documentation has been submitted by the bus driver or transportation center.**

In the case of a student with a disability, suspension of bus privileges must be appropriate in light of the student's Individual Educational Plan (IEP) or Section 504 Plan. A manifestation determination must be conducted for more than ten (10) days of bus suspension for any student who receives transportation as a related service on his or her IEP or Section 504 Plan.

| *FORMAL CORRECTIVE STRATEGIES:* | *Denial of Bus Privileges for Students with Disabilities* |
|---|---|

There are certain Federal regulations, Florida Statutes, and Rules of the State Board of Education that pertain to disciplinary measures for ESE students. The transportation privileges for ESE students may be suspended for violations of the *Code of Student Conduct*; however, there are limits to the length of time ESE students may be suspended from riding the bus.

A. Consistent with the school district's *Code of Student Conduct* and to the extent that suspension of transportation privileges would be applied to regular education students, school principals may suspend a ESE student's transportation privileges for not more than ten (10) consecutive school days.

B. School principals may further suspend the transportation privileges of a ESE student for not more than ten (10) consecutive school days in the same school year for separate incidents of misconduct, as long as those suspensions do not constitute a "change of placement" as defined in Rule 6A-6.03312 of the State Board of Education.

| FORMAL CORRECTIVE STRATEGIES: | *Denial of Bus Privileges for Students with Disabilities* |
|---|---|

C.  Pursuant to Rule 6A-6.03312 of the State Board of Education, a "change in placement" occurs when:

- The suspension is for more than ten (10) consecutive school days, or

- The student has been subjected to a series of suspensions of transportation privileges that constitutes a pattern because the suspensions cumulate to more than ten (10) schools days in a school year, because the student's behavior in previous incidents is substantially similar to the student's behavior that resulted in the series of suspensions, and because of additional factors, such as the length of each suspension, the total amount of time the student has been suspended, and the proximity of the suspensions to one another. The school district determines on a case-by-case basis whether a pattern of suspensions constitutes a "change of placement," and this determination is subject to review through due process and judicial proceedings.

D.  Requirements for Manifestation Determination (MD) meetings for transportation related violations:

- All ESE students who have their transportation privileges suspended are required to have a Manifestation Determination (MD) meeting after the sixth (6th) day of suspension **– if the student is unable to attend school as a result** – and for every suspension thereafter in order to determine whether the pattern of removals constitutes a "change of placement," as defined in paragraph (C), above.

- When reviewing the student's conduct, the IEP Team will review all relevant information in the student's file, including any information supplied by the parents of the student, any observations of the student from teachers and Transportation staff, and the student's current IEP.

- The IEP Team shall determine if the misconduct of the student was caused by, or had a substantial relationship to, the student's disability, or whether the conduct was a direct failure of the school district's failure to implement the IEP.

- If the IEP Team determines that the misconduct of the student was caused by or had a direct and substantial relationship to the student's disability – or that the conduct in question was a direct result of the school district's failure to implement the IEP – the conduct will be determined to be a manifestation of the student's disability and the school district will take immediate steps to remedy those deficiencies.

- If the IEP Team determines that the conduct in question of the student was a   manifestation of the student's disability, the IEP Team will either:

    o  Conduct a Functional Behavioral Assessment (FBA) and implement a Social Emotional-Behavioral Implementation Plan (SE-BIP) for the student, or

    o  If a SE-BIP has already been developed, review and modify it as necessary to address the behavior

- If the IEP Team determines that the behavior **was *not* a manifestation of the student's disability**, the school district may implement the relevant disciplinary procedures that would otherwise apply to a student without disabilities, in the same manner and for the same duration providing the student continues to receive services so at to enable the student to participate in the general curriculum and to progress toward meeting the student's IEP goals.

000208

| FORMAL CORRECTIVE STRATEGIES: | *Denial of Bus Privileges for Students with Disabilities* |
|---|---|

E. **Expulsion.** Expulsion of a student from riding a school bus is the measure of last resort. It may be taken only after repeated suspensions of student's bus riding privileges have failed to result in an improvement in the student's behavior, an/or for the most serious of misconduct offenses. Expulsion of a student from riding a school bus must be approved by the M-DCPS School Board in accordance with Board Policy 2460, *Exceptional Student Education.*

| FORMAL CORRECTIVE STRATEGIES: | *Denial of Participating in Social and/or Extracurricular Activities* |
|---|---|

Students may be denied the privilege of participating in social and/or extracurricular activities if they have been disruptive in school or at social and/or extracurricular activities. They may also be denied this privilege if they have been convicted or found to have committed a felony or a delinquent act that would have been a felony if committed by an adult, and a determination has been made that the incident has an adverse impact on the educational program, discipline, or welfare in the school. In addition, for senior high school students, any arrest will result in an immediate minimum 10-day prohibition from participation in interscholastic competitions or performance, including practices.

All senior high school students, in order to participate in interscholastic  athletics and/or extracurricular activities, commencing with the successful completion of the eighth grade as defined by Board Policy 5410 - Student Progression Plan, must meet all academic and conduct eligibility requirements contained in Board Policy 5845, *Student  Activities*, Board Policy 5500, *Student Conduct and Discipline*, and  those of the Florida High School Athletic Association (FHSAA) and the Greater Miami Athletic Conference (GMAC) Bylaws.

A student's eligibility to participate in any interscholastic athletics and/or extracurricular activity may not be affected by any alleged recruiting violation until final disposition of the allegation pursuant to Section 1006.20 F.S.

| FORMAL CORRECTIVE STRATEGIES: | *Expulsion* |
|---|---|

A principal may request that the Superintendent recommend to the School Board that a student be expelled in accordance with Board Policy 5610, *Suspension and Expulsion of Students* and this policy.  Principals may take this action when they have exhausted less severe administrative corrective strategies, or when they have considered those alternatives and rejected them as inappropriate in the given situation.

Only the School Board can approve an expulsion.  The maximum period of time for an expulsion may not exceed the remainder of the term or school year in which the incident that gave rise to the expulsion occurred, the summer session, plus one additional school year of attendance. An expelled student is entitled to due process, including a formal hearing.

000209

**Code of Student Conduct – Elementary**

| *FORMAL CORRECTIVE STRATEGIES:* | *Manifestation Determination Procedures* |
|---|---|

A Manifestation Determination meeting is held any time a change of placement is being considered for a student with a disability, such as, when the student has been referred to an Alternative Educational Setting (AES), School Center for Special Instruction (SCSI), and/or the Student Success Center or Pathways.  A Manifestation Determination is a process by which the relationship between the student's disability and the specific behavior that may result in disciplinary action is examined. Schools must take into account the student's capacity to understand his or her behavior and the inappropriateness of his or her actions.

A.  A Manifestation Determination will be made within (10) school days of any decision to change the placement of a student with disability due to a violation of the *Code of Student Conduct.*

- The IEP Team will meet to review all relevant information in the student's file, including any information supplied by the parents of the student, any observations of the student from teachers, and the student's current IEP.  The team will determine whether the conduct in question was the direct result of the student's disability or was the direct result of the school district's failure to implement the IEP.

B.  If the IEP Team determines that the misconduct of the student was caused by, or had a direct and substantial relationship to the student's disability – or that the conduct in question was a direct result of the school district's failure to implement the IEP – the conduct will be determined to be a manifestation of the student's disability and the school district will take immediate steps to remedy those deficiencies in one or more of the following ways:

- Conduct a FBA and implement a SE-BIP for the student; or

- If a SE-BIP has already been developed, review and modify it as necessary to address the behavior; and

- Return the student to the placement from which the student was removed unless the parents/guardians and school district agree to a change in placement as part of the modification for the SE-BIP.

   **This option does not apply to students with disabilities that violate the *Code of Student Conduct* with infractions listed in the 45 School Day Alternative Placement Rule.

C.  If the IEP Team determines that the behavior **was *not* a manifestation of the student's disability**, the relevant disciplinary procedures applicable to non-disabled students may be applied to the student in the same manner and for the same duration in which they would be applied to non-disabled students, except that services necessary for a FAPE will be made available to the student with disability.

D.  If the parent(s)/guardian(s) disagrees with the manifestation determination decision made by the IEP Team, the parent(s)/guardian(s) may appeal the decision by requesting a due process hearing.

| **FORMAL CORRECTIVE STRATEGIES:** | *Mental Health Services* |
|---|---|

If a school's Threat Assessment Team determines that a student poses a threat of violence or physical harm to himself or herself or others or significantly disruptive behaviors, a referral may be made to counseling or behavioral health programs. Threat Assessment Teams must consult with law enforcement when a student exhibits a pattern of behavior, based upon previous acts or the severity of an act, that would pose a threat to school safety.

If an immediate mental health or substance abuse crisis is suspected, school personnel will engage behavioral health crisis resources to provide de-escalation strategies, emergency intervention and assessment, make recommendations, and refer the student for appropriate services.

A good faith attempt will be made to notify the student's parent or legal guardian; however, nothing will preclude school district personnel from acting immediately to address imminent threat and/or danger.

| **FORMAL CORRECTIVE STRATEGIES:** | *Peer Mediation* |
|---|---|

The principal may establish a peer mediation program designed to resolve problems addressed in the *Code of Student Conduct.* The establishment and use of this program is solely within the principal's discretion.

| **FORMAL CORRECTIVE STRATEGIES:** | *Work Back Program in Lieu of Expulsion* |
|---|---|

In lieu of expulsion, a Work Back Program consistent with existing guidelines, may be available for students who are presently being recommended to the Board for expulsion, except in certain cases for in which a Work Back Program is not allowed.

000211

**Code of Student Conduct – Elementary**

## *BEHAVIORS THAT MAY RESULT IN CRIMINAL PENALTIES*

The following behaviors are grounds for corrective strategies by the school and may also result in criminal penalties:

- ☐ Illegal use, possession, or sale of controlled substances while on school grounds or attending a school function;

- ☐ Use of a wireless communication device in the commission of a crime;

- ☐ Possession of a firearm or weapon while on school grounds, school bus or at a school function, shall also result in a referral for expulsion and mental health services pursuant to Section 1006.13 F.S.;

- ☐ Violence against any district School Board personnel;

- ☐ Disruptive behavior on a school bus, or at a bus stop, or other violation of the School Board's transportation policy;

- ☐ Violation of the School Board's sexual harassment policy;

- ☐ Making a threat or false report involving destructive devices or explosives directed against a school, school personnel property, school transportation, or school-sponsored activity shall also result in a referral for expulsion and mental health services pursuant to Section 1006.13 F.S.; and

- ☐ Sexting

- ☐ Hazing

Notice of the potential for criminal charges for these offenses is required by Section 1006.07 F.S.; however, students and parents/guardians should be aware that any criminal offense could result in criminal prosecution and penalties.

000212
**Code of Student Conduct – Elementary**

# Chapter V – Multi-Tiered System of Supports (MTSS) Behavior Intervention Guide



# MULTI-TIERED SYSTEM OF SUPPORTS (MTSS)
# BEHAVIOR INTERVENTION GUIDE

Multi-Tiered System of Supports (MTSS)
Behavior Intervention Guide

Multi-Tiered System of Supports (MTSS) represents an umbrella of academic, behavioral, and social-emotional (SEL) supports for improving learning outcomes for every student. The MTSS behavior intervention guide is intended as a resource for all educators to assist in integrating behavior supports and services into a fluid and seamless system of multi-tiered service delivery for all students.  The MTSS model for instruction and intervention is based on the principle that and behavioral supports are first provided at a core or universal level to effectively address the needs of all students in a school (referred to as Tier I).  However, not all students respond the same to behavioral teaching strategies.  As a result, some students with identified behavioral needs will receive supplemental or targeted behavioral instruction and intervention at Tier II.  Finally, at Tier III, a few students with the most severe behavioral needs will receive the most intensive and possibly individualized behavioral support.

## TIER I

**Teach Rules/Expectations:**  Establish a structured system for teaching a student rules and expectations prior to a task/request.  Such a system may be verbal, written or pictorial.
- **Verbal:**  scheduling five minutes prior to an assignment to review rules and expectations
- **Written:**  provide the student with three (3) – five (5) positively stated written rules and expectations for a given task
- **Pictorial:**   teacher can use picture cards to nonverbally teach/remind students of various rules/expectations

**Student Repeats Rules/Expectations Prior to Transition:** Establish a system in which a student verbally, or in written form, repeats rules/expectations prior to transition.
- Teachers and student have an agreement specifying that before each class change the student verbally reviews the rules and expectations

**Preferential Seating:**  Change the seating arrangement for a student to address his/her specific needs. Possible examples may include:
- The student sits in close proximity to the teacher for hearing, vision, and or attention concerns.

- The student is moved away from negative peer influences and near more positive peer influences.

**Parent-Teacher Communication System:** Establish a set time and method for communication between parent and teacher regarding the student's behavior and progress.
- Methods for communication might include phone contact, face to face meeting, e-mail, or note/letter correspondence.

**Personal Connection with Student:**  Establish set times and methods for providing special attention for a student.

- A teacher makes it a point to check in with a student each morning to find out how his/her homework was the evening before.

***Provide Additional Guidance/Extend Instruction:***  Provide the student with more specific and or modified instructions, prior to the assignment, to assist in general comprehension.
- The teacher may provide additional/individual verbal instructions, written instructions, pictorial instructions, visual guides, completed model of task, etc.

***Increase Frequency of Task Related Recognition:***  Provide specific and consistent recognition and reinforcement for a student's on-task behavior.
- In lieu of simply expecting that a student engages in task related behavior, the teacher will provide reinforcement (verbal, nonverbal, tangible) for a student that is properly engaged in the classroom task.

***Visual Schedule:***  Use for students in need of a structured organizational system, either pictorial or written.
- The schedule is designed to assist the student as he/she progresses through the activities and tasks of the day (i.e., morning bell rings- first class, reading-second class, art, etc.).
- It can also be used to break down a specific task (i.e., open notebook – go to math section- put paper on teacher's desk).

***Environmental changes:***  Make various changes in the environment to accommodate the sensory needs of a student.
- Some examples of this are changing the lighting, re-arranging furniture, or adjusting sound sources.

***Use Preferred Activities as Reinforcement:***  Provide access to a preferred activity (i.e., computer time, art, listening to music, etc.) when a student engages in appropriate behavior.

- The teacher must clearly identify what the preferred activity is, make sure that the identified activity is truly rewarding for the student, establish the circumstances under which the preferred activity will be awarded (i.e., after appropriate behavior has been demonstrated three times), and for how long student will be allowed to engage in the preferred activity.

***Personally Greet the Student upon Arrival to Class:***  Establish a system for spending a personal moment with the student before class, especially with students who may thrive on attention.
- The teacher may want to ask: "How are you today?", "What did you do yesterday after school?", and "How is your family?," etc.

***Increase Frequency of Positive Reinforcement:***  If reinforcement does not occur on a frequent basis, negative/problem behaviors may start to reoccur or increase as a result. When this happens simply increase the frequency of when incentives are delivered.
- A student, who is receiving access to the computer lab for the last half hour of the school day in exchange for demonstrating use of problem-solving skills, continues to display episodes of inappropriate behavior. The teacher can increase the frequency of positive reinforcement by allowing two or three opportunities scattered throughout the day to access the computer.

***Use of Tangible/Non-tangible Rewards:***  Use tangible and/or non-tangible reinforcers immediately to reward a student for engaging in positive behavior or good performance.  The selected tangible/non-tangible reward must be effective for the student in question and delivered on a consistent basis.
- Tangible:  food, stickers, toys, etc.
- Non-tangible:  verbal praise, public posting of class work, etc.

***Ignore Undesirable Behavior(s):*** Instead of, or in addition to, reinforcing positive behavior(s), the teacher can ignore undesirable behavior(s).  Any time the student engages in an undesirable behavior, the teacher systematically and consistently ignores the student until the behavior ceases.

***Establish Logical Consequences for Students:*** Inform students that engaging in certain problem behaviors will result in specific consequences.
- Out of seat behavior will result in student not earning points on behavior contract.  Consequences must be specifically identified to the student, and they must be consistently implemented.

***Encourage Effort to Display Appropriate Behavior:*** Provide reinforcement for a student who is trying to display the appropriate replacement behavior, even if he/she is not quite there yet. This practice will encourage the student to "keep up the good work" and eventually demonstrate the replacement behavior

***Use of Positive Referrals:*** Make positive references to the student for engaging in appropriate behavior.

***Use Classroom Incentives for Individual Student Accomplishments:*** Reward an individual student's success by allowing the entire class to benefit.
- Throw a pizza party for the class if the individual student has a good week on his/her behavior contract.

***Call Home to Share News of Student Effort/Success:*** Establish a system for calling the student's parents daily/weekly in order to update them on their child's success and progress.

***Use School-Wide Vehicles for Recognition:*** Recognize student success and/or progress during school announcements, award programs, lunch, assemblies, etc.

***Assign Classroom Responsibilities for Student Recognition:*** Allow student to participate in classroom related responsibilities (i.e., line leader, clean-up after projects, message delivery person, teacher helper, etc.) in exchange for positive behavior.


*TIER II*


***Teach/Model Communication/Social Skills:*** Teach a student appropriate methods of communication. Students who do not possess effective communication/social skills will often vent their school related frustrations in disruptive and inappropriate ways.

- A student experiencing difficulty in mathematics may attempt to avoid such work by acting out in the classroom. The concept is to teach the student appropriate ways of expressing their frustrations.  The teacher develops a script with the student that addresses his/her specific needs.
- The following is an example of such a script:  when the student is having academic difficulty and feeling frustrated, he/she will signal the teacher either verbally or with a predetermined nonverbal sign (i.e., hand raise).  The teacher will subsequently respond to the student to find out if he/she needs extra instruction, assistance with assignment or a break from work.  Extra instruction and assignment assistance can be delivered by the teacher or by an appointed peer tutor.  The break may be as simple as a five-minute water or bathroom break.  As part of the script, the student agrees to resume appropriate work after his/her needs have been met.

- In order to ensure optimal effectiveness, the teacher should provide the script in written form to the student and possibly attach it to his/her desk.

***Task Analysis:*** Break down and make concrete the difficult tasks to ensure more success.  The teacher can teach a student how to break down a task into more simplistic parts.

- A student who has difficulty compiling a three-sentence paragraph may perform better when the task is broken down into small steps. First, teach him/her to identify and write down the theme of the paragraph, then create three categories (introduction, main idea, and conclusion), next brainstorm what ideas should go under each category, and finally the student can compile the paragraph based on the information gathered during previous steps.

***Practice Communication and Social Skills:*** After teaching appropriate communication and/or social skills techniques, the teacher may provide specific opportunities for the student to demonstrate such skills in the classroom.

- The teacher may need to establish a verbal or nonverbal prompt with the student (i.e., "now is a good time to use your skills" or tap the student on the shoulder).

***Teach Coping Skills:*** Teach appropriate ways to cope/deal with frustration, anger, embarrassment, etc., when students do not have a repertoire of appropriate strategies to deal with adverse situations.

- The teacher can teach the student methods such as asking for a time out or break, relaxation/breathing exercises, taking five minutes to vent feelings privately with teacher/peer, or engaging in an enjoyable activity (i.e, computer, art, etc.).  Suggestions for appropriate coping skills can be written and attached to the student's desk as a reminder.

***Teach Positive Self Talk:*** Students who do not believe they are capable in various academic and/or social situations may become increasingly unmotivated to work, withdrawn, or even disruptive in order to avoid uncomfortable scenarios.

- The teacher and or school counselor can teach the student a repertoire of positive statements such as "I am capable of doing my work", I can make friends in my class", or "If I study my spelling words every day, I will get a good grade on my spelling test".
- The student is taught to repeat such statements as frustrations increase in adverse situations.
- The teacher/counselor may need to provide verbal/nonverbal prompts in order for the student to initiate in the self-talk procedures (i.e., "what do you need to tell yourself?" or hand signal).

***Remediation in Specific Academic Areas:*** Students with academic deficits may engage in problem behavior as a way to avoid difficult tasks.  Implementing classroom academic interventions for remediation should reduce the need to avoid such tasks.  In order to select appropriate academic interventions, refer to the School Support Team (if applicable)

***Use of Personal Interests for Motivation:*** Incorporate student interests into a given task or activity. The concept is that if a student finds a task/activity enjoyable or interesting, he/she is more likely to stay engaged for a longer period of time.

- A student who has difficulty staying on task during independent reading assignments will likely become more motivated to complete the assignment if the topic is of his/her choosing. (i.e,, if the student likes fishing, the reading assignment can be related).

***Teach Alternative Behavior for Sensory Feedback:*** A student who engages in a certain behavior for the sole purpose of sensory feedback may be able to learn an alternate (less distracting) behavior to serve the same purpose

- A student that taps his/her pencil on the desk repetitively can squeeze a stress ball instead.

***Teach Anger Management/Problem Solving Skills:*** Students who experience difficulty controlling emotions and/or lack sufficient problem-solving skills are likely to engage in inappropriate/disruptive

behavior when "pushed to the emotional limit" and/or frustrated.  There are several existing methods to teach anger management and problem-solving skills, and the school counselor and/or school psychologist are excellent resources for such methods.

***Teach Behavioral Self-Control (BSC):***  Students who are impulsive and/or lack self-control on a consistent basis will likely benefit from a highly structured plan that addresses self-evaluation, self-management, self-instruction, and self-reinforcement.

- When a student is engaged in inappropriate/problem behavior, the following teacher prompts and student responses should take place:

| Teacher asks: | Student responds: |
|---|---|
| "What are you doing?" | "I am…" |
| "What do you need to be doing?" | "I need to…" |
| "What are you going to do now?" | "I have to…" |
| "Let me know when you finish." | "I did…" |

***Social Stories/Comic Book Conversations:***  This intervention is appropriate for students in need of understanding the social context of various social situations (i.e., standing in line or taking turns)
- A social story or comic book conversation is written specifically for the student and the situation (i.e., Johnny waits for his turn) and must be visually provided for the student.
- The purpose is to lessen the stress of certain social situations for students who may be lacking in social skills and awareness.
- School counselors, school psychologist and autism support teachers are excellent resources for creating social stories.

***Encourage Positive Peer Connections:***  Provide opportunities for student to be in contact with positive peer role models.
- The student can be seated in close proximity and or placed in work groups with peer role models.  Such positive peer connections should be reinforced by the teacher and or any other adult involved with the student.

***Contract for Grades:***  Establish a written contract for grades with a student.
- The teacher and student formerly agree that for each reading test grade above a "C," the student will receive 10 additional minutes of computer lab time.  The agreement is written in contract form and signed by both teacher and student.

***Daily/Weekly Progress Reports:***  Arrange a system for documenting the student's behavioral progress on a daily/weekly basis.
- The teacher may write a brief note at the end of the day/week to describe the student's overall behavior.
- The teacher develops specific behavior objectives and a form that can be checked-off daily/weekly to show that behavior objectives are met.

***Monitoring/Redirection:***  Establish a system for monitoring a student during tasks.
- Checking a student at 10-minute intervals and or providing redirection when needed i.e., eye contact, proximity, tangible incentives, etc.

***Spend Individual Time with Student:*** When a student engages in appropriate behavior, he/she can be rewarded by arranging a specific time for teacher and student to spend time together.  It is necessary to be specific when designing this intervention.

- When the student demonstrates appropriate behavior during morning classroom activities, he/she will be allowed to eat lunch with the teacher.

***Reward Competing Behaviors:*** The concept behind competing behaviors is that a student cannot engage in two "competing" behaviors at the same time.  Identify a competing behavior for the problem behavior (i.e., reading aloud and making inappropriate noises) and reward the student each time he/she engages in the competing behavior.

***Student Self-Monitoring of Progress:*** Allow the student to monitor his/her own progress.

- The student can have possession of a progress report and /or behavior contract so that he/she can track their own improvement.

***Acknowledge Use of Replacement Behaviors:*** Reward students for engaging in established replacement behaviors.

- Provide the student with verbal praise each time he/she raises his/her hand to get teacher attention instead of calling out loud for teacher attention.

***Develop a Written Behavior Contract:*** Use of a behavior contract with points, check offs, signatures, or some other indication for positive behavior can be a powerful self-reinforcement tool.  Allow the student to take possession of the contracts and track his/her own progress.

***Group or Individual Counseling:*** Counseling as a proactive, scheduled intervention is used on an ongoing basis to reduce the likelihood of occurrences of challenging behaviors.  The counselor and school team will identify the frequency and duration of this behavioral intervention.


### TIER III

***Choice Making:*** Allow student to have some degree of control over their school activities.

- The teacher allows the student to choose the sequence of activities (e.g., reading activity first and writing activity second), mode of presentation (i.e., oral, written, demonstration, etc.) learning materials (e.g., pencil/paper, manipulative, computer use, etc.), and or incentives (e.g., tangibles, public attention, access to activity, etc.).

***Participation in Extra Curricular Activities:*** Identify and encourage student to become involved in extra-curricular activities such as sports, art club, music club, etc. The activity should match the individual student's interests and skills.

***Student Follow-Up:*** This involves establishing a system for a "check-in" time during an assignment to ensure that the student fully understands a specific task or request.

- The teacher and student may have an agreement specifying that 10 minutes after the start of a given assignment/test or request the teacher will verbally confirm the student understands.  If the student is in need of further instruction, the teacher will provide it.

***Schedule Adjustment:*** Adjust the daily schedule and/or change the teacher.
- It is possible that a student tends to focus best in the early morning yet all academic classes are scheduled after lunch. In such a case, it would be advantageous for the student's schedule to be adjusted so that academic classes would take place during the morning hours.
- There may be a personality/work style "mismatch" between teacher and student. Changing a student's teacher can make a significant difference.

***Peer Mentor/Tutor Opportunity:*** Allow student to serve as a peer mentor/tutor. This can be effective even when the student him/herself is experiencing difficulties in a given skill area.
- The student can mentor/tutor someone in a lower grade or work group. This can be excellent for improving self-concept and reinforcing skills in area of difficulty for the student.

***Provide Quiet Time Space:*** Provide a specific time and/or space for quiet or "cool down" purposes.
- If a student becomes easily frustrated during certain academic task, then a quiet area of the classroom can be established as a personal space for that student to go if necessary.

***Identify Appropriate Settings for Behavior(s):*** Suggests that inappropriate behaviors can be appropriate if demonstrated in a suitable setting.
- If a student is constantly singing out loud during class time and causing a disruption, identify or create more appropriate settings for such behavior (i.e., music class, join the chorus, or provide a specific time during class for the students to show off their "talent").

***Chart and Review Daily Student Successes:*** Create a simple chart listing the replacement behavior(s) and spaces for checkoffs of compliance. The chart can be posted on the student's desk and the teacher will check-off every time the behavior(s) are demonstrated at the end of each day, teacher and student can review the chart.

***Recognize Small Steps Approximating the Desired Behavior:*** When a replacement behavior is complex or involves several steps, it may be necessary to reinforce the student for demonstrating smaller approximations or steps of the replacement behavior. Once behaviors have been broken down into steps and taught to the student, reinforce the student for each approximation of the behavior.

***Group or Individual Counseling:*** Counseling as a proactive, scheduled intervention is used on an ongoing basis to reduce the likelihood of occurrences of challenging behaviors. The counselor and school team will identify the frequency and duration of this behavioral intervention.
- When using counseling as a Tier 3 practice, the team should consider increasing the frequency of the intervention.

***Functional Behavioral Assessment (FBA) Process and Social Emotional - Behavioral Implementation Plan (SE-BIP):*** This process is completed when the student has demonstrated an inadequate response to Tier 1 and Tier 2 and consistently falls below the "whole class" standards, measures, and expectations. The FBA/SE-BIP is required for Tier 3 behavioral interventions.
- The Structured Interview FBA (FM 6660) is a comprehensive and individualized, solution-oriented process for addressing behavior challenges. It assesses the relationship between the behavior and the variables surrounding its occurrence.
- The SE-BIP (FM 6287) teaches the student to perform a replacement behavior that allows the student to get what they want/need in an appropriate manner within the educational environment.

# Glossary



All students and parents/guardians must understand that, in addition to taking corrective strategies at the school level, certain criminal and/or disruptive behavior must, by Board Rule, be reported to appropriate police authorities and to the Miami-Dade Schools Police (E.g., Board Policy 3210, *Standards of Ethical Conduct*).

| GLOSSARY | | |
|---|---|---|
| *1.* | **Administrators:** | Adults in school with executive authority to manage the day-to-day business. They include the principal and assistant principal, among others.<br><br>*Example: School **administrators** are responsible for making schools run smoothly.* |
| *2.* | **Alcohol/Alcohol Use:**<br>**Level III - Behavior** | Possession, sale, purchase, or use of alcoholic beverages. Use means the person is caught in the act of using, admits to use or is discovered to have used in the course of an investigation.<br><br>Alcohol is a mind-altering or mood-altering beverage, including but not limited to beer, wine, wine coolers, vodka coolers, liquors, etc. Possession, sale, purchase, use, or distribution of alcohol or controlled substances will result in corrective actions at school and may lead to arrest and criminal penalties.<br><br>*Example: Consumption of excessive **alcohol** can cause death.* |
| *3.* | **Alcohol-related Incident** | An incident is alcohol related if there is evidence that those involved in the incident were caught drinking at the incident or had been drinking, based on testing or investigation of a Law Enforcement Officer at the scene, or if they admit to drinking, or if the incident is somehow related to possession, use or sale of alcohol. |
| *4.* | **Alternative Educational Setting (AES)** | A corrective intervention used to address a student's needs and give the student time away from the classroom or regularly assigned school setting to learn targeted behavior management skills in a smaller school setting.<br><br>It is a corrective response to behavior where the student is temporarily removed from his or her regular program of instruction and assigned to another educational setting, either within the student's regularly assigned school or to another assigned school, under the supervision of district school personnel, with specific classwork assignments to complete.  Assignment to an AES is made by a principal, to an SCSI or Student Success Center, for a period not to exceed ten (10) school days, or to another school location by the district Office of School Leadership and Performance/Division of Educational Opportunity and Access (DEOA) upon recommendation of the principal, for a longer period of time.<br><br>*Example: Behavioral infractions at school might result in assignment to an **Alternative Educational Setting**.* |

| | GLOSSARY | |
|---|---|---|
| **5.** | **Arson:**<br>**Level V - Behavior** | To intentionally damage or cause to be damaged, by fire or explosion, any dwelling, structure, or conveyance, whether occupied or not, or its contents.<br><br>*Example: The girl was arrested for **arson** and expelled because she intentionally started a fire in the restroom.* |
| **6.** | **Assault:** | See Threat/Intimidation |
| **7.** | **Aggravated Assault:**<br>**Level V - Behavior** | An assault with the use of a weapon or with the intent to commit another felony.<br><br>*Example:  Using a weapon to threaten someone or attempt to harm someone is aggravated assault.* |
| **8.** | **Battery (Physical Attack) against a non-staff member:**<br>**Level IV - Behavior**<br><br>**Battery (Physical Attack) or Aggravated Battery against Specified Officials or Employees**<br>**Level V - Behavior** | (Physical attack/harm) An actual and intentional striking of another person against his or her will, or the intentional causing of bodily harm to an individual.<br><br>*Under Florida law, battery that causes great bodily harm, permanent disfigurement, or permanent disability is called "felony battery."  Under the law, battery, felony battery, and aggravated battery are distinguishable.*<br><br>*Example: The student **battered** the teacher by pushing her against the wall.*<br><br>*\*Assault and/or battery committed against a staff member require a mandatory recommendation for expulsion.*<br><br>*Administrators distinguish battery from fighting by reporting an incident as battery only when force or violence is carried out against a person who is not fighting back or is merely attempting to shield his or her body from attack.* |
| **9.** | **Aggravated Battery:**<br>**Level V - Behavior** | A battery where the attacker intentionally or knowingly causes more serious injury, such as great bodily harm, permanent disfigurement, permanent disability; uses a deadly weapon; or where the attacker knew or should have known the victim was pregnant.<br><br>*Example:  Using a deadly weapon to injure someone which results in the person being physically disabled to the point where he/she cannot fight back constitutes **aggravated battery**.* |
| **10.** | **Behavior:** | The way people act or react or the way they conduct themselves.<br><br>*Example: There is certain **behavior** that is acceptable at school and certain **behavior** that is unacceptable at school.  This Code of Student Conduct will help you distinguish between them.* |

000223

| GLOSSARY | | |
|---|---|---|
| **11.** | **Bullying:**<br>**Level III - Behavior** | Systematically and chronically, inflicting physical hurt or psychological distress on one or more students or school employees that is severe or pervasive enough to create an intimidating, hostile, or offensive environment; or unreasonably interfere with the individual's school performance or participation. It is further defined as a pattern of unwanted and repeated written, verbal, or physical behavior, including any threatening, insulting, dehumanizing gesture by an adult or student, that is severe or pervasive enough to create an intimidating, hostile, or offensive educational environment; cause discomfort or humiliation; or unreasonably interfere with the individual's school performance or participation that includes a noted power differential.  See also Board Policy 5517.01, *Bullying and Harassment* and pages **37-40**.<br><br>*Example: When the girl repeatedly made fun of another student for being poor, the girl was guilty of* **bullying**. |
| **12.** | **Bullying-related Incident** | An incident is bullying related if the incident includes systematically and chronically inflicting physical hurt or psychological distress on one or more students or employees that is severe or pervasive enough to create an intimidating, hostile, or offensive environment; or unreasonably interferes with the individual's school performance or participation. |
| **13.** | **Burglary/Breaking and Entering:**<br>**Level III-Behavior** | Unlawful entry into or remaining in a dwelling, structure, or conveyance with the intent to commit a crime therein.<br><br>*Example:  The students committed* **burglary** *when they crawled through the window to steal a camera.* |
| **14.** | **Cheating:**<br>**Level II-Behavior** | Using answers from an unauthorized person or unauthorized sources to receive credit for schoolwork. Some examples are looking at someone else's paper, copying from your notebook when you are supposed to use only your memory, or copying someone else's homework because you did not complete yours.<br><br>*Example: The teacher accused him of* **cheating** *when she found answers to the test written on his desk.*<br><br>**Plagiarism** is a form of cheating when you present another person's words or ideas as your own without giving the originator credit for the information. Some common examples of plagiarism are copying information from a book without using quotation marks and without including a bibliography at the end of the assignment listing the sources used.  All information in academic assignments that is not common knowledge must be cited and documented. An example of common knowledge is Miami is a city in Florida.<br><br>*Example: She* **plagiarized** *the information in her report by not giving credit to the author for his ideas.* |

000224

| | GLOSSARY | |
|---|---|---|
| *15.* | **Complaint:** | A verbal or written disagreement or concern about something that is alleged to be unfair.<br><br>*Example: The student voiced a **complaint** to her assistant principal about the amount of homework her teacher assigned daily.* |
| *16.* | **Complaint Procedure:** | A series of steps taken to try to resolve a complaint.<br><br>*Example: The parent-teacher conference was held as required by the **complaint procedure** process.* |
| *17.* | **Confrontation:**<br>**Level I – Behavior** (Student)<br><br>**Level II – Behavior** (Staff Member) | An argument or squabble.<br><br>*Example: The student went up to the custodian and caused a **confrontation** by yelling at him when the custodian asked him not to walk on the wet floor.* |
| *18.* | **Controlled Substances (Drugs):**<br><br>**Level III – Behavior** (Possession or Use)<br><br>**Level IV – Behavior** (Intent to Sale or Distribute \| Sale or Distribute) | Mind-altering or mood-altering drugs, including but not limited to marijuana, cocaine, heroin, various pills, etc.  Possession, use, sale, and/or distribution of controlled substances will result in corrective strategies at school and may lead to arrest and criminal penalties.<br><br>*Example: Use of **controlled substances** can be deadly.*<br><br>* *Chapter 893, Florida Statutes (Drug Abuse Prevention and Control) provides a more extensive list of controlled substances.* |
| *19.* | **Corporal Punishment:** | The use of physical punishment by a parent or teacher on a student. The use of corporal punishment is prohibited in Miami-Dade County Public Schools. This prohibition extends to parents/guardians on school grounds.<br><br>*Example: Slapping or spanking a student is corporal punishment that is not allowed in school.* |
| *20.* | **Corrective Strategies/ Disciplinary Actions** | Interventions used to help students learn how to follow school rules and to protect the safety of everyone at school.<br><br>*Example: The teacher used **corrective strategies** to improve his school behavior.* |
| *21.* | **Counselor:** | A school employee who is uniquely trained to help students overcome obstacles that may form barriers to learning.<br><br>*Example: Trust **counselors** are trained to talk with students about their problems.* |
| *22.* | **Cutting Class:**<br>**Level I – Behavior** | Not going to class when you are supposed to be in class.<br><br>*Example: The girls who tried to sign in to school after first period were caught and assigned detention for **cutting class**.* |

| | GLOSSARY | |
|---|---|---|
| ***23.*** | **Cyberbullying:**<br>**Level III – Behavior** | **Cyberbullying** means bullying through the use of technology or any electronic communication, which includes, but is not limited to, any transfer of signs, signals, writing, images, sounds, data, or intelligence of any nature transmitted in whole or in part by a wire, radio, electromagnetic system, photo-electronic system, or photo-optical system, including, but not limited to, electronic mail, Internet communications, instant messages, or facsimile communications. Cyberbullying includes the creation of a webpage or weblog in which the creator assumes the identity of another person, or the knowing impersonation of another person as the author of posted content or messages, if the creation or impersonation creates any of the conditions enumerated in the definition of bullying. Cyberbullying also includes the distribution by electronic means of a communication to more than one person or the posting of material on an electronic medium that may be accessed by one or more persons, if the distribution or posting creates any of the conditions enumerated in the definition of bullying.<br><br>*Example:* ***Cyberbullying*** *can cause students to get in trouble at school even if they use their home computer.* |
| ***24.*** | **Defiance:**<br>**Level II – Behavior** | Refusing to follow the directions of authority figures within the school, such as administrators, teachers, office workers, custodians, volunteer parents/guardians, cafeteria workers, and others.<br><br>*Example: He received detention for* ***defying*** *the cafeteria manager by refusing to pick up his lunch tray when she told him to do so.* |
| ***25.*** | **Destructive Device:** | Any bomb, grenade, mine, rocket, missile, pipe bomb, or similar device containing an explosive, incendiary, or poison gas and includes any frangible container filled with an explosive, incendiary, explosive gas, or expanding gas, which is designed or so constructed as to explode by such filler and is capable of causing bodily harm or property damage; any combination of parts either designed or intended for use in converting any device into a destructive device and from which a destructive device may be readily assembled; any device declared a destructive device by the Bureau of Alcohol, Tobacco, and Firearms; any type of weapon which will, is designed to, or may readily be converted to expel a projectile by the action of any explosive and which has a barrel with a bore of one-half inch or more in diameter; and ammunition for such destructive devices, but not including shotgun shells or any other ammunition designed for use in a firearm other than a destructive device.<br><br>*Example: Students shall be expelled for bringing to school* ***destructive devices*** *that can explode and hurt others.* |

000226

| GLOSSARY | | |
|---|---|---|
| *26.* | **Detention:** | A corrective strategy in which a student must spend time at school, either before or after the regular school day or on a Saturday.<br><br>*Example: The student served **detention** for one week after school for purposely breaking a window.* |
| *27.* | **Disciplinary Actions (Also Referred to as Corrective Strategies):** | Methods or steps used to help students learn how to follow school rules and to protect the safety of everyone at school.<br><br>*Example: **Disciplinary actions** are taken against students as consequences for violating the Code of Student Conduct and are designed to assist students in improving their behavior.* |
| *28.* | **Disruption:**<br>**Level I – Behavior** | Behavior that disturbs the learning and/or safety of others in class, at any school/district property, including school-sponsored transportation, or any school/ district-sponsored activity or function and at the bus stop.<br><br>*Example: The math class could not focus on preparing for FCAT because the girls' constant chatting was **disruptive**.* |
| *29.* | **Disruption on Campus (Major)/ Disorderly Conduct:**<br>**Level III – Behavior** | Disruptive behavior that poses a serious threat to the learning environment, health, safety, or welfare of others. Examples of major disruptions include bomb threats, inciting a riot, or initiating a false fire alarm. (Do not use this code for students defying authority, disobeying or showing disrespect to others, using inappropriate language or gestures, or classroom disruption.)<br><br>*Example: Initiating or participating in a brawl at a school event is a **disruption on campus** that can lead to serious disciplinary consequences.* |
| *30.* | **Distribution:**<br>**Level II – Behavior** | Giving out, sharing, dispensing to others.<br><br>*Example: She was expelled for **distribution** of pills to other students.* |
| *31.* | **Drug Use or Possession:**<br>**Level III – Behavior**<br>(Possession or Use) | The use or possession of any drug, narcotic, controlled substance, or any substance when used for chemical intoxication. Use means the person is caught in the act of using, admits to using or is discovered to have used in the course of an investigation.<br><br>*Example: The misuse of **drugs** can be deadly, especially for young people.* |
| *32.* | **Drug Sale or Distribution Excluding Alcohol:**<br><br>**Level IV – Behavior**<br>(Intent to Sale or Distribute \| Sale or Distribute) | The illegal sale or distribution of drugs.  The manufacture, cultivation, sale, or distribution of any drug, narcotic, controlled substance or substance represented to be a drug, narcotic, or controlled substance.<br><br>*Example:  The student was caught with a bottle of prescribed pills and many small plastic bags which he was going to use for drug **sales and distribution**.* |

| | GLOSSARY | |
|---|---|---|
| *33.* | **Due Process:** | A series of steps taken to protect one's rights under the law.  For example, students who are expelled have the right to know about the charge made against them, the right to explain their side of the story, and the right to appeal the decision of an administrator.<br><br>*Example:* **Due process** *is required by Board Policy when the right to attend school is taken away.* |
| *34.* | **Electronic Devices:**<br>**Level I – Behavior**<br>(Unauthorized Use) | Any wireless communications/electronic device that is powered by electricity or a battery, which is not required by the curriculum and includes items such as; to compact disc players, MP3 players, headphones, cellular phones, PDAs, electronic readers, tablets, laptops, cameras and any similar device.<br><br>*Example: Unauthorized use of* **electronic devices** *can disrupt the learning process and is not allowed in class.* |
| *35.* | **Enforce:** | To compel observance of a law or rule.<br><br>*Example: All schools must* **enforce** *Florida's laws, and Miami-Dade County School Board's Policies.* |
| *36.* | **Expulsion:** | The removal of the right and obligation of a student to attend a public school under conditions set by the District school board, and for a period of time not to exceed the remainder of the term or school year in which the incident that gave rise to the expulsion occurred and one additional year of attendance.<br><br>Expulsions are the most serious disciplinary action that can be taken.<br><br>Expulsion of students from school programs is a last resort, to be utilized only in the most extenuating circumstances, after other learning-centered strategies have been employed and with District approval.<br><br>*Example: The student was* **expelled** *from school for possessing a gun at school.* |
| *37.* | **False Accusation:**<br>**Level II – Behavior** | An untrue and serious statement about a teacher, staff member, or any other person.  False accusations are serious when they hurt the professional reputation of others or otherwise get a person in trouble that they do not deserve.<br><br>*Example: The student's father made a* **false accusation** *that the teacher had been arrested.* |
| *38.* | **False Activation of Fire Alarm:**<br>**Level IV – Behavior** | Any action that causes people to believe that there is a fire or threat of a fire when there is not.<br><br>*Example: The boys received a suspension for reporting a* **false fire alarm***, even though they meant it as a joke.* |

| | GLOSSARY | |
|---|---|---|
| *39.* | **False Imprisonment:**<br>**Level V – Behavior** | To forcibly, by threat or secretly confining, abducting, imprisoning, or restraining another person without lawful authority and against her or his will (F.S. 787.02).<br><br>*Example:  The student locked and blocked the door of the bathroom and would not let the other two students out of the bathroom is considered false imprisonment.* |
| *40.* | **Felony:** | A serious crime, often punishable by imprisonment exceeding one year.<br><br>*Example: Many of the infractions in the Code of Student Conduct are also **felonies** under criminal law and are punishable as such.* |
| *41.* | **Fighting (Minor)**<br>**Level II – Behavior** | Lower-level fights such as pushing, shoving, or altercations that stop upon verbal command.<br><br>*Example: The students began to fight, but they stopped when the teacher told them to stop, and no one was hurt.* |
| *42.* | **Fighting (Serious):**<br>**Level III – Behavior** | When two or more persons mutually participate in use of force or physical violence that requires either<br><br>  1)  physical intervention<br><br>     OR<br><br>  2)  results in injury requiring first aid or medical attention. (Mutual combat, mutual altercation)<br><br>*Example: Students involved in serious **fighting** that causes injury or requires medical attention will be suspended.* |
| *43.* | **Firearms:**<br>**Level V – Behavior** | Any weapon (including a starter gun) which will, is designed to, or may readily be converted to expel a projectile by the action of an explosive; the frame or receiver of any such weapon; any such firearm muffler or firearm silencer; any destructive device; or any machine gun.<br><br>*Example: Students who bring guns to school will be expelled for bringing **firearms** to school.* |
| *44.* | **Forgery (Written Misrepresentation):**<br>**Level II – Behavior** | Making, altering, or signing a document with the intent to defraud or signing another person's signature without the person's consent.<br><br>*Example: The student was not permitted to go on the field trip because she **forged** her mother's name on the permission slip.* |
| *45.* | **Freedom:** | The power to make your own decisions.<br><br>*Example: **Freedom** is usually accompanied by responsibility.* |
| *46.* | **Gambling (See Other Major Incidents):**<br>**Level III – Behavior** | Participating in games of chance for money and/or other things of value.<br><br>*Example: Throwing dice for money is **gambling**.* |

| GLOSSARY | | |
|---|---|---|
| *47.* | **Gang-related Incident** | An incident is gang-related if gang affiliation/association caused the incident or was a contributing factor to action that happened during the incident. |
| *48.* | **Grievance:** | A formal complaint.<br><br>*Example: The student's parents/guardians filed a grievance when she was suspended for having make-up in her backpack.* |
| *49.* | **Harassment:**<br>**Level II – Behavior** | Conduct directed at a person that causes him/her to feel intimidated or verbally, mentally, or emotionally abused, or that causes him/her substantial emotional distress.<br><br>Any threatening, insulting or dehumanizing gesture, use of data or computer software, or written, verbal or physical conduct that:<br><br>1. Places a student or school employee in reasonable fear of harm to his or her person or damage to his or her property.<br><br>2. Has the effect of substantially interfering with a student's educational performance, opportunities, or benefits; or<br><br>3. Has the effect of substantially disrupting the orderly operation of a school, including any course of conduct directed at a specific person that causes substantial emotional distress in such person and serves no legitimate purpose.<br><br>*Example: What some people think is "just joking around" might constitute harassment if the person at whom it is directed is distressed by it.*<br><br>Repeated harassment is bullying. |
| *50.* | **Harassment (Civil Rights):**<br>**Level III – Behavior** | Harassment directed at someone because of their age, citizenship status, color, disability, ethnic or national origin, gender, gender identity, linguistic preference, marital status, political beliefs, pregnancy, race, religion, retaliation, sexual harassment, sexual orientation, or social and family background.<br><br>*Example: Using racial slurs towards someone who is from a different country is harassment based on a characteristic concerning his civil rights.*<br><br>For purposes of Title VI, the United States Department of Education, Office for Civil Rights, defines harassment to include conduct based on race, color, or national origin, that is sufficiently severe, pervasive and/or persistent that it interferes with or limits a student's ability to participate in or benefit from the services, activities or privileges provided by the District.<br><br>For purposes of Title IX, the United States Department of Education defines sexual harassment as unwelcome sexual conduct, including conditioning any aid, benefit or service of the |

| GLOSSARY | | |
|---|---|---|
| | | school on an individual's participation in unwelcome sexual conduct, sexual assault, dating or domestic violence, stalking, and all forms of sexual harassment that a reasonable person would determine so severe, pervasive, and objectively offensive that it denies a student access to an education program or activity. |
| *51.* | **Harassment (Sexual):** **Level III – Behavior** | Refer to "Sexual Harassment" in this glossary for a specific definition. |
| *52.* | **Hate Crime:** **Level IV – Behavior** | A crime committed against someone that is motivated all or in part by hostility to the victim's real or perceived race, religion, color, sexual orientation, ethnicity, ancestry, national origin, political beliefs, marital status, age, social and family backyard, linguistic preference or mental/physical disability.  Hate crimes are similar to harassment (civil rights), but they also involve other serious crimes committed against someone. See "Other Major Crimes/Incidents." <br><br> *Example: The students committed a hate crime when they beat a student up because of his/her religion.* |
| *53.* | **Hate Crime related Incident** | All incidents motivated all or in part by hostility to the victim's real or perceived race, religion, color, sexual orientation, ethnicity, ancestry, national origin, political beliefs, marital status, age, social and family background, linguistic preference or mental/physical disability. |
| *54.* | **Hazing:** **Level III – Behavior** | Any action or situation that endangers the mental or physical health or safety of a student at a school with any of grades 6 through 12 for purposes of initiation or admission into or affiliation with any school-sanctioned organization.  "Hazing" includes, but is not limited to: pressuring, coercing, or forcing a student to violate state or federal law; consume any food, liquor, drug, or other substance; physical activity that could adversely affect the health or safety of the student; or any brutality of physical nature, such as whipping, beating, branding or exposure to elements. <br><br> *Example:  Requiring new students to stay awake for two nights in order to join a club is prohibiting* **hazing**. |
| *55.* | **Hazing-related Incident** | An incident is hazing-related if the incident includes any action or situation that endangers the mental or physical health or safety of a student for purposes of initiation or admission into or affiliation with any school-sanctioned organization. |
| *56.* | **Hearing:** | A formal proceeding where different sides of a story are presented to a person who makes a decision about what happened and what to do. <br><br> *Example: My parent and I asked for a* **hearing** *with the principal when I was suspended for having lip gloss in my backpack.* |

| | GLOSSARY | |
|---|---|---|
| *57.* | **Homicide:**<br>**Level V – Behavior** | The unjustified killing of one human being by another (murder, manslaughter).<br><br>*Example: The student was arrested for **homicide** after when he beat his classmate to death.* |
| *58.* | **Improper Activation of a Fire Extinguisher**<br>**Level III – Behavior** | To intentionally remove and/or activate a fire extinguisher when there is no actual fire.<br><br>*Example:  The student dared his friend to remove the fire extinguisher and spray the hallway with foam **is improper activation of a fire extinguisher.*** |
| *59.* | **Inappropriate Items:**<br>**Level II – Behavior** | Items unsuitable for school because they tend to disrupt the learning environment.<br><br>*Example: Magazines that feature violent video games are **inappropriate items** for school.* |
| *60.* | **Inappropriate Public Display of Affection:**<br>**Level I – Behavior** | Engaging in unsuitable, intimate, sexually suggestive behavior (like kissing and touching), in agreement with someone else, in places where others are likely to be present, such as hallways, stairwells, classrooms, school buses, etc.<br><br>*Example: Kissing in the hallway and stairwells is an example of an **inappropriate public display of affection**.*<br><br>Engaging in this type of behavior in hidden places is also inappropriate, and depending on the circumstances, may constitute a more serious infraction.  See **Sexual Offenses (Other)** in this glossary. |
| *61.* | **Incident-related element:** | A factor that was present during or contributed to the incident but was not the main offense. All related elements that are applicable are required to be reported with Code of Student Conduct incidents. |
| *62.* | **Infraction:** | The breaking of a school policy; a violation; an infringement.<br><br>*Example: Every **infraction** in the Code of Student Conduct has a range of corrective responses.* |
| *63.* | **Injury-related Incident** | Includes all incidents that result in serious bodily injury. Serious bodily injury includes death or injuries with substantial risk of death, extreme physical pain, protracted and obvious disfigurement, and protracted loss or impairment of the function of a bodily member, organ, or mental faculty. |
| *64.* | **In-School Suspension/ School Center for Special Instruction (SCSI):** | An intervention that is a corrective response to behavior where the student is temporarily removed from his or her regular program of instruction and assigned to an AES within the student's regularly assigned school, under the supervision of district school personnel, with specific classwork assignments to complete, for a period not to exceed ten (10) school days.<br><br>*Example:  The student was assigned by the principal to the **School Center for Special Instruction (SCSI)** for one day after habitually disrupting the science class over a period of weeks.* |

000232

**Code of Student Conduct – Elementary**

| | GLOSSARY | |
|---|---|---|
| *65.* | **Instigative Behavior:** <br> **Level II – Behavior** | Behavior that incites or urges others to do something wrong. <br><br> *Example: The student **instigated** his classmates to riot by daring them to create a disturbance in the school.* |
| *66.* | **Intimidation/Threat:** | To make another person afraid. <br><br> *Example: The boy tried to **intimidate** another student by threatening to report him to the principal.* |
| *67.* | **Kidnapping/Abduction** <br> **Level V - Behavior** | Forcibly, or by threat, confining, abducting, or imprisoning another person against his/her will and without lawful authority (abduction of an individual). <br><br> *Example: After the abduction the **kidnapper** asked for a $10,000 ransom to release the prisoner.* |
| *68.* | **Joining Clubs or Groups Not    Approved by the School Board:** <br> **Level II – Behavior** | Students must receive prior consent from administrators before organizing school clubs or groups. <br><br> *Example: A group of students was reprimanded for **joining a gang which was a group not approved by the School Board.*** |
| *69.* | **Larceny/Theft (Stealing):** <br><br> **Petty Theft**: <br> **Level II – (Under $750)** <br><br> **Level III – Behavior ($750 and Above)** | The unauthorized taking, carrying, riding away with, or concealing the property of another person, including motor vehicles, without threat, violence, or bodily harm. |
| *70.* | **Lewd:** | Vulgar, indecent, improper, or naughty <u>and</u> of a sexual nature. <br><br> *Example: The student called her friend a **lewd and** derogatory word for a body part.* |
| *71.* | **Libel:** <br> **Level II – Behavior** | A writing (including computer-typed), picture, sign, or any other form of print that is false and capable of injuring another person's reputation through publication and/or distribution. <br><br> *Example: Passing around an untrue note about someone might constitute **libel**, and if so, is actionable in civil court.* |
| *72.* | **Misrepresentation:** <br> **Level I – Behavior** | An untrue statement or action that is made to deceive or mislead. <br><br> *Example: The girl misrepresented the truth when she told the teacher that she had completed her homework when she had not.* |
| *73.* | **Nicotine Dispensing Devices:** | Any product that can be used to deliver nicotine to an individual by inhaling vaporized nicotine from the product, including, but not limited to, an electronic cigarette, electronic cigar, electronic cigarillo, electronic pipe, or other similar device or product and any replacement nicotine cartridge for the device or product. <br><br> *Example:  The student was caught using an electronic cigarette which is a nicotine dispensing device.* |

000233

**Code of Student Conduct – Elementary**

| | GLOSSARY | |
|---|---|---|
| **74.** | **Obscene Material (See Other Major Incidents):** | Material that is indecent, lewd, and improper for school.<br><br>*Example: Adult magazines with pictures of nude people are **obscene materials,** that are not allowed at school.* |
| **75.** | **Other Major Incidents: Level III – Behavior** | Any serious, harmful incident resulting in the need for law enforcement consultation not previously classified (major incidents that do not fit within the other definitions).<br><br>This includes any drug or weapon found unattended and not linked to any individual; such incidents must be coded with the appropriate Related element (such as Drug-related or Weapon-related) and incident involvement must be reported as unknown.<br><br>"Other Major" is a code for unlawful incidents that do not fit within the other 25 SESIR definitions. It is not an incident type for local incidents that are not unlawful.<br><br>*Examples of "Other Major" incidents also include gambling, producing or using counterfeit money, possession of child pornography, or showing graphics depicting sexual acts.*<br><br>Examples<br>• Student produces or knowingly uses counterfeit money.<br>• Student participates in gambling activities, i.e., throwing quarters for money.<br>• Student possesses pornographic materials depicting others under the age of 18.<br>• Student possessing drug paraphernalia. |
| **76.** | **Pathways:** | Pathways is one type of Alternative Educational Setting for students in grades 6-12 that commit the most serious infractions of the *Code of Student Conduct* (Levels IV and V) may be recommended for expulsion.  Students will be assigned to the Pathways Program during the period of time which would have traditionally resulted in a ten (10) day outdoor suspension preceding expulsion.  Instead, students will receive academic support, in-house counseling services and receive wrap-around services from community agencies through the Pathways Program.<br><br>*Example:  The student had committed a Level V behavior and was recommended to the **Pathways** Program.* |
| **77.** | **Person Conducting Official Business:** | Any person who is on M-DCPS property or at an M-DCPS sponsored event to work, to assist students or employees, or to perform any function associated with education in Miami-Dade County.<br><br>*Example:  The student was expelled for assaulting a psychologist who was at the school **conducting official business**.* |

000234

**Code of Student Conduct – Elementary**

| | GLOSSARY | |
|---|---|---|
| *78.* | **Physical Attack:**<br>**Level IV – Behavior** | Physical attack refers to an actual and intentional striking of another person against his/her will or intentional causing of bodily harm to an individual.<br><br>*Example: The student slapping another student across the face is considered a physical attack.* |
| *79.* | **Possession:**<br>**Level II – Behavior**<br>**Level III – Behavior**<br>**Level V – Behavior** | Having control or ownership.<br><br>*Example: The drugs in his* **possession** *were confiscated before his arrest.* |
| *80.* | **Property:** | Something that belongs to someone else or a group of people.<br><br>*Example: My pens, pencils, and paper are my* **property***.* |
| *81.* | **Profanity:**<br>**Level I - Behavior** | Vulgar, crude, indecent conduct.<br><br>*Example: Cuss words are considered* **profanity***.* |
| *82.* | **Prohibited Sales on School Grounds: (Other than controlled substances)**<br>**Level II – Behavior** | Sale of items on school grounds without the authority of the principal.<br><br>*Example: The student selling candy bars and chips in the hallway without the permission of the principal is considered* **prohibited sales on school grounds***.* |
| *83.* | **Provocative:**<br>**Level II – Behavior** | Disrespectful conduct or words that tend to cause anger, rage, or humiliation in the person at whom they are directed.<br><br>*Example: The student's words "I hate you" were* **provocative** *and upset the teacher.* |
| *84.* | **Reprimand:** | An explanation of how a behavior is inappropriate and a warning of the future consequence for doing it again.<br><br>*Example: The assistant principal* **reprimanded** *the student for using profane language and explained to the student how his behavior violated the Code of Student Conduct and advised him of future corrective action if the incident occurred again.* |
| *85.* | **Responsibility:** | An expectation, duty, or obligation to behave in a certain way.<br><br>*Example: As a student, I have a* **responsibility** *to respect the property of others.* |
| *86.* | **Review:** | Reconsider.  To check-over or rethink a decision.<br><br>*Example: I hope our teacher will* **review** *the failing test grades she gave us last week.* |
| *87.* | **Right:** | A privilege; a fair and just claim.<br><br>*Example: All students have the* **right** *to a free and appropriate public education.* |

| | GLOSSARY | |
|---|---|---|
| *88.* | **Robbery:**<br>**Level IV – Behavior** | The taking or attempted taking of anything of value that is owned by another person or organization, under the confrontational circumstances of force, or threat of force or violence, and /or by putting the victim in fear.<br><br>*Example: The student who threatened to harm the boy if he refused to hand over his cell phone, which resulted in the boy handing over his cell phone committed **robbery**.* |
| *89.* | **Robbery (Armed):**<br>**Level V – Behavior** | The taking of money or property from another through use of force, violence, assault, or putting in fear and while having a weapon.<br><br>*Example: The **armed robber** told the cashier that he would use the gun in his pocket unless she gave him all of the money.* |
| *90.* | **Sale:**<br>**Level II – Behavior**<br>**Level IV – Behavior** | Distribution or sharing for money or profit in return.<br><br>*Example: She was expelled for **selling** drugs to other students.* |
| *91.* | **School Board Personnel/ School Staff:** | Any employee who works in a school or for the School Board of Miami-Dade County, such as teachers, administrators, counselors, office staff, cafeteria workers, custodians, etc.<br><br>*Example: **School Board personnel** dedicate their careers to the education and well-being of all students.*<br><br>• *Violence against school board personnel is grounds for mandatory expulsion and may result in criminal penalties.* |
| *92.* | **Sexting:**<br>**Level III – Behavior**<br>(Sexting 1)<br><br>**Level IV – Behavior**<br>(Sexting 2)<br><br>**Level V – Behavior**<br>(Sexting 3) | Sexting - sending or forwarding through cellular telephones and other electronic media sexually explicit, nude or partially nude photographs/images. (See Vital Alerts page(s) **42**)<br><br>Sexting may involve:<br><br>• Transmission to one or more students<br>• Partially nude or fully nude photographs/images<br>• Possession, without transmittal, of partially nude or fully nude photographs/images<br>• Substantial interference with the academic environment and student performance<br>• Interference with a person's personal and social demeanor<br><br>*Example: Taking a picture of someone's private parts with or without consent and sending through a cellular phone to share with others is **sexting**.* |

| GLOSSARY | | |
|---|---|---|
| **93.** | **Sexual Assault:**<br>**Level IV – Behavior** | An incident that includes a threat of rape, fondling, indecent liberties, or child molestation. Both male and female students can be victims of sexual assault.<br><br>The threat must include all of the following elements: (1) intent; (2) fear; and (3) capability.<br>*Example: The student pushed the girl against the wall in the stairwell and told her to kiss him or he would hurt her committed a **sexual assault**.* |
| **94.** | **Sexual Battery:**<br>**Level V – Behavior** | Forced or attempted oral, anal, or vaginal penetration by using a sexual organ or an object simulating a sexual organ, or the anal or vaginal penetration of another by any body part or object.<br><br>*Example: Touching another person's private body parts may constitute **sexual battery**.*<br><br>• *Also refer to **Sexual Offenses (Other)** for other sexual acts.* |
| **95.** | **Sexual Harassment:**<br>**Level III – Behavior** | The United States Department of Education defines sexual harassment as unwelcome sexual conduct, including conditioning any aid, benefit or service of the school on an individual's participation in unwelcome sexual conduct, sexual assault, dating or domestic violence, stalking, and all forms of sexual harassment that a reasonable person would determine so severe, pervasive, and objectively offensive that it denies a student access to an education program or activity.<br><br>Florida Administrative Code Rule 6A-1.0017 defines sexual harassment as unwanted verbal, nonverbal, or physical behavior with sexual connotations by an adult or student that is severe or pervasive enough to create an intimidating, hostile or offensive educational environment, cause discomfort or humiliation or unreasonably interfere with the individual's school performance or participation, as defined in Rule 6A-19.008, F.A.C.<br><br>Examples may include but are not limited to unwelcome touching, graphic verbal comments, sexual jokes, slurs, gestures, or pictures, whether in-person or through any other method, including sexual cyber-harassment.<br><br>Corrective strategies for sexual harassment may only be used in accordance with the District's Title IX *Sexual Harassment Manual*.<br><br>*Example: The student was suspended for **sexual harassment** because he repeatedly talked about a female student's private parts, making her feel uncomfortable.* |

| GLOSSARY | | |
|---|---|---|
| *96.* | **Sexual Offenses (Other):**<br>**Level IV – Behavior** | Other sexual contact, including intercourse, without force or threat of force. Includes subjecting an individual to lewd sexual gestures, sexual activity, or exposing private body parts in a lewd manner.  A variety of actions can be characterized as sexual offenses at school.<br><br>(Miami-Dade Schools Police and the Civil Rights Compliance department must be notified to investigate.)<br><br>*Examples: include, but are not limited to:*<br><br>• Possessing and/or distributing obscene or lewd materials at school;<br>• Exposing or touching private body parts in a lewd manner;<br>• Touching someone else's body in a lewd manner;<br>• Voyeurism (e.g., secretly looking at or photographing someone in the restroom or locker room without his/her knowledge);<br>• Sexual activity on school grounds between students;<br>• Any type of sexual contact with a student who is under age 16 years old.<br><br> (Lewdness, indecent exposure) |
| *97.* | **Simulated Firearm or Weapon (Possession/Brandishing):**<br><br>**Level III – Behavior** | A simulated firearm or weapon more than 2 inches in overall length, BB gun, air or gas-operated gun, electric weapons or devices, or any look-alike item.<br><br>*Example: Toy guns can be considered **simulated weapons**.* |
| *98.* | **Simulating a Firearm or Weapon**<br><br>**Level II – Behavior** | Simulating a firearm or weapon that substantially disrupts student learning, causes bodily harm to another person, or places another person in reasonable fear of bodily harm.<br><br>*Example: Aggressively simulating a weapon while playing can be disruptive to the learning environment and cause other students to be afraid.* |
| *99.* | **Slander:**<br>**Level II – Behavior** | Speaking false words that are capable of hurting another person's reputation, community standing, office, trade, business, or means of livelihood.<br><br>*Example: Starting an untrue rumor about someone might constitute **slander.*** |
| *100.* | **Smoking:**<br>**Level II – Behavior** | Holding a lighted cigarette (cigar, etc.), drawing in and exhaling the smoke of tobacco, or use of any tobacco product.<br><br>*Example: **Smoking** cigarettes is unhealthy.* |
| *101.* | **SPAR:** | School Police Automated Reporting system for recording infractions that are reported to school police.<br><br>*Example: Administrators must create a **SPAR** for battery, a serious infraction of the Code of Student Conduct.* |

| | GLOSSARY | |
|---|---|---|
| **102.** | **Stealing/Theft Larceny):** **Petty Theft:** **Level II – (Under $750)** **Larceny/Theft (Stealing): Level III – Behavior ($750 and Above)** | The unauthorized taking, carrying, riding away with, or concealing the property of another person, including motor vehicles, without threat, violence, or bodily harm. *Example: He **stole** the library book when he slipped it into his backpack and left the library without checking it out.* |
| **103.** | **Student Government:** | A group of students chosen by other students to represent the entire student body. *Example:  Every year, the **Student Government** Association presents their yearly plan of activities to the school administration.* |
| **104.** | **Student Success Center (SSC):** | The Student Success Centers are one type of Alternative Educational Setting that provides intervention in a structured learning environment for referred students (ages 11 and older) exhibiting Level III-IV behavior and (with Region approval). *Example:  The student was referred to the Student Success Center (SSC) for committing a Level III behavior.* |
| **105.** | **Suspension:** | A corrective response to serious behavior where the student is temporarily removed from all classes of instruction on public school grounds and all other school-sponsored activities, except as authorized by the principal, for a period not to exceed ten (10) school days and remanding of the student to the custody of the student's parent with specific homework assignments to complete. Suspension is a last resort, to be utilized in the most extenuating circumstances, after other learning-centered strategies have been employed and with Region notification. *Example: Serious behavioral infractions at school might result in **suspension** from school.* |
| **106.** | **Symbol:** | Something that stands for something else. *Example: Each star in the American flag is a **symbol** for one of the states in our country.* |
| **107.** | **Theft/Larceny (Stealing): Level II – Behavior** (Petty Theft) **Level IV – Behavior** (Grand $750 and above Theft & Motor Vehicle Theft) | The unauthorized taking, carrying, riding away with, or concealing the property of another person, including motor vehicles, without threat, violence, or bodily harm. *Example: He committed **theft/larceny** when he slipped the library book into his backpack and left the library without checking it out.* |
| **108.** | **Theft (Grand): Level IV – Behavior** | Stealing something over $750.00 in value. *Example: He was charged with **grand theft** when he stole the school's computer.* |

000239

| GLOSSARY | | |
|---|---|---|
| *109.* | **Theft (Motor Vehicle):**<br>**Level IV – Behavior** | Taking a **motor-powered vehicle** without permission.<br><br>*Example: The student drove the teacher's car from the parking lot without permission and then was arrested for **motor vehicle theft**.* |
| *110.* | **Petty Theft:**<br>**Level II – Behavior** | Knowingly obtaining or using the property of another under $750.00 in value with the intent to temporarily or permanently deprive the owner of its use or benefit.<br><br>*Example: The principal called school police to report the **petty theft** of a student's purse.* |
| *111.* | **Threat Assessment Team:** | The Threat Assessment Team is comprised of members with expertise in counseling, instruction, school administration, and law enforcement whom may refer student(s) for mental health services when appropriate.<br><br>*Example: The student who made a threat against the school was referred for mental health services by the school's Threat Assessment Team.* |
| *112.* | **Threat/Intimidation (Against specific victim(s)/non-staff member/official):**<br><br>**Level III – Behavior** | An incident where there was no physical contact between the offender and victim, but the victim felt that physical harm could have occurred based on verbal or nonverbal communication by the offender. This includes nonverbal threats (e.g., brandishing a weapon) and verbal threats of physical harm which are made in person, electronically or through any other means.<br><br>A threat is also referred to as an assault.<br><br>*Example: The student made a **threat** through a written letter to the coach threatening to kill him with a knife.* |
| *113.* | **Threat/False Report – Zero Tolerance (Against M-DCPS employees or persons conducting official business):**<br><br>**Level V – Behavior** | An incident where there was no physical contact between the offender and a victim, who is a person listed under s. 784.081, F.S., but the victim felt that physical harm could have occurred based on verbal or nonverbal communication by the offender. This includes nonverbal threats (e.g., brandishing a weapon) and verbal threats of physical harm which are made in person, electronically or through any other means.<br><br>A threat is also referred to as an assault.<br><br>*Example: The student made a **threat** through a written letter to a teacher threatening to kill him with a knife.* |

000240

| GLOSSARY | | |
|---|---|---|
| *114.* | **Threat/False Report – Zero Tolerance (Against the school, school property, school transportation, or school-sponsored activity):**<br><br>**Level V – Behavior** | Threatening to throw, project, place, or discharge any destructive device with intent to do bodily harm to any person or with intent to do damage to any property of any person and/or a false report, with intent to deceive, mislead, or otherwise misinform any person, concerning the placing or planting of any bomb, dynamite, other deadly explosive, or weapon of mass destruction as defined in s. 790.166, or concerning the use of firearms in a violent manner against a person or persons.<br><br>*Example: Students who make **false bomb threat** could be expelled and arrested.*<br><br>*Sections 790.162 and 790.163, F.S. (Weapons and Firearms), further define the making of a false threat or report.*<br><br>*Students found to have committed a threat or making of a false report shall be referred for mandatory expulsion not less than one year and may lead to arrest and criminal penalties.* |
| *115.* | **Tobacco and Smoking Devices:**<br>**Level II – Behavior** | The possession, use, distribution, or sale of tobacco or nicotine products on school grounds, at school-sponsored events, or on school transportation by any person under the age of 21.<br><br>All uses of tobacco, including cigars, cigarettes, pipe tobacco, chewing tobacco, snuff, nicotine dispensing devices, electronic cigarettes or smoking devices, any other matter or substances containing tobacco or nicotine, including any product designed or manufactured to imitate any of these products regardless of whether it contains tobacco or nicotine, and the possession of papers used to roll cigarettes.<br><br>*Example: **Tobacco products** are unhealthy.* |
| *116.* | **Trespassing:**<br>**Level II – Behavior** | To enter or remain on school grounds/campus, school transportation, or at a school-sponsored event/off campus, without authorization or invitation and with no lawful purpose for entry.<br><br>*Example: The student was **trespassing** when he entered the school after being warned by the principal that the school was closed.* |
| *117.* | **Unauthorized Medication:**<br>**Level III – Behavior** | Any medication prescribed by a medical provider and any non-prescribed (over the counter) drugs, preparations, and/or remedies that have not been authorized by the student's physician and/or parent/guardian and that have not been approved by the principal as outlined in Board Policy 5330, *Use of Medications*.<br><br>*Example: The student was swallowing two aspirins, an **unauthorized medication,** given to her by her best friend in the school cafeteria during lunch.* |

**Code of Student Conduct – Elementary**

| | GLOSSARY | |
|---|---|---|
| *118.* | **Under the Influence:** | The impairment of one's normal faculties, such as walking, talking, etc., as may be evidenced by, but not limited to bloodshot eyes, slurred speech, odor of alcohol/elicit substance, stumbling, imbalance, drowsiness, flushed face."<br><br>*Example: The student appeared to be **under the influence** of alcohol, as his breath smelled of alcohol, he spoke incoherently, and he was unable to maintain his balance.*<br><br>**Special Note**:  These observations may be made by a lay (non-expert) witness.  An administrator may come to the conclusion that a student is under the influence of alcohol, or an illicit substance based on the totality of the circumstances.   An administrator should first rule out that the student is having a reaction to food or authorized prescription medication or experiencing a medical condition.   See Vital Alert Use of Medication on page(s) **45**. |
| *119.* | **Vandalism:**<br>**Level II – Behavior**<br>(Vandalism Minor)<br><br>**Level III – Behavior**<br>(Vandalism Major) | The intentional destruction, damage, or defacement of public or private/personal property without consent of the owner or the person having custody or control of it.<br><br>**Major:**  resulting in damages over $1,000.00.<br><br>**Minor:**  resulting in damages under $1,000.00.<br><br>*Example: The student committed **vandalism** when he spray painted graffiti on the school.* |
| *120.* | **Vaping:**<br>**Level II – Behavior** | To inhale and exhale the vapor produced by an electronic cigarette or similar device.<br><br>*Example:  The student was vaping with an electronic cigarette in the stairwell.* |
| *121.* | **Vaping-related Incident** | All incidents that involve the use of non-combustible vaping products, including electronic cigarettes, vapes and vape pens, or any electronic nicotine delivery system if the liquid used contains nicotine or a controlled substance. |
| *122.* | **Violation/Infraction:** | The breaking of a school policy; an infringement.<br><br>*Example: For every behavior **violation** there is a recommended corrective strategy.* |
| *123.* | **Violence:** | Physical force used to injure, damage, or destroy.<br><br>*Example: Acts of **violence** include serious fighting, using a weapon to hurt someone, and throwing objects hard enough to injure a person or damage property.* |
| *124.* | **Weapons:**<br>**Level V – Behavior** | Any instrument that can be used to inflict serious harm on another person or that places another person in fear of serious harm. Examples include but are not limited to all types of firearms (weapons used to shoot with, such as guns), dart-guns, stun guns, dirks (daggers), knives*, metallic knuckles, clubs, tear gas guns, chemical weapons or devices, bombs, aerosols, and other destructive devices (any item that can explode or cause |

| | GLOSSARY | |
|---|---|---|
| | | destruction, such as grenades, mines, rockets, or missiles) and any other object used to inflict harm.  This definition does not include simulated weapons.<br><br>*Although common pocketknives are not classified as weapons under the Florida criminal code, M-DCPS students are prohibited from carrying pocketknives on school property.  School Operations/Alternative Education will determine the appropriate disciplinary action to apply based on the item that is confiscated and how it is used.<br><br>*Example: Everyday objects **such as pens, pencils, thumbtacks, and rubber bands can be weapons** if they are used to seriously harm or attempt to seriously harm someone.*<br><br>* *Section 790.001, F.S. (Weapons and Firearms), provides a further definition of weapons.* |
| **125.** | **Weapons (Simulated):**<br>**Level III – Behavior** | Any instrument that looks like a weapon but is not a weapon.<br><br>*Example: Toy guns are **simulated weapons**.* |
| **126.** | **Weapons Possession:**<br>**Level V – Behavior** | Possession of any instrument or object, as defined by Section 790.001, Florida Statutes, or district code of conduct that can inflict serious harm on another person or that can place a person in reasonable fear of serious harm.  (Possession of a common pocketknife is exempted from state zero tolerance expulsion requirement 1006.07(2) F.S.; however, law enforcement should be notified of any weapon or knife, including pocketknives, for investigation).  (Possession of firearms and other instruments which can cause harm).<br><br>*Example:  The student had a knife in his pocket which constitutes a weapons possession.* |
| **127.** | **Weapons Possession, Use, Sale, or Distribution:**<br>**Level V – Behavior** | Having, using, selling, or distributing any instrument or object that can inflict serious harm or place a person in reasonable fear of serious harm.  See "weapons" above.<br><br>*\*Under Florida's **Zero Tolerance** law, no person, unless part of one's law enforcement responsibilities, shall bring upon school property or have in his or her possession, while on school property, any firearms, weapons or other destructive devices as defined in Section 790.001. F.S. this prohibition shall include any firearm or weapon securely encased in a vehicle or other private conveyance on a campus. Possession, use, sale, or distribution of firearms that results in disciplinary action at school may lead to arrest and criminal penalties.*<br><br>Possession, use, sale, and/or distribution of weapons that results in disciplinary action at school may lead to arrest and criminal penalties.<br><br>*Example: **Weapons** are not allowed in school in order to provide a safe environment for all students.* |

| GLOSSARY | | |
|---|---|---|
| *128.* | **Weapon-related Incident** | All incidents where anyone involved possessed or used a weapon or if the incident was related to possession, use or sale of weapons. |
| *129.* | **Witness:** | A person who saw something happen.<br><br>*Example: I **witnessed** a fight between two students at school.* |
| *130.* | **Zero Tolerance:** | A principle that violence will not be tolerated at school, during school activities, on school property, or on school-sponsored transportation.<br><br>*Example: The **zero-tolerance** policy will help keep our schools a safe place for students.* |



000245

**Code of Student Conduct – Elementary**

## Best Practices and Suggestions for Rewarding Model Student Behavior

The District believes in the dignity, worth, and potential of each and every student, and provides opportunities to enable all students to make the dream of education a reality. To encourage and recognize positive model student behavior, students will be rewarded and recognized for striving to do their best, and for respecting other students and teachers.

Studies have revealed that model student behavior improves when students

- know what is expected of them at school;
- believe they have the academic and social skills to achieve;
- are recognized and ~~given~~ praised for doing good work or behaving appropriately;
- feel that there is someone at school who seems to care about them as people; and
- believe there is someone at school who encourages their development.

Studies also indicate the importance of parental support

- Student achievement related to parent support is not limited to the early years, but is significant at all ages and grade levels.
- Children of involved parents achieve more regardless of socioeconomic status, ethnic/racial background, or the parents' educational level.
- Children of involved parents exhibit more positive attitudes and behavior.
- Children of involved parents have fewer instances of alcohol use, violence, and antisocial behavior.
- Children of involved parents have higher grades, test scores and better attendance, and are more likely to graduate from high school and have greater enrollment in post-secondary education.

Research offers some suggestions for schools to clearly communicate expectations for model student behavior

- The school must provide a well-written set of model student behavior expectations for the school.
- The set of expectations is short (generally from 5 to 7 items).
- Students should be involved in the development, refinement, and communication of the expectations of model student behavior.
- The model student behavior expectations are statements of how to achieve model behavior, rather than what not to do.
- Model student behavior expectations are posted prominently throughout the school.
- Model student behavior expectations are emphasized in each classroom (e.g., explicitly taught, reminded, and encouraged).
- Students should be encouraged to remember and repeat statements of model student behavior.

Adapted from G. Roy Mayer (2000) California State University, Los Angeles


"Always bear in mind
that your own resolution to succeed
is more important than any other one thing."

Abraham Lincoln, Former President

## *Parent Resources*

For information regarding resources in the community to assist your child, please call or visit the following:

| | |
|---|---|
|  | ***Miami-Dade County Public Schools***<br>***Parent Portal***<br>http://www.dadeschools.net/parents.asp |
|  | ***Miami-Dade County Public Schools'***<br>***Office of Parental Involvement***<br>***The Parent Academy***<br>5555 SW 93 Avenue #3<br>Miami, Florida 33165<br>305-271-8257<br><br>http://theparentacademy.dadeschools.net/ |
|  | ***The Children's Trust***<br>3150 Southwest 3rd Avenue<br>Miami, FL 33129<br>(305) 571-5700<br><br>http://www.thechildrenstrust.org/ |
|  | ***Jewish Community Services (JCS) of South Florida***<br><br>A Community Resource Directory maintained by JCS - To speak to a Helpline counselor<br>Call 2-1-1 or 305-631-4211<br><br> |
|  | ***Florida KidCare***<br>1-888-540-5437<br>TTY: 1-877-316-8748<br><br>Through Florida KidCare, the state of Florida offers health insurance for or children from birth through age 18, even if one or both parents are working. It<br> http://www.floridakidcare.org/ |

**Code of Student Conduct – Elementary**

**Anti-Discrimination Policy**

The School Board of Miami-Dade County, Florida adheres to a policy of nondiscrimination in employment and educational programs/activities and strives affirmatively to provide equal opportunity for all as required by:

**Title VI of the Civil Rights Act of 1964** - prohibits discrimination on the basis of race, color, religion, or national origin.

**Title VII of the Civil Rights Act of 1964 as amended** - prohibits discrimination in employment on the basis of race, color, religion, gender, or national origin.

**Title IX of the Education Amendments of 1972** - prohibits discrimination on the basis of gender. M-DCPS does not discriminate on the basis of sex in any education program or activity that it operates as required by Title IX.  M-DCPS also does not discriminate on the basis of sex in admissions or employment.

Age Discrimination Act of 1975 - prohibits discrimination based on age in programs or activities.

**Age Discrimination in Employment Act of 1967 (ADEA) as amended** - prohibits discrimination on the basis of age with respect to individuals who are at least 40 years old.

**The Equal Pay Act of 1963 as amended** - prohibits gender discrimination in payment of wages to women and men performing substantially equal work in the same establishment.

**Section 504 of the Rehabilitation Act of 1973** - prohibits discrimination against the disabled.

**Americans with Disabilities Act of 1990 (ADA)** - prohibits discrimination against individuals with disabilities in employment, public service, public accommodations and telecommunications.

**The Family and Medical Leave Act of 1993 (FMLA)** - requires covered employers to provide up to 12 weeks of unpaid, job-protected leave to eligible employees for certain family and medical reasons.

**The Pregnancy Discrimination Act of 1978** - prohibits discrimination in employment on the basis of pregnancy, childbirth, or related medical conditions.

**Florida Educational Equity Act (FEEA)** - prohibits discrimination on the basis of race, gender, national origin, marital status, or handicap against a student or employee.

**Florida Civil Rights Act of 1992** - secures for all individuals within the state freedom from discrimination because of race, color, religion, sex, national origin, age, handicap, or marital status.

**Title II of the Genetic Information Nondiscrimination Act of 2008 (GINA)** - prohibits discrimination against employees or applicants because of genetic information.

**Boy Scouts of America Equal Access Act of 2002** – No public school shall deny equal access to, or a fair opportunity for groups to meet on school premises or in school facilities before or after school hours, or discriminate against any group officially affiliated with Boy Scouts of America or any other youth or community group listed in Title 36 (as a patriotic society).

Veterans are provided re-employment rights in accordance with P.L. 93-508 (Federal Law) and Section 295.07 (Florida Statutes), which stipulate categorical preferences for employment.

**In Addition:**
**School Board Policies 1362, 3362, 4362, and 5517** - Prohibit harassment and/or discrimination against students, employees, or applicants on the basis of race, color, ethnic or national origin, religion, marital status, disability, genetic information, age, political beliefs, sexual orientation, sex/gender, gender identification, social and family background, linguistic preference, pregnancy, citizenship status, and any other legally prohibited basis.  Retaliation for engaging in a protected activity is also prohibited.

**For additional information about Title IX or any other discrimination/harassment concerns, contact the U.S. Department of Education Asst. Secretary for Civil Rights or:**

**Office of Civil Rights Compliance (CRC)**
**Executive Director/Title IX Coordinator**
**155 N.E. 15th Street, Suite P104E**
**Miami, Florida 33132**
**Phone: (305) 995-1580 TDD: (305) 995-2400**
**Email: crc@dadeschools.net Website: https://hrdadeschools.net/civilrights**
Revised 07/2020
