000248

# AcadeMir Charter Schools
## Employee Handbook

## 2023-2024



## "Expect Excellence"

000249

## ABOUT OUR SCHOOL

### ACADEMIR CHARTER SCHOOL WEST (0410)

The mission of AcadeMir Charter School West is to provide students with a well-rounded elementary school education, through a challenging program, focused on mathematics and science using innovative reform based instructional methods in a stimulating and nurturing environment that fosters maximum student achievement.

### ACADEMIR CHARTER SCHOOL MIDDLE (6082)

The mission of AcadeMir Charter School Middle is to promote students' self-motivation to be successful in all subject areas, especially in science, mathematics, reading and technology, by progressively building on their individual talents and abilities. In order to foster students' life-long learning and allow them to reach their full potential as productive, responsible members of today's global and highly technological society, a nurturing, educational environment and the implementation of research- proven educational models will be utilized. These models focus on problem solving, collaboration, and communication through the integration of technology.

### ACADEMIR PREPARATORY ACADEMY (2002)

The mission of AcadeMir Preparatory Academy is to provide students with a well-rounded elementary-school education, through a challenging program, focused on mathematics and science using innovative, reform-based instructional methods in a stimulating and nurturing environment that fosters maximum student achievement.

### ACADEMIR CHARTER SCHOOL PREPARATORY (1015)

The mission of AcadeMir Charter School Preparatory is to provide students with a well-rounded elementary school education, through a challenging program, focused on mathematics and science using innovative reform based instructional methods in a stimulating and nurturing environment that fosters maximum student achievement.

### ACADEMIR CHARTER SCHOOL OF MATH AND SCIENCE (4242)

The mission of AcadeMir Charter School of Math and Science is to provide students with a well-rounded elementary school education, through a challenging program, focused on mathematics and science using innovative reform based instructional methods in a stimulating and nurturing environment that fosters maximum student achievement.

### ACADEMIR CHARTER SCHOOL EAST AT DORAL (0412)

The mission of AcadeMir Charter School East at Doral is to provide students with a well-rounded elementary school education, through a challenging program, focused on mathematics and science using innovative reform based instructional methods in a stimulating and nurturing environment that fosters maximum student achievement.

### ACADEMIR CHARTER SCHOOL EAST MIDDLE (0422)

The mission of AcadeMir Charter School East Middle is to provide students with a well-rounded elementary school education, through a challenging program, focused on mathematics and science using innovative reform based instructional methods in a stimulating and nurturing environment that fosters maximum student achievement.

### ACADEMIR MIDDLE SCHOOL OF MATH AND SCIENCE (2032)

The mission of AcadeMir Middle School of Math and Science is to provide students with a well-rounded elementary school education, through a challenging program, focused on mathematics and science using innovative reform based instructional methods in a stimulating and nurturing environment that fosters maximum student achievement.

### ACADEMIR PREPARATORY OF CHAMPIONSGATE (0852)

The mission of AcadeMir Preparatory of ChampionsGate is to provide students with a well-rounded elementary school education, through a challenging program, focused on mathematics and science using innovative reform based instructional methods in a stimulating and nurturing environment that fosters maximum student achievement.

## WELCOME TO ACADEMIR

Dear AcadeMir Employee,

Welcome to AcadeMir Charter Schools. We are excited to have you as part of our school.  AcadeMir is committed to excellence in all aspects of our business.

We value our employees and encourage them to make productive suggestions. We want you to succeed at what you do.

This employee manual, inclusive of an Acknowledgement Form, sets forth the general administrative policies, goals, and benefits of AcadeMir and replaces and supersedes any prior manual(s). This manual remains the property of AcadeMir and must be returned upon request.

You should use this manual as a reference as you pursue your career with us. Each of the policies are dated and is current as of that date, but may be unilaterally amended by AcadeMir at any time, with or without notice, and we shall also reserve the right to deviate from the policies herein in our sole discretion. When there is a change in a policy, we will update this manual as soon as possible. Feel free to discuss with us any questions you may have about this manual or about your employment with us.

Sincerely,

*AcadeMir Charter Schools*

## PERSONNEL POLICIES

### ACCIDENT OR INJURY

If you suffer an injury while on the job at the school location, you must report it to the office immediately, so an accident report can be completed. Even minor incidents should be reported for your protection and insurance purposes. If this is not done, you will not be eligible for Workmen's Compensation benefits if the need arises.

If an accident requires medical assistance, notify the principal, assistant principal or office personnel and they will call 911.

In case of an accident where a child is injured, staff must abide by the following:

- Notify administration immediately of accident

- Designated personnel are to call 911 depending on the nature of the injury (any head injury open wound, broken bones, dizziness, fatigue, fever, vomiting, unconsciousness, etc. require emergency medical care 911)

- Designated staff is to call child's parent/guardian regardless of the nature of injury

- If injury requires medical care and assigned personnel is unable to reach parent/guardian, a call must be placed to those persons listed as authorized to pick up child.

- If an injured child needs to be transported to the hospital and the parent/guardian have not arrived to school, the principal or designee must accompany the child and take a copy of the child's emergency contact card with them.

- Accident report must be completed and signed by teacher, principal and parent/guardian of child. If 911 was contacted, designated staff member must ask paramedics for a case number and include it on the accident report. Once signatures are obtained, original report is stored with administration and copy MUST be provided to parent and to MANAGEMENT.

If there is an accident involving blood or other bodily secretions, staff must wear rubber gloves for safety against diseases communicable via such contact (gloves can be found in main office).

### ANNOUNCEMENTS

Announcements are made only during scheduled times. All announcements are limited to general information and must be signed by the teacher requesting the announcement. In order for an announcement to be made, the copy must have an administrative approval no later than the school day before it is needed.

Morning announcements will be broadcasted in the beginning of the day and during this time, students will pledge to the flag. Teachers will maintain a quiet classroom environment during announcements.  Teachers will remind the students about upcoming special events, days off, school-wide assignments, contests, etc. **It is expected that all teachers and students listen to the morning announcements.**

### ASSEMBLIES

Teachers must accompany their classes to assemblies and remain with them to assist in speedy seating, ensure attendance and maintain courteous behavior.

### ATTENDANCE

AcadeMir believes that a good record of attendance and punctuality is an essential component of good work performance. All faculty members must abide by their assigned school hours and schedule indicated on the AcadeMir Employee contract/offer letter.

If a staff member is to be absent, he/she must notify the registrar at their assigned location or administrator as soon as possible.

000252

## CONTACT INFORMATION FOR EACH LOCATION IS AS FOLLOWS:

| School | Contact | | Contact Number |
|---|---|---|---|
| **ACADEMIR CHARTER SCHOOL WEST** | MRS. K. BERARDINELLI | REGISTRAR | (786) 362-2686 |
| | MRS. S. BELLO | PRINCIPAL | (786) 601-7668 |
| **ACADEMIR CHARTER SCHOOL MIDDLE** | MS. A. ALBORNOZ | REGISTRAR | (786) 250-7366 |
| | MRS. M. TRIANA | PRINCIPAL | (305) 338-6040 |
| **ACADEMIR PREPARATORY ACADEMY** | MS. A. ALBORNOZ | REGISTRAR | (786) 250-7366 |
| | MRS. M. TRIANA | PRINCIPAL | (305) 338-6040 |
| **ACADEMIR CHARTER SCHOOL PREPARATORY** | MS. S. LINARES | REGISTRAR | (786) 925-4186 |
| | DR. M. K. LEDO | PRINCIPAL | (786) 262-3531 |
| **ACADEMIR CHARTER SCHOOL OF MATH AND SCIENCE** | MS. A PEREZ | REGISTRAR | (786) 709-2885 |
| | MR. A. CEJAS | PRINCIPAL | (305) 546-0844 |
| **ACADEMIR MIDDLE SCHOOL OF MATH AND SCIENCE** | MS. A PEREZ | REGISTRAR | (786) 709-2885 |
| | MR. A. CEJAS | PRINCIPAL | (305) 546-0844 |
| **ACADEMIR CHARTER SCHOOL EAST AT DORAL** | MS. M. PELLICER | REGISTRAR | (786) 300-9344 |
| | MRS. R. ORTEGA | PRINCIPAL | (786) 470-0804 |
| **ACADEMIR CHARTER SCHOOL EAST MIDDLE** | MS. M. PELLICER | REGISTRAR | (786) 300- 9344 |
| | MRS. R. ORTEGA | PRINCIPAL | (786) 470-0804 |
| **ACADEMIR PREPARATORY OF CHAMPIONSGATE** | MS. A. BETANCOURT | REGISTRAR | (407) 780-4134 |
| | MS. R. RAMDATH | PRINCIPAL | (305) 282-6324 |

All faculty members must call no later than 9:00 p.m. the night before you expect to be absent. In the event that you cannot reach the registrar, you must contact your administrator. In the morning, it is imperative that you communicate your absence prior to 7:00 a.m. if you expect to be absent. In addition, teachers must notify the registrar prior to 2:00 p.m. to advise whether or not they will return to work the following day.

Each full-time employee will have (7) sick/personal days for the school year, unless it is specified differently on his or her employee contract. If you are aware of an upcoming absence, please fill out the "Employee Absence Form" and email it to the registrar and principal **at least two weeks prior to requested day(s)**. Approval/Denial will be sent to you within 3 days of submission by your administrator.

In the event of an illness or emergency, please note the registrar only handles substitute coverage. It is the teacher's responsibility to inform administration as well of your illness or emergency. If a teacher is going to be out more than 2 days due to illness, a medical note/clearance as well as an "Employee Absence Form" is required. Registrars are not responsible for classroom coverage in the event that an emergency arises and the teacher must leave the class. **Emergency Lesson Plans must be updated regularly upon use.** See EMERGENCY LESSON PLANS section.

In addition, a BLACKOUT DAY, is a day determined as a day not allowed to be taken. There are 2 types of Blackout days:

1. **Blackout Days before or after a holiday or Recess**
   If employee does not work the day before or after a holiday, employee will lose the pay for the Blackout Day and the holiday. If employee has PTO time available, employee may ask to use their PTO time for the Blackout Day only.

2. **Blackout Days designated as days not to be taken (i.e., non opt put teacher planning days, testing days, etc.)**

   If employee does not work these designated Blackout days, employee will lose the pay for that Blackout Day and PTO time will NOT be allowed to be used.

   The following days are identified as Blackout days:

   - The day before or after a holiday.
   - A staff development
   - All assigned state testing days (refer to School Testing Calendar)
   - The first and last week of school
   - The day before and the day after fall, winter and spring breaks.

## DRESS CODE

As an employee of AcadeMir, you must maintain a clean, safe and professional appearance. Your attire should be consistent with the type of work you are performing as well as being appropriate for the position you hold and the image AcadeMir seeks to project.

Remember the image that we portray to both students and parents enables us to be effective and respected educators.  Therefore, both students and staff are expected to wear the complete, proper uniform designated by AcadeMir Charter Schools, Inc. The following items are **not** considered professional attire during school days: **halter tops, midriff tops, sweatshirts, sweat pants, skirts length more than 1 inch above the knee, jeans, leggings, sneakers, sandals, and flip flops.** Only on Casual Friday, staff members may wear jeans and school t-shirts.

**Uniforms must be purchased at Ibiley Uniform, exclusively**. You will be required to **wear** and **pay** for your own uniform. Please refer to uniform flyer for complete information.

Good personal grooming and hygiene are also essential and should contribute to a professional appearance. Being well-groomed and having good personal hygiene is both important in your overall effectiveness and a requirement of your position in the school.  This includes the appearance of visible tattoos and body piercings. Please remember that you are all role models and we need your cooperation in enforcing our school uniform policy for both the staff and the students.

Non-compliance with the dress code will be considered a contractual violation; the employee will be sent home and a personal day will be docked from their allotment.

## ASSESSMENT

Teachers and staff MUST be present during state and district assessments such as District Assessments, Monthly Assessments, Florida Assessment of Student Thinking (FAST), FCAT 2.0 Science and any other state mandated assessments.

## BELL SCHEDULE

To be given by the principal for 2023-2024 School Year.

## BINDERS

All teachers are required to have an instructional binder with these specific sub-sections: Lesson Plans, Data, SPED and ELL Student Rosters, and Resources.

## CAFETERIA PROCEDURES

Prepayment for Breakfast and lunch are to be done online. Teachers are not to accept payments.
Lunch is exactly 30 minutes and teachers must strictly adhere to their assigned lunch times. Cafeteria workers and aides should be treated with courtesy and respect, so teachers please emphasize this to your students. Also, students are to walk, not run, in the cafeteria as well as everywhere in the building.

## CALENDAR

There are 2 types of calendars that teachers should familiarize themselves with; the school calendar and the school activity calendar.

## HARASSMENT TRAINING

It is the responsibility of each educator to complete the harassment training online through ADP. Once completed a certificate is issued. This certificate needs to be emailed to management at xmir@superiorcharterschoolservices.com and mchavez@superiorcharterschoolservices.com

## CERTIFICATIONS

It is the professional responsibility of each educator to provide the administration with a copy of a current, valid Florida Educator's Certificate or copies of other documentation such as Statement of Eligibility and/or college transcripts, as may be applicable (Florida State Board of Education Rule 6A-1.0503).  It is also the professional responsibility of each educator to maintain a current teaching certificate and to fulfill the requirements of any waiver they have.

## CHILD ABUSE

Florida Section 415.504, Florida Statues, requires mandatory reporting of all cases of child abuse. This Statue applies to suspected or confirmed reports against any person, regardless of occupation, who is alleged to be involved or any person who is alleged to have committed any act of child abuse. School personnel are not exempted from mandatory reporting of child abuse when a fellow employee is suspected or confirmed as the abuser.

**Anyone aware of child abuse, suspected or confirmed, shall immediately make a report by contacting The Florida Abuse Hotline which accepts reports 24 hours a day and 7 days a week of known or suspected child abuse, neglect, or abandonment and reports of known or suspected abuse, neglect, or exploitation of a vulnerable adult. It is suggested that once a report is made, the principal or appropriate school administrator be notified.  The name of the person reporting child abuse or neglect shall in no case be released to any person other than employees of DCF responsible for child protective services**

To make a report you can:

- ❖ • Report online at https://reportabuse.dcf.state.fl.us/
- ❖ • Call **1-800-96-ABUSE (1-800-962-2873)**
- ❖ • Use 711 for Florida Relay Services
- ❖ • Fax your report to 1800-914-0004

Child abuse is defined to include harm or threatened harm to a child's health or welfare and/or willful or negligent acts which result in: neglect: malnutrition: sexual abuse: physical injury: mental injury: or failure to provide sustenance, clothing, shelter, or medical treatment.

Any person including, but not limited to, physician, nurse, teacher, social worker, or employee of a public or private facility serving children, who has reason to believe that a child has been a subject of child abuse shall report this information as indicated in the procedures outlined in this guideline.

Knowing and willful failure to report suspected or confirmed abuse and knowing and willful prevention of another from making such a report is a crime punishable by up to two months in jail and up to a $500 fine.

Employees reporting child abuse from an outside source are not to inform parents of the report; it will be the responsibility of DCF to notify the parent/guardian. Parents or guardians may try to find out who made the report. If confronted by a parent/guardian, school staff members do not need to confirm or deny making the report.

All contact with school personnel by DCF representatives shall be with the principal or designee, and under no circumstances shall a DCF representative proceed directly to a classroom or other portion of the school plant without the specific authority of the principal or designee.

## CLASSROOM CARE AND USE OF SCHOOL PROPERTY

Each teacher will be given a key to his/her classroom if applicable.  The classroom and all materials within the classroom are the responsibility of the teacher and his/her class.  Please notify the office in writing if the routine cleaning of your classroom is not satisfactory. This communication will be sent to Management for immediate correction.

Teachers must be constantly alert to detect any defacing of desktops, writing on walls, loosening of screws and bolts, etc., and report this immediately to an administrator.  Each teacher is responsible for the area in which he/she is assigned. Periodically during the year, a survey of the school plant and equipment will be made to evaluate the care of the area.  A semi-annual Property Inventory of all school furniture, fixtures and equipment is conducted by the school. All A/V equipment is to be checked out to teachers by the media staff. It is the teacher's responsibility to report any missing equipment to grade level chairs and/or designee immediately, who in turn will notify the Principal.

## CLASSROOM MANAGEMENT

Teachers and staff are responsible for establishing and maintaining effective classroom rules and procedures to ensure a safe, nurturing and secure learning environment. Included in performance standard 8 of the Instructional Performance Evaluation and Growth System (IPEGS), is the **Learning Environment**, *which requires teachers to create and maintain a safe learning environment while encouraging fairness, respect and enthusiasm.*

It is necessary that each teacher set up rules to establish an atmosphere that elicits appropriate behavior and it must be displayed in their classroom. Good discipline is required for effective teaching and learning.  Each teacher is expected to maintain a classroom climate and management conducive to student learning.

**Under no circumstances is corporal punishment to be administered at any AcadeMir School.** Teachers and students must foster a mutual respect for one another. Staff members may never use physical punishment or harsh verbal language toward a student. We encourage methods of positive reinforcement/rewards and/or loss of privileges. Further, students cannot be denied lunch as a form of punishment.

AcadeMir is committed to providing a safe teaching and learning environment for students, staff, and members of the community. The Student Code of Conduct identifies, recognizes, and rewards model student behavior within a framework of clearly established and enforceable rules and policies. It advocates a holistic approach to promoting and maintaining a safe learning environment and requires active participation from students, parents/guardians, and school staff. Students and parents/guardians can access the document on our school website or on the M-DCPS Website located at: **http://ehandbooks.dadeschools.net/policies/90/index.htm.**

000256

## CODE OF ETHIC

Each staff member serves as a moral leader following ethical practices. All persons employed by the Governing Board *of* AcadeMir Charter Schools Inc., are expected to conduct themselves in a manner that will reflect adherence to this code.  Employees are required to follow *Code of Ethics & Principles of Professional Conduct for the Education Profession in Florida* Code of Ethics of the Education Profession in Florida 6A-10.080 these principals are to be read and observed accordingly. The code of ethics also applies to social networking websites and Internet sources.

### CODE OF ETHICS OF THE EDUCATION PROFESSION IN FLORIDA

**6A-10.080 Code of Ethics of the Education Profession in Florida**

1. The educator values the worth and dignity of every person, the pursuit of truth, devotion to excellence, acquisition of knowledge, and the nurture of democratic citizenship. Essential to the achievement of these standards are the freedom to learn and to teach and the guarantee of equal opportunity for all.

2. The educator's primary professional concern will always be for the student and for the development of the student's potential. The educator will therefore strive for professional growth and will seek to exercise the best professional judgment and integrity.

3. Aware of the importance of maintaining the respect and confidence of one's colleagues, of students, of parents, and of other members of the community, the educator strives to achieve and sustain the highest degree of ethical conduct.

**6A-10.081 Principles of Professional Conduct for the Education Profession in Florida.**

1. The following disciplinary rule shall constitute the Principles of Professional Conduct for the Education Profession in Florida.

2. Violation of any of these principles shall subject the individual to revocation or suspension of the individual educator's certificate, or the other penalties as provided by law.

3. Obligation to the student requires that the individual:

   a. Shall make reasonable effort to protect the student from conditions harmful to learning and/or to the student's mental and/or physical health and/or safety.

   b. Shall not unreasonably restrain a student from independent action in pursuit of learning.

   c. Shall not unreasonably deny a student access to diverse points of view.

   d. Shall not intentionally suppress or distort subject matter relevant to a student's academic program.

   e. Shall not intentionally expose a student to unnecessary embarrassment or disparagement.

   f. Shall not intentionally violate or deny a student's legal rights.

   g. Shall not harass or discriminate against any student on the basis of race, color, religion, sex, age, national or ethnic origin, political beliefs, marital status, handicapping condition, sexual orientation, or social and family background and shall make reasonable effort to assure that each student is protected from harassment or discrimination.

   h. Shall not exploit a relationship with a student for personal gain or advantage.

   i. Shall keep in confidence personally identifiable information obtained in the course of professional service, unless disclosure serves professional purposes or is required by law.

4. Obligation to the public requires that the individual:

    a. Shall take reasonable precautions to distinguish between personal views and those of any educational institution or organization with which the individual is affiliated.

    b. Shall not intentionally distort or misrepresent facts concerning an educational matter in direct or indirect public expression.

    c. Shall not use institutional privileges for personal gain or advantage.

    d. Shall accept no gratuity, gift, or favor that might influence professional judgment.

    e. Shall offer no gratuity, gift, or favor to obtain special advantages.

5. Obligation to the profession of education requires that the individual:

    a. Shall maintain honesty in all professional dealings.

    b. Shall not on the basis of race, color, religion, sex, age, national or ethnic origin, political beliefs, marital status, handicapping condition if otherwise qualified, or social and family background deny to a colleague professional benefits or advantages or participation in any professional organization.

    c. Shall not interfere with a colleague's exercise of political or civil rights and responsibilities.

    d. Shall not engage in harassment or discriminatory conduct which unreasonably interferes with an individual's performance of professional or work responsibilities or with the orderly processes of education or which creates a hostile, intimidating, abusive, offensive, or oppressive environment; and, further, shall make reasonable effort to assure that each individual is protected from such harassment or discrimination.

    e. Shall not make malicious or intentionally false statements about a colleague.

    f. Shall not use coercive means or promise special treatment to influence professional judgments of colleagues.

    g. Shall not misrepresent one's own professional qualifications.

    h. Shall not submit fraudulent information on any document in connection with professional activities.

    i. Shall not make any fraudulent statement or fail to disclose a material fact in one's own or another's application for a professional position.

    j. Shall not withhold information regarding a position from an applicant or misrepresent an assignment or conditions of employment.

    k. Shall provide upon the request of the certificated individual a written statement of specific reason for recommendations that lead to the denial of increments, significant changes in employment, or termination of employment.

    l. Shall not assist entry into or continuance in the profession of any person known to be unqualified in accordance with these Principles of Professional Conduct for the Education Profession in Florida and other applicable Florida Statutes and State Board of Education Rules.

    m. Shall self-report within forty-eight (48) hours to appropriate authorities (as determined by district) any arrests/charges involving the abuse of a child or the sale and/or possession of a controlled substance. Such notice shall not be considered an admission of guilt nor shall such notice be admissible for any purpose in any proceeding, civil or criminal, administrative or judicial, investigatory or adjudicatory. In addition, shall self-report any conviction, finding of guilt, withholding of adjudication, commitment to a pretrial diversion program, or entering of a plea of guilty or Nolo Contendere for any criminal offense other than a minor traffic violation within forty-eight (48) hours

000258

after the final judgment. When handling sealed and expunged records disclosed under this rule, school districts shall comply with the confidentiality provisions of Sections 943.0585(4)(c) and 943.059(4)(c), Florida Statutes.

n.   Shall report to appropriate authorities any known allegation of a violation of the Florida School Code or State Board of Education Rules as defined in Section 1012.795(1), Florida Statutes.

o.   Shall seek no reprisal against any individual who has reported any allegation of a violation of the Florida School Code or State Board of Education Rules as defined in Section1012.795(1), Florida Statutes.

p.   Shall comply with the conditions of an order of the Education Practices Commission.

q.   Shall, as the supervising administrator, cooperate with the Education Practices Commission in monitoring the probation of a subordinate. Each staff member will treat students, parents, fellow workers and the administrator with respect and dignity. Confidentiality is to be kept at all times. Comments from one teacher to another are not allowed. Negative comments/discrimination about children will not be allowed. Each staff member demonstrates self-control in stressful situations. Staff members do not fight, agitate a fight, attempt bodily harm to another person. Dishonestly is treated decisively with appropriate consequences.

## CONFERENCES

Administrative conferences involving teachers will be scheduled during planning periods or at times where instructional time is not affected.

Teachers need to be available for parent conferences, which will be arranged by the teacher or by administration as needed. Please make sure you attend these conferences and are on time.  If you cannot attend, please contact the parent prior to the meeting and notify the office.

During the parent conference, the "Parent Conference" form must be completed and signed by all attendees. Copies will be maintained by teachers and teachers are also expected to keep a log of all parent contacts.

## COLLECTION OF MONIES

Money collected for school pictures, insurance, or special activities, etc., must be paid online.

- **No** money should be collected by teachers, unless instructed otherwise by your principal.
- If any parent has an issue with online payments, please refer them to the Activities Director.

## CUMULATIVE RECORDS

All cumulative records are to be kept in the office alphabetically by grade in locked fireproof file cabinets. These can be retrieved by checking them out with the registrar in the main office. Only staff members may handle or sign these records out. ELL cumulative records are in alphabetical order in separate filing cabinets in the office. Students should never have access to cumulative records, carrying them to other locations or otherwise.

Each teacher is expected to maintain accurate, complete, up-to-date records for each student. Each teacher is expected to protect the accuracy and privacy of the information contained in the student educational records.

## DISCIPLINARY PROCEDURES FOR STAFF

Any teacher who fails to follow the AcadeMir Staff Guidelines will be subject to disciplinary action up to termination depending on severity of the offense.

## DISTRICT/STATE GUIDELINES

### BACKGROUND SCREENING REQUIREMENTS

**Jessica Lunsford Act**

On June 20, 2007, Governor Charlie Christ signed into law Senate Bill 988, Relating to High Risk Offenders. The bill, effective on July 1, 2007, requires specific notations on the driver's licenses of sexual predators, and established standards and procedures related to the background screening of individuals who provide contracted non-instructional services to Florida public schools or districts.

The sections of Florida law pertinent to the screening of individuals who are vendors or contractors with a Florida public school or district as amended or created by Senate Bill 988, may be accessed at:

- Section 1012.465, Florida Statutes
- Section 1012.467, Florida Statutes
- Section 1012.468, Florida Statutes

### ETHICS IN EDUCATION ACT

The 2008 Florida Legislature passed, and Governor Crist signed, Senate Bill 1712 (PDF), the Ethics in Education Act. This legislation became effective July 1, 2008, and amends multiple sections of the Florida Statutes and creates new statutory sections. In part, this Act created section 1012.315, Florida Statutes, and established that a conviction of certain offenses makes one ineligible for Florida Educator Certificate and instructional personnel and school administrators are ineligible for employment in any position that requires direct student contact in a district school system, charter school, private school that accepts students under the Corporate Tax or McKay Scholarships, or the Florida School for the Deaf and the Blind.

An individual is ineligible for Florida Educator Certification and employment as instructional personnel or school administrator as outlined above, if convicted of any of the following felony offenses:

- Section 393.135, relating to sexual misconduct with certain developmentally disabled clients and reporting of such sexual misconduct.
- Section 394.4593, relating to sexual misconduct with certain mental health patients and reporting of such sexual misconduct.
- Section 415.111, relating to adult abuse, neglect, or exploitation of aged persons or disabled adults.
- Section 782.04, relating to murder.
- Section 782.07, relating to manslaughter, aggravated manslaughter of an elderly person or disabled adult, aggravated manslaughter of a child, or aggravated manslaughter of an officer, a firefighter, an emergency medical technician, or a paramedic.
- Section 784.021, relating to aggravated assault.
- Section 784.045, relating to aggravated battery.
- Section 784.075, relating to battery on a detention or commitment facility staff member or a juvenile probation officer.

000260

- Section 787.01, relating to kidnapping.
- Section 787.02, relating to false imprisonment.
- Section 787.025, relating to luring or enticing a child.
- Section 787.04(2), relating to leading, taking, enticing, or removing a minor beyond the state limits, or concealing the location of a minor, with criminal intent pending custody proceedings.
- Section 787.04(3), relating to leading, taking, enticing, or removing a minor beyond the state limits, or concealing the location of a minor, with criminal intent pending dependency proceedings or proceedings concerning alleged abuse or neglect of a minor.
- Section 790.115(1), relating to exhibiting firearms or weapons at a school-sponsored event, on school property, or within 1,000 feet of a school.
- Section 790.115(2)(b), relating to possessing an electric weapon or device, destructive device, or other weapon at a school-sponsored event or on school property.
- Section 794.011, relating to sexual battery.
- Former s. 794.041, relating to sexual activity with or solicitation of a child by a person in familial or custodial authority.
- Section 794.05, relating to unlawful sexual activity with certain minors.
- Section 794.08, relating to female genital mutilation.
- Chapter 796, relating to prostitution.
- Chapter 800, relating to lewdness and indecent exposure.
- Section 806.01, relating to arson.
- Section 810.14, relating to voyeurism.
- Section 810.145, relating to video voyeurism.
- Section 812.014(6), relating to coordinating the commission of theft in excess of $3,000.
- Section 812.0145, relating to theft from persons 65 years of age or older.
- Section 812.019, relating to dealing in stolen property.
- Section 812.13, relating to robbery.
- Section 812.131, relating to robbery by sudden snatching.
- Section 812.133, relating to carjacking.
- Section 812.135, relating to home-invasion robbery.
- Section 817.563, relating to fraudulent sale of controlled substances.
- Section 825.102, relating to abuse, aggravated abuse, or neglect of an elderly person or disabled adult.
- Section 825.103, relating to exploitation of an elderly person or disabled adult.
- Section 825.1025, relating to lewd or lascivious offenses committed upon or in the presence of an elderly person or disabled person.
- Section 826.04, relating to incest.
- Section 827.03, relating to child abuse, aggravated child abuse, or neglect of a child.
- Section 827.04, relating to contributing to the delinquency or dependency of a child.
- Section 827.071, relating to sexual performance by a child.

- Section 843.01, relating to resisting arrest with violence.
- Chapter 847, relating to obscenity.
- Section 874.05, relating to causing, encouraging, soliciting, or recruiting another to join a criminal street gang.
- Chapter 893, relating to drug abuse prevention and control, if the offense was a felony of the second degree or greater severity.
- Section 916.1075, relating to sexual misconduct with certain forensic clients and reporting of such sexual misconduct.
- Section 944.47, relating to introduction, removal, or possession of contraband at a correctional facility.
- Section 985.701, relating to sexual misconduct in juvenile justice programs.
- Section 985.711, relating to introduction, removal, or possession of contraband at a juvenile detention facility or commitment program.

An individual is ineligible for Florida Educator Certification and employment as instructional personnel or school administrator as outlined above, if convicted of any of the following misdemeanor offenses:

- Section 784.03, relating to battery, if the victim of the offense was a minor.
- Section 787.025, relating to luring or enticing a child.

An individual is ineligible for Florida Educator Certification and employment as instructional personnel or school administrator as outlined above, if convicted of:

- Any criminal act committed in another state or under federal law which, if committed in this state, constitutes an offense prohibited under any statute listed in subsection (1) or subsection (2). (Offenses listed above) or;
- Any delinquent act committed in this state or any delinquent or criminal act committed in another state or under federal law which, if committed in this state, qualifies an individual for inclusion on the Registered Juvenile Sex Offender List under s. 943.0435(1)(a) 1.d.law.

## DUTIES

All staff members will be assigned a variety of duties throughout the school year. Some of these duties will include: assistance with arrival/dismissal, supervising activities, etc.

## ELL STUDENTS

All students who are classified as Limited English Proficient (LEP) are required to participate in a program of English Language Learners (ELL). All schools with students classified as Limited English Proficient must provide an appropriate ELL program to meet the specific needs of such students in language learning and in cultural integration to comply with the requirements of the League of United Latin American Citizen (LULAC) et al. v.

State Board of Education (SBE) Consent Decree, Florida Statute, and current M-DCPS/OCR Understandings, and M-DCPS School Board Rules relative to programs and services for LEP students.

All staff members have responsibilities with regard to LEP students in the areas of instruction, grading, monitoring and certification requirements. Staff members need to take note of the requirements based on teaching assignment and be sure all certification requirements have been met. Additionally, teachers of core and elective areas having ELL students or students recently dismissed from ELL will have responsibilities to complete, and may be called upon for LEP committee participation, and/or the monitoring process.

000262

## EMERGENCY DRILLS

### FIRE DRILL

We will be conducting a fire drill on a monthly basis. At the commencement of school, please review with your students the evacuation map which should be posted in your classroom by your door. Should you not have this evacuation map, please contact the administration immediately.

It is imperative that the following procedures be implemented while conducting a fire drill:

- Signal the students to prepare to evacuate.
- Exit the room in an orderly manner.
- Evacuate quickly but do not permit running, shoving, or excessive talking.
- Check to see that everyone has departed the room.
- Close the classroom door and DO NOT lock the door.
- Take with you a hard copy of your grade book or a class list, so you may take attendance outside.
- Monitor the halls as you follow the evacuation route.
- Guide the students in a quiet and orderly manner to the assigned evacuation area.
- Wait for the "ALL CLEAR" signal prior to returning to the building.
- Take attendance once you have returned to your room.

### CODE RED

During times of emergency, the primary responsibility of all personnel is to provide personal safety of students, to isolate the problem area/areas, and to help keep the school under control.

If an emergency should occur, all personnel will be notified of the situation by an announcement on the public address system: **"CODE RED".**  After hearing the "Code Red" signal, all personnel shall adhere to the following guidelines:

#### TEACHERS:
- Close and lock all classroom doors and turn off the lights.
- Maintain order and calm within the classroom.
- Do not permit students to leave the classroom FOR ANY REASON.
- Request that students move away from windows, and if necessary, sit in a crouched position away from any source of danger.
- Staff and students in bathroom facilities should lock the door, if possible, or move to the nearest secure area.
- Staff and students located in open areas should immediately report to the nearest secured area.
- All staff and students remain in **LOCK DOWN** mode until the **ALL-CLEAR** announcement is made.
- Follow directions of emergency personnel and school administrators throughout emergency period.

#### SECURITY/ADDITIONAL PERSONNEL:
Security and additional personnel are responsible for specified assigned areas. Each employee caring for his/her specified area shall perform the following tasks:

- Immediately check and monitor bathrooms.
- Lock and close all doors leading into the building.

- Move throughout their specified area in the building, collecting and disposing of articles, which might be used for weapons (bottles, boards, etc.).
- When the disturbance is over, immediately begin to clean up the affected area.

**CAFETERIA STAFF:**
- Lock all entrances to the cafeteria.
- Seal off all serving areas by locking all doors.
- All workers, students, or adults must remain in the kitchen area.

**RECEPTIONIST/OFFICE PERSONNEL**
- Handle incoming (rumor control) calls from the parents, press, and community.
- Notify Schools of Choice office and/or Police Department.

## TORNADO DRILL

As required by the State, we will be conducting a tornado drill during the school year. Please review the tornado drill procedures with your students. It is imperative that the following procedures be implemented while conducting our tornado drill.

Instruct students to seek cover where floors and walls meet and place themselves in a protected position with their heads and faces covered by their hands and arms. Close windows and outside doors on all sides of the building.

Classes located **on the field** must evacuate into the gym or enclosed interior corridors.

- Signal the students to prepare to evacuate.
- Evacuate quickly but do not permit shoving or excessive talking.
- Check to see that everyone has come in.
- Monitor the surroundings as you follow the evacuation route.
- Guide the students in a quiet and orderly manner to the assigned assembly area.
- Wait for the **"ALL CLEAR"** signal prior to returning to the field.
- Take attendance once you have returned to your room or field.

## EMERGENCIES IN THE CLASSROOM

When a classroom teacher, or person in charge, believes a child is seriously ill or injured, the following procedures/steps must be taken:

1. The teacher will immediately use the PA system or walkie-talkie to call the office and notify the Principal and/or Assistant Principals.
2. In case of a serious illness, make the child as comfortable as possible under the circumstances – do not attempt to move the child until an administrator arrives.
3. The Office will call and notify the parent and/or relative, etc., listed on the Emergency Contact Card.
4. In cases where the parent and others listed on the Emergency Contact Card cannot be reached and immediate professional help is needed, the administrator in charge shall contact the police for the purpose of summoning assistance.

## CRISIS INTERVENTION PLAN

Teachers and school personnel should be on the lookout for a sudden or dramatic change in a student's performance, attendance or behavior. Report any unusual or sudden changes to administration.

## AWARENESS OF WARNING SIGNS OF SUICIDE

- Changes in eating or sleeping habits.
- Increasing isolation from friends and family.
- Tendency to become more active and aggressive than usual.
- Lower academic achievement.
- Giving away a valued possession or increased interest in getting his/her "life in order".
- Talking about suicide.
- Sudden and intense interest in religious beliefs and the after-life.
- Recent loss, such as a divorce or death in the family, or a close friend moving away.

## EMERGENCY CONTACT CARDS

It is imperative that every student in every homeroom has a completed **Emergency Contact Card** on file in the Attendance Office.  Emergency procedures (see EMERGENCIES above) of any kind must be simple in nature and clearly understood by all personnel.

## EMPLOYEE CONDUCT

All persons employed by AcadeMir Charter Schools; Inc. are representatives of the school. As such, they are expected to conduct themselves in a manner that will reflect credit upon themselves and the school.

Unseemly conduct or the use of abusive and/or profane language in the presence of students is expressly prohibited. Additionally, all school staff must govern themselves in a professional manner when using any form of social media.

Employee's children who are not currently AcadeMir School students may not be in the building during school hours or to be supervised before or after school by their parents. This applies during teacher planning days and to teachers' children who are students as well.

Willful violation of school rules will lead to reprimand by school administration and to such disciplinary action as may be recommended and approved by the Board.

## EMPLOYMENT CLASSIFICATION

As an employee of AcadeMir Charter Schools Inc. you are an "employee at will". This means that either you or AcadeMir may choose to terminate the employment relationship at any time, with or without cause and with or without advance notice.

Any information outlined in this manual does not modify the employment at will policy and should not be interpreted to mean that termination will occur only for "just cause". These documents do not create an express or implied contract of employment for a definite and specific period of time between you and AcadeMir Charter Schools Inc. or otherwise create express or implied legally enforceable contractual obligations on the part of AcadeMir Charter Schools Inc. concerning any terms, conditions or privileges of employment. Any documents or statements, written or oral, prior, current or future that conflict with the employment at will policy are void.

## EVALUATIONS (TEACHER)

All teachers of AcadeMir Charter School Inc. will be evaluated annually using IPEGS. The purpose of the process is to improve teaching and learning. For the 2023-2024 school year, the breakdown is as follows:

- Learner Progress (VAM) is 34%
- Professional Practices (Performance Standards 2-8 for Teachers and Performance Standards 2-7 for Instructional Support and Student Services Professionals) is 50%
- DPGT is 16% and includes a well-defined rubric

## EXIT INTERVIEWS

Upon termination of employment, voluntary (by the employee) or involuntary (by the employer), with or without cause in both cases, the Management or Board Members of AcadeMir Charter Schools Inc. may choose to have an exit interview with the departing employee.

During the interview, if any, you will be informed whether you are entitled to certain post-termination benefits such as credits may be due, full or pro-rated vacation pay and other post-employment related matters.

Any employee who terminates his or her employment, or is terminated by any AcadeMir school shall return all files of any kind, keys, tools and any other materials whatsoever that are property of AcadeMir.

Unless otherwise prohibited by applicable state or federal law, final settlement of your pay will not be made until all property owned by AcadeMir is returned in satisfactory condition. The cost of replacing any items not returned will be deducted from your final paycheck or if this is not possible due to legal restrictions or otherwise legal action may be taken to recover any property or money due to AcadeMir.

## FACULTY MEETINGS

Faculty meetings are intended to convey important information, provide instruction and guidance of important tasks, exchange ideas, and promote staff interaction. This practice is vital to the effectiveness of the overall school operation and processes. All faculty members are expected to attend unless otherwise excused by school principal.

Emergency Faculty Meetings may be scheduled from time-to-time, in which case an announcement will be made over the P.A. system.

**ATTENDANCE AT THESE MEETINGS IS MANDATORY.**

## FAILURE NOTICES (UNSATISFACTORY PROGRESS REPORTS)

AcadeMir policy indicates that parents and/or guardians are to be notified, at any time during the grading period, as soon as it becomes apparent, that the student may fail or is performing unsatisfactory in any class. If a student is in danger of failing, a formal **Failure Notice** in writing must be sent home by the end of the **second nine weeks (2nd)** and again by the end of the **third nine weeks (3rd).** In addition, teachers must call the parent to notify them in advance. Teachers may utilize the Miami-Dade County Public School official unsatisfactory notice (form #7021), or the failure notice provided by the Electronic Grade Book. The most important aspect of the failure notice is communication and accountability. Students and parents are to sign and return the notice to the teacher who issued the form.

It is understood that there are cases when student stops work entirely or is excessively absent after the five-week deadline. Parents/guardians should then be informed immediately of the pending failure and the notice should be recorded.

**NO FAILING GRADE CAN BE ISSUED UNLESS THERE IS A RECORD OF NOTIFICATION. ADMINISTRATION IS TO BE INFORMED FOLLOWING PUPIL PROGRESSION PLAN OF ANY POSSIBLE RETENTION.**

000266

## FIELD TRIPS

A field trip can be an important aid to the instructional program. It can give meaning and interest to classroom activities and can be very valuable in bridging the gap between real experiences and the relatively abstract thinking of the classroom. However, fieldtrips costs are high, and the risks and liabilities involved are real. Therefore, we must exercise every precaution as we plan a field trip so the experience will be worth the effort expended. **Teachers will get approval (as long as all procedures are followed) for ONE field trip per year.**

**IT IS ABSOLUTELY NECESSARY THAT THE FOLLOWING PROCEDURES BE FOLLOWED IN PREPARING FOR A FIELD TRIP:**

1. Discuss the objectives and purpose for taking the trip with the principal **BEFORE** making contracts or commitments with community resources.

2. Secure application forms from the main office.  Field trips will be approved on a first come, first serve basis.

3. Applications are to be filled out in full and submitted to the Administration for appropriate approval. Approved field trips will be placed on the activities calendar and a copy of the approved form returned to the teacher.

4. Only one field trip per grade for elementary and subject for middle school per year will be approved.

5. Once you have received approval for the field trip, all arrangements are the responsibility of the teacher/trip sponsor.  Make certain that:

   a) The date of the trip is 15 or more school days after the date of the application.

   b) The field trip is not planned for days designated for exams or other such important activities.

   c) Only students who have paid the field trip fee and returned the necessary signed permission forms may go on the field trip.

   d) A final alphabetical list of participating students, with their ID #'s, must be turned in to the attendance office by 1:00 pm. the day prior to the trip.

   e) The cafeteria manager must be notified at least 1 week in advance.

   f) You are responsible for transportation arrangements and parking fees. Cancellation of buses must be done two days prior to the scheduled trip or **YOU** are responsible for the charges.  There will be no refunds on transportation.

   g) Funds collected for field trips are to be done online.

   h) Students not participating in the field trip should be given special assignments for the day and sent to the teachers who agree to accept the responsibility for your students while you are away.

   i) Select only eligible bus companies listed on the bus roster which has been approved by Miami Dade County Public School already.

A signed parental permission form must be on file at the school prior to student's participation.

**PROVISIONS MUST BE MADE FOR THE PROPER SUPERVISION OF STUDENTS BY SCHOOL EMPLOYEES.  CERTIFIED PARENT VOLUNTEERS ARE NOT PERMITTED TO ASSIST IN SUCH SUPERVISION.  THE ADULT/STUDENT RATIO SHALL BE 1:15 OR LESS.**

### CHAPERONE/VOLUNTEER GUIDELINES

School site employees of the school sponsoring the field-trip as well as the volunteers who have been cleared by the MDCPS School Volunteer Program (application completed, entered online, background check processed

000267

and approval received from the school) are permitted to serve as chaperones for field trips, so long as the person is 21 years or older.

The ratio of chaperones to students for field trips is 15:1 and 10:1 for out of County Field Trips. Teachers are responsible for chaperoning all field trips pertaining to their class or club/organization. Parents and other school employees may serve as chaperones as long as they are over the age of 25, provide address and telephone information, and have been cleared by the fingerprinting office downtown.

## GRADEBOOKS (ELECTRONIC GRADEBOOK)

**Teachers are reminded that the grade book is an official LEGAL document required by state law.** It can be summoned in any court case as a legal record of grades and attendance. Also, student grades are confidential. Under no circumstances should anyone other than the teacher be allowed to access the electronic grade book. The necessity for accuracy, neatness and consistency in recording cannot be over emphasized. Grade books will be REVIEWED periodically by administration.

## GRADEBOOK ATTENDANCE

Teachers must monitor student attendance carefully. It is what generates FTE dollars, which funds our school. Your grade book is **the** source document for daily attendance. Attendance data is to be recorded on a daily basis at the beginning of **each** class via the Electronic Gradebook.

Attendance records must be kept accurately and must reflect what is on the daily attendance bulletin. The Miami-Dade County Public School attendance office and the State of Florida periodically audits grade books since these are considered legal documents.

**Please do not have students take attendance**. If there are no students absent, please select Quick Attendance (QA) and then click on "All Present".

When students are tardy follow the tardy procedures. It is very important tardies are recorded properly via the Electronic Gradebook.

Refer to the Parent Student Handbook for a list of excused absences. Parents are required to notify the office, in writing, following their child's absence from school indicating the reason for their absence. If you notice that a child is out once a week or in a pattern and the parent is telling you that it is due to "illness", you must request a doctor's note from the parents and notify the registrar. If the problem persists, you should refer the child's name to administration for assistance. If you have any questions or concerns about a particular student, please speak with an administrator. Your effort in monitoring carefully the students' attendance is appreciated.

## GRADING STUDENT PERFORMANCE

Students are to be advised of the grading criteria employed in the school and in each class prior to the beginning of the grading period. Students and parent(s)/guardian(s) are also to be advised of district-wide standards for promotion and graduation as applied to the student's grade placement.

### ACADEMIC GRADES

Academic grades are to reflect the student's academic progress. The grade must provide, for both students and parents, a clear indication of each student's academic performance, as compared with norms, which would be appropriate for the grade or subject. Students performing at a level in the basic skills which meets the requirements for promotion, specified in the Pupil Progression Plan, should receive academic grades of A, B, C, D, F, regardless of the student's effort and conduct. Grades in all subjects other than the basic skills are to be based on the student's degree of mastery of the instructional objectives for the subject. The determination

of the specific grade a student receives must be based on the teacher's best judgment, after careful consideration of all aspects of each student's performance during a grading period.

Academic grades for students shall be "A", "B", "C", "D", "F" or "I". The letter grade of "I" will be reserved for secondary use only. Academic grades for students shall reflect the following explanation:

- <u>"A" (90-100%)</u> indicates that the student has demonstrated excellent achievement in the subject and/or the skills area. The student consistently performs academically at a level that is considerably higher than that of the student in the same program or course. The student has mastered skills well above those required for successful completion and exceeded all of the instructional objectives and competencies established for the subject/course during the grading period.

- <u>"B" (80-89%)</u> indicates that the student has demonstrated good but not outstanding achievement in the academic area. The student consistently performs at a level above that which is expected of the typical student in the same program or subject. The student has mastered content skills beyond those required for successful completion of the instructional program. The "B" student will be progressing at a rate that will enable him/her to have achieved virtually all of the instructional objectives and competencies established for the subject being graded.

- <u>"C" (70-79%)</u> indicates satisfactory academic achievement. The student performs at an average level in terms of mastery of skills/performance standards and/or content of the program. The student's rate of progress permits mastery of more than the minimal instructional objectives and competencies of the program.

- <u>"D" (60 - 69%)</u> indicates a minimal acceptable level of mastery of skills and other course content and indicates that improvement is needed to achieve a satisfactory level of academic performance. The student's rate of progress is such that the minimal instructional objectives and competencies for the program will be mastered.

- <u>"F" (0-59%)</u> indicates a level of academic performance that is unsatisfactory. Students functioning at this level are not mastering the minimal objectives and competencies required in the regular instructional program.

- <u>"I" (0)</u> indicates performance insufficient to permit an evaluation. Secondary school students performing at this level may have their grade adjusted upon presentation of the required assignments. An incomplete grade for an annual or semester course must be resolved no later than two grading periods following the issuance of the incomplete grade. The Principal may approve extenuating circumstances.

| GRADE | LETTER VALUE | VERBAL INTERPRETATION | GRADE POINT VALUES |
|-------|--------------|-----------------------|--------------------|
| A | 90 - 100 % | OUTSTANDING | 4 |
| B | 89 - 80 % | GOOD | 3 |
| C | 79 - 70 % | SATISFACTORY | 2 |
| D | 69 - 60 % | MINIMAL; IMPROVEMENT NEEDED | 1 |
| F | 59 - 0 % | UNSATISFACTORY | 0 |
| I | 0 | INCOMPLETE (SECONDARY ONLY) | 0 |

## KINDERGARTEN GRADES

| GRADE | LETTER VALUE | VERBAL INTERPRETATION |
|-------|--------------|-----------------------|
| E | 100% - 90% | **E**XCELLENT |
| G | 89% - 80% | **G**OOD |
| S | 79% - 70% | **S**ATISFACTORY |
| M | 69% - 60% | **M**INIMAL PROGRESS |
| U | 59% - 50% | FAIL**U**RE |

## CONDUCT GRADES FOR KINDERGARTEN

| GRADE | VERBAL INTERPRETATION |
|-------|----------------------|
| E | EXCELLENT |
| S | GOOD |
| N | NOT SATISFACTORY |

## EFFORT GRADES

Effort grades are utilized to convey both to students and their parents the teacher's evaluation of a student's effort as related to the instructional program. These grades are independent of academic and conduct grades.   In assigning an effort grade, the teacher must consider the student's potential, study habits, and attitude.

- An effort grade of "1" indicates outstanding effort on the part of the student. The student will, when necessary, complete a task again in order to improve the results. The student consistently attends to assigned tasks until completed and generally exerts maximum effort on all tasks. The student consistently works to the best of his/her ability.

- An effort grade of "2" indicates satisfactory effort on the part of the student. All work is approached with an appropriate degree of seriousness. The student usually finishes assignments on time and usually stays on task. The student usually works at a level that commensurate with his/her ability.

- An effort grade of "3" reflects insufficient effort on the part of the student. Little attention is paid to completing assignments well and/or on time or to completing them in a manner proportionate with the student's ability.

## CONDUCT GRADES

Conduct grades are to be used to communicate clearly both to students and their parents the teacher's evaluation of a student's behavior. These grades are independent of academic and effort grades. The conduct grade must be consistent with the student's overall behavior in class and should not be based on a single criterion.

- A conduct grade of "A" reflects excellent behavior on the part of the student. The student consistently demonstrates outstanding behavior consistent with classroom, school, and district standards.

- A conduct grade of "B" reflects consistently good behavior. The student meets established standards for student conduct.

- A conduct grade of "C" reflects satisfactory behavior. The student's overall behavior is generally acceptable according to established standards of conduct.

- A conduct grade of "D" shows that improvement is needed in the student's overall behavior. The student does not consistently demonstrate behavior, that is acceptable.

- A conduct grade of "F" reflects unsatisfactory behavior overall. The student regularly violates established classroom, school, or district standards of behavior.

## FINAL GRADES

In authorized semester courses, the student's final grade will be automatically calculated by the computer system using the following criteria: All 4 quarters are averaged at the end of the year.

## HALL PASSES

Teachers are to use hall passes for release of students from the classroom. **Students are not to be released from the classroom without a hall pass.**

Middle school students going to the restroom must sign in and out of the "Bathroom Log" located with the bathroom monitor staff.

## HOME LEARNING/HOMEWORK POLICY

Purposeful home learning is an essential component of the instructional process. Students should have home learning assignments for each class taken each day. Evidence of home learning assignments should be on the daily lesson plan. Home learning assignments should be checked off and recorded as well.

Teachers should expect every child to complete his/her home learning assignments by the designated time. Home learning assignments should reinforce and/or enhance concepts and learning that took place in the class. They should be challenging and involve higher level thinking (critical thinking) in all or part of the assignment. Reading is recognized as a universal skill that relates to all subjects. Therefore, reading assignments may be part of the home learning process. Please note, homework should not be given to a student as a punitive measure for classroom discipline.

## ILLNESSES AND INJURIES

An ailing child has a difficult time learning and also may present a health hazard to others.  Students becoming ill should be sent to the office with a pass.  NO MEDICINE SHOULD BE GIVEN TO ANY STUDENT BY TEACHERS.

Symptoms requiring immediate attention and/or removal from school include: vomiting, bleeding, fractures and broken bones, severe bumps or bruises, red watery eyes (Pink Eye), red itchy bumps all over the body (Chicken Pox/Measles), itchy head (Lice), and dizziness or loss of consciousness (concussion).

## INTERNET ACCESS

If provided, internet access is likewise strictly for business purposes only and is not for personal use. AcadeMir reserves the unilateral right to review, monitor, access, audit, intercept and disclose an employee's use of the internet at any time, with or without notice and with or without an employee's permission. You should have no expectation of privacy or confidentiality with respect to any use of the internet at work.

Any employee that engages in any inappropriate behavior via internet (Facebook, Instagram, Twitter, etc.) directly or indirectly with AcadeMir schools, staff, students, parents, or family may face disciplinary action up to and including termination.

## IPEGS

IPEGS is a system that focuses on collegial assessment of teaching and learning for the purpose of developing professional growth activities. Evaluation criteria are determined to meet or not meet standards by administrators in making an employment decision. (see EVALUATION)

## KEYS

Keys are issued at the beginning of each school year and turned in at the end of each school year. All personnel must sign for and take personal responsibility for the keys they are issued. Under no circumstances are school keys to be given to students or others. Illegal or unauthorized duplication of school keys is a violation; therefore, do not attempt to have keys duplicated by any person or company.

## LESSON PLANS

Each school will have a standard lesson plan format, which must be used by all teachers under that assigned school location.

If you have any ELL and/or SPED students in your class, lesson plans must include ELL and/or SPED strategies you are using to address their needs.  These strategies may be coded to facilitate their inclusion in lesson plans. A variety of activities need to be present with emphasis on hands-on activities, cooperative and flexible groupings, and other learning activities that will assure a successful instructional program.

Lesson plans must be emailed to the Curriculum Coaches on a weekly basis, Teachers will be provided form with lesson plan due dates at the beginning of each school year.

### EMERGENCY LESSON PLANS

All teachers are to complete five daily emergency lesson plans for use by substitute teachers. Plans should be complete and on file with the registrar **AND** in the teacher lesson plan book. Plans should be updated / replenished on a monthly basis or as needed.  Emergency lesson plans will not be accepted over the telephone. Plans should include the lesson to be taught, teaching schedule, seating charts, bell schedule, attendance roster for each period, and any other pertinent information the substitute should know, including forms to be filled out in the Temporary Instructor packet.

## MAILBOXES

Mailboxes are located in the main office and should be checked upon arrival in the morning and before leaving at the end of the day. Teachers are expected to check mailboxes and electronic email on a daily basis. Students are not allowed to retrieve items from staff mailboxes.

## MEDICATION PROCEDURE

In order for any AcadeMir school to accept and administer medication to a child, it is necessary to have a "Medication Form" completed and signed by the child's physician and parent/guardian. AcadeMir employees will only administer the medication as prescribed by the child's physician and the medication must be brought to the school within the original package. No medication is to be accepted if the original label is missing from the container/box of medication. If parent/guardian's instructions for medication is different from those on the label, medication will not be administered and the child's parent/guardian will be notified. Medication needs to be placed in the medicine cabinet. Medication can never be left inside the book bag in children's reach or unattended.

## MEETINGS

Faculty members are expected to be present at all faculty meetings unless previously excused by an administrator. **Please note that emergency faculty meetings may be scheduled and prior notification will be given in advance.**

## PARENT CONTACT

AcadeMir Charter Schools requires that parents are to be notified, at any time during a grading period, when it is apparent, that the student may fail, or is performing unsatisfactorily in any course or grade level.  Parents are also to be notified, at any time during the grading period, when it becomes evident, that the student's conduct or effort grades are unsatisfactory. **This notification shall take place with enough time to allow a student to improve his/her grade.**

000272

Teachers are encouraged to communicate with parents at any time during a grading period, when the teachers feel in their professional judgment, that such communication may be beneficial to the student. When students are from homes where a language other than English is spoken, every effort should be made to communicate with parents in a language they can understand.

## PARENT COMMUNICATION

Parent-teacher conferences should occur on a regular basis. Emphasis should be placed on each student's success and creativity along with academic or behavioral difficulties that the student is experiencing. Teachers have 24 hours to return parental correspondence.

Teachers must keep and maintain a **Parent-Teacher Communication Log** and specify whether such contact was in person, by telephone, or through written correspondence. Teachers must also complete a "Parent Conference" form during the parent conference and require everyone present in the conference to sign the form.

Teachers should be professional at all times. At no time shall a teacher or staff member discuss issues relating to any student or staff member outside of a conference in the presence of other parents or students.

## PARENT COMMUNICATION OF ACADEMICS AND ACTIVITIES

Parents and students are encouraged to view the school website on a daily basis.  Any announcements or events to be added to the school website should be submitted to administration.

## PHOTOCOPIES

Photocopies must be done prior to the lesson. Teachers may not request coverage so they can make photocopies in the main office.

## PLANNING PERIODS

Planning periods, as implied, are provided in order for teachers to have some time during the school day for such necessary activities as preparing future lessons, correcting papers, contacting parents, etc.  It is expected that this daily period will be spent in this manner.

## PROGRESS REPORTS

**Interim Progress Reports** are an integral part of the instructional program.  The reports are issued 5 weeks into each grading period in order to notifying both students and parents of the academic and behavioral performance of students prior to the completion of a nine-week term. Additionally, teachers will be required to complete a weekly progress report within each child's school agenda.

## SIGN-IN/SIGN-OUT

The staff sign-in/sign-out system is located in the main office. All staff is required to sign in daily upon their arrival and again at the end of the workday. All staff members arriving late must notify the office and sign-in upon arrival. **Staff leaving the building during working hours for lunch must sign-out/sign-in.  Time correction will only be accepted as an exception.**

Failure to promptly and properly report your attendance will result in appropriate administrative action being taken which may include, but is not limited to, the loss of pay.

## SCHOOL IMPROVEMENT PLAN

To ensure the implementation of the District Strategic Plan, all schools shall develop a School Improvement Plan (SIP) with measurable objectives. The objectives for the SIP shall relate directly to the statewide goals, district goals, and related performance standards established pursuant to Florida's High Quality Education System. Teachers are responsible for becoming familiar with this plan and implementing the identified strategies.

## SOLICITING

No student or staff member may solicit funds in the name of the school from the public for any purpose without prior approval from the Principal. Any person not deemed a school employee is prohibited from posting or handing out flyers on school property.

## STUDENT TARDY POLICY

Students arriving late to school must report to the main office first and will receive a tardy pass through our system. No student is allowed to enter the classroom without a tardy pass. Teachers are required to mark these students as tardy on the Electronic Gradebook.

## SUBSTANCE ABUSE POLICY

Our goal is to provide a healthy and pleasant work environment for all employees. AcadeMir Charter Schools Inc. prohibits any form of tobacco use on premises. We take seriously the problem of drug and alcohol abuse and are committed to providing a work-place free of such substances. This policy applies to all employees of AcadeMir Charter Schools Inc.

No employee is allowed to consume, possess, sell or purchase any alcoholic beverage on any property owned by AcadeMir Charter Schools Inc. or in any vehicle owned or leased by the company. No employee may use, possess, sell, transfer or purchase any drug or other controlled substance that may alter an individual's mental or physical capacity while working for the company. The exceptions are over the counter pain relievers and the like, used as intended and directed, and any other drugs that have been prescribed to you, which are being used as prescribed by your doctor.

AcadeMir is responsible for the instruction and well-being of the students entrusted to its care and must communicate a consistent message to its students; the use of illegal drugs, the abuse of alcohol, and the misuse of prescription drugs is unacceptable.

AcadeMir will not tolerate employees that are impaired by or under the influence of alcohol or drugs while working. In cases where the use of alcohol or drugs poses a threat to the safety of other people or property, you must report the violation. Employees who violate our Substance Abuse Policy will be subject to disciplinary action, up to and including termination.

Drug abuse by employees interferes with the educational and work process and compromises the safety and well-being of staff and students.

## SUPERVISON OF STUDENTS

All employees responsible for supervising students and student activities are to take precautions to protect the life, health, and safety of every student. **Under no circumstances should a teacher leave his/her class unattended.** The behavior of students in the hallways or other common areas is the responsibility of all teachers.

## TELEPHONES

Staff members will not be called to the phone during school hours unless it is an EMERGENCY. Messages will be placed in your mailbox. Check for messages upon arrival in the morning, at lunchtime, and before leaving at the end of the day. **NO CELL PHONE USE DURING CLASS TIME IS PERMITTED.**

## TEXTBOOKS

An inventory of all classroom textbooks should be conducted at the beginning and the end of the school year. Books should be inventoried, marked for the condition in which they are distributed and received using a **Textbook Inventory Form.** Records of students who have books or students who have lost or damaged books, as well as the amount of total books and their condition, should be kept on file in each teacher's classroom. Inventories must be submitted to Administration in the beginning and end of the school year.

## VIDEOS

All videos to be shown in class must complete a "Video Authorization" form for approval by an administrator.

## VISITORS

Teachers are to discourage all visitors from coming onto the school campus unless they have legitimate school business. Visits by former students or the friends of faculty members during school or working hours are not allowed. All visitors must be escorted and appropriately identified.

When arranging with persons to come into the building, request that they first report to the main office and obtain clearance through the Concierge System where the visitor will obtain a visitor pass sticker. All personnel are to direct anyone found in the building without a visitors pass to the main office. In addition, notify the office that unauthorized visitors are in the building.

## VOLUNTEER

Volunteers/chaperones may not be left alone to supervise students. The visual and auditory presence of an AcadeMir teacher must be maintained at all times. Volunteer/chaperones must wear an identifying badge whenever serving as a volunteer and must sign in and out every time they serve the school.

Volunteer/chaperones must be appropriately dressed at all times and must always serve as a positive role model using appropriate language and discussing only age-appropriate matters with students.

Volunteer/chaperones must immediately report to someone in authority any safety concerns or emergency issues relating to students. They may not discipline students, inappropriately touch students, give students gifts, rewards, or food items of any kind without the teacher's/parent's permission.

For more information on registering to become a volunteer please see registrar at the school for assistance.

000275

## WEBSITE

Each school has their own website:

**ACADEMIR CHARTER SCHOOL WEST:** www.academircharterschoolwest.com

**ACADEMIR CHARTER SCHOOL MIDDLE:** www.academircharterschoolmiddle.com

**ACADEMIR PREPARATORY ACADEMY:** www.academirpreparatoryacademy.com

**ACADEMIR CHARTER SCHOOL PREPARATORY:** www.academircharterschoolpreparatory.com

**ACADEMIR CHARTER SCHOOL OF MATH AND SCIENCE:** www.acsmas.com

**ACADEMIR CHARTER SCHOOL EAST AT DORAL:** www.academircharterschooleast.com

**ACADEMIR MIDDLE SCHOOL OF MATH AND SCIENCE:** www.acsmas.com

**ACADEMIR CHARTER SCHOOL EAST MIDDLE:** www.academircharterschooleast.com

**ACADEMIR PREPARATORY OF CHAMPIONSGATE:** www.academirpreparatoryofchampionsgate.com

All teachers must update their own individual website and it is to include a class syllabus, homework and/or projects, and any other informative course information that may assist both students and parents.