UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:23-cv-23004-WPD

JANE DOE, a minor, by and through her mother and next friend, Mother Doe,

    Plaintiff,

vs.

ACADEMIR CHARTER SCHOOLS, INC.,
SUPERIOR CHARTER SCHOOL SERVICES, INC.

    Defendants.
_____/

## DEFENDANT'S INITIAL DISCLOSURES

Defendant SUPERIOR CHARTER SCHOOL SERVICES, INC., submits its Initial Disclosures as follows:

**I. The name and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

1. Jane Doe
   c/o Derek Smith Law Group, PLLC
   520 Brickell Key Drive, Suite O-301
   Miami, FL 33131

   Jane Doe is the Plaintiff in this lawsuit and has knowledge of the information alleged in the Complaint.

1

2. Mother Doe and Father Doe
   c/o Derek Smith Law Group, PLLC
   520 Brickell Key Drive, Suite O-301
   Miami, FL 33131

   Mother Doe and Father Doe have knowledge regarding the information alleged in the Complaint.

3. L.R. and L.R.'s Parents or Legal Guardians
   Address is unknown at this time.

   L.R. and his parents or legal guardians likely have knowledge regarding Plaintiff's allegations made in the Complaint and any actions taken by Defendants in response to Plaintiff's claims.

4. Rolando Mir
   c/o Garrison, Yount, Forte & Mulcahy, LLC
   601 Bayshore Blvd., Suite 800
   Tampa, FL 33606
   (813) 275-0404

   Rolando Mir has knowledge regarding the information alleged in the Complaint. Specifically, Rolando Mir may have knowledge regarding the Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, and any actions taken by Defendants in response to Plaintiff's claims.

5. Melissa Valladares
   c/o Garrison, Yount, Forte & Mulcahy, LLC
   601 Bayshore Blvd., Suite 800
   Tampa, FL 33606
   (813) 275-0404

   Melissa Valladares has knowledge regarding the information alleged in the Complaint. Specifically, Melissa Valladares may have knowledge regarding the Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, and any actions taken by Defendants in response to Plaintiff's claims.

6. Zoey Castellon
   c/o Garrison, Yount, Forte & Mulcahy, LLC
   601 Bayshore Blvd., Suite 800
   Tampa, FL 33606
   (813) 275-0404

   Zoey Castellon has knowledge regarding the information alleged in the Complaint. Specifically, Zoey Castellon may have knowledge regarding the Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, and any actions taken by Defendants in response to Plaintiff's claims.

7. Hira Chaudry
   c/o Garrison, Yount, Forte & Mulcahy, LLC
   601 Bayshore Blvd., Suite 800
   Tampa, FL 33606
   (813) 275-0404

   Hira Chaudry has knowledge regarding the information alleged in the Complaint. Specifically, Hira Chaudry may have knowledge regarding the Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, and any actions taken by Defendants in response to Plaintiff's claims.

8. Stephanie Ruiz
   c/o Garrison, Yount, Forte & Mulcahy, LLC
   601 Bayshore Blvd., Suite 800
   Tampa, FL 33606
   (813) 275-0404

   Stephanie Ruiz has knowledge regarding the information alleged in the Complaint. Specifically, Stephanie Ruiz may have knowledge regarding the Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, and any actions taken by Defendants in response to Plaintiff's claims.

9. Suise Bello
   c/o Garrison, Yount, Forte & Mulcahy, LLC
   601 Bayshore Blvd., Suite 800
   Tampa, FL 33606

(813) 275-0404

Suise Bello has knowledge regarding the information alleged in the Complaint. Specifically, Suise Bello may have knowledge regarding the Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, and any actions taken by Defendants in response to Plaintiff's claims.

10. Miami-Dade Police Department
    Office N. Almaguer, Badge No. 10193
    9105 NW 25th Street
    Doral, FL 33172

    The Miami Dade Police Department likely has knowledge and information regarding a report made by Mother Doe on or around January 25, 2023.

11. Defendant reserves the right to supplement this response consistent with the provisions of Fed. R. Civ. P. 26(a)(1) and/or the Court's Scheduling Order.

II. **A copy of, or a description by category and location of all documents, data, compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

   The following documents/ photographs are in possession and control of Defendant's counsel:

   1. The Miami-Dade School Board's Code of Student Conduct.

   2. Miami-Dade Police Department's Offense-Incident Report and Contact/Case Report.

   3. AcadeMir Charter Schools Employee Handbook.

   4. AcadeMir's Student Case Management Students Services Forms.

4

5. Amended Charter School Management Agreement between Academir Charter School West and Superior Charter School Services, Inc.

6. Six surveillance video tapes depicting Jane Doe's classroom on January 20, 2023.

7. One surveillance video tape depicting Mother Doe and Father Doe's meeting with AcadeMir staff on January 24, 2023.

8. One surveillance video tape depicting Father Doe's meetings with Academir Staff on January 25, 2023.

Defendant reserves the right to supplement this response consistent with the provisions of Fed. R. Civ. P. 26(a)(1) as discovery remains ongoing.

**III. A computation of any category of damages claimed by the disclosing party making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Defendant has not made a claim for damages against Plaintiff at this time. However, Defendant reserves the right to seek certain claims based upon litigation of this case (i.e., attorney's fees and costs as provided by statute) to the extent recoverable by law.

**IV. For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgement which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

5

Defendant's policy will be produced in response to Plaintiff's discovery requests.

Dated: November 16, 2023.

        Respectfully submitted,

        *s/ Scott P. Yount*
        Scott P. Yount, FBN: 0021352
        Garrison, Yount, Forte & Mulcahy, L.L.C.
        601 Bayshore Blvd., Suite 800
        Tampa, Florida 33606
        Phone: 813-275-0404
        Fax: 813-275-0304
        Attorney for Superior Charter School Services, Inc.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on November 16, 2023, a true and correct copy of the foregoing was electronically filed with the Clerk of Court via the CM/ECF which will serve the parties by email on the service list below.

        *s/ Scott P. Yount*
        Scott P. Yount, FBN: 0021352
        Garrison, Yount, Forte & Mulcahy, L.L.C.
        601 Bayshore Blvd., Suite 800
        Tampa, Florida 33606
        Phone: 813-275-0404
        Fax: 813-275-0304
        Attorney for Superior Charter School Services, Inc.

## **SERVICE LIST**

Christopher T. Lawson, Esq.
Florida Bar No.: 1025196
Julie B. Karron, Esq.
Florida Bar No.: 14683
Freeman, Mathis & Gary, LLP
2502 N. Rocky Point Dr., Suite 550
Tampa, Florida 33607
Tel: (813) 774-6363
julie.karron@fmglaw.com
chris.lawson@fmglaw.com
Counsel for Defendant Academir

Kyle T. MacDonald, Esq.
Florida Bar No.: 1038749
Derek Smith Law Group, PLLC
701 Brickell Ave, Suite 1310
Miami, FL 33131
Tel: (305) 946-1884
Fax: (305) 503-6741
Kyle@dereksmithlaw.com
*Counsel for Plaintiff*