# EXHIBIT  A



# FISCAL POLICIES AND PROCEDURES HANDBOOK

## AcadeMir Charter Schools, Inc.

MAY 27, 2022

SUPERIOR CHARTER SCHOOL SERVICES, INC

5420 SW 157th Ave, Bay 5. Miami FL, 33185

# Table of Contents

Cover Page................................................................................................................ i
Table of Contents ...................................................................................................... ii
Overview .................................................................................................................. 4
Fiscal Management Goals/Objectives ........................................................................ 4
Annual Budget .......................................................................................................... 5
    Budget Implementation ........................................................................................ 5
    Budget Transfers .................................................................................................. 5
Revenues .................................................................................................................. 5
    Revenue from Investments .................................................................................... 5
    Revenue from School-Owned Property .................................................................. 6
Banking Services and Accounts ................................................................................ 6
Banking Services ...................................................................................................... 6
    Authorized Signatures .......................................................................................... 6
    Bonding of Employees and Officers ...................................................................... 6
Accounts Receivable ................................................................................................. 6
    Cash Receipts (Cash and Checks) ......................................................................... 7
    Returned Check Policy ......................................................................................... 8
Finance .................................................................................................................... 8
    Financial Reporting .............................................................................................. 8
    Loans ................................................................................................................... 8
    Financial Institutions ........................................................................................... 9
    Retention of Record ............................................................................................. 9
Types of Funds ......................................................................................................... 9
    General Fund ....................................................................................................... 9
    Student Activity Fund ........................................................................................... 9
Segregation of Financial Duties ................................................................................ 10
Inventories ............................................................................................................... 11
    Property Requirements ......................................................................................... 11
    Full Inventory ...................................................................................................... 12
Audits and Financial Monitoring .............................................................................. 12
Purchasing ............................................................................................................... 12
    Purchasing Ethics Policy ...................................................................................... 12
    Petty Cash ........................................................................................................... 13
    Bidding Purchasing Procedures ............................................................................ 13
    Bidding Purchases Not Requiring ......................................................................... 13
    Bidding, Purchases Requiring .............................................................................. 14
    Construction Defined ........................................................................................... 14

Transaction Defined ......................................................................................................... 14
Notice of Competitive Sealed Bidding ........................................................................... 14
Emergency Purchases ...................................................................................................... 15
Sole-Source Procurement ............................................................................................... 15
Bid Protests ...................................................................................................................... 15
Payment Procedures ............................................................................................................... 16
Personnel .................................................................................................................................. 16
Payroll Procedures .................................................................................................................. 16
Timesheets ....................................................................................................................... 17
Overtime ........................................................................................................................... 17
Payroll Processing ........................................................................................................... 17
Payroll Taxes and Filings .............................................................................................. 18
Record Keeping ............................................................................................................... 18
Expenses ................................................................................................................................... 18
Expense Reports .............................................................................................................. 18
Travel ................................................................................................................................ 19
Governing Board Expenses ........................................................................................... 19
School Properties Disposition ............................................................................................... 20
Code of Ethics .......................................................................................................................... 21
Conflict of Interest Policy ...................................................................................................... 22
Investment Policies ................................................................................................................. 24
Student Recruitment and Enrollment Policies .................................................................... 27

## ACADEMIR CHARTER SCHOOLS, INC
## FISCAL CONTROL POLICES AND PROCEDURES

### Overview

The fiscal mission of AcadeMir Charter Schools, Inc. is to provide quality business and financial oversight of all monies.  This mission shall be accomplished using sound managerial and stewardship principles in an environment that stresses teamwork and cooperation at all levels.

The Governing Board of AcadeMir Charter Schools has reviewed and adopted the following policies and procedures to ensure the most effective use of the funds of AcadeMir Charter Schools, Inc to support the mission and to ensure that the funds are budgeted, accounted for, expended, and maintained appropriately.

1. The Governing Board formulates financial policies and procedures, delegate's administration of the policies and procedures to the management company and reviews operations and activities on a regular basis.
2. The management company has responsibility for all operations and activities related to financial management.
3. Financial duties and responsibilities must be separated so that no one employee has sole control over cash receipts, disbursements, payrolls, and reconciliation of bank accounts.
4. All documentation related to financial matters will be completed using current technology so that completion of the processes can be expedited. As technology changes, procedures will be enhanced to continually advance our level of service.
5. The Governing Board will commission an annual financial audit by an independent third-party auditor who will report directly to them. The Governing Board will approve the final audit report, and a copy will be provided to the Charter school Sponsor. Any audit exceptions and/or deficiencies will be resolved to the satisfaction of the Governing Board and the Sponsoring School District.

### Fiscal Management Goals/Objectives

The Charter Board recognizes that responsible money management establishes the foundation for the support of the entire school program.  To make that support as effective as possible, the Board intends:

- To encourage advance planning through established budgeting procedures.
- To explore all practical and legal sources of revenue.
- To provide for the expenditure of funds so as to achieve the greatest educational opportunity for all students.
- To require maximum efficiency in accounting and reporting procedures.
- To provide within budget limits a level of expenditure needed to provide a high level of quality education.

## Annual Budget

The Board, and the Management Company, are responsible for the formulation of the annual budget, considering at all times that resources must be utilized to produce the most positive effect on the students' opportunity to learn.

The Management Company shall be responsible for reviewing budgetary requests, providing guidelines and limitations, and presenting the proposed budget and documentation for Board study, review, and action. In addition, the School Principal is to take care that the educational goals of the School are carefully considered during budget development.

The Board shall prepare and distribute a budget preparation calendar to accomplish all required budgetary actions for the following school year. This schedule shall, as a minimum, provide specific dates for the final approval of the annual budget prior to the sponsored School Board's stated deadline.

- The Board Chair shall call to order the Board meeting for the purpose of adopting the budget.
- The Board shall adopt the budget and enter the budget as adopted in its minutes.
- The budget shall be transmitted to the sponsoring School Board.

**Budget Implementation**

Expenditures will be charged against the appropriate budgeted account code. A report of expenditures, encumbrances and revenues shall be presented to the Charter Board in accordance to the Board's direction. Variances within budget categories shall be a part of this report.

**Budget Transfers**
Periodically throughout the year, the budget will be reconciled with actual expenditures of the School. The Charter Board authorizes the School Management Company to make adjustments and provide a report demonstrating where transfers have occurred.

## Revenues

**Revenues from Investments**

The School may invest funds in accordance with law in a program approved by the Board. The question is placed on an agenda for approval at a Board meeting in June. A qualified investment strategy will be implemented and accumulated interest shall be reported as a part of the approved reporting schedule.

**Revenues from School-Owned Property**
Revenues collected from rental or lease of school-controlled/owned property shall be deposited and recorded in a separate fund.

## Banking Services and Accounts

**Banking Services**
The Board shall designate one or more banks as depository for the safeguarding of school funds, student activities and revolving funds by a majority vote of the Board. A bank account at a local bank will be established to which all operating revenue, capital funding, and state and federal grants received by the school will be deposited immediately upon receipt.

Each designated depository shall furnish proper security for such deposits in the amount designated by the Board and in accordance with law.

Each designated depository shall be advised not to cash checks payable to the School, but to deposit checks only to the School accounts.

**Authorized Signatures**
Authorized signers for all checking accounts shall be approved by the Board.

**Bonding of Employees and Officers**
The Board requires bonding of all school employees who are responsible for handling school funds to cover fidelity and loss of money. The amount of bond will be prescribed by the Board, except that no revolving fund shall be established unless the designated custodian is bonded for an amount equal to twice the amount of the fund. In determining the amount and type of other bonds, the Board will consider the amount of money in accounts during the period of time covered by the bond. The cost of bonding shall be defrayed by the School.

## Accounts Receivable

Monies collected by School employees shall be handled in accordance with prudent business procedures. All monies collected shall be receipted, accounted for, and directed without delay to the proper location of deposit.

In no case shall money be left overnight in school buildings, except in a safe provided for safekeeping of valuables.

1. Documentation will be maintained for accounts receivable and forwarded to management company.
2. Accounts receivable will be recorded by management in the general ledger and collected on a timely basis.

**Cash Receipts (Cash and Checks)**

1. For each fundraising or other event in which cash or checks will be collected, Activities Director will be designated, who will be responsible for collecting and holding all cash and checks for the purpose of the fundraising activity.
   a. The Activities Director will record each transaction in a log at the tie the transaction is made.
   b. The cash, checks, receipt book, and deposit summary must be given to the school Principal by the end of the next school day, who will immediately put the funds in a secure, locked location.
   c. Both the Activities Director and the School Principal will count the deposit and verify the amount of the funds in writing.
2. Cash/checks will be placed directly into a lock box.
   a. All funds are delivered in a sealed envelope, along with forms to management.
   b. The Activities Director and assigned person in management will jointly open the lock box to verify the cash/check amounts, and sign off on the amounts received.
   c. The lock box will be emptied at least two times per week, corresponding to days when deposits are made.
3. Cash/checks dropped off in the classroom will utilize the classroom clipboards. Each classroom has a designated clipboard hanging near the entrance to the classroom. Each morning, the homeroom teacher assigned to that classroom will collect all forms, payments, etc. that have been brought in by students that day, place them in a large envelope, and attach the envelope to the clipboard. Before lunchtime, an office staff member and a second staff member (who may be an office staff member or an aide) shall collect all clipboard envelopes from each classroom and bring them to the office, where they will be processed following the guidelines used for the lock box, above.
4. Mail received at the school must be opened in the presence of at least two office staff members. a. For any cash or checks received in the mail, the Activities Director will prepare a deposit packet itemizing the amount, source, and purpose of each payment, with a designated office staff member counting the funds and verifying this in writing.
5. On a daily basis, the Activities Director will log cash or checks received into the Cash Receipts Log. The Cash Receipt logs should be sent to management with the weekly mailing of invoices.
6. A deposit slip will be completed by the management and initialed approval to deposit. The deposit slip will be duplicated and documentation for all receipts (copy of check, letter, etc.) will be attached to the duplicate deposit slip.
7. Deposits will be made weekly by the management company. All cash will be immediately put into a lock box. Documentation will be filed and recorded weekly.

**Returned Check Policy**

1. A returned-check processing fee will be charged for checks returned as non-sufficient funds (NSF). payment of the NSF check and processing fee must be made by money order or certified check.
2. In the event that a second NSF check is received for any individual, in addition to the processing fee, the individual will lose check-writing privileges. Payment of the NSF check, the processing fee and any subsequent payment(s) by that individual must be made by money order or certified check.
3. In the case of NSF checks written by parents of students, failure to pay may result in the withholding of report cards/transcripts at the end of the semester and/or school year until payment is received, unless other mutually agreeable arrangements are approved by the Executive Director and/or Governing Board.
4. If unsuccessful in collecting funds owed, the school may initiate appropriate collection and/or legal action at the discretion of the Executive Director and/or Governing Board

## Finance

**Financial Reporting**

The Management's companies CPA shall be ultimately responsible for receiving and properly accounting for all funds of the School. The Financial and Program Cost Accounting and Reporting for Florida Schools (Redbook) developed by the Florida Department of Education shall be used to provide for the appropriate separation of accounts and funds.

The Management Company shall provide the Board monthly financial reports showing the financial condition of the School. Said reports will be developed by the Management Company's accountant.

The Management Company shall present to the Board the annual report for the previous fiscal year no later than October 15 of each year. The annual report is to be prepared by an independent auditor.

The School Principal shall be responsible for student accounting and shall report enrollment and attendance as required by the state.

**Loans**

1. The Governing Board will approve all loans from third parties. In the case of a long-term loan, approval may also be required from the charter granting agency in accordance with the terms of the charter petition and/or other lenders in accordance with the loan documents.
2. Once approved, a promissory note will be prepared and signed by the Governing Board before funds are borrowed.
3. Employee loans are not allowed.

**Financial Institutions**
1. All funds will be maintained at a high-quality financial institution.
2. All funds will be maintained or invested in high quality, short maturity, and liquid funds.
3. Physical evidence will be maintained on-site for all financial institution transactions.

**Retention of Records**
1. Financial records, such as transaction ledgers, canceled/duplicate checks, attendance and entitlement records, payroll records, and any other necessary fiscal documentation will be retained for a minimum of seven (7) years. At the discretion of the Governing Board documentation may be maintained for a longer period of time.
2. The school will retain records at their site for a minimum of two (2) years; after which, the remaining five years will be the responsibility of management company.
3. Financial records will be shredded at the end of their retention period.

## Types of Funds

**General Fund**
A general-purpose fund shall be established at a bank in the account name of the School. Checks drawn on the account shall be signed by any board member or other authorized designated signer. The fund shall be managed in the manner prescribed by the Redbook.   All checks over $10,000 will require two signatures.

Funds shall be deposited as authorized by the Board in a bank account designated as the general account.   All disbursements from the account shall be by check and authorized by the Board. General fund monies may be invested and reinvested by the authorized representative of the Board.   All interest earned by investment shall be credited to the appropriate fund.

**Student Activity Fund**
The student activity fund shall consist of monies raised with the approval of the Board in pursuance of, and in connection with, all activities of students through clubs, grade clusters and other student organizations.  Fund monies shall be accounted for in accordance with the requirements of the Redbook.

Fund monies shall be deposited after authorization by the Board in a bank account.  All disbursements shall be made by check signed by the authorized signer/s designated by the Board. Persons authorized by the Board to sign checks shall be bonded, and the cost shall be charged against the fund.

## Segregation of Financial Duties

Monthly invoice entering for products and services will all occur on the school site. Check cutting, bank reconciliations and wire transfers will occur at the Management Company's office. Responsibilities and duties will be segregated to prevent the mismanagement of funds. All check request must contain the designated person's approval (signature) before they will be processed. The accounting firm will verify that all check requests are approved and that each invoice corresponds to an approved line item in the school's approved budget. If not, they will not cut the check. It will have to go back to the board for approval, and the school budget will be notified. Mail will be opened/delivered by the administrative assistant to the principal and by the principal or his/her designee. The Management Company maintains the bank ledger. The bank accounts are reconciled by the accounting firm and reports are sent to the school monthly.   At no time does a check signer maintain or reconcile the bank ledger or accounts.

**Procedures:** All CSP-funded purchases that cost $10,000 or more will require three written estimates from potential vendors or printed quotes/advertisements. The school will provide a written note justifying its vendor selection.  Written price quotations will be requested from at least three vendors for a transaction in excess of $10,000 or more.  The price quotations should be shown on, or attached to, the related requisition form.  If three written quotations cannot be obtained, documentation showing the vendors contacted that did not offer price quotations, or explaining why price quotations were not obtained shall be maintained on file in the School office. CSP purchased property may not be disposed of without prior written approval of the school district. Any proceeds from the sale of CSP-funded equipment/inventory will be used to purchase like items.  Proceeds will not go into the general fund.  This policy will remain in force even after the CSP grant expires.

1. All employees having responsibility for handling and recording internal/general funds financial transactions shall be bonded.
2. School approved pre-numbered receipt forms shall be used as the means of recording cash received, and as the basis for entries to the accounting records. The School's administrative assistant to the principal shall receive funds at the school. Our Management Company will review and confirm the deposits. They will sign off that the amounts are correct. Funds should not be kept at the school (except petty cash) overnight.
3. Approved pre-numbered checks shall be used as the means for disbursing funds, and as the basis for accounting entries, with the exception of disbursements from properly established petty cash funds. The principal will request the checks from our accounting firm. No checks will be kept at the school site. Purchase Orders/invoices must be sent along with the check request. The accounting firm will verify that the bill to be paid has already been approved as part of the annual budget and is within spending limits set by the board before issuing a check.
4. Internal/General funds shall be accounted for on the same fiscal year basis as all other school funds. No school organization shall make expenditures that exceed the cash resources available to that organization. All accounts payable shall be disclosed to the school board at year end.

5. Bank statements shall be reconciled as soon as received, by a person other than the person who receipts and disburses funds. This will be done at the accountant's office. Copies will be sent to the schools for review by the principal and the Management Company.

6. Monthly financial reports shall be made in approved written form to provide the school's administration with financial information necessary for decision making. An annual report will provide data for inclusion of internal funds in the district's annual financial statement. The monthly reports will be provided to both the School Board of Miami-Dade and the charter school board for their review and approval.

Specifies duties by position/person responsible for completing financial tasks:
- 2 or more people involved in cash receipts/deposits
- 2 or more persons required for the approval of CSP purchases more than $1,500.
- Check Signers do not maintain the ledger
- Person who reconciles bank accounts cannot be an authorized check signer

## Inventories

Procedures for maintaining School inventories shall be developed in accordance with Redbook. A fixed-asset inventory system of all capital furniture and equipment items that exceed $200 in value shall be tagged and marked. A physical inventory of all School property shall be conducted every year. The School Principal shall implement the procedures providing reports as requested on the contents of the buildings. All CSP purchased property with 600 object codes must be tagged.

Employees will provide reports on the contents of their buildings as requested by the School Principal. The School Principal will require any employee who removes an item from a designated area for use in another to have a written request for such removal.

Employees will assist in completing an annual inventory of all capital furniture and equipment, library media, and textbooks.

Records shall be kept showing the name of the individual receiving the supplies, the date received, and the disposition of the supplies.

**Property Requirements**
The State of Florida defines equipment as accountable property if the following criteria is meet:
1. It can last more than one year.
2. It is nonexpendable; that is if damaged or worn out, it can be repaired without replaced.
3. It does not lose its identity through fabrication or incorporation into a different or more complex unit.
4. It exceeds $500.00 per unit cost in value.

**Full Inventory**
A full inventory will be required of all property twice yearly. The school will conduct an inventory and update all reports when the school purchases/disposes of any equipment. The inventory report will include a unique identifier for each item (serial number), item description, funding source (showing purchased with CSP for grant-funded items), date purchased, cost, condition (new, good, fair, poor/damaged), room location, and final disposition date. Any CSP-grant funded equipment/inventory will be labeled and include "Property of Miami-Dade County School District, AcadeMir Charter Schools, Inc. Purchased with Federal CSP Grant Funds." Any proceeds from the sale of CSP-funded equipment/inventory will be used to purchase like items. Any proceeds from the sale of CSP-funded equipment/inventory will be used to purchase like items. Proceeds will not go into the general fund. This policy will remain in force even after the CSP grant expires.

## Audits / Financial Monitoring

The School is required to have its records and financial statements audited annually by a certified public accountant. This will be done by a different company than the Management Company. An accounting firm (a certified public accountant) shall be appointed by the Board. Audit fees shall be charged to the appropriate funds as required by law. The audit will be performed in accordance with Generally Accepted Auditing Standards; Governing Standards and the Rules of the Auditor General for the State of Florida.

The completed audit report shall be presented to the Board for examination and discussion. The audit report shall be a public record, and copies shall be filed with the sponsoring School Board and other appropriate authorities no later than September 30.

## Purchasing (Purchasing Ethics Policy)

Charter Board members and employees shall not use their offices or positions to receive any things of value or benefits that would not ordinarily accrue to them in the performance of their duties. If the things or benefits are of such value or character as to manifest a substantial and improper influence upon the performance of their duties, then they must be refused. Florida Statute 112.313.

**Purchase Requests**
- To purchase goods and services, a Purchase Request will be initiated by the school employee/ board member making the request. The request will be approved, and sent to the Management Company for verification and processing.
- The Purchase Request will need to be verified for transaction and budget authority. After the Purchase Request is processed, a Purchase Order will be generated by the Management Company. Three copies of the Purchase Order will be generated. The third copy is the vendor's copy used for order confirmation.

**Pretty Cash Disbursement**

1. **Introduction:** A Petty cash fund may be established when there is evidence that a continuing cash advance should be kept on hand to permit the purchase of low-value supplies. The maximum petty cash disbursement is set at a ceiling of $1,000. The petty cash fund and replenishment or advance checks not yet cashed must be kept in a locked metal box, in a location not readily susceptible to theft. Only the custodian or (in his/her absence) the principal's designee should have access to the funds since they are the only ones authorized to disburse pretty cash.

2. **Establishment of Petty Cash Funds:** The principal designates the person responsible for petty cash funds with limitations established.

3. **Operating Procedures:** When a pretty cash fund has been authorized, the following operating procedures must be followed:

   A. Designation of Custodian

   A custodian of the fund, who is directly responsible for the safekeeping and disbursement of the cash. Must be appointed by the Principal. The original check written to establish the fund, and checks written to replenish it, are made payable to the custodian of the funds. Written instructions detaining the procedures that must be followed in using petty cash funds should be provided to the custodian. The custodian is a aware of his or her specific responsibilities related to custody of the fund.

   If the fund consists of cash and unreimbursed receipts, a reimbursement check should be requested so that the full amount may be turned in to the management office. The principal must notify the management office in writing that the petty cash fund has been changed.

4. **Internal Control Procedures:** A surprise cash count of each petty cash fund, including a review of the documents on hand, must be performed annually or more frequently if it is determined that this is necessary.

5. **Responsibilities:** the management office is responsible for reviewing receipt documents provided in support of requests for reimbursement of petty cash expenditures, and for reimbursing the fund custodian.

**Bidding Purchasing Procedures**

The Board shall be responsible for all purchasing, contracting, competitive bidding, and receiving and processing of all bid protests, in accordance with the Florida school procurement regulations.

**Purchases Not Requiring Bidding**

All CSP-funded purchases that cost $10,000 or more will require a market analysis which includes three written estimates from potential vendors or printed quotes/advertisements. The school will provide a written note justifying its vendor selection.

Written price quotations will be requested from at least three vendors for a transaction in excess of $10,000 or more.   The price quotations should be shown on, or attached to, the related requisition form.   If three written quotations cannot be obtained, documentation showing the vendors contacted that did not offer price quotations, or explaining why price

quotations were not obtained shall be maintained on file in the School office. Market analysis must be completed for all individual purchases exceeding $10,000, unless using a District approved vendor. The school will maintain documentation (quotes, price comparisons, or analysis, etc.). All written justification for approved vendor will be documented.   If using District approved vendor, documentation of approved vendor status will be maintained in file. There will be a Formal Bid process required for purchases more than $100,000. There will be a written justification for any sole-source procurements

**Purchases Requiring Bidding**
Sealed bids will be requested for transactions costing more than $10,000 or more for supplies, equipment, outside professional services, or construction, in accordance with the Florida Administrative Code (FAC) procurement rules and regulations. FAC 6A-1.012.

**Construction Defined**
*Construction* is defined as physical changes to land or buildings that materially alter the previous structure or physical condition, i.e. new construction, including fixed physical additions to land such as concrete, fencing, etc., structural remodeling, major renovations that are not merely maintenance in nature, and major demolitions.   All such construction shall be identified, and the estimated aggregate total cost of goods and services for the project shall be made before undertaking the project.   This estimated total cost shall determine which of the quoting/bidding methods as outlined is to be utilized.

**Transaction Defined**
A "transaction" as used in this policy is determined by application of these three conditions:
    A. Items or services that are so alike in nature that they might likely or reasonably
       be available from a certain type of vendor are grouped together; and
    B. The items or services being considered for the grouping in "A" above are to be
       purchased at a given point in time with no intent to split groupings in order to lower
       group totals and thereby avoid bidding; and
    C. The composite estimated total cost of the items grouped in "A" and "B" above.  If this
       total exceeds $25,000, sealed competitive bids shall be sought; if less than $25,000,
       bidding will not be required.

**Notice of Competitive Sealed Bidding**
Adequate public notice of the invitation for bids shall be given and shall indicate that any bid protest shall be filed with the School representative, who shall be named therein.

The Board reserves the right to reject any or all bids and to accept the bid that appears to be in the best interest of the School.   The Board reserves the right to waive informalities in any bid or to reject any bid, all bids, or any part of any bid.   Any bids may be withdrawn prior to the scheduled time for the opening of the bids.   Any bids received after the opening begins shall not be accepted.   Opening of bids shall not be delayed to accommodate late bid responses.

Submitted bids shall be honored for at least thirty days or as otherwise stated in the invitation. All information relating to a bid shall be retained and made available for public inspection after

the bids are opened, and prospective bidders shall be notified of this in the invitation or specifications relating to the bid call.

A "bidder file" shall be maintained, and a "bidder application" may be used for placing names in the file.   Reference data will be kept relating to bad experiences with vendors, contractors, etc. If a bidder defaults on either price or performance, the Board shall be notified and, if the Board permits, the bid will be offered to the next-lowest bidder who will still accept the order, as far as it is pragmatic to do so.   Written documentation of all such situations noted in this paragraph shall be kept in the defaulting bidder's file.

For transactions requiring written quotations, at least three shall be obtained, and, if less than three are obtained, an explanation must be provided and approved by the Board.   Prospective quoters shall be given a reasonable time following the mailing of the quotation request in which to respond.   All requests for written quotations shall be at the direction of the Board.   The details of a request for written quotations, including names of all bidders to whom the requests were sent, the dates of mailing, all responses, reasons for selection if other than lowest price, etc., shall be made and retained in the School records.

**Emergency Purchases**

An exception to the above procedures for price competition may be made in the event of an emergency involving an imminent threat to the health, safety, or welfare of school personnel or students.   In such an emergency, emergency purchase action may be taken without price competition, if necessary.   Even under emergency conditions, price competition should be sought if it will not unacceptably delay the correction of the condition requiring emergency procedures.   If emergency purchases are made without price competition, a complete written description of the circumstances should be maintained on file in the School office and Board members immediately notified.

**Sole-Source Procurements**

A contract may be awarded for a material, service, or construction item without competition if the Board determines in writing that there is only one source for the required material, service, or construction item. Sole-source procurement shall be avoided, except when no reasonable alternative source exists.   A copy of the written evidence and determination of the basis for the sole-source procurement shall be retained in the procurement file by the School.   The School shall, to the extent practicable, negotiate with the single supplier a contract advantageous to the School.

**Bid Protests**

Any bid protests shall comply with Florida Administrative Code Chapter 28-110.


## Payment Procedures

In order to receive appropriate discounts and maintain good vendor relations, the Board directs the prompt payment of salaries and bills, but only after due care has been taken to assure that such amounts represent proper obligations of the School for services and/or materials received.

The Management Company will implement procedures for the review of purchase invoices to determine that items or services are among those budgeted, itemized goods or services have been satisfactorily supplied, funds are available to cover payment, and invoices are in order and for the contracted amounts.

**Payment Process**
- In order to process an invoice, the invoice will need to be approved via transmittal, or have the invoice matched with the approved copy of the Purchase Order / Receiving Report.  The finance clerk then confirms the purchase order and receiving report with invoice amount, verifying mathematical accuracy of the invoice and extensions.  Prior to payment, the bank register balance must be confirmed to have sufficient funds for invoice batch.   The management company will process the checks.
- Checks are required to have two signatures.
- A separate finance clerk (of the schools' management company) reviews the batch, checking to ensure the amount has been approved and has supporting documentation, the check amount is correct, the remittance address had been verified, and initials on check stub.

The accounting firm's president or vice president will confirm the clerk's initials, spot checks for documentation at random, and returns to clerk for distribution.  The clerk then checks for signature, attaches the remittance copy, and mails check by selected carrier, being UPS, Priority Mail, or regular mail.

## Personnel

1. The Human Resource Director will be responsible for all new employees completing or providing all of the items on the Personnel File Checklist.
2. The Human Resource Director will be responsible for maintaining this information in the format as shown on the Personnel File Checklist.
3. An employee's hiring is not effective until the employment application, form W-4, form I-9, and health insurance forms have been completed.
4. A position control list will be developed during budget season. Management will notify the board of any variances to the position control throughout the year.

## Payroll Procedures

Salary checks will be issued semimonthly to all employees. An employee who quits the service of the School or who is terminated shall be paid all wages due on the regular payday for the pay period during which termination occurs.   Such wages will be paid by mail unless otherwise requested.

Human Resources shall establish payroll procedures that conform to all requirements of the

law and all policies of the School, and that ensure employees receive paychecks not later than the stated payroll dates.

**Timesheets**

1. All classified employees will be responsible for completing a timesheet including vacation, sick, and holiday time (if applicable). The employee and the appropriate supervisor will sign the completed timesheet.
2. The completed timesheets will be submitted to the management company on the last working day of the designated payroll period.
3. Incomplete timesheets will be returned to the signatory supervisor and late timesheets will be held until the next pay period. No employee will be paid until a correctly completed timesheet is submitted.
4. If an employee is unexpectedly absent and therefore prevented from working the last day of the pay period or turning in the timesheet (such as an employee calling in sick), the employee is responsible for notifying the signatory supervisor or for making other arrangements for the timesheet to be submitted. However, the employee must still complete and submit the timesheet upon return.

**Overtime**

1. Advanced approval in writing by the authorized supervisor is required for compensatory time and overtime.
2. 2. Overtime only applies to classified employees and is defined as hours works in excess of forty (40) hours within a five-day period of time. Any hours worked in excess of an employee's regular work schedule must be pre-approved by the supervisor, unless it is prompted by an emergency. No overtime will be paid without the approval of the employee's supervisor. Overtime will not be granted on a routine basis and is only reserved for extraordinary or unforeseen circumstances. If a supervisor identifies a recurring need for overtime in any given position, the supervisor should immediately consult with the Executive Director for further guidance.

**Payroll Processing**

1. For hourly employees, employees must sign-in on the timeclock to verify appropriate hours worked, resolve absences and compensations, and monitor number of hours worked versus budgeted. The Principal will approve these timesheets. No overtime hours should be listed on timesheets without the supervisor's initials next to the day on which overtime was worked. The signatory supervisor will submit a summary report of timesheets to management who will verify the calculations for accuracy.
2. For salaried employees, employees must sign in on the timeclock to verify working days for accuracy. The Principal will provide the designated school employee with any payroll-related information such as sick leave, vacation pay, and/or any other unpaid time.
3. For substitute teachers, the Principal will maintain a log of teacher absences and the respective substitutes that work for them. The Office Manager will verify that the

substitutes initial the log next to their names before they leave for the day and that teachers, upon returning back to work, initial next to their names. This form will be verified and signed by the appropriate supervisor and submitted to management office.
4. The Principal will notify management of all authorizations for approved stipends.
5. Management will prepare the payroll worksheet based on the summary report from the designated school employee.
6. The payroll checks (if applicable) will be mailed to the school. The office manager will document receipt of the paychecks and review the payroll checks prior to distribution.

**Payroll Taxes and Filings**
1. A contracted Professional Employer Organization (PEO) will prepare payroll check summaries, tax and withholding summaries, and other payroll tracking summaries.
2. The PEO will prepare the state and federal quarterly and annual payroll tax forms, review the forms with the Executive Director, and submit the forms to the respective agencies.

**Record Keeping**
1. The designated school employee will maintain written records of all full-time employees 'use of sick leave, vacation pay, and any other unpaid time.
   a. The payroll specialist will immediately notify the Principal and the employee if an employee exceeds the accrued sick leave or vacation pay, or has any other unpaid absences.
   b. Records will be reconciled when requested by the employee. Each employee must maintain personal contemporaneous records.

## Expenses

School employees who incur expenses in carrying out their authorized duties shall be reimbursed by the School upon submission of allowable supporting receipts, provided that prior authorization has been granted by the accountant/management firm when requested by the Board's designee.

**Expense Reports**
1. Employees will be reimbursed for expenditures within ten (10) days of presentation of appropriate documentation.
2. Employees will complete expense reports monthly, as necessary, to be submitted to management company.
3. Receipts or other appropriate documentation will be required for all expenses over five dollars to be reimbursed.
4. The employee and the assigned management representative must sign expense reports.
5. Executive Director expense reports should be approved by a member of the board and always be submitted to management for processing and payment
6. Expenses greater than two months old will not be reimbursed.

**Travel**

Travel. Costs for transportation, meals, hotels, registration fees and other expenditures associated with traveling on business for the school's board. Per diem payments in lieu of reimbursement for subsistence (room and board) are reported as travel expenditures

1. Employees will be reimbursed for mileage when pre-approved by an administrator. Mileage will be reimbursed at the government-mandated rate for the distance traveled, less the distance from the employee's residence to the school site for each direction traveled. For incidental travel, mileage will only be reimbursed if the one-way mileage exceeds 10 miles.
2. The management must pre-approve all out-of-town travel.
3. Employees will be reimbursed for overnight stays at hotels when pre-approved by the management and the event is more than 50 miles from either the employee's residence or the school site. Hotel rates should be negotiated at the lowest level possible, including the corporate, nonprofit or government rate if offered, and the lowest rate available. Employees will be reimbursed at the established per diem rate for any breakfast, lunch, or dinner that is not included as part of the related event.
4. Travel advances require written approval from the management.
5. Travel advances require receipts for all advanced funds.
6. After the trip, the employee must enter all of the appropriate information on an expense report and submit it to the assigned management personnel for approval and then on to V.P. of management for processing.
7. If the advance exceeds the amount of the receipts, the employee will pay the difference immediately in the form of a check.
8. If the advance is less than the amount of the receipts, the difference will be reimbursed to the employee in accordance with the expense report.

**Governing Board Expenses**

1. The individual incurring authorized expenses while carrying out the duties of the school will complete and sign an expense report.
2. The Governing Board Chair will approve and sign the expense report, and submit it to the management for payment

## School Properties Disposition

The Board authorizes the management company to establish regulations for the sale, trade, or disposal of surplus or outdated learning materials, supplies, furniture, or equipment when it has been determined that such items have no further use by the School, and the cost of selling such materials equals or exceeds estimated market value of the items.

Items such as typewriters, business machines, motor vehicles, and furniture may be disposed of by trading them in on the purchase of like items, if appropriate. Items of school personal property no longer needed within the School may be disposed of by public auction, by bids, by selling or by disposal.   Those items sold shall be at or above fair market value.   All sales are final with no warranties or guarantees implied.

In the event of sale of such property, the School may advertise as a means to give notice as appropriate.   In the event of an auction, property shall be conveyed to the highest bidder for each item or lot sold.   The School may establish minimum bids for each item or lot auctioned or sold.   General payment terms for the sale shall be by cash or certified cashier's check.   All sales are final.   Any property for which no bid is received shall be defined as property of no value, and authorization shall be given to have the property removed and disposed of in a manner that is least costly to the School.

## __Code of Ethics__

It is the policy of AcadeMir Charter Schools Inc. that its employees and board members uphold the highest standards of ethical, professional behavior. To that end, these employees and board members will agree to commit themselves to carrying out the mission of this organization and shall:

1. Be mindful of and honor the safety, health and welfare of the public in the performance of professional duties.
2. Act in such a manner as to uphold and enhance personal and professional honor, integrity and the dignity of the profession.
3. Treat with respect and consideration all persons, regardless of race, religion, gender, sexual   orientation, maternity, marital or family status, disability, age or national origin.
4. Recognize that the mission at all times is the effective education of children and the development of institutions to foster that mission.
5. Engage in carrying out the Board's mission in a professional manner.
6. Collaborate with and support other professionals in carrying out the educational mission.
7. Build professional reputations on the merit of services.
8. Keep up to date and informed on emerging issues and business of the Board, and to conduct themselves with professional competence, fairness, impartiality, efficiency and effectiveness.
9. Uphold and implement policies adopted by the Board of Directors.
10. Keep the faculty, parents, students and community informed about issues affecting them.
11. Conduct organizational and operational duties with positive leadership exemplified by open communication, creativity, dedication and compassion.
12. Exercise whatever discretionary authority they have under the law so as to carry out the mission of the organization.
13. Serve with respect, concern, courtesy, and responsiveness in carrying out the organization's mission.
14. Demonstrate the highest standards of personal integrity, truthfulness, honesty and fortitude in all activities in order to inspire confidence and trust in such activities.
15. Avoid any interest or activity that is in conflict with the conduct of official duties.
16. Respect and protect privileged information to which they have access in the course of their official duties.
17. Strive for personal and professional excellence and encourage the professional development of others.

# Conflict of Interest Policy

As a nonprofit, tax-exempt organization authorized to operate charter schools, the operations of AcadeMir Charter School Inc, can also be viewed as a public trust, which is subject to scrutiny by and accountable to the public. Consequently, a fiduciary duty exists between the Board, officers, management employees, and the public, which carries with it a duty of loyalty and fidelity. The Board, officers, and management employees have the responsibility of administering the affairs of the non-profit corporation honestly and prudently. Those persons shall exercise the utmost good faith in all transactions involved in their duties, and they shall not improperly use their positions with, or knowledge gained from, AcadeMir Charter Schools Inc, for their personal benefit.

Nature of Conflicting Interest: A conflicting interest may be defined as an interest, direct or indirect, with any persons or firms mentioned above. Such an interest might arise through owning stock or holding debt or other proprietary interests in any third party dealing with the Corporation.

Holding office, serving on the Board, participating in management, or being otherwise employed (or formerly employed) with any third party dealing with the Governing Board. Receiving remuneration for services with respect to individual transactions involving the Corporation.

Using the corporation's time, personnel, equipment, supplies or good will for other than activities, programs and purposes which have been approved by the Governing Board. Receiving personal gifts or loans from dealing or competing third parties. No personal gift of money should ever be accepted.

Interpretation of this Statement of Policy
The areas of potential conflicts of interest that are listed in the Board's policies are not exhaustive or all inclusive. Conflicts might arise in other areas or through other relations. Directors, officers and management staff are expected to be attentive and proactive in recognizing and disclosing any potential conflict of interest by analogy. It is the policy of the Board that the existence of any conflict of interest shall be disclosed before any transaction is consummated. It shall be the continuing responsibility of the Board, officers, and management employees to scrutinize their transactions and outside business interests and relationships for potential conflicts and to immediately make such disclosures.

**Disclosure Policy and Procedure**
Transactions with parties with whom a conflicting interest exists may be undertaken only if all of the following are observed:
1. The conflicting interest is fully disclosed;
2. The person with the conflict of interest is excluded from the discussion and approval of such transaction;
3. Where products, goods or services are being procured or sold, that there exists reliable independent evidence of fair value (which shall be specifically identified in and

attached to the minutes), which may include a competitive bid or market survey or comparable valuation or other reliable evidence of market value; and

4. The Board has determined that the transaction is in the best interest of the organization.

Disclosure in the organization should be made to the Board Chair who shall bring the matter to the attention of the Board. Disclosure involving the directors should be made to the Board. The Board shall determine whether a conflict exists and in the case of an existing conflict, whether the contemplated transaction may be authorized as just, fair and reasonable. If the conflict is not deemed to be material and the conflicted party is excluded from the decision-making process, then the Board can use its reasonable judgment and make a decision which it deems to be in the best interest of the entity. The decision of the Board on these matters will rest in its sole discretion, and its concern must be the welfare of the Corporation and the advancement of its purpose.

**Charter School Governing Board Full Disclosure**

The Governing Board's role is to set policy, promote the School's vision, and ensure that the school complies with its charter contract and applicable statutes. A requirement for being a member of the Board is to complete a full disclosure form for the sponsoring district that provides detailed information needed to ensure the appointment of effective board members. Florida Statutes Section requires full disclosure of the identity of all relatives employed by the charter school who are related to the charter school owner, president, chairperson of the governing board, superintendent, governing board member, principal, assistant principal, or any other person employed by the charter school who has equivalent decision-making authority. For the purpose of this paragraph, the term "relative" means father, mother, son, daughter, brother, sister, uncle, aunt, first cousin, nephew, niece, husband, wife, father-in-law, mother-in-law, son-in-law, daughter-in-law, brother-in-law, sister- in-law, stepfather, stepmother, stepson, stepdaughter, stepbrother, stepsister, half-brother, or half-sister. Failure to do so will forfeit their ability to serve as a member of the Governing Board.

1. Board members, and their spouse and children, prohibited from being officer, partner, director, proprietor, or owner of a material interest on any business entity that is doing business with the school.
2. Board members prohibited from having any employment or contractual relationship with any business entity doing business with the school that would pose a recurring or significant conflict between private interests and public duties.

Allowable exceptions to 2 restrictions above:
- Business is obtained through competitive bidding process
- Business is only source of supply
- Total amount of funds that changes hands in any calendar year is $500 or less
- Board member is stockholder, officer, or director of bank that is used by school and school did not favor bank solely because of that board member

If Board member meets one of the exceptions, he/she must abstain from any discussion/vote on that matter and must disclose interest in writing. School employee or spouse may not serve on the board. Management company employee or spouse may not serve on the board.

# **Investment Policies**

## **Policy**

It is the policy of the AcadeMir Charter Schools, Inc. is to invest funds under the control of the Board of Directors (the "Directors") in a manner which will provide the highest investment return with the maximum security while meeting the daily cash flow demands of the AcadeMir Charter Schools and conforming to all federal, state and local statutes governing the investment of AcadeMir Charter School's funds.

## **Scope**

This investment policy applies to all financial assets of AcadeMir Charter Schools. These funds are accounted for in the Directors' Annual Financial Report and include:
1. General Fund
2. Special Revenue Fund
3. Capital Project Funds

## **Prudence**

Investments shall be made with judgment and care—under circumstances then prevailing—which persons of prudence, discretion, and intelligence exercise in the management of their own affairs, not for speculation, but for investment, considering the probable safety of their capital as well as the probable income to be derived.

The standard of prudence to be used by investment officials shall be the "prudent person" and/or "prudent investor" standard and shall be applied in the context of managing an overall portfolio. Investment officers acting in accordance with written procedures and the investment policy and exercising due diligence shall be relieved of personal responsibility for an individual security's credit risk or market price changes, provided deviations from expectations are reported in a timely fashion and appropriate action is taken to control adverse developments.

## **Objectives**

The primary objectives, in priority order, of AcadeMir Charter Schools' investment activities shall be:
1. **Safety:** Safety of principal is the foremost objective of the investment program. Investments of funds of AcadeMir Charter School shall be undertaken in a manner that seeks to ensure the preservation of capital in the overall portfolio. To attain this objective, the Directors will diversify its investments by investing funds among a variety of securities offering independent returns and financial institutions.
2. **Liquidity:** AcadeMir Charter Schools' investment portfolio will remain sufficiently liquid to enable the Directors to meet all operating requirements which might be reasonably anticipated.
3. **Return on Investments:** AcadeMir Charter Schools' investment portfolio shall be designed with the objective of attaining a benchmark rate of return throughout budgetary and economic cycles, commensurate with AcadeMir Charter Schools' investment risk constraints and the cash flow characteristics of the portfolio.

**Delegation of Authority**

Authority to manage the AcadeMir Charter Schools' investment program is derived from the following: corporate resolutions, ordinances, Federal code and Florida statutes. Management responsibility for the investment program is hereby delegated to the Superior Charter Schools Services Inc. The Director's Treasurer is responsible for providing oversight and direction for the management of the investment program.

**Investment Procedures**

Management shall establish written investment policy procedures for the operation of the investment program and a system of internal accounting and administrative controls to regulate the activities of the investment program consistent with this policy. The procedures should include reference to safekeeping, repurchase agreements, wire transfer agreements, banking service contracts and collateral/depository agreements. Such procedures shall include explicit delegation of authority to persons responsible for investment transactions. No person may engage in an investment transaction except as provided under the terms of this policy and the procedures established by the Directors.

**Ethics and Conflicts of Interest**

Officers and employees involved in the investment process shall refrain from personal business activity that could conflict with proper execution of the investment program, or which could impair their ability to make impartial investment decisions. Employees and investment officials shall disclose to the Directors any material financial interests in financial institutions that conduct business within their jurisdiction, and they shall further disclose any large personal financial/investment positions that could be related to the performance of the AcadeMir Charter Schools.

**Authorized Financial Dealers and Institutions**

The Treasurer will maintain a list of financial institutions authorized to provide investment services. In addition, a list will also be maintained for approved or security broker/dealers selected by credit worthiness that are authorized to provide investment services in the State of Florida. These may include "primary" dealers or regional dealers that qualify under Securities & Exchange Commission Rule 15C3-1 (uniform net capital rule). No public deposit shall be made except in a qualified public depository as established by state laws. All financial institutions and broker/dealers who desire to become qualified bidders for investment transactions must supply the treasurer with the following: audited financial statements, proof of National Association of Security Dealers certification, trading resolution, proof of state registration, completed broker/dealer questionnaire, certification of having read entity's investment policy and depository contracts. An annual review of the financial condition and registrations of qualified bidders will be conducted by the Treasurer. A current audited financial statement is required to be on file for each financial institution and broker/dealer in which the AcadeMir Charter Schools invests.

**Authorized & Suitable Investments**

From the Directors perspective, special care must be taken to ensure that the list of instruments includes only those allowed by law and those that local investment managers are trained and competent to manage.

**Savings, Money Market and Time Deposit Bank Accounts**

The financial institution must be a State approved designated Qualified Public Depository. The financial institution must be "well Capitalized" as defined by the Federal Deposit Insurance Corporation (FDIC), whereby a bank's Total Risk-Based Capital Ratio is equal to or greater than ten(10%), Tier 1 Risk-Based Capital Ratio is equal to or greater than six (6%), and Tier 1 leverage Capital Ratio is equal to or greater than five(5%) percent.

**Internal Control**

The Treasurer shall establish an annual process of independent review by an external auditor. This review will provide internal control by assuring compliance with policies and procedures.

**Reporting**

Management shall provide the Directors quarterly investment reports which provide a clear picture of the status of the current investment portfolio. The management report should include comments on the fixed income markets and economic conditions, discussions regarding restrictions on percentage of investment by categories, possible changes in the portfolio structure going forward and thoughts on investment strategies. Schedules in the quarterly report should include the following:

1. listing of individual securities held at the end of the reporting period by authorized investment category.
2. Average life and final maturity of all investments listed.
3. Coupon, discount, or earnings rate.
4. Market Value.
5. Percentage of the Portfolio represented by each investment category.

**Investment Policy Adoption**

AcadeMir Charter Schools' investment policy shall be adopted by resolution of the Directors. The policy shall be reviewed annually by the Treasurer and any modifications made thereto must be approved by the Directors.

# <u>Student Recruitment and Enrollment Policies</u>

AcadeMir Charter Schools will make great efforts to reach families reflective of the demographics of the county. A comprehensive advertising and promotional plan will include the use of print and online media, including minority and community periodicals to disseminate information about the schools educational program and open enrollment period. The goal is to reach parents by using various means of information delivery. Promotional fliers and post cards will be delivered by direct mail, penny saver publications, and/or directly to community groups and churches to ensure that harder to reach families are aware of the school and their eligibility to apply for enrolment. This information will also be posted in local public facilitates, such as community center, parks/rec centers/libraries and other locations with public access as permitted by local regulations.   In order to best reach out to the counties growing diverse population, informational materials will be available in multiple languages, as needed.   School representatives will also attend community, church and sports events in the area to personally speak to families and answer any questions they may have, including those related to the application and enrollment process. An easy to navigate website will also be a key component of informing the community about the school.

AcadeMir Charter Schools will distribute press releases and /or public service announcements to promote the open enrolment period, open house, and other essential details about the school and its program. A banner will also be posted on site with relevant information.

Once opened, parents and community partners will be encouraged to inform family, friends, and their community groups about the school. Local elected officials and community leaders will be invited to visit the school. They will also be given an update on the program's growth and asked to share open enrollment information with their constituents through their newsletter and upcoming community meetings.

At AcadeMir Charter Schools students will be considered for admission without regard to ethnicity, national origin, gender, or achievement level. AcadeMir Charter Schools expects to achieve diversity reflective of the community by providing informational materials in other languages as needed, sending school representatives to community, church and sporting events, as well as an easy to navigate website with application and enrollment information. The promotional plan aims to reach a broad audience and, accordingly, all racial/ethnic groups within it. By disseminating information in multiple languages to various media – including minority and community periodicals, and postcard mailers delivered directly to residential addresses in various communities, the racial/ethnic balance of the School should be equivalent to that of public schools within the County.

Informational meetings will be helped in a variety of community forums, to ensure that a diverse set of families are reached and given the opportunity to learn about the educational opportunity ant the School. The governing board and administrators will also work with diverse community groups to seek assistance in disseminating information.

AcadeMir Charter Schools will allow any eligible student, as described in Fla.Stat.§1002.33(10), who submits a timely application and whose parents accept the conditions of the Parent Contract shall be considered, unless the number of applications exceeds the capacity of the program, class, grade level, or building.  In such case, all applicants shall have an equal chance of being admitted through a random selection process/lottery.  If the number of applications falls short of the established capacity, supplemental registration periods may be held for the purpose of reaching student capacity.  An open admissions policy will be implemented wherein the school will be open to any student residing in the County. If the number of applicants exceeds capacity all applicants shall have an equal change co being admitted through a random selection process, lottery, conducted by an independent accounting firm in conformity with Florida's charter school legislation.   Students in the lottery will be assigned a waiting list number and will be admitted when student seats become available or capacity increases.

Preference will be given according to Florida Statute to: students who are siblings of a student enrolled in the charter school; students who are the children of a founding member of the board; students who are the children of an employee of the charter school.

**Enrollment Timeline**
Enrollment Timeline: January 1st-February 28th:   Initial student application period begins. March 1st- March 29th:   First application period ends. Students who have applied will be officially enrolled unless the number of applicants exceeds capacity.

In that case the school may need to conduct a second admissions lottery it will be conducted on April 1st.   April 1st –May 1st: Second application period begins. If the number of applicants exceeds capacity, an admission lottery will be conducted May 15th. Other applicants will be accepted after the second lottery on a first come, first serve basis in accordance with the waiting list.

I HEREBY CERTIFY that these Fiscal Policies and Procedures for the Organization, which were duly adopted by vote of the Board of Directors of AcadeMir Charter Schools, Inc.

DATED this ___15___ day of ___September,___ 2022.

By:_____

Alexander Casas, Governing Board Chair
AcadeMir Charter Schools, Inc.

**Fiscal Policy and Procedure Handbook Addendum**

**AcadeMir Charter Schools, Inc.**

**Original Creation Date: May 27, 2022**

**Last Approved By: AcadeMir Charter Schools Inc Board of Directors**

**Last Approved Date: September 15, 2022**

**Year Reviewed: 2023-2024**

**Purpose**

From time to time, AcadeMir Charter Schools may find themselves with surplus funds beyond immediate obligations. These surplus funds represent an opportunity to strategically invest in order to optimize earnings, particularly in bond reserves and general funds. The purpose of this policy is to establish clear guidelines for such investments, ensuring prudent financial management and maximizing returns.

**SCOPE**

This investment procedure applies to all funds held by AcadeMir Charter Schools, Inc. These funds are accounted for in the AcadeMir Charter Schools' annual financial audit report and encompass current funds as well as any newly established funds. All investment transactions are directed towards maximizing earnings within the Debt Service Reserve fund, while adhering to the guidelines outlined in the Indenture and considering prevailing market conditions.

**Revised Policy:**

**Savings, Money Market and Time Deposit Bank Accounts**

Such funds must be registered under the Federal Investment Company Act of 1940 and operate in accordance with 17 C.F.R. § 270.2a-7. The money market funds shall be rated "AAm" or "AAm-G" or better by Standard & Poor's, or the equivalent by another rating agency. The financial institution must be "well Capitalized" as defined by the Federal Deposit Insurance Corporation (FDIC), whereby a bank's Total Risk-Based Capital Ratio is equal to or greater than ten (10%), Tier 1 Risk-Based Capital Ratio is equal to or greater than six (6%), and Tier 1 leverage Capital Ratio is equal to or greater than five (5%) percent.

I HEREBY CERTIFY that these Fiscal Policies and Procedures for the Organization, which were reviewed, amended and duly adopted by vote of the Board of Directors of AcadeMir Charter Schools, Inc.

DATED this ___18___ day of ___April,___ 2024.

By: _____

Alexander Casas, Governing Board Chair

AcadeMir Charter Schools, Inc.

# TITLE IX POLICIES AND PROCEDURES: SEX-BASED DISCRIMINATION AND SEXUAL HARASSMENT

## Prohibition of Discrimination on the Basis of Sex

AcadeMir Charter Schools, Inc. is committed to providing a working and learning environment that is free from discrimination based on sex (which includes sexual harassment). Given this, the AcadeMir Charter Schools does not discriminate on the basis of sex in any of its education programs or activities. The AcadeMir Charter Schools organization is required by Title IX of the Education Amendments of 1972 ("Title IX") and its regulations not to discriminate in such a manner.

Title IX's requirement not to discriminate in any of the AcadeMir Charter School's education programs or activities extends to admission and employment. Inquiries about the application of Title IX and its regulations to the organization may be referred to the AcadeMir Charter School's Title IX Coordinator, the Assistant Secretary for Civil Rights of the United States Department of Education, or both:

Title IX Coordinator
Xenia Mir
5420 SW 157th Ave, Bay 5. Miami FL, 33185
xmir@superiorcharterschoolservices.com
305-225-0444

Assistant Secretary for Civil Rights
U.S. Dept. of Education Office for Civil Rights
400 Maryland Ave., SW
Washington, D.C. 20202-1100
1-800-421-3481; 1-800-877-8339 (TDD)
202-453-6012 (Fax)
OCR@ed.gov

The AcadeMir Charter Schools is committed to fostering an environment free from discrimination on the basis of sex. To the extent that any AcadeMir Charter School policy or procedure regarding discrimination or harassment on the basis of sex (as defined by Title IX) conflicts with Title IX or its regulations, Title IX and its regulations will control.

## Title IX of the Education Amendments of 1972

Title IX is a federal law that states: "No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance." The U.S. Department of Education's **Office for Civil Rights (OCR)** enforces Title IX.

The policies and procedures of AcadeMir Charter Schools for addressing reports and complaints of sex-based discrimination, including sexual harassment, are designed to comply with Title IX and its regulations. In the event of any conflict between these policies and Title IX or its regulations, Title IX and its regulations will prevail.

## Title IX Coordinator

Who is the Title IX Coordinator?

The AcadeMir Charter Schools, Inc. has appointed a Title IX Coordinator to coordinate the Organization's efforts to comply with its responsibilities under Title IX and its regulations. The Title IX Coordinator's name and contact information are as follows:

**Matters Related to Employees:**
Title IX Coordinator
Xenia Mir
5420 SW 157th Ave, Bay 5. Miami FL, 33185
**xmir@superiorcharterschoolservices.com**
305-225-0444

**Matters Related to Students/Parents:**
Olivia Bernal
5420 SW 157th Ave, Bay 5. Miami FL, 33185
**bernal@academircharterschoolwest.com**
(305)225-0444

**Matters Related to Vendors and Applicants:**
Esther Mir
5420 SW 157th Ave, Bay 5. Miami FL, 33185
**academirpreschool@yahoo.com**
(305)225-0444

**Who can contact the Title IX Coordinator?**
Any person may report sex discrimination, including sexual harassment, to the Title IX Coordinator, regardless of whether the person reporting is the person alleged to be the victim of conduct that could constitute sex discrimination or sexual harassment.

**How can I contact the Title IX Coordinator?**

Any person can contact the Title IX Coordinator in person, by mail, telephone, or by email, or by using the contact information listed above. You can also contact the Title IX Coordinator via the **online Complaint Form**, or by completing the form attached and  means that result in the Title IX Coordinator receiving your verbal or written report.

**Title IX Complaint Form**-Used to file a complaint of sexual harassment or related retaliation. **(English/Spanish)**

The completed complaint form and corresponding documents may be submitted in the following manner:

> **E-mail:**   **xmir@superiorcharterschoolservices.com**
> **Fax:**      (305) 225-0444
> **U.S. Mail**: Superior Charter School Services Inc.
>              Office Human Resources
>              5420 SW 157th Ave, Bay 5
>              Miami, Florida 33185

Reports can be made to the Title IX Coordinator at any time, including during non-business hours, by using the telephone number or electronic mail address, or by mail to the office address listed for the Title IX Coordinator.

## Sexual Harassment Under Title IX

**What is sexual harassment?**

Title IX defines sexual harassment as conduct on the basis of sex that satisfies one or more of the following:

- An AcadeMir Charter School employee conditioning the provision of an aid, benefit, or service of the District on an individual's participation in unwelcome sexual conduct;
- Unwelcome conduct determined by a reasonable person to be so severe, pervasive, and objectively offensive that it effectively denies a person equal access to the Ac education program or activity; or
- Sexual assault, dating violence, domestic violence, or stalking (see the Definitions section, below, for an explanation of these terms).

**Definitions**

1. Complainant is defined as an individual (employee, student, Vendors, applicant, or other third parties attempting to participate in an education program or activity under the substantial control of the AcadeMir Charter Schools Governing Board) who is alleged to be the victim of conduct that could constitute sexual harassment. Parents and guardians who have a legal right to act on behalf of students may do so, including by filing a formal Complaint.  A third party, including a parent or guardian, who makes a report of conduct

that could constitute sexual harassment on behalf of another individual does not become a Complainant.

2. Respondent is defined as an individual who has been alleged to be the perpetrator of conduct that could constitute sexual harassment.

3. Recipient refers to elementary and secondary schools, that are recipients of Federal financial assistance. For purpose of Title IX sexual harassment regulations, the U.S. Department of Education uses the phrase "elementary and secondary schools" interchangeably with "local educational agencies" (or "LEAs" or "K-12").

4. Sexual Harassment is defined as conduct on the basis of sex that satisfies one or more of the following definitions:

   a) Quid pro quo is when an employee of the recipient conditions the provision of an aid, benefit, or service of the recipient on an individual's participation in unwelcome sexual conduct;

   b) Unwelcome conduct is conduct determined by reasonable person to be so severe, pervasive and objectively offensive that it effectively denies a person equal access to the recipient's education program or activity; or

   c) "Sexual assault" as defined by 20 U.S.C. 1092(f)(6)(A)(v) ("Clery Act") is an offense classified as a forcible or nonforcible sex offense under the uniform crime reporting system of the Federal Bureau of Investigation; "Dating violence," as defined by 34 U.S.C. 12291(a)(10) is violence committed by a person who is or who has been in a social relationship of a romantic or intimate nature with the Complainant.

**How does AcadeMir Charter Schools respond to reports of sexual harassment?**

All students and employees are encouraged to report sexual harassment to the school principal and/or supervisor. In addition, can also submit a complaint to the assigned Title IX coordinator at AcadeMir Charter Schools. Upon receiving a report of sexual harassment in an education program or activity, the Title IX Coordinator will contact the complainant (the individual alleged to be the victim of conduct that could constitute sexual harassment) to discuss the availability of supportive measures* and explain the process for filing a formal complaint of sexual harassment

AcadeMir Charter Schools, Inc. reserves the right to remove a respondent (the alleged perpetrator of conduct that could constitute sexual harassment) from its education program or activity on an emergency basis, subject to the requirements of Title IX and its regulations.

*Notably, the respondent also has an equal right to supportive measures throughout the report and complaint process.*

## Student/Parent Complaints

For student Related Complaints all AcadeMir Charter Schools will follow and utilize the Miami Dade County Public Schools Title IX policies and procedures with the understanding that all students Attending AcadeMir Charter Schools is a student with Miami-Dade Public School System which requires the provision of a Student Handbook. Parents and students are required to read the

Student Handbook. The Code of Student Handbook details the responsibilities that staff members, students, and parents are expected to fulfill.

AcadeMir Charter Schools, Inc. has adopted, and will abide by the MDCPS Code of Student Conduct. A copy of the MDCPS Student Code of Conduct can be found at: https://codeofconduct.dadeschools.net/#!/fullWidth/5866

Further, it is the expectation of AcadeMir Charter School's is to follow applicable M-DCPS Title IX Sexual Harassment Manual procedures to ensure that all necessary evidence has been gathered for Decision-Makers utilizing the definitions contained within the Title IX Sexual Harassment Manual and applicable MDCPS School Board Policies to render a decision based on the information contained in the investigative report.

Please click on the link to Access the MDCPS Title IX Procedures Related to Reports of Sexual Harassment

Steps for Employees Who Receive a Report of Sexual Harassment

1. Ensure the safety and well-being of the Complainant.
2. If there is an emergency, call 911.
3. If you suspect child abuse or neglect, immediately call the Florida Department of Children and Families (DCF) Abuse Hotline at 1-800-96ABUSE (1-800-962-2873) or submit a report online at https://reportabuse.dcf.state.fl.us/Child/ChildForm.aspx
4. Notify the Principal or Work Site Supervisor to file your complaint. If you have submitted a report that has been made to the Title IX Coordinator if you have not made the report the report directly to them. Title IX Coordinator will work directly with the school If the report involves an allegation of sexual harassment by an adult against a student or indicates allegations of a Level 3 or higher under the Code of Student Conduct, at which point the team will notify Miami Dade Police Department at (305)715-3300.
5. Notify the M-DCPS Charter School Support office to obtain support as is relates to district and state reporting.

**Supportive Measures Offered to the Complainant and Respondent, As Needed, to Ensure Equal Access to the Educational Program or Activity**

Supportive measures should also be offered to the Respondent if they are necessary to ensure equity in access to education programs or activities. While a recipient is not obligated in every situation to offer supportive measures to a Respondent, if refusing to offer supportive measures to a Respondent (for instance, where a required proceeding under the MDCPS Manual falls on a Respondent's final examination date results in a Respondent needing to reschedule the proceeding) would be clearly unreasonable in light of the known circumstances, such a refusal could also violate Title IX.

**Supportive measures will be:**

- Non-disciplinary, non-punitive
- Individualized
- Meant to restore or preserve equal access to educational programs and activities
- Implemented without unreasonably burdening the other party
- Designed to protect safety of parties or environment or deter sexual harassment
- Confidential to the extent that maintaining confidentiality would not impair the ability to provide the supportive measures

**Supportive measures include, but are not limited to:**

- Counseling
- Academic support, such as extensions of time or other course-related adjustments
- School campus escort services
- Safety plan
- Class schedule modifications
- Transportation accommodations
- Restrictions on contact between the parties
- School transfers
- Curriculum lessons that contain information about sexual harassment and bullying
- Referrals to outside support agencies

**What is a formal complaint of sexual harassment?**

Either a complainant or the Title IX Coordinator can file a formal complaint alleging sexual harassment against a respondent. To qualify as a formal complaint, the document must be filed by a complainant (a document or electronic submission that contains the complainant's physical or digital signature, or otherwise indicates that the complainant is the person filing the formal complaint) or signed by the Title IX Coordinator. The document must allege sexual harassment against a respondent and request that AcadeMir investigates the allegation of sexual harassment.

At the time of filing a formal complaint, a complainant must be participating in or attempting to participate in the AcadeMir Charter Schools education program or activity.

**How does AcadeMir Charter Schools respond to formal complaints of sexual harassment?**
Formal complaints of sexual harassment trigger the grievance process prescribed by Title IX and its regulations. The grievance process for formal complaints of sexual harassment and complaints including allegations of sexual harassment is set forth below.

# GRIEVANCE PROCEDURES

AcadeMir Charter Schools has two sets of grievance procedures for processing complaints of sex-based discrimination:

1. **Grievance Procedure for Complaints of Discrimination on the Basis of Sex that Do Not Include an Allegation of Sexual Harassment**
   The District will process complaints of discrimination on the basis of sex that do not include an allegation of sexual harassment under its standard investigation policies and procedures.
2. **Grievance Procedure for Formal Complaints of Sexual Harassment and Complaints including Allegations of Sexual Harassment**
   Formal complaints of sexual harassment and complaints including allegations of sexual harassment trigger a unique grievance process, described below.

Both of these grievance procedures provide for the prompt and equitable resolution of student and employee complaints alleging discrimination on the basis of sex, including sexual harassment.

## How to File a Complaint of Discrimination on the Basis of Sex (including Sexual Harassment)

AcadeMir Charter Schools has established a number of methods for filing complaints of discrimination on the basis of sex (including sexual harassment). They include:

- Filing a complaint online(Click the Link)
- Completing a paper complaint form, which is available in your school's counseling office, or speaking to any Administrator
- Contacting the Title IX Coordinator by any of the means set forth above.

Students and employee may also contact the U.S. Department of Education's Office for Civil Rights to report discrimination by writing a letter or filing a complaint form available at: https://www2.ed.gov/about/offices/list/ocr/docs/howto.html?src=rt

## ACADEMIR CHARTER SCHOOLS ONLINE COMPLAINT FORM

**Is my formal complaint of sexual harassment subject to this grievance process?**

Formal complaints of sexual harassment and formal complaints including allegations of sexual harassment trigger a unique grievance process required by Title IX and its regulations.

However, under certain circumstances, a formal complaint of sexual harassment may not be subject to the jurisdiction of Title IX and this grievance procedure. A formal complaint must be dismissed for purposes of sexual harassment under Title IX and its regulations if:

- The conduct would not constitute sexual harassment as defined in the Title IX regulations even if proved;
- The conduct did not occur in the School's education program or activity (as that term is defined by the Title IX regulations); or
- The conduct did not occur against a person in the United States.

***Dismissing a formal complaint of sexual harassment for any of these reasons does not preclude action under another policy of the School that prohibits misconduct.***

AcadeMir Charter Schools reserves the right to dismiss a formal complaint under this grievance process in the following circumstances: if the complainant submits a written request for withdrawal to the Title IX Coordinator, if the respondent is no longer enrolled at or employed by the school, or if specific circumstances prevent the school from gathering sufficient evidence to reach a determination.

Parties are able to appeal dismissal decisions.

### What are my rights during this grievance process?

During the grievance process for formal complaints of sexual harassment and complaints including allegations of sexual harassment, parties are guaranteed a number of rights, including:

- Presumption that the respondent is not responsible for the alleged conduct until a determination regarding responsibility is made at the conclusion of the grievance process.
- Equal opportunity to (i) present witnesses and other evidence, and (ii) inspect and review any evidence obtained as part of the investigation that is directly related to the allegations in the formal complaint.
- Privacy protections for records that are made or maintained by a physician, psychiatrist, psychologist, or other recognized professional or paraprofessional.
- Protections for information covered by a legally recognized privilege.
- Credibility determinations that are not based upon a person's status as a complainant, respondent, or witness.
- Objective evaluation of all relevant evidence.
- No conflict of interest or bias for or against complainants or respondents generally or for or against an individual complainant or respondent.
- The right to an advisor of choice, who may be, but is not required to be, an attorney.
- No Retaliation.

### How long will the grievance process take?

The grievance process, including any appeals determination if applicable, will be completed within a reasonably prompt timeframe, designated by the School as 90 school days from the receipt of the formal complaint.

Temporary delays or limited extensions of these timeframes may be permitted for good cause, with written notice provided to both the complainant and respondent, outlining the reasons for the delay or extension. Good cause may include factors such as the absence of a party, advisor, or witness; concurrent law enforcement activity; or the need for language assistance or accommodation of disabilities.

## What is the standard of evidence for determining responsibility?

The standard of evidence used to determine responsibility under this grievance procedure, including all formal complaints of sexual harassment against employees and students, is the preponderance of the evidence standard.

## What happens during the investigation phase of the grievance process?

Upon receipt of a formal complaint, the Title IX Coordinator will provide written notice to the known parties. This notice will include information on the grievance process (including informal resolution), the allegations of sexual harassment, and other details required by Title IX and its regulations.

**Investigation Procedures**

The steps of the investigation will vary based on the nature of the allegations and other factors. However, AcadeMir's team will ensure the inquiry is prompt, thorough, and impartial. The responsibility for gathering evidence sufficient to reach a determination rests with the school, not the parties.

The investigation may include:

- Interviews of the parties and/or witnesses;
- Requests for written statements from the parties and/or witnesses;
- Review and collection of relevant documentation or information.

Both parties will have an equal opportunity to inspect and review any evidence obtained during the investigation that is directly related to the allegations, including evidence not relied upon in the determination of responsibility.

**Investigative Report**

The investigator will create an investigative report that fairly summarizes the relevant evidence. Before completing the report, the School will provide each party (and their advisors, if any) with the evidence subject to inspection and review. The parties will have 10 school days to submit a written response, which the investigator will consider before finalizing the report.

The final investigative report will be sent to each party (and their advisors, if any) for their review and written response at least 10 days before it is provided to the decision-making panel. The report

is advisory in nature and does not bind the decision-making panel to any particular decision, course of action, or remedial measure.

**Post-Investigation Process**

After receiving the final investigative report and the parties' written responses (if any), the decision-making panel will allow each party to submit written, relevant questions to be asked of any other party or witness. The panel will provide the answers to these questions and allow for additional, limited follow-up questions from each party.

The decision-making panel will issue a written determination regarding responsibility in accordance with Title IX and its regulations. The determination will include findings of fact, the rationale for the decision, any disciplinary sanctions imposed on the respondent, and remedies designed to restore or preserve equal access to the school's education program or activity for the complainant.

**Appeal Process**

Any party can appeal the decision-making panel's determination regarding responsibility within 10 school days of its issuance. Appeals must be made in writing to the Title IX Coordinator, detailing the reason for the appeal.

Grounds for appeal include:

- Procedural irregularity that affected the outcome of the matter;
- New evidence that was not reasonably available at the time of the determination or dismissal, which could affect the outcome;
- Conflict of interest or bias by the Title IX Coordinator, investigator, or decision-making panel that affected the outcome.

Upon receiving a timely appeal, the Title IX Coordinator will notify the parties and appoint a reviewer to consider the appeal. The reviewer will inform the parties of the appeal procedures and set a schedule for submitting written statements in support of or challenging the determination.

The reviewer will issue a reasoned written decision describing the result of the appeal and the rationale for the decision. The reviewer's decision is final and binding on all parties.

## What remedies are available under this grievance procedure?

Remedies under this grievance procedure must be designed to restore or preserve equal access to the education program or activity. For students, potential remedies may include, but are not limited to, restorative conversations, safety escorts, or class changes. For employees, potential remedies may include, but are not limited to, restorative conversations, no-contact orders, or changes in work assignments. The Title IX Coordinator is responsible for the effective implementation of any remedies.

This grievance procedure may also provide for discipline or recommendations for discipline when a determination of responsibility for sexual harassment has been made against the respondent. For students, possible disciplinary actions range from verbal counseling to expulsion. For employees, disciplinary actions range from verbal counseling to termination. Recommendations for discipline will be pursued according to applicable AcadeMir policies and procedures.

**Option for Informal Resolution**

At any time after a formal complaint has been filed, but before a determination regarding responsibility, AcadeMir may offer the parties the opportunity to engage in informal resolution of the complaint. However, informal resolution cannot be offered or used when the allegations involve an employee sexually harassing a student.

AcadeMir must obtain the parties' voluntary, written consent to the informal resolution process. The Title IX Coordinator must also provide the parties with a written notice as prescribed by Title IX and its regulations. Any party has the right to withdraw from the informal resolution process at any time before agreeing to a resolution and resume the grievance process with respect to the formal complaint.

# TITLE IX TRAINING

The below training material has been used to train the AcadeMir Charter School's Title IX Coordinator, Investigators, Decision-Makers, and Informal Resolution Facilitators (the AcadeMir Charter Schools "Title IX Personnel") under the August 14, 2020 Title IX regulations.

**In compliance with 34 CFR Part 106.45(b)(10), requiring Title IX training materials to be made publicly available, the following materials are available for review:**

## Training Materials
**2022 Title IX Overview – PDF**

**Recordkeeping**

The Title IX Coordinator and all individuals responsible for receiving reports, applying formal Complaint procedures, and/or conducting investigations pursuant to this manual shall be responsible for maintaining records related to all Title IX Complaints received by the schools for no less than seven (7) years.   These records include but are not limited to, all information, documents, electronically stored, and electronic media created and/or received as part of the report, Complaint, or investigation.

The information shall be retained immediately upon receipt of specific information and/or written notice that could lead to an investigation, formal Complaint, or potential litigation. The information, documents, electronic records, and electronic media retained may include public records and records exempt from disclosure under Federal and/or State law.

ACADEMIR CHARTER SCHOOLS, INC. adheres to the nondiscrimination policies established by Miami-Dade County Public Schools.

# DISCRIMINATION / HARASSMENT

The AcadeMir Charter School's Governing Board is committed to ensuring that all students and employees are treated with respect. We strive to provide a workplace and educational environment free from discrimination and harassment, including sexual harassment, as mandated by law.

Through this policy, the School Board of M-DCPS affirms its intent to provide equal access, opportunity, and treatment to students in educational programs and activities, as well as to applicants and employees in all aspects of employment. Any slurs, innuendos, hostile treatment, violence, or verbal or physical conduct against a student or employee based on race, ethnic or national origin, gender, or any other protected category will not be tolerated by the School Board of M-DCPS nor by AcadeMir Charter Schools Inc.

## The School Board Policy Covers the Following Protected Categories:

**AGE** - This category prevents denial of employment and/or educational opportunities because of a person's age.

**CITIZENSHIP STATUS** - This category prevents denial of employment and/or educational opportunities because of a person's citizenship or immigration status.

**COLOR** - This category prevents denial and/or educational opportunities because of a person's skin tone. Color discrimination can occur within the same race; for example someone who has a darker complexion may discriminate against someone that has a lighter complexion.

**DISABILITY** - This category prevents denial of employment and/or educational opportunities because of a person has, or is perceived to have a permanent impairment that substantially limits or prevents a major life activity; for example: walking, seeing, hearing, talking, sitting, or standing.

**ETHNIC/NATIONAL ORIGIN** - This category prevents denial of employment and/or educational opportunities because of a person's ancestors' place of origin; or because an individual has the physical, cultural or linguistic characteristics of a particular group.

**GENDER** - This category prevents denial of employment and/or educational opportunities because of a person's gender or sex.

**GENDER IDENTITY** - This category prevents denial of employment and/or educational opportunities because of a person's gender-related identity, appearance, expression or behavior, regardless of the individual's assigned sex at birth.

**GENETIC INFORMATION (GINA)** - This category prevents denial of equal employment and/or harassment because of a person's genetic information; it ensures that individuals are not treated differently because of genetic information.

**LINGUISTIC PREFERENCE** - This category prevents denial of employment and/or educational opportunities because of the language a person speaks.

**MARITAL STATUS** - This category prevents denial of employment and/or educational opportunities because of a person's marital status; i.e. single, married, widowed, or divorced.

**POLITICAL BELIEFS** - This category prevents denial of employment and/or educational opportunities because of a person's support and/or affiliation or lack thereof with a particular political party.

**PREGNANCY** - This category prevents denial of employment and/or educational opportunities for women who are pregnant.

**RACE** - This category prevents denial of employment and/or educational opportunities because of a person's race. The five federally recognized racial categories are American Indian or Alaskan Native, Asian, Black or African American, Hawaiian or Other Pacific Islander, and White. Persons from a mixed racial backgrounds do not need to prove their exact heritage in order to assert that they have been discriminated against based on race. Likewise, this category covers persons being discriminated against because they are married to persons of a different race other than their own.

**RELIGION** - This category prevents denial of employment and/or educational opportunities because of a person's sincerely held religious beliefs.

**SEX** - This category prevents denial of equal employment and/or educational opportunities because of a person's male or female gender.

**SEXUAL ORIENTATION** - This category prevents denial of equal employment and/or educational opportunities because a person is, or is perceived to be, lesbian, gay, bisexual, or heterosexual.

**SOCIAL AND FAMILY BACKGROUND** - This category prevents denial of employment and/or educational opportunities because of a person's socio-economic, family and/or educational background.

## Sexual Harassment will NOT be Tolerated.

**Title IX OF THE EDUCATION AMENDMENT OF 1972 PROHIBITS SEXUAL HARASSMENT WHICH INCLUDES UNWELCOMED SEXUAL ADVANCES; REQUEST FOR SEXUAL FAVORS; AND OTHER VERBAL OR PHYSICAL CONDUCT OF A SEXUAL NATURE WHEN:**

- Submission to such conduct made either explicitly or implicitly, a term or condition of employment or participation in an educational program;
- Submission to or rejection of such conduct by an individual is used as the basis for employment or educational decisions affecting such individual; or
- Such conduct has the purpose of effect of unreasonably interfering with an individual's work or academic performance or creating an intimidating, hostile, or offensive working or educational environment. Unwelcome verbal or physical sexual conduct must be either severe or pervasive.

## RETALIATION AGAINST A STUDENT OR EMPLOYEE WHO FILES A COMPLAINT IS PROHIBITED BY LAW

Retaliation is an adverse action taken against an individual because they engaged in a protected activity, such as complaining about discrimination, threatening to file a charge of discrimination, or participating in investigative proceedings. **Click here to submit a complaint**

**For additional information about Title IX or any other discrimination/harassment concerns, contact:**

| Matters Related to Employees: | Matters Related to Students/Parents: | Matters Related to Vendors and Applicants: |
|---|---|---|
| Title IX Coordinator | Title IX Coordinator | Title IX Coordinator |
| Xenia Mir | Olivia Bernal | Esther Mir |
| 5420 SW 157th Ave, Bay 5. Miami FL, 33185 | 5420 SW 157th Ave, Bay 5. Miami FL, 33185 | 5420 SW 157th Ave, Bay 5. Miami FL, 33185 |
| xmir@superiorcharterschoolservices.com | bernal@academircharterschoolwest.com | academirpreschool@yahoo.com |
| 305-225-0444 | (305)225-0444 | (305)225-0444 |

Rev: 07/2024

ACADEMIR CHARTER SCHOOLS, INC. se adhiere a las políticas de no discriminación establecidas por las Escuelas Públicas del Condado de Miami-Dade.

# DISCRIMINACIÓN / ACOSO

La Junta Directiva de AcadeMir Charter School se compromete a garantizar que todos los estudiantes y empleados sean tratados con respeto. Nos esforzamos por brindar un entorno laboral y educativo libre de discriminación y acoso, incluido el acoso sexual, según lo exige la ley.

A través de esta política, la Junta Escolar de las M-DCPS afirma su intención de brindar igualdad de acceso, oportunidades y trato a los estudiantes en programas y actividades educativas, así como a los solicitantes y empleados en todos los aspectos del empleo. Cualquier difamación, insinuación, trato hostil, violencia o conducta verbal o física contra un estudiante o empleado por motivos de raza, origen étnico o nacional, género o cualquier otra categoría protegida no será tolerado por la Junta Escolar de M-DCPS ni por Escuelas autónomas AcadeMir Charter Schools, Inc.

## La política de la Junta Escolar comprende las siguientes categorías protegidas:

**EDAD** - Esta categoría previene la denegación de empleo y/u oportunidades educativas por motivo de la edad de una persona.

**ESTADO DE CIUDADANÍA** - Esta categoría previene la denegación de empleo y/u oportunidades educativas por motivo del estado de ciudadanía o migratorio de una persona.

**COLOR** - Esta categoría previene la denegación de empleo y/u oportunidades educativas por motivo del color de la piel de una persona. La discriminación en base al color puede ocurrir dentro de la misma raza; por ejemplo, alguien de tez más oscura puede discriminar a alguien de tez más clara.

**DISCAPACIDAD** - Esta categoría previene la denegación de empleo y/u oportunidades educativas debido a que una persona tenga, o se perciba que tenga un impedimento permanente que sustancialmente limite o prevenga actividades importantes de la vida; por ejemplo: caminar, ver, oír, hablar, sentarse o pararse.

**ORIGEN ÉTNICO/NACIONAL** - Esta categoría previene la denegación de empleo y/o oportunidades educativas por motivo del lugar de origen de los antepasados de una persona; o porque un individuo tiene la apariencia física, cultural o características lingüística particular de un grupo en particular.

**GÉNERO** - Esta categoría previene la denegación de empleo y/u oportunidades educativas por motivo del género o sexo de una persona.

**IDENTIDAD DE GÉNERO** - Esta categoría previene la denegación de empleo y/u oportunidades educativas por motivo de la identidad relacionada con el género, apariencia, expresión o comportamiento de una persona, independientemente del sexo asignado al individuo al momento de nacer.

**INFORMACIÓN GENÉTICA (GINA)** - Esta categoría previene la denegación de empleo equitativo y/u acoso por motivo de la información genética de una persona; asegura que los individuos no reciban trato diferente debido a la información genética.

**PREFERENCIA LINGÜÍSTICA** - Esta categoría previene la denegación de empleo

y/u oportunidades educativas debido al idioma que habla una persona.

**ESTADO CIVIL** - Esta categoría previene la denegación de empleo y/u oportunidades educativas por motivo del estado civil de una persona; por ejemplo, si es soltero, casado, viudo o divorciado.

**CREENCIA POLÍTICA** - Esta categoría previene la denegación de empleo y/u oportunidades educativas por motivo del apoyo y/o afiliación o falta de éstos de un grupo político en particular.

**EMBARAZO** - Esta categoría previene la denegación de empleo y/u oportunidades educativas a las mujeres embarazadas.

**RAZA** - Esta categoría previene la denegación de empleo y/u oportunidades educativas por motivo de la raza de una persona. Las cinco categorías raciales federalmente reconocidas son indio americano o nativo de Alaska, asiático, negro o afroamericano, hawaiano u otro isleño del Pacífico, y blanco. Personas que desciendan de una liga étnica no necesitan comprobar su herencia exacta para hacer valor que han sido discriminados por motivo de raza. Además, esta categoría cubre personas que están siendo discriminadas porque están casadas con personas de una raza diferente a la de ellos.

**RELIGIÓN** - Esta categoría previene la denegación de empleo y/u oportunidades educativas por motivo de las creencias religiosas que una persona sinceramente profese.

**SEXO** - Esta categoría previene la denegación de empleo y/u oportunidades educativas por motivo del género masculino o femenino de una persona.

**ORIENTACIÓN SEXUAL** - Esta categoría previene la denegación de empleo y/u oportunidades educativas debido a que una persona sea, o aparente ser, lesbiana, gay, bisexual, o heterosexual.

**ANTECEDENTES SOCIALES Y FAMILIARES** - Esta categoría previene la denegación de empleo y/u oportunidades educativas por motivo de los antecedentes socioeconómicos, familiares y/o educativos de una persona.

## El acoso sexual NO será tolerado

El Título IX DE LA ENMIENDA DE EDUCACIÓN DE 1972 PROHÍBE EL ACOSO SEXUAL QUE INCLUYE AVANCES SEXUALES NO DESEADOS; SOLICITUD DE FAVORES SEXUALES; Y OTRA CONDUCTA VERBAL O FÍSICA DE NATURALEZA SEXUAL CUANDO:

- La sumisión a dicha conducta hizo, ya sea explícita o implícitamente, un término o condición de empleo o participación en un programa educativo;
- La sumisión o el rechazo de dicha conducta por parte de un individuo se utiliza como base para decisiones laborales o educativas que afectan a dicho individuo; o
- Tal conducta tiene el propósito de interferir injustificadamente con el trabajo o el desempeño académico de un individuo o crear un ambiente laboral o educativo intimidante, hostil u ofensivo. La conducta sexual verbal o física no deseada debe ser grave o persistente.

### LA LEY PROHÍBE LAS REPRESALIAS CONTRA UN ESTUDIANTE O EMPLEADO QUE HAYA PRESENTADO UNA DENUNCIA

La represalia es una acción adversa tomada contra un individuo porque participó en una actividad protegida, como quejarse de discriminación, amenazar con presentar un cargo de discriminación o participar en procedimientos de investigación. Haga clic aquí para enviar una queja.

Para obtener información adicional sobre el Título IX o cualquier otro problema de discriminación/acoso, comuníquese con:

**Asuntos relacionados con los empleados**
Coordinador del Título IX
Xenia Mir
5420 SW 157th Ave, Bay 5. Miami FL, 33185
xmir@superiorcharterschoolservices.com
305-225-0444

**Asuntos relacionados con estudiantes/padres**
Coordinador del Título IX
Olivia Bernal
5420 SW 157th Ave, Bay 5. Miami FL, 33185
bernal@academircharterschoolwest.com
(305)225-0444

**Asuntos relacionados con proveedores y solicitantes**
Coordinador del Título IX
Esther Mir
5420 SW 157th Ave, Bay 5. Miami FL,
33185 academirpreschool@yahoo.com
(305)225-0444

Rev: 07/2024



## Title IX Complain Form

The Purpose of this Title IX Complaint form is to gather the essential basic facts of the alleged actions in order to facilitate prompt and equitable resolutions of complaints of sexual harassment prohibited by Title IX of the Education Amendments of 1972 (Title IX). This form applies only to complaints alleging sexual harassment and/or retaliation related to sexual harassment, with sexual harassment defined as conduct on the basis of sex that satisfies one or more of the following: quid pro quo; unwelcomed conduct so severe, pervasive and objectively offensive that it effectively denies a person equal access to AcadeMir Charter Schools educational program or activity, sexual assault; dating violence; domestic violence; and/or stalking.

AcadeMir Charter Schools, Inc. does not discriminate on the basis of sex in and educational program or activity that it operates as required by Title IX. AcadeMir Charter Schools, Inc. also does not discriminate on the basis of sex in admissions or employment.

Persons are strongly encouraged to report allegation of sexual harassment to the school's Principal or work site supervisor. However, individuals may also submit their complaint to the AcadeMir Charter Schools Title IX Coordinator.  You may submit your complaint via email, fax, google form, or mail using the contact information below.

For additional information about Title or any other discrimination/harassment concerns, contact the U.S. Department of Education Assistant Secretary for Civil Right and/or title IX coordinator for AcadeMir Charter Schools:

| Matters Related to Employees | Matters Related to Students/Parents | Matters Related to Vendors and Applicants: |
|---|---|---|
| Title IX Coordinator<br>Xenia Mir<br>5420 SW 157th Ave, Bay 5. Miami FL, 33185<br>xmir@superiorcharterschoolservices.com<br>305-225-0444 | Olivia Bernal<br>5420 SW 157th Ave, Bay 5. Miami FL, 33185<br>bernal@academircharterschoolwest.com<br>(305)225-0444 | Esther Mir<br>5420 SW 157th Ave, Bay 5. Miami FL, 33185<br>academirpreschool@yahoo.com\<br>(305)225-0444 |

For Internal Use Only

Case#:_____

Title IX Coordinador: _____

1. I am filling this complaint as:

   Employee          Student          Parent/Guardian          Vendor/Contractor/Other

2. Complaint (s) Please provide the name of the person(s) who is alleged to be the victim of a conduct that would constitute sexual harassment or retaliation related to sexual harassment:

   a. Name of Parent/Guardian, if Complainant is a minor:

3. Student ID/Employee ID (If applicable):

4. Grade (if applicable):

5. Email Adress:

6. Home Adress:

7. Telephone No:

8. School Name/Work Location (If applicable):

9. Please Select the type of complaint you are making:

   Sexual Harassment          Retaliation

10. Date(s) of the alleged incident(s)


11. Approximate time(s) of the alleged incident(s)


12. Location of the alleged incident(s)


13. Date of Report Made at School-site or Work-Site and the Name of the Administrator to whom the Report Was Made (if applicable).

14. Please provide the name of the person(s) who you believe committed the offense, i.e., Respondent(s), against the Complainant and their relationship to the Complainant (e.g., classmate, colleague, staff member, etc.).

15. Complaint: Describe your complaint. Please provide as much information as possible and attached additional pages if necessary.

16. For *retaliation complaints ONLY*, please answer question 16 a and b below:

   a. Please explain the protected activity (e.g. filing a complaint of sexual harassment, opposing sexual harassment, serving as a witness to a sexual harassment complaint, etc.) forming the basis for this retaliation complaint

   b. Please explain the retaliation alleged:

17. Witnesses: Please list the names of any witnesses along with any relationship share with this witness (e.g. co-worker, classmate, teacher, none etc.)

18.  Does evidence exist? If so, what type (e.g. text messages, photos, video, etc.)? Please keep and preserve these materials.

19. List any supportive measures being requested.

20. Is there anything else you would like for us to know?

I certify that the information provided in this complaint is true and correct to the best of my knowledge. I understand it is a violation of AcadeMir Charter Schools Board Policies and the Code of Student Conduct to provide false statements. I and willing to cooperate fully in the investigation of my complaint and provide whatever evidence AcadeMir Charter Schools Inc, deems relevant and/or necessary to investigate this matter.

Signature: _____

Printed Name: _____

Date: _____

Signature of Parent/Guardian (If applicable): _____

Printed Name: _____

Date: _____



## ACADEMIR CHARTER SCHOOLS

### Employee Statement Form

Employee Name: _____   Work Location: _____

Employee ID #: _____   Date: _____

Please explain what occurred:

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____