# EXHIBIT  B



# AcadeMir Charter Schools Policies and Procedures:

## Safety, Health and Welfare of Students

2024-2025

# Table of Contents

FortifyFL...................................................................................................................................4

Marjory Stoneman Douglas High School Public SafetAct..............................................5

Emergency Contacts ....................................................................................................7


**SCHOOL SAFETY AND SECURITY**

Safe Safety Plan ..........................................................................................................9

School Safety Specialist ...............................................................................................9

Safe School Officer ......................................................................................................9

FortifyFL ......................................................................................................................9

Mobile Panic Alert System ..........................................................................................10

Active Assailant Plan ...................................................................................................10

Threat Management Team ...........................................................................................11

Mental Health Services ...............................................................................................12

Standards Response Protocol ......................................................................................14

Codes ..........................................................................................................................17

Emergency Drills .........................................................................................................19

Lockdown Drills ..........................................................................................................19

Fire Drills ....................................................................................................................20

Tornado Drills..............................................................................................................20

Severe Weather Procedures ........................................................................................21

Tornado Watch/Warning .............................................................................................22

Tornado Strike/Aftermath............................................................................................23

Electrical Storm – Classroom .......................................................................................23

Electrical Storm – School Grounds ...............................................................................23

Evacuation of Students/Staff from the Building............................................................23


**ENVIROMENTAL HAZARDS**

Hazardous Chemical Materials Spills/Gas Leaks inside the Classroom/School. .............24

Hazardous Chemical Materials Spills/Gas Leaks Outside the Building/Community Based ...............24

Nuclear Explosion/Release............................................................................................24

**CRITICAL INCIDENTS**

Bomb Threat ................................................................................................................25

Homicidal Threats... .....................................................................................................25

Hostage Situation......................................................................................................................25

Shooting/Stabbing...................................................................................................................26

Suicide (Off Campus) ............................................................................................................. 26

Suicidal Threat.........................................................................................................................27

Students with Communicable Disease...................................................................................27

Medication Administration at School ...................................................................................30

Cold and Flu Season ............................................................................................................. 31

COVID-19 ...............................................................................................................................32

Safety & Security Against Theft and Vandalism .................................................................. 32

Code Adam (Child Abduction)...............................................................................................33

**Policies and Procedures For Reporting And Responding To Bullying And Retaliation**

Policy Against Bullying and Harassment. ............................................................................. 33

Bullying....................................................................................................................................34

Harassment ........................................................................................................................... 34

Cyberstalking...........................................................................................................................35

Consequences ....................................................................................................................... 37

Reporting and Documenting Procedures............................................................................... 38

**Attachments:**

Attachment A.  Active Assailant Plan ....................................................................................... 48

Attachment B.  FLDOE Model Behavioral Threat Assessment Policies and Best Practices K-12. ........................54

Attachment C.  Treat Assessment and Response Protocol .................................................... 83

Attachment D.  School Enviornmental Safety Incident Reporting (SESIR) tool ................................107

**Code Adam (Child Abduction)**

Code Adam, created in memory of 6-year-old Adam Walsh, is a powerful search tool for lost and potentially abducted children. It is one of the country's largest child safety programs and is currently used in tens of thousands of establishments across the nation.

The program is offered free of charge and is easy to use. When a customer reports a missing child a special Code Adam alert is issued on the premises. For more information, call 1-800-THE-LOST® (1-800-843-5678) or email codeadam@ncmec.org.

1. **Obtain a detailed description** of the child, including what he or she is wearing.
2. **Page "Code Adam."** Describe the child's physical features and clothing.
3. Designated employees will immediately **stop working, look for the child and monitor front entrances** to ensure the child does not leave the premises.
4. **Call law enforcement** if the child is not found within 10 minutes.
5. If the child is found and appears to have been lost and unharmed, **reunite the child** with the searching family member.
6. If the child is found accompanied by someone other than a parent or legal guardian, make reasonable efforts to delay their departure without putting the child, staff or visitors at risk. Immediately notify law enforcement and **give details about the person accompanying the child**.
7. **Cancel the Code Adam page** after the child is found or law enforcement arrives.

## POLICIES AND PROCEDURES FOR REPORTING AND RESPONDING TO BULLYNG AND RETALIATION

### Policy Against Bullying and Harassment

AcadeMir Charter Schools are committed to providing a safe learning environment for all students. To this end, we are dedicated to eradicating bullying and harassment in its schools by providing awareness, prevention and education in promoting a school atmosphere in which bullying, harassment, and intimidation will not be tolerated by students, Governing Board employees, visitors, or volunteers.

It is the policy of AcadeMir Charter Schools, that all students and school employees have an educational setting that is safe, secure and free from harassment and bullying of any kind. AcadeMir Charter Schools will not tolerate bullying and harassment. Bullying and Harassment, as defined herein, is prohibited.

**Definitions: Bullying**

Bullying means systematically and chronically inflicting physical hurt or psychological distress on one or more students or school employees. It is further defined as a pattern of unwanted and repeated written, verbal, or physical behavior, including any threatening, insulting, dehumanizing gesture by an adult or student, that is severe or pervasive enough to create an intimidating, hostile, or offensive educational environment; cause discomfort or humiliation; or unreasonably interfere with the individual's school performance or participation that includes a noted power differential. Bullying may involve, but is not limited to:

1. Teasing

2. Social exclusion

3. Threats

4. Intimidation

5. Stalking

6. Physical violence

7. Theft

8. Sexual, religious, or racial harassment

9. Public humiliation Destruction of Property

10. Cyberstalking

11. Cyberbullying

## Harassment

Harassment means any threatening, insulting, or dehumanizing gesture, use of data or computer software, or written, verbal or physical conduct directed against a student or school employee that:

- Places a student or school employee in reasonable fear of harm to his or her person or damage to his or her property.

- Has the effect of substantially interfering with a student's educational performance, opportunities, or benefits

- Has the effect of substantially disrupting the orderly operation of a school Bullying and Harassment also encompasses

    1. Retaliation against a student or school employee by another student or school employee for asserting or alleging an act of bullying or harassment. Reporting an act

34

of bullying or harassment that is not made in good faith is considered retaliate.

2. Perpetuation of conduct listed in the definition of bullying and harassment by an individual or group with intent to demean, dehumanize, embarrass or cause emotional or physical harm to a student or school employee by:

   a. Incitement or coercion
   b. Accessing or knowingly and willingly causing or providing access to data or computer software through a computer, computer system, computer network, electronic or wireless devices on or off school grounds to bully or harass that jeopardizes student or school employee safety or disrupts the learning environment within the scope of the sponsoring district school system.
   c. Acting in a manner that has an effect substantially similar to the effect of bullying or harassment.

## Cyberstalking

Cyberstalking is defined in s. 784.048(1)(d), F.S., means to engage in a course of conduct to communicate, or to cause to be communicated, words, images, or language by or through the use of electronic mail or electronic communication, directed at a specific person, causing substantial emotional distress to that person and serving no legitimate purpose.

Cyberbullying is defined in s. 1006.147(a)(b), F.S., as the willful and repeated harassment and intimidation of an individual through the use of electronic mail or electronic communication with the intent to coerce, intimidate, harass, or cause substantial emotional distress to a person. Complainant is defined as any sponsoring district employee, consultant, contractor, agent, visitor, volunteer, student, or other person who formally or informally makes a report of bullying, orally or in writing. Bullying, Harassment, Cyberbullying, and Discrimination (as referred to and defined herein) encompasses, but is not limited to, unwanted harm towards a student or employee based on or with regard to actual or perceived: sex, race, color, religion, national origin, age, disability (physical, mental, or educational), marital status, socio-economic background, ancestry, ethnicity, gender, gender identity or expression, linguistic preference, political beliefs, sexual orientation, or social/family background. This policy prohibits bullying or harassment of any student by any Board member, sponsoring district employee, consultant, contractor, agent, visitor, volunteer, student, or other person in the school or outside of the school at school-sponsored events, on school buses, and at training facilities or training programs sponsored by the sponsoring district.

Description of the type of behavior expected from each student and school employee of a public charter K-12 educational institution:

AcadeMir Charter Schools expects students to conduct themselves as appropriate for their levels

of development, maturity, and demonstrated capabilities with a proper regard for the rights and welfare of other students and school staff, the educational purpose underlying all school activities, and the care of school facilities and equipment. The AcadeMir Charter Schools believes that standards for student behavior must be set cooperatively through interaction among the students, parents/legal guardians, staff, and community members creating an atmosphere that encourages students to grow in self-discipline. The development of this atmosphere requires respect for self and others, as well as for sponsoring district and community property on the part of students, staff, and community members. Since students learn by example, school administrators, faculty, staff, and volunteers will demonstrate appropriate behavior; treat others with civility and respect and refuse to tolerate bullying or harassment. AcadeMir Charter Schools uphold that bullying or harassment of any student or school employee are prohibited:

1. During any educational program or activity by a contracted school buses;

2. During any school-related or school-sponsored program or activity; or

3. On a AcadeMir Charter School bus;

4. Through the use of any electronic device or data while on school grounds or on a AcadeMir Charter School bus, computer software that is accessed through a AcadeMir Charter School computer, or computer network.

Through threats using the above to be carried out on school grounds. This includes threats made outside of school hours, which are intended to be carried out during any school-related or school sponsored program or activity, or on an AcadeMir Charter contracted School bus.

Consequences for a student or employee of a public charter K-12 educational institution who commits an act of bullying or harassment. Concluding whether a particular action or incident constitutes a violation of this policy requires a determination based on all of the facts and surrounding circumstances. The physical location or time of access of a computer-related incident cannot be raised as a defense in any disciplinary action.

1. Consequences and appropriate remedial action for students who commit acts of bullying or harassment may range from positive behavioral interventions up to and including suspension or expulsion, as outlined in the Code of Student Conduct.

2. Consequences and appropriate remedial action for a school/sponsoring district employee found to have committed an act of bullying or harassment are provided in accordance with the sponsoring district policies, procedures, and agreements. Additionally, egregious acts of harassment by certified educators may result in a sanction against an educator's state issued certificate. (The Code of Ethics for Public Officers and Employees, Chapter 112, Part III, Florida Statue, The Principles of Professional Conduct of the Education Profession in Florida and School Board Policies 1129, 3129, and 4129).

3. Consequences and appropriate remedial action for a school/sponsoring district employee

found to have committed an act of bullying or harassment are provided in accordance with the sponsoring district policies, procedures, and agreements. Additionally, egregious acts of harassment by certified educators may result in a sanction against an educator's state issued certificate. (The Code of Ethics for Public Officers and Employees, Chapter 112, Part III, Florida Statue, The Principles of Professional Conduct of the Education Profession in Florida and School Board Policies 1129, 3129, and 4129)

4. Consequences and appropriate remedial action for a visitor or volunteer, found to have committed an act of bullying or harassment will be determined by the school administrator after consideration of the nature and circumstances of the act, including reports to appropriate law enforcement officials.

## Consequences

Consequences for a student or employee of a public charter K-12 educational institution who is found to have wrongfully and intentionally accused another of an act of bullying or harassment:

The same aforementioned sanctions apply to persons, whether they are students, school/ sponsoring district employees, or visitors/volunteers/independent contractors, who are found to have made wrongful and intentional accusations of another as an act of bullying or harassment. Consequences and appropriate remedial action for a student found to have wrongfully and intentionally accused another as an act of bullying or harassment range from positive behavioral interventions up to and including suspension or expulsion, as outlined in the Code of Student Conduct. Consequences and appropriate remedial action for a school employee found to have wrongfully and intentionally accused another of an act of bullying or harassment is provided in accordance with sponsoring district policies, procedures, and agreements. Consequences and appropriate remedial action for a visitor or volunteer, found to have wrongfully and intentionally accused another of an act of bullying or harassment is determined by the school administrator after consideration of the nature and circumstances of the act, including reports to appropriate law enforcement officials.

**Reporting and Documenting**

Procedure for reporting an act of bullying or harassment, including provisions that permit a person to anonymously report such an act. At each school, the principal or the principal's designee is responsible for receiving complaints alleging violations of this policy. All school employees are required to report alleged violations of this Policy to the principal or the principal's designee. All other members of the school community who have credible information that an act of bullying or harassment has taken place, including students, parents/legal guardians, volunteers, and visitors are encouraged to 12 report any act that may be a violation of this policy anonymously or in-person to the principal or principal's designee. If the alleged offense is against the principal, the report should be filed with the Governing Board and the Contracted ESP. Failure to report will result in action(s) or discipline, consistent with the sponsoring school districts personnel investigative tool. The Code of Ethics for Public Officers and Employees, Chapter 112,

Part III, Florida Statue, and The Code of Ethics and the Principles of Professional Conduct of the Education Profession in Florida and State Board of Education Rule 6B-1.006 serve as guidelines, as well. The principal or an employee accused of bullying or harassment will discuss the determination and any recommended corrective action with the Governing Board and the ESP prior to its implementation. The principal of each school in the sponsoring district will prominently publicize to students, staff, volunteers, visitors and parents/legal guardians how a report of bullying or harassment may be filed either in-person or anonymously and how this report will be acted upon.

The victim of bullying or harassment, any witnesses, and anyone who has credible information that an act of bullying or harassment has taken place may file a report. A school employee, school volunteer, student, parent/legal guardian or other persons who promptly reports in good faith an act of bullying or harassment to the appropriate school official and who makes this report in compliance with the procedures set forth in the sponsoring district policy is immune from a cause of action for damages arising out of the reporting itself or any failure to remedy the reported incident. Submission of a good faith complaint or report of bullying or harassment will not affect the complainant or report's future employment, grades, learning or working environment, or

work assignments. Written and oral reports shall be considered official reports. Complaints must be filed as soon as possible after the alleged incident and documented on the Student Case Management Referral form. Subsequently, the information should be recorded in the sponsoring districts reporting system, within 30 school days of the last act of alleged bullying or harassment. Reports may be made anonymously, but formal disciplinary action may not be based solely on the basis of an anonymous report. Anonymous reports must be investigated in the same manner and treated with the same seriousness as all other reports. If a student or other individual believes there has been bullying or harassment, regardless of whether it fits a particular definition, s/he should report it and allow the principal or principal's designee to determine the appropriate course of action. Anonymous reports may be made by parents and students by utilizing the AcadeMir Charter School's Anonymous Bullying Report form. Anonymous online reports can be filled out on-line and will be received directly by the principal of the school where the alleged incident took place via electronic mail. Such forms can also be printed from the on-line site and filled out in writing.

Each school is required to have a Bullying/Harassment Anonymous Reporting Box for parents and students to utilize. Written, anonymous reports may be placed in the school's reporting box located in a discrete location determined by the principal. The principal or principal's designee will document all reports and interventions on the appropriate Student Case Management Referral Form or Student Case Management Discipline Form and further use the sponsoring districts reporting system for system wide documentation.

**Administrative Review and Procedures: Receipt of Complaints**

The building principal and principal's designee shall promptly investigate all reports of bullying and harassment. All matters involving such complaints will remain confidential to the extent permitted by law. Staff members are encouraged to watch for early signs of bullying and harassment and to intervene before the bullying or harassment escalates.

Even when there has been no report of bullying, each staff member is encouraged to be vigilant and look for students who appear to be isolated from other students, about whom other students are making inappropriate comments, or who show signs of being a victim of their peers. To

confirm their concerns, the staff member may choose to:

- Intensify observations of student(s) in question

- Confer with colleagues about students potentially involved

- Engage in short personal interviews with some students

- Contact the parent to inquire as to how the student is perceiving school interactions Speak privately with the victim of bullying or harassment If such measures confirm the staff member's concern that a student is being bullied or harassed or the staff member observes or receives a report of a bullying or harassment about that student, they must inform the principal or principal's designee either verbally or through written communication on a standard Student Case Management Referral form.

Students and/or their parents/guardians may file a Bullying and Harassment Report Form (available in the main office of each school) regarding suspected bullying or harassment. Such reports will be promptly forwarded to the principal or principal's designee for review, investigation, and action. The written report shall be reasonably specific as to actions giving rise to the suspicion of bullying and will include:

- Persons involved, designating bully, victim, and bystanders' roles in the current situation

- Number of times and places of the alleged conduct

- Names of any potential student or staff witnesses

- Any actions taken

### Reporting and Documenting Procedures: Students

1. In an expeditious manner, the principal or principal's designee will confer with the student, parent or guardian who submitted the report in order to obtain a clear understanding of the alleged incident and obtain details regarding the current situation. If not already completed, the principal or principal's designee will complete the Bullying Report Form. Documentation of this conference will be coded on a Student Case Management Form.

2. The principal or principal's designee will meet with all student(s) accused of the alleged bullying or harassment, to obtain a response to the complaint both orally and in writing. Documentation of this conference will be coded on a Student Case Management Form.

3. The principal and/or principal's designee will meet with all witnesses, individually and confidentially, identified by the person(s) making the report of bullying or harassment. Witnesses will be asked to make a statement both orally and in writing regarding the alleged facts that form the basis of the complaint. Documentation of this meeting will be coded on a Student Case Management Form.

4. Following the completion of the investigation, any student(s) found to have violated this policy will be subject to any of the disciplinary actions described in the sponsoring districts student handbook and coded on a Student Case Management Referral Form. The principal or principal's designee will notify parents, guardians or legal custodians of any student(s) involved in an incident of bullying or harassment under this policy. The Florida Department of Education requires that school administrators/designees provide immediate notification to the parents of both the victim and the alleged perpetrator of an act of bullying or harassment. Acceptable means of notification to parents/guardians and/or legal custodians include via telephone, personal conference, and/or in writing. Notification must be consistent with the student privacy rights under the applicable provisions of the Family Educational Rights and Privacy Act of 1974 (FERPA). Such persons shall have access to any written reports pertaining to the prohibited incident to the extent permitted by State and Federal privacy/confidentiality laws.

5. Retaliation against any student or employee who makes a complaint of bullying or harassment, or any student who becomes involved in the investigation of any such complaint, is strictly prohibited, and may result in discipline irrespective of the merits of the initial complaint. In addition, making intentionally false reports about intimidation, harassment or bullying for the purpose of getting someone in trouble is similarly prohibited and will not be tolerated. Retaliation and intentionally false reports may result in disciplinary action as indicated above and will be subject to any of the disciplinary actions described in the sponsoring districts student handbook and coded on a Student Case Management Referral Form.

6. The principal or principal's designee shall have the authority to involve local law enforcement if an individual believes danger is imminent due to the alleged bullying or harassment or for any other potential criminal offense.

A procedure for the prompt investigation of a report of bullying or harassment and the persons responsible for the investigation. The investigation of a reported act of bullying or harassment is deemed to be a school-related activity and begins with a report of such an act.

At each school in the sponsoring district, the Procedures for Investigating Bullying and/or Harassment include:

- The principal or principal's designee(s), employed by the school, trained in investigative procedures will initiate the investigation. The designee shall not be the accused perpetrator (harasser, bully or victim).

Documented interviews with the victim, alleged perpetrator, and witnesses are conducted privately, separately, and are confidential and at no time will the alleged perpetrator and victim be interviewed together. Employees will have the right to representation of their choice during an interview which includes representation from their respective bargaining unit, association, and/or legal counsel. The sponsoring school districts personnel investigative tool shall be utilized to guide the process. The investigator shall collect and evaluate the facts including, but not limited to:

- Description of incident(s) including nature of the behavior; context in which the alleged incident(s) occurred, etc.;

- How often the conduct occurred;

- Whether there were past incidents or past continuing patterns of behavior;

- The relationship between the parties involved;

- The characteristics of parties involved (i.e., grade, age, etc.);

- The identity and number of individuals who participated in bullying or harassing behavior;

- Where the alleged incident(s) occurred;

- Whether the conduct adversely affected the student's education or educational environment;

- Whether the alleged victim felt or perceived an imbalance of power as a result of the reported incident;

- The date and time, and method in which the parent(s)/legal guardian(s) were contacted;

- Description of follow-up action

Whether a particular action or incident constitutes a violation of this policy requires a determination based on all the facts and surrounding circumstances and includes:
- Recommendation of consequences or remedial steps necessary to stop the bullying and/or harassing behavior
- A written final report by the principal or designee

- The highest level of confidentiality possible will be upheld regarding the submission of a complaint or a report of bullying and/or harassment, and the investigative procedures that follow.

1. The procedure for including incidents of bullying in the school's report of safety and discipline data is required under F.S.1006.09(6).

   a) A process to investigate whether a reported act of bullying or harassment is within the scope of the sponsoring districts school system and, if not, a process for referral of such an act to the appropriate jurisdiction:

   - A principal or designee will initiate an investigation to determine whether an alleged act is within the scope of the sponsoring school district, and whether it constitutes a violation of this policy by conducting a prompt, thorough and complete investigation of each alleged incident.

   - The trained designee(s) will provide a report on results of the investigation with recommendations for the principal to make a determination if an act of bullying or harassment falls within the scope of the sponsoring district. If it is within the scope of the sponsoring district, move to Procedures for Investigating Bullying and/or Harassment.

   - If it is outside the scope of the sponsoring district, and determined a criminal act, refer to appropriate law enforcement.

   - If it is outside the scope of the sponsoring district, and determined not a criminal act, inform parents/legal guardians of all students involved.

2. A procedure for providing immediate notification to the parents/legal guardians of a victim of bullying or harassment and the parents/legal guardians of the perpetrator of an act of bullying or harassment as well as, notification to all local agencies where criminal charges may be pursued against the perpetrator.

The principal, or designee, will promptly report by telephone, personal conference, and/or in writing, the occurrence of any incident of bullying or harassment as defined by this policy to the parent or legal guardian of all students involved on the same day an investigation of the incident(s) has been initiated. Notification must be consistent with the student privacy rights under the applicable provisions of the Family Educational Rights and Privacy Act of 1974 (FERPA).

Special consideration regarding parental notification should be provided for students who are being bullied / harassed based on actual or perceived sexual orientation, gender identity or expression as to protect the child's well-being and avoid the violation the student's privacy rights. If the bullying or harassment incident results in the perpetrator being charged with a crime, the principal, or designee, shall by telephone or in writing by first class mail, inform parents/legal guardian of the victim(s) involved in the bullying or harassment incident about the Unsafe School Choice Option (No Child Left Behind, Title IX, Part E, Subpart 2, Section 9532) that states "A

student attending a persistently dangerous public elementary school or secondary school, as determined by the State in consultation with a representative sample of local educational agencies, or a student who becomes the victim of a violent criminal offense, as determined by State law, while in or on the grounds of a public elementary school or secondary school that the student attends, be allowed to attend a safe public elementary school or secondary school within the local educational agency, including a public charter school."

Once the investigation has been completed and criminal charges may be pursued against the perpetrator, all appropriate local law enforcement agencies will be notified by telephone and/or in writing.

3. A procedure to refer victims and perpetrators of bullying or harassment for counseling: A sponsoring district referral procedure will establish a protocol for intervening when bullying or harassment is suspected or when a bullying incident is reported. The procedure shall include:

- Referral for Intervention and Counseling Students

- Both victims and perpetrators of bullying or harassment will be referred to the members of the school's Student Services Team for counseling support and interventions. (Parent or legal guardian must be notified). Documentation of services will be coded on a Student Case management Form.
- Counseling and support services may be provided to address the needs of the victim, the bystanders, as well as the perpetrator(s) of bullying or harassment (e.g., individual counseling, empathy training, anger management, etc.). Research-based counseling/interventions to address the behavior of the students who bully and harass others will be specifically utilized.

Research-based counseling/interventions which include assistance and support will be provided to parents, legal guardians, if deemed necessary or appropriate. Referrals to at least two different community-based counseling agencies will be provided to the parent/guardian when additional family counseling services are recommended. Documentation of the services will be coded on a Student Case Management Form.

A process by which the teacher, staff member, or parent/legal guardian may request, informal consultation with specialty staff, e.g., school counselor, school social worker, or school psychologist, etc., to determine the severity of concern and appropriate steps to address the concern (the involved students' parents or legal guardian may be included). Documentation of the conference will be coded on a Student Case Management Form.

If a formal discipline report or formal complaint is made, the principal or designee must refer the student(s) to the school's Student Services Team for consideration of appropriate services. (Parent or legal guardian involvement is required at this point).

4. A procedure for including incidents of bullying or harassment in the school's report of data concerning school safety and discipline data required under s.1006.09(6). The report must include each incident of bullying or harassment and the resulting

consequences, including disciplinary actions and referrals. The report must include, in a separate section, each reported incident of bullying or harassment that does not meet the criteria of a prohibited act under this section with recommendations for responding to such incidents:

The school district will utilize Florida's School Environmental Safety Incident Reporting (SESIR) Statewide Report on School Safety and Discipline Data, which include bullying/harassment as an incident code as well as bullying related as a related element code. The SESIR definition of bullying/harassment is unwanted and repeated written, verbal, or physical behavior, including any threatening, insulting or dehumanizing gesture, by an adult or student that is severe or pervasive enough to create an intimidating, hostile or offensive educational environment, cause discomfort or humiliation, or unreasonably interfere with the individual's school performance or participation. If a bullying and/or harassment incident occurs, then it will be reported in SESIR with the bullying/harassment code. If the bullying/harassment results in any of the following SESIR incidents, the incident will be coded appropriately using the relevant incident code AND the related element code entitled bullying-related code. Those incidents are:

- Arson
- Battery
- Breaking and Entering
- Disruption on Campus
- Major Fighting
- Homicide
- Kidnapping
- Larceny/Theft
- Robbery
- Sexual Battery
- Sexual Harassment
- Sexual Offenses
- Threat/Intimidation
- Stalking
- Vandalism
- Weapons Possession

Other Major (Other major incidents that do not fit within the other definitions) Discipline and referral data will be recorded in Student Discipline/Referral Action Report and the sponsoring

45

districts reporting system. The sponsoring district will provide bullying and harassment incident, discipline, and referral data to the Florida Department of Education in the format requested, through Survey 5 from Education Information and Accountability Services, and at designated dates provided by the Department.

5.  A procedure for providing instruction to students, parents/legal guardians, teachers, school administrators, counseling staff, and school volunteers on preventing, identifying, and responding to bullying or harassment. Evidence-based Procedures for Responding to Bullying and Harassment:

AcadeMir Schools ensures that schools sustain healthy, positive, and safe learning environments for all students. It is important to change the social climate of the school and the social norms with regards to bullying and harassment. This requires the efforts of everyone in the school environment – teachers, administrators, counselors, instructional coaches and other non-teaching staff (such as security, custodians, cafeteria workers, and/or school librarians), parents/legal guardians, and students. Students, parents/legal guardians, teachers, school administrators, counseling staff, and school volunteers shall be given instruction at a minimum of once per year on the AcadeMir Charter Schools' Policy Against Bullying and Harassment by the AcadeMir Charter School's Safe Schools Programs' staff. The instruction shall include evidence-based methods of preventing bullying and harassment, how to effectively identify and respond to bullying and harassment in schools, as well as the requirements and procedures for compliance with the sponsoring district Policy Against Bullying and Harassment.

6.  A procedure for regularly reporting to a victim's parents/legal guardians the actions taken to protect the victim of bullying and harassment. The principal or designee shall by telephone and/or in writing report the occurrence of any incident of bullying or harassment as defined by this policy to the parent or legal guardian of all students involved on the same day an investigation of the incident has been initiated. According to the level of infraction, parents/legal guardians will be notified by telephone and/or writing of actions being taken to protect the child; the frequency of notification will depend on the seriousness of the bullying or harassment incident. Notification must be consistent with the student privacy rights under the applicable provisions of the Family Educational Rights and Privacy Act of 1974 (FERPA).22

7.  A procedure for publicizing the policy which must include its publication in the student handbook required under s. 1006.07(2) and in all employee handbooks:

a)  At the beginning of each school year, Principal or designee shall, in writing, inform school staff, parents/legal guardians, or other persons responsible for the welfare of a student of the sponsoring district's student safety and violence prevention policy. Each sponsoring district school shall provide notice to students and staff of this policy through appropriate references in the sponsoring districts student handbook and employee handbooks, and/or through other reasonable means. The Superintendent shall also make all contractors contracting with the sponsoring district aware of this policy.

Each school principal shall develop an annual process for discussing the sponsoring school district policy on bullying and harassment with students in a student assembly or other reasonable format. Reminders of the policy and bullying prevention messages such as posters and signs will be displayed around each school and.

8.  Appeals Process: If the student/parent does not agree with the final determination made by the school site, he/she may appeal the determination by submitting a letter of appeal within 15 workdays to the Office of Mental Health and Crisis Management

    Services.

9.  Constitutional Safeguard: This policy does not prohibit, and should not be interpreted or enforced to prohibit, expressive activity or conduct protected by the First Amendment of the United States Constitution or Article I, Section 4 of the Florida Constitution.

10. Preclusion: This policy shall not be interpreted or applied to prevent a victim or accused from seeking redress under any other available law either civil or criminal.

11. Severability: If a provision of this policy is or becomes illegal, invalid, or unenforceable in any jurisdiction, that shall not affect the validity or enforceability in that jurisdiction of any other provision of this policy.



## ACADEMIR CHARTER SCHOOLS

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

**ESTUDIANTE: Consentimiento del Padre/Representante para ser Entrevistado**

Nombre del Estudiante: _____     ID Estudiante: _____

Nombre del Padre: _____     Número de Contacto: _____

Nombre del Acusado: _____     Número de Caso: _____

---

Entiendo que este formulario está siendo utilizado por la oficina de AcadeMir Charter Schools Inc. Con el fin de solicitar permiso para ser entrevistado con respecto a las acusaciones hechas contra el acusado cuyo nombre aparece arriba.

Entiendo que he sido identificado como **Testigo o Denunciante,** quien puede tener información relevante que puede ser importante para establecer los hechos de esta investigación.

También entiendo que mi participación en esta investigación es voluntaria.

Entiendo que, bajo ciertas circunstancias, esta entrevista puede ser realizada a través de videoconferencia y esta declaración firmada digitalmente.

Entiendo que tengo el derecho de rechazar la solicitud de ser entrevistado. Sin embargo, AcadeMir Charter Schools Inc. tomará su decisión sin la información que podría haber sido proporcionada durante la entrevista.

Al concluir la entrevista oral, se espera que firme/inicial la declaración de la entrevista.

Entiendo que, bajo las disposiciones del Estatuto de la Florida, Capítulo 119, mi declaración se convertirá en registro público al cierre del caso. Sin embargo, la información de identificación de menores será redactada.

**NOTA: Si desea estar presente, por favor contacte al investigador asignado.**

| ACEPTO | NO ACEPTO |
|---|---|
| He leído lo antes mencionado y <u>ESTOY DE ACUERDO</u> en ser entrevistado por el representante de Academir Charter Schools Inc. | <u>NO DESEO SER ENTREVISTADO</u> y comprendo que el representante de Academir Charter Schools Inc. Tomará su decisión sin la información que hubiera podido ser proporcionada durante la entrevista. |
| Nombre del Padre (impreso): | Nombre del Padre (impreso): |
| Firma del Padre: | Firma del Padre: |
| Fecha: | Fecha: |

# ACADEMIR CHARTER SCHOOLS



## Non-Student Consent for Interview

Employee Name: _____     Employee #: _____

Cell Phone: _____     Work Phone: _____

Respondent Name: _____     Case #: _____

| REPRESENTATION | | |
|---|---|---|
| Do you have representation with you today: | ☐ YES | ☐ NO |
| Representative Name/Title: | | |
| Legal Representative: | | |
| Employment Status:     Are you a current AcadeMir Charter Schools employee? | ☐ YES | ☐ NO |

| IF A ACADEMIR CHARTER SCHOOL EMPLOYEE AND NO REPRESENTATION, PLEASE READ THE FOLLOWING: |
|---|
| I understand that a Personnel Investigation is being conducted for AcadeMir Charter Schools Inc. I understand that I have the right to union representation of my choice to be present during the interview. I understand that I also have the right to legal or other representation. At this time, I am **waiving** this right to representation and have agreed to provide a signed statement regarding my knowledge of the incident at the conclusion of the interview. |

- This form is being used by AcadeMir Charter Schools Inc. to request my permission to be interviewed.
- This is an official investigation, and my participation is voluntary.
- I understand that I am expected to cooperate with this investigation, provide truthful answers, and knowingly providing false information could be the basis for disciplinary and/or legal action.
- I understand that I have the right to decline the request for an interview. However, AcadeMir Charter Schools Inc. will make its determination without information that I could have provided during the interview.
- I understand that under certain circumstances, this interview may be conducted via video conferencing and this statement signed digitally.
- In accordance with Chapter 119, Florida Statute, my statement will become public record upon case closure.
- I have read and understand all the above.

| AGREE to be interviewed. | DECLINE to be interviewed. |
|---|---|
| Parent Name (print): | Print Name (print): |
| Parent Signature: | Parent Signature: |
| Investigator's Initialed: | Date received: |

# ACADEMIR CHARTER SCHOOLS



☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

## Bullying & Harassment Incident Form

☐ STUDENT        ☐ EMPLOYEE        ☐ PARENT        ☐ VISITOR        ☐ APPLICANT

**School Principal:** _____        **Date:** _____

**School Name:** _____

**Person Reporting Incident:**

    **Name:** _____

    **Phone:** _____

    **E-Mail:** _____

        ☐ Student   ☐ Parent   ☐ Friend   ☐ Staff   ☐ Other   _____

---

1. **Student name:** _____   **Age:** _____   **ID No.** _____

   On what date(s) did the incident happen:   ____/____/____        ____/____/____
                                              MM  DD  YYYY          MM  DD  YYYY

   Relationship between parties: _____

| 2. Name(s) of alleged offender(s) | Age | School (If different) | Is the offender a(n) | Comments |
|---|---|---|---|---|
|  |  |  | ☐Student? ☐Adult? |  |
|  |  |  | ☐Student? ☐Adult? |  |
|  |  |  | ☐Student? ☐Adult? |  |
|  |  |  | ☐Student? ☐Adult? |  |

## INVESTIGATION

| 3. Where did the incident happen? (Choose all that apply). | Date of Incident:    /    / |
|---|---|

☐ On school property                    ☐ At a school-sponsored activity or event off school property

☐ On a school bus                        ☐ On the way to/from school

☐ On an electronically transmitted device (i.e., Internet, E-Mail or Cellular Telephone)

| 4. Which statement(s) best describes what happened? (Choose all that apply). |
|---|

| ☐ Teasing | ☐ Social Exclusion | ☐ Threat | ☐ Sexual, religious or racial harassment |
|---|---|---|---|
| ☐ Hazing | ☐ Public Humiliation | ☐ Intimidation | ☐ Cyberstalking/Cyberbullying |
| ☐ Stalking | ☐ Physical Violence | ☐ Theft | ☐ Destruction of property |
| ☐ Spreading false rumors |  |  |  |

# ACADEMIR CHARTER SCHOOLS

☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐ ☐

## Bullying & Harassment Incident Form

☐ STUDENT        ☐ EMPLOYEE        ☐ PARENT        ☐ VISITOR        ☐ APPLICANT

| 5. What actions were taken to investigate this incident? (Choose all that apply). | |
|---|---|
| ☐ Interviewed student target | ☐ Interviewed alleged offender(s) |
| ☐ Interviewed witnesses | ☐ Witness statement collected in writing |
| ☐ Interviewed school nurse | ☐ Reviewed any medical information available |
| ☐ Interviewed teachers and/or School Staff | ☐ Interviewed student target's parent/guardian |
| ☐ Interviewed student offender's parent/guardian | ☐ Conducted student record review |
| ☐ Examined physical evidence | ☐ Obtained copy of police report |
| ☐ Other (specify) | |

| 6. What corrective actions were taken in this case? (Choose all that apply). | |
|---|---|
| ☐ None required, this was a false allegation | ☐ Student warning |
| ☐ Student conference | ☐ Parent phone call |
| ☐ Letter of apology | ☐ Detention |
| ☐ Parent conference | ☐ Out-of-school suspension |
| ☐ In-school suspension | ☐ None, incident did not warrant any corrective action |
| ☐ Other (specific) | |

**7. Additional pertinent information gained during interview (Attach a separate sheet if necessary).**

**8. Investigator notes (Attach a separate sheet if necessary)**

Signature of person reporting: _____        Date:_____

## THREAT ASSESSMENT AND RESPONSE PROTOCOL©
Comprehensive School Threat Assessment Guidelines

### OVERVIEW

A threat is a communication of intent to harm someone that may be spoken, written, gestured, or expressed in some other form, such as via text messaging, email, or other digital means. An expression of intent to harm someone is considered a threat regardless of whether it is communicated to the intended target(s) and regardless of whether the intended target is aware of the threat. Threats may be implied by behavior that an observer would reasonably regard as threatening, planning, or preparing to commit a violent act. When in doubt, treat the communication or behavior as a threat and conduct a threat assessment. Threats that are not easily recognized as harmless (e.g., an obvious joke that worries no one) should be reported to the school administrator or other team members. The administrator or another team member makes a preliminary determination of the seriousness of the threat. The student, targets of the threat, and other witnesses should be interviewed to obtain information using this protocol. A *transient* threat means there is no sustained intent to harm and a *substantive* threat means the intent is present (or not clear) and therefore requires protective action. This form is a guide for conducting a threat assessment, but each case may have unique features that require some modification.

A threat assessment is not a crisis response. If there is indication that violence is imminent (e.g., person has a firearm at school or is on the way to school to attack someone), a crisis response is appropriate. Take immediate action such as calling 911 and follow the school crisis response plan.

### School Threat Assessment Decision Tree*

**Step 1.  Evaluate the threat.**
Obtain a detailed account of the threat, usually by interviewing the person who made the threat, the intended victim, and other witnesses. Write the exact content of the threat and key observations by each party. Consider the circumstances in which the threat was made and the student's intentions. Is there communication of intent to harm someone or behavior suggesting intent to harm?

→ No → Not a threat. Might be an expression of anger that merits attention.

↓ Yes

**Step 2.  Attempt to resolve the threat as transient.**
Is the threat an expression of humor, rhetoric, anger, or frustration that can be easily resolved so that there is no intent to harm? Does the person retract the threat or offer an explanation and/or apology that indicates no future intent to harm anyone?

→ Yes → Case resolved as transient; add services as needed.

↓ No

**Step 3.  Respond to a substantive threat.**
For all substantive threats:
a. Take precautions to protect potential victims.
b. Warn intended victim and parents.
c. Look for ways to resolve conflict.
d. Discipline student, when appropriate.

Serious means a threat to hit, fight, or beat up whereas very serious means a threat to kill, rape, or cause very serious injury with a weapon.

→ Serious → Case resolved as serious substantive threat; add services as needed.

↓ Very Serious

**Step 4.  Conduct a safety evaluation for a very serious substantive threat.**
In addition to a-d above, the student may be briefly placed elsewhere or suspended pending completion of the following:
e. Screen student for mental health services and counseling; refer as needed.
f. Law enforcement investigation for evidence of planning and preparation, criminal activity.
g. Develop safety plan that reduces risk and addresses student needs. Plan should include review of Individual Educational Plan if already receiving special education services and further assessment if possible disability.

↓

**Step 5.  Implement and monitor the safety plan.**
Document the plan.
Maintain contact with the student.
Monitor whether plan is working and revise as needed.

## THREAT REPORT

A threat is an expression of intent to harm someone that may be spoken, written, gestured, or communicated in some other form, such as via text message or email. Threats can be explicit or implied, directed at the intended target or communicated to a third party. Behavior that suggests a threat such as weapon carrying, fighting, or menacing actions should be investigated to determine whether a threat is present.

The process is designed for assessment of threats to harm others and is not intended for individuals who have only threatened to harm themselves. Only a small percentage of cases require both threat assessment and suicide assessment, and in those cases, the team should supplement this form with their choice of a standard suicide assessment protocol.

| | |
|---|---|
| **Name of person reporting threat:** | **Date/time threat reported:** |
| **Affiliation of person reporting threat:** ☐Student  ☐Parent  ☐Staff  ☐Other: | |
| **Name of person receiving the report:** | |

### INCIDENT or BEHAVIOR OF CONCERN

| | |
|---|---|
| **Name of person making threat:** | **Date/time threat made:** |
| **Affiliation of person making threat:** ☐Student  ☐Parent ☐Staff  ☐Other_____ | **Status:** ☐Current  ☐Former |
| **Identification:** ☐Male ☐Female  Age:      Grade, if student:      School program, if student: | |
| **Emergency Contact:** | **Relationship:** |
| **Home Address:** | **Phone:** |
| **Location threat occurred:** ☐ School Building or Grounds  ☐School Bus/Other Travel  ☐School-Sponsored Activity  ☐Digital communication such as text or post  ☐Other_____ | |
| **Summary of the incident or threat.** What was reported? Include who said or did what to whom. Who else was present? | |

### ASSESSMENT FINDINGS (All sources are not needed in most cases.)

| Sources of Information | Was information reviewed? | Relevant Findings (use additional pages as needed) |
|---|---|---|
| **Prior threats** | ☐Reviewed ☐Not applicable ☐ Not available | |
| **Prior discipline incidents** | ☐Reviewed ☐Not applicable ☐ Not available | |
| **Academic records** | ☐Reviewed  ☐Not applicable ☐ Not available | |
| **Special education records** | ☐Reviewed  ☐Not applicable ☐ Not available | |
| **Other records** | ☐Reviewed  ☐Not applicable ☐ Not available | |
| **Records from other schools** | ☐Reviewed ☐Not applicable ☐ Not available | |
| **Records from outside agencies** (e.g., social services or mental health) | ☐Reviewed ☐Not applicable ☐ Not available | |
| **Law enforcement records** (criminal history, contacts, firearms purchases, etc.) | ☐Reviewed  ☐Not applicable ☐ Not available | |
| **Employment records** (grievances, disciplinary actions, Title IX, etc.) | ☐Reviewed  ☐Not applicable ☐ Not available | |

## INTERVIEWS

When a threat is identified, obtain a specific account of the threat by interviewing the student or other person who made the threat, if appropriate to the circumstances. Interview the intended victims, and other witnesses. Write the exact content of the threat and statements by each party. Consider the circumstances in which the threat was made and the threatening individual's intentions.

**Subject:  Person who made threat or engaged in threatening behavior**

| Subject Name | | Refer to prior page for additional identifying information. |
|---|---|---|
| Person(s) Conducting Interview | | Location, Date of Interview |

Use these questions as a guide to interview the person making the threat. Ask other questions as appropriate. Try to use open-ended questions rather than leading questions. Adjust spacing below as needed.

1. Do you know why I want to talk to you? What happened today when you were [place of incident]? (Record person's exact words with quotation marks for key statements if possible.)

2. What exactly did you say?  And what exactly did you do?

3. What did you mean when you said or did that?

4. How do you think [person who was threatened] feels about what you said or did? (Probe to see if the subject believes it frightened or intimidated the person.)

5. What was the reason you said or did that? (Probe to find out if there is a prior conflict or history to this threat.)

6. What are you going to do now? (Ask questions to determine if the subject intends to carry out the threat.)

**Target** (person who was target of threat) or **Witness** (person with relevant information)

If more than one, complete additional forms. If a group targeted, describe how subject identified the group (e.g., "everyone on this bus") and list all individuals.

| Target Name | | ID # | |
|---|---|---|---|
| Affiliation | ☐Administrator ☐Teacher ☐Staff ☐Student ☐Parent/Guardian ☐Other: | Status | ☐Current ☐Former Grade (if student): |
| School | | Building/ Program | |
| Emergency Contact | | Relation | |
| Home Address | | Phone | |
| Person(s) Conducting Interview | | Location, Date of Interview | |

Use these questions as a guide to interview the person targeted by the threat. Ask other questions as appropriate. Try to use open-ended questions rather than leading questions. If target is a minor, record parent under emergency contact. Adjust spacing below as needed.

1. Do you know why I want to talk to you? What happened today when you were [place of incident]? (Record person's exact words with quotation marks for key statements if possible.)

2. What exactly did (subject) say?  And what exactly did (subject) do?

3. What did you think he or she meant when he or she said or did that? (Does target believe that subject intends to carry out the threat?)

4. How do you feel about what (subject) said or did?

5. What was the reason (subject) said or did that? (Probe to find out if there is a prior conflict or history to this threat.)

6. What are you going to do now? (Ask questions to determine how target plans to respond to the threat and assist in planning a safe and non-provocative response.) What do you think he/she will do now?

## KEY OBSERVATIONS

These items can help assess whether a threat is transient or substantive, but must be considered in the broader context of the situation and other known facts. Regard these items as a checklist to make sure you have considered these aspects of the threat, but they are not to be summed or used as a score.

**Threat is likely to be less serious:**

| | | | |
|---|---|---|---|
| 1. | Subjects admits to threat (statement or behavior). | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 2. | Subject has explanation for threat as benign (such as joke or figure of speech). | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 3. | Subject admits feeling angry toward target at time of threat. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 4. | Subject retracts threat or denies intent to harm. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 5. | Subject apologetic or willing to make amends for threat. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 6. | Subject willing to resolve threat through conflict resolution or some other means. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |

**Threat is likely to be more serious:**

| | | | |
|---|---|---|---|
| 7. | Subject continues to feel angry toward target. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 8. | Subject expressed threat on more than one occasion. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 9. | Subject has specific plan for carrying out the threat. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 10. | Subject engaged in preparation for carrying out the threat. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 11. | Subject has prior conflict with target or other motive. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 12. | Subject is suicidal. (Supplement with suicide assessment.) | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 13. | Threat involved use of a weapon other than a firearm, such as a knife or club. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 14. | Threat involves use of a firearm. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 15. | Subject has possession of, or ready access to, a firearm. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 16. | Subject has or sought accomplices or audience for carrying out threat. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 17. | Threat involves gang conflict. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 18. | Threat involves peers or others who have encouraged subject in making threat. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |

Other relevant observations

## THREAT CLASSIFICATION

| | | | | |
|---|---|---|---|---|
| **Date of initial classification:** | ☐Not a threat | ☐Transient | ☐Serious Substantive | ☐Very Serious Substantive |
| **Date of change in classification, if any:** | ☐Not a threat | ☐Transient | ☐Serious Substantive | ☐Very Serious Substantive |
| **Reason for change:** | | | | |

## OBSERVATIONS SUGGESTING NEED FOR INTERVENTION

This is an optional form used as needed for intervention planning. Here are some factors to consider in identifying possible interventions to assist the subject and reduce risk. These items are not summed or scored. Use the term "partially" as appropriate to the category to mean the condition is moderate or not clearly present.

| | | |
|---|---|---|
| 1. History of physical violence. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 2. History of criminal acts. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 3. Preoccupation with violence, violent individuals, or groups that advocate violence. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 4. Preoccupation with mass shootings or infamous violent incidents. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 5. History of intense anger or resentment. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 6. Has grievance or feels treated unfairly. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 7. Feels abused, harassed, or bullied. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 8. History of self-injury or suicide ideation or attempts. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 9. Has been seriously depressed. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 10. Experienced serious stressful events or conditions. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 11. Substance abuse history. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 12. History of serious mental illness (symptoms such as delusions or hallucinations). | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 13. Might or does qualify for special education services due to serious emotional/behavioral disturbance. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 14. Prescribed psychotropic medication. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 15. Substantial decline in level of academic or psychosocial adjustment. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 16. Lacks positive relationships with one or more school staff. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 17. Lacks supportive family. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 18. Lacks positive relationships with peers. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |
| 19. Other factors that suggest need for intervention. | ☐Yes ☐ Partially ☐No ☐Don't know/Not available | |

## THREAT RESPONSE

Use additional pages as needed. This is a list of common actions taken in response to a threat. Each case may require a unique set of actions. Add date and signature of person taking action if appropriate. Note if action was recommended but for some reason not completed (e.g., parent refusal).

| | | |
|---|---|---|
| ☐ | 1. | Increased contact/monitoring of subject |
| ☐ | 2. | Reprimand or warning |
| ☐ | 3. | Parent conference |
| ☐ | 4. | Student apology |
| ☐ | 5. | Contacted target of threat, including parent if target is a minor |
| ☐ | 6. | Counseling (note number of meetings) |
| ☐ | 7. | Conflict mediation |
| ☐ | 8. | Schedule change |
| ☐ | 9. | Transportation change |
| ☐ | 10. | Mental health assessment |
| ☐ | 11. | Mental health services in school |
| ☐ | 12. | Mental health services outside school |
| ☐ | 13. | Assess need for special education services |
| ☐ | 14. | Review of Individualized Education Program (IEP) for students already receiving services |
| ☐ | 15. | 504 plan or modification of 504 plan. |
| ☐ | 16. | Behavior Support Plan created or modified |
| ☐ | 17. | In-school time out or suspension |
| ☐ | 18. | Out-of-school suspension (number days) |
| ☐ | 19. | Referral for expulsion |
| ☐ | 20. | Other disciplinary action |
| ☐ | 21. | Change in school placement (e.g., transfer, homebound instruction) |
| ☐ | 22. | Services for other persons affected by threat |
| ☐ | 23. | Law enforcement consulted |
| ☐ | 24. | Legal actions (e.g., arrest, detentions, charges) |
| ☐ | 25. | Other actions |

## CASE PLAN

This section can be used to describe the plan for any case and should be completed as Step 5 in cases of a very serious substantive threat.

| Case Resolution or Safety Plan | Date |
|---|---|

Describe how case was resolved, including any plan for further actions. List persons responsible for each component of plan.

| Follow-up or Revision of Plan | Date |
|---|---|

Describe current status of plan and any revisions. List persons responsible for each component of revised plan.

## Threat Outcome Summary

This information documents outcomes for case review and evaluation purposes. Complete this form after the threat assessment and update at end of school year.

**Demographics of person making threat**  ❏ Male ❏ Female          **Age** _____

**Race**  ❏ American Indian/Alaska Native ❏ Asian ❏ Black/African American ❏ Nat Hawaiian/Pac Islander ❏ White ❏ Other Race

**Hispanic/Latino Origin**  ❏ Yes ❏ No

**If a student: Grade**  preK  K  1  2  3  4  5  6  7  8  9  10  11  12  NA

**Individual Educational Program (IEP) at time of threat**  ❏ Yes ❏ No    **Section 504 Plan at time of threat**  ❏ Yes ❏ No

**Eligible for Free/Reduced Price Meals**  ❏ Yes ❏ No

---

**Person(s) threatened**  ❏ one person threatened  ❏ more than one person threatened

**Who threatened** (check all that apply)  ❏ student  ❏ teacher  ❏ school staff member  ❏ other

**Threat classification**  ❏ Transient   ❏ Serious Substantive   ❏ Very Serious Substantive

**Threat outcome**  ❏ Threat not attempted  ❏ Threat attempted but averted (no one assaulted)  ❏ Threat carried out (someone assaulted)

**Most serious injury to person(s) threatened** (only answer when threat carried out):

❏ assault with no injury ❏ minor injury (bruise, bloody nose) ❏ serious injury (e.g., broken bone, hospitalization)

**Social-Behavioral Outcomes**

❏ Student apologized for threat

❏ Student participated in some form of conflict resolution or mediation

❏ Student participated in counseling or mental health services (beyond conflict resolution or mediation)

---

**Consequences for person making threat** (partial list; check all that apply)

❏ Referral for counseling, conflict resolution, or mental health services

❏ In-school suspension for ___ days

❏ Out-of-school suspension for ___ days

❏ Transfer to a different school

❏ In-home instruction, including online program

❏ Expulsion

❏ Arrest by law enforcement  ❏ Incarceration (e.g., juvenile detention or jail)  ❏ Charges in juvenile or adult court

---

**Follow-up (completed at end of school year after the year of the threat assessment)**

Have any of the following occurred? Check all that apply:

❏ Student has received counseling or mental health services during this year

❏ Student has received special education services during this year

❏ Student has received educational support services (other than SPED) during this year

❏ Student has some other support services during this year  (Describe briefly) _____

❏ Student has received a threat assessment for a new threat or incident this year

**End of year behavior status**

❏ Student has received a threat assessment for a new threat or incident this year

❏ Student engaged in some kind of violent behavior toward others (e.g., a fight)

          ❏ assault no injury ❏ minor injury (bruise, bloody nose) ❏ serious injury (e.g., broken bone, hospitalization)

❏ Student has received disciplinary consequences for a new incident/infraction this year

❏ In-school suspension for ___ days

❏ Out-of-school suspension for ___ days

❏ Other removal from school such as transfer to a different school or in-home instruction

❏ Expulsion

❏ Arrest by law enforcement  ❏ Incarceration (e.g., juvenile detention or jail)

❏ Charges in juvenile or adult court

**End of year academic status**

❏ Student graduated

❏ Student completed grade and advanced to next grade

❏ Student moved out of attendance zone and has left this school  (Any known reasons) _____

❏ Student dropped out of school

❏ Student failed one or more courses

❏ Student failed one or more state achievement tests

## MENTAL HEALTH ASSESSMENT/SAFETY PLANNING INTERVIEW
Comprehensive School Threat Assessment Guidelines©

A mental health assessment is usually conducted in cases involving a very serious substantive threat. The purpose of the mental health assessment is to maintain the safety and well-being of the student and others. Therefore, the assessment has two objectives:
1. *Treatment and referral needs.* Assess the student's present mental state and determine whether there are urgent mental health needs that require attention, such as risk of suicide, psychosis, or rage. Beyond these immediate needs, consider whether there are other treatment, referral, or support needs.
2. *Threat reduction.* Gather information on the student's motives and intentions in making the threat in order to understand why the threat was made and identify relevant strategies or interventions that have the potential to reduce the risk of violence.

### Subject Interview (Person who made threat or engaged in threatening behavior)

| Subject Name | | See records and additional information obtained by threat assessment team to supplement this assessment. |
|---|---|---|
| Person(s) Conducting Interview | | **Location, Date of Interview** |

Usually the interview can begin by asking "Do you know why I want to talk to you?" and after the subject has responded, "Let me explain the purpose of our meeting today." Use these questions as a guide to interview the person making the threat. Ask other questions as appropriate. Try to use open-ended questions rather than leading questions. Adjust spacing below as needed.

**Review of threat**

1. What happened that made others worried that you wanted to harm someone? What exactly did you say or do that made them worried?  What did you mean by that?

2. I know you must have had reasons to say (or do) that; can you explain what led up to it?

3. How would you do it? (carry out the threat) (Probe for details of any planning or preparation.)  Where did the idea come from?

4. What could happen that would make you want to do it? (carry out the threat)

5. What would happen if you did do it? (review both effects on intended victims and consequences for student)

6. What do you think the school should do in a situation in which a person makes a threat like this?

7. What were you feeling then? How do you feel now?

8. How do you think (the person threatened) felt?

**Relationship with intended victim(s)**

1. How long have you known this person?

2. What has happened in the past between you and this person?

3. What do you think this person deserves?

4. Do you see any way that things could be improved between you and this person?

**Family support**

1. Whom do you live with? Are there family members you don't live with? Have there been any changes in the past year?

2. Whom in your home are you close to?

3. How well do your parents/guardians know you?

4. Where do you go after school? Where are your parents/guardians at this time? How much do they keep track of where you are or what you are doing?

5. How strict are your parents/guardians? What do they do if you do something they don't want you to do? When was the last time you got in trouble with them? What was the worst time?

6. How will your parents/guardians react (or how did they react) when they found out about this situation?

**Stress and trauma**

1. What kinds of things have been going on with you lately? What sorts of things have you worried about?

2. How has your school work been going lately? Are there things you have been worried about with your school work? Other things at school?

3. What is the worst thing that has happened to you lately? Have any other bad things happened? Is there something you regret or wish you could change?

4. Have there been any changes in your family? Has anyone been sick, moved away, or had anything bad happen to them?

5. Do you have any family members in jail or prison?

6. Do you take any medication?

7. Have you been involved in any counseling?

**Mood**

1. What has your mood been like the past few weeks? Have you felt down or depressed at times? How bad has it been? (Be alert for statements of pessimism and hopelessness that might indicate suicide risk. If there are indications of suicidal thoughts or feelings, there should be a more extensive evaluation of suicide risk. If necessary, develop a plan for protecting the student and making appropriate referrals.)

2. Have you felt nervous or anxious? Irritable or short-tempered? How bad has it been?

3. Have you ever felt like life wasn't worth living? Like maybe you would kill yourself?

4. Have you ever done something to hurt yourself on purpose? Ever cut yourself on purpose?

5. Have you had any problems with your sleep? Appetite? Energy level? Concentration?

6. Have you been taking any medication to help with your mood or for any other reason?

**Psychotic symptoms**

Ask a few probe questions and follow up if there is any indication of delusions or hallucinations. Phrase questions appropriate to student's age and understanding.

1. Have you had any unusual experiences lately, such as hearing things that others cannot hear or seeing things that others cannot see?

2. Have you felt like someone was out to get you or wanted to harm you? Have you had any other fears that seem strange or out of the ordinary?

3. Do you have any abilities or powers that others do not have, such as ESP or reading minds?

4. Have you felt numb or disconnected from the world, or like you were somehow outside your body?

Note and inquire about any other symptoms of mental disorder.

**Weapons**

Ask about any weapons mentioned in the threat. As an example, these questions concern a threat made to stab someone.

1. You said that you were going to stab (name of victim). What were you going to stab him with?

2. Do you have a knife? What kind of a knife is it? (Or, how would you get a knife?)

3. Have you ever had to use a knife with someone?  What happened?

4. What do you think would happen if you did use a knife with (name of victim)?

**Access to firearms**

Ask about firearms in all cases, even if no firearm was mentioned. If the threat involved a knife, bomb, or other weapon, ask about that weapon, too.

1. Do you have a gun?

2. Are there guns in your home? Have you ever used a gun for hunting or target shooting?

3. If you wanted a gun, how would you get one?

4. What do you think you might do if you had a gun?

5. Have you ever had to use a gun with someone? Have you ever thought about using a gun with someone?

**Aggressive behavior**

1. Do people treat you fairly? Who has been unfair with you lately? When people treat you unfairly, what do you do about it?

2. When you get angry, what do you do? Has your temper ever gotten you into trouble?

3. Do you get into fights? When was the last time? What happened?

4. Have you ever threatened to harm anyone before?

5. Have you thought about what it would be like to hurt someone really bad? Have you written any stories or made any drawings that are violent?

6. Have you ever set fire to things?

7. Have you damaged your own property or someone else's property?

8. Have you ever intentionally hurt an animal?

**School discipline**

1. When was the last time you got into trouble in school? What happened?

2. Have you ever been suspended or expelled?

3. Have your parents ever been called to school because of your behavior?

4. Do you ever cut school or certain classes?

5. Do you feel that the rules at this school are fair? What has been unfair?

**Delinquent behavior**

1. Have you been in trouble with the law or with police before? What happened?

2. Have you ever gone to juvenile court? What was it about?

3. Have you done things that could have gotten you arrested or in trouble with the law? What was the worst thing? What else?

4. Do you drink beer, wine, or other alcohol? Have you ever? How often do you drink? When was the last time? Tell me about it.

5. Do you smoke marijuana? Have you ever? How often? When was the last time?

6. Have you used any other drugs? How often? When was the last time? Tell me about it.

**Exposure to violence**

1. Do you see or hear of violence in your neighborhood?

2. Do you know anyone who was shot, stabbed, or beat up real bad?

3. Do people argue much at home? Does anyone get physically aggressive?

4. What kind of movies do like? What kind of video games do you enjoy playing? What are your favorite Internet sites?

5. Ask the student about his/her reactions to any recent acts of violence or to any highly publicized school shootings.

**Bullying**

Bullying is broadly defined and may include teasing, social exclusion, or other forms of humiliation in addition to physical threats of violence. The student may not use the term "bully," and may be reluctant to admit being the victim of bullying behavior, so be prepared to rephrase questions and probe for victim experiences.

1. Is there anyone who has threatened you recently? Is there anyone who makes you feel afraid? (Ask about sexual threats if appropriate to situation.)

2. Is there anyone who has teased you or picked on you recently? Is there anyone who has beat you up or pushed you around? How about at home?

In response to any positive answer, follow up for more information: How often does it happen? What have you tried to do about it? Did you let any adult know about this, and if so, what happened? Be alert to statements indicating that a bullied student feels like there is no solution to the problem or is contemplating revenge.

**Peer relations**

1. What are your friends like? Have you had any trouble with your friends lately? Who is your best friend?

2. How would your friends describe you?

3. Do you have a boyfriend/girlfriend? (Keep in mind that the student might not be heterosexual, and there may be concerns in this area.) How are things going with him/her? Did you have one before? What happened in that relationship?

4. Do you have friends who get in trouble?

5. Have you ever joined a gang? Been part of a group like a crew, clique, posse, or mob?

6. Do any of your friends know about (refer to threat situation?) What did they say about it? Anyone who feels the same way you do?

**Coping**

1. How do you like to spend your free time?

2. What kinds of things do you do well?

3. What are your hobbies and interests? What do you enjoy doing?

4. Can you think of a problem you faced in the past that worked out okay? Can you think of a problem that you solved? Can you think of a time when you went to someone about a problem and that person was able to solve it?

5. What are your plans for the future? What would you like to do when you finish school?

6. What could we do that would help with (refer to the problem that led to the threat)?

## Parent/Guardian Interview

| Parent Name | | Relationship to Student | |
|---|---|---|---|
| Person(s) Conducting Interview | | Location, Date of Interview | |

Understandably, parents may feel apprehensive, guilty, or defensive when being interviewed about their child's behavior. It is important that the interviewer find ways to convey respect for the parent, starting from the initial contact and throughout the interview. Also, it should be evident that the interviewer is interested in understanding and helping the parent's child; otherwise, the parent may regard the interview as an investigation designed to uncover evidence of wrongdoing by the student or incompetence by the parent. Overall, the interviewer should make every effort to engage the parent as an ally. Emphasize the common goal of helping their child to be safe and successful in school.

**Parent knowledge of the threat**

1. What do you (the parent) know about the threat?

2. Have you heard your child (or use child's name) talk about things like this before?

3. Are you familiar with (the intended victim)? (Ask about the child's history with the intended victim—previous relationship and interactions.)

4. (Ask questions to determine if the child has the means to carry out the threat, such as access to firearms.)

5. What are you planning to do about the threat? (Is the parent willing to work with the school to develop a plan to assure the threat will not be carried out and that the student's needs are addressed?)

**School adjustment**

1. Has your child ever been suspended or expelled from school?

2. Have you ever met with the school (teacher, counselor, principal) about concerns in the past? What happened, what was going on, what was the outcome?

3. Has your child ever needed special help in school? Ever been retained?

4. Has your child ever been tested in school?

5. How does your child like school?

6. How often does your child do homework?

7. What are your child's teachers like?

**Family relationships and current stressors**

1. Who lives in the home?

2. Are there any important events that have affected your family/child? Ask about any recent or pending changes, such as:

        Move, divorce/separation, losses

        Financial status, employment changes for parents

        Others in home involved with court or the law

3. Who does your child share concerns with? Who is he/she close to?

4. How well does he/she get along with parents? Siblings? Type of conflicts, over what, how resolved?

5. How does your child show anger toward you and other family members?

6. What does your child do after school? Who supervises? What time is your child supposed to be home at night?

7. What responsibilities does your child have at home?

8. Does your child follow rules? What are the consequences for not following the rules?

**Peer relations and bullying**

1. Has your child reported being teased, intimidated, rejected, or bullied in some other way? (If so, what has the parent done in response?)

2. Who are your child's friends? Are you pleased or displeased with your child's choice of friends?

3. How much is the child influenced by peers? Are there any examples of your child doing something to please peers that got him or her into trouble?

**Delinquent behavior**

1. Has your child been in trouble with the law or with police before? What happened?

2. Has your child ever gone to juvenile court? What was it about?

3. Has your child done things that could have gotten him or her arrested or in trouble with the law? What was the worst thing? What else?

4. Does your child drink beer, wine, or other alcohol?

5. Does your child smoke marijuana?

6. Has your child used any other drugs?

**History of aggression**

1. How does your child handle frustration?

2. When your child gets angry, what does he/she do?

3. Has your child gotten into fights in the past? When, where, with whom?

4. Has your child's temper ever gotten him/her into trouble?

5. Has your child ever hit you or other family members?

6. Has your child destroyed his or her own things, or someone else's property?

7. Does your child have any pets? Has he/she ever intentionally hurt the pet or some other animal?

**Access to weapons**

1. Do you have a gun in your home? Does your child have access to firearms through friends, relatives, or some other source?

2. Does your child have access to weapons other than firearms, such as military knives, martial arts weapons or some other kind of weapon?

3. Has your child ever talked about using a weapon to hurt someone? Ever gotten into trouble for using a weapon, carrying a weapon, or threatening someone with a weapon?

4. What can you do to restrict your child's access to weapons?

**Exposure to violence**

1. Has your child ever been a victim of abuse?

2. Is your child exposed to violence in the neighborhood?

3. Do people argue much at home? Has there been any physical aggression at home?

4. What kinds of movies, video games, internet sites does your child like? Any parent restrictions? Level of supervision? Child's response?

**History**

1. Ask about any delays in cognitive, motor, language development. How old was your child when he/she started to walk, talk?

2. Has your child ever had a problem with bedwetting? When, how long? Was anything done for this?

3. Has your child ever been hospitalized? Had any serious illnesses?

4. Has your child had any recent medical treatment? Taking any medications? Obtain diagnoses and medications. Ask for a release.

**Mental health**

1. Does your child have problems paying attention? Does your child follow directions without repetition and reminders? Does your child complete activities on his/her own? Does your child say things without thinking? Surprised by the consequences of his/her actions?

2. What has your child's mood been like the past few weeks?

3. Has your child been unusually nervous or anxious? Irritable or short-tempered? How bad has it been?

4. Has your child had problems with sleep? Appetite? Energy level? Concentration?

5. Has your child ever talked about hurting himself or herself? Have you ever been concerned that he/she might be suicidal?

6. Have there been any times when your child seemed to be hearing things that weren't there? Has he/she said things that didn't make sense or seemed to believe in things that weren't real?

7. Has your child ever seen a counselor or therapist? Ever taken medication for his/her behavior or mood?

8. Has your child had any involvement with other agencies/programs in the community?

**Teacher/Staff Interview**

| Name of Person Interviewed | | Relationship to Student |
|---|---|---|
| Person(s) Conducting Interview | | Location, Date of Interview |

**Academics**

1. How is this student doing academically? Has there been any change in recent weeks?

2. What are this student's verbal skills? How well can he or she express himself/herself in words?

3. Has this student been considered for special education or placed in special education? What kinds of difficulties does the student have? If a student is receiving special education services, ask about the problem behaviors that are regarded as part of his or her disability.

**Teacher knowledge of the threat**

1. What do you know about the threat?

2. Have you heard this student talk about things like this before?

3. What have other students told you about this incident?

4. Is there another teacher or staff member who might know something about this?

**Student's peer relations**

1. How well does this student get along with other students?

2. Who are the student's friends?

3. Are there students who do not get along with this student?

4. Have there been other conflicts or difficulties with peers?

5. Has this student ever complained of being bullied, teased, or treated unfairly by others?

**2024-2025 CHARTER SCHOOLS SESIR EVENT & DISCIPLINE DATA REPORT FORM**

| SCHOOL LOC & Principal | SCHOOL NAME | REPORTING ADMINISTRATOR | ADMINISTRATOR ID # | INCIDENT DATE | TIME OF INCIDENT |
|---|---|---|---|---|---|
| | | | | | |

| STUDENT'S/EMPLOYEE'S NAME | ID NUMBER | ESE/504? | GENDER | GRADE |
|---|---|---|---|---|
| | | ☐ Yes ☐ No | M ☐ F ☐ | |

**Detailed Description/Verbiage of The Incident:**

### INCIDENT LOCATION

☐ (1) School Grounds
- ☐ Bathroom/Restroom
- ☐ Bus Ramp
- ☐ Cafeteria
- ☐ Classroom
- ☐ Commons/Common Area
- ☐ Gymnasium/P.E.
- ☐ Hallway/Breezeway
- ☐ Library/Media Center
- ☐ Office
- ☐ Parking Lot
- ☐ Playground
- ☐ Other_____

☐ (2) School Sponsored Event/Off Campus
☐ (3) School Sponsored Transportation
Bus #_____ Bus Stop_____

**INCIDENT SETTING**
- ☐ (P)Physical (Offense committed in person and/or in the presence of the targeted individual)
- ☐ (R)Remote (Offense was committed remotely/electronically)

**Offender(s)**
- ☐ (S)Student(s)
- ☐ (B)Both Student(s) & non-Student(s)
- ☐ (N)Non-Student(s)
- ☐ (O)Out of District Student
- ☐ (P)School Personnel
- ☐ (U)Unknown
- ☐ (Z)N/A- Unsubstantiated

**If Multiple Student(s)/Employee(s). List**

Student's/Employee's Name(s)
1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

Student's/Employee's ID(s)
1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

**Reported to Law Enforcement:**
Check One
- ☐ Arrest
- ☐ Diversion (Civil Citation)
- ☐ Involuntary Examination (Baker Act)
- ☐ No Law Enforcement Action
- ☐ Other Law Enforcement Action
- ☐ Not Reported to Law Enforcement

### SESIR INCIDENTS
**Expected to Include Consultation with Law Enforcement *Select only 1 of the following:**

**Level 1 (Most Severe)**
- ☐ (ARS) Arson
- ☐ (BAT) Battery (Aggravated Battery)
- ☐ (HOM)Homicide
- ☐ (KID)Kidnapping
- ☐ (SXB)Sexual Battery
- ☐ (USB)Unsubstantiated Sexual Battery

**Level 2**
- ☐ (BRK)Breaking & Entering/Burglary
- ☐ (DRD)Drug Sale/Distribution
  - ☐ Marijuana
  - ☐ Opioids
  - ☐ Other
  - ☐ Non-Drug
- ☐ (PHA)Physical Attack (Simple Battery)

**Level 2 Continued**
- ☐ (ROB)Robbery
- ☐ (SXA)Sexual Assault
- ☐ (USA)Unsubstantiated Sexual Assault
- ☐ (WPO)Weapons Possession

**Level 3**
- ☐ (HAZ)Hazing
- ☐ (DOC)Disruption on Campus Major
- ☐ DRU) Drug Possession
  - ☐ Marijuana
  - ☐ Opioids
  - ☐ Other
  - ☐ Non-Drug
- ☐ (OMC)Other Major (Unlawful Activities)

**Level 3 Continued**
- ☐ (TRE)Threat/Intimidation
- ☐ (TRS)Trespassing
- ☐ (SXO)Sexual Offenses
- ☐ (SXH) Sexual Harassment
- ☐ (FIT) Fighting Serious
- ☐ (VAN) Criminal Mischief Value $1000 or more
- ☐ (STL)Grand Theft Value $750 or more

**Level 4 (Less Severe)**
- ☐ (ALC)Alcohol
- ☐ (TBC) Tobacco
- ☐ (BUL) Bullying
- ☐ (UBL) Unsubstantiated Bullying
- ☐ (HAR) Harassment
- ☐ (UHR) Unsubstantiated Harassment

### Related Elements
☐ Bullying Related     ☐ Weapon Related (Check One)

Basis:
- ☐ Race
- ☐ Sex
- ☐ Disability
- ☐ Religion
- ☐ Sexual Orientation
- ☐ Alcohol Related
- ☐ Drug Related
- ☐ Gang Related
- ☐ Hate Crime Related
- ☐ Hazing Related
- ☐ Injury Related
  - ☐ More Serious
  - ☐ Less Serious

- ☐ Non-Firearm
- ☐ At least one Firearm
- ☐ Two or More Firearms

Weapon Description
- ☐ (F)Firearm "OTHER"
- ☐ (H)Handgun
- ☐ (K)Knife
- ☐ (O)Other Weapon
- ☐ (S)Rifle/Shotgun
- ☐ (U)Unknown
- ☐ (M)Multiple Type of Firearms

Weapon Discharged: (For F, H, S, or M Listed)
☐ Yes     ☐ No

### ACTION CODES FOR SESIR INCIDENTS
- ☐ In-School Suspension
- ☐ (O) Out-of-School Suspension
- ☐ (H) Suspension Extended Pending Hearing (OSS Only)
- ☐ (E)Expulsion Without Services Zero-Tolerance (Y)
- ☐ (F) Expulsion With Services Zero-Tolerance (Y)

- ☐ (P) Alternative Placement
- ☐ (S) SESIR Defined
- ☐ (U) Change in Placement
  - ☐ (Student with Disabilities)
- ☐ (M) Mechanical Restraint
- ☐ (R) Physical Restraint
- ☐ (L) Seclusion
- ☐ Non-Student/Discipline N/A
- ☐ No Discipline-Unsubstantiated

Law Enforcement Case Number: _____

**\*\*Specify the religion type if you selected religion as the basis of bullying relate**
- ☐ (A)Atheism/Agnosticism
- ☐ (E)Eastern Orthodox
- ☐ (I)Islamic (Muslim)
- ☐ (Q)Other Christian
- ☐ (W)Jehovah Witness
- ☐ (J)Jewish
- ☐ (P)Protestant
- ☐ (X)Other Religion
- ☐ (C)Catholic
- ☐ (H)Hindu
- ☐ (M)Mormon
- ☐ (K)Sikh
- ☐ (B)Buddhist
- ☐ (G)Multiple Religions

### SCHOOL-RELATED ARREST(S)
FOR ANY STUDENT OR EMPLOYEE ARREST DURING ANY SCHOOL ACTIVITIES ON OR OFF CAMPUS, SCHOOL TRANSPORTATION, AND SCHOOL GROUNDS DUE TO A REFERRAL BY ANY SCHOOL OFFICIAL, PLEASE COMPLETE THE FOLLOWING.:

NAME(S) OF ARRESTED PERSON(S)
1. _____     4. _____
2. _____     5. _____
3. _____     6. _____

### VICTIM(S)
Victim(s) name(s). Student or Employee Number(s). (Non-Students, ONLY list their name)     Hope Scholarship ☐ Yes ☐ No

| Name | Student / Employee ID | If associated with (TRE) or bullying related, Identify the basis. | | | | |
|---|---|---|---|---|---|---|
| | | ☐ Race | ☐ Sex | ☐ Disability | ☐ Religion | ☐ Sexual Orientation |
| | | ☐ Race | ☐ Sex | ☐ Disability | ☐ Religion | ☐ Sexual Orientation |
| | | ☐ Race | ☐ Sex | ☐ Disability | ☐ Religion | ☐ Sexual Orientation |
| | | ☐ Race | ☐ Sex | ☐ Disability | ☐ Religion | ☐ Sexual Orientation |
| | | ☐ Race | ☐ Sex | ☐ Disability | ☐ Religion | ☐ Sexual Orientation |

For SESIR Homicide (HOM)Incidents. Victim(s) of Homicide     ☐ Staff(E)     ☐ Faculty(F)     ☐ Other(O)     ☐ Student(S)

Revised 08/17/2023

Changes to make
2024-25



# TITLE IX POLICIES AND PROCEDURES: SEX-BASED DISCRIMINATION AND SEXUAL HARASSMENT MANUAL

2023-2024

2024-2025

AcadeMir Charter Schools, Inc.

Title IX

## Title IX of the Education Amendments of 1972

Title IX is a federal law that states: "No person in the United States shall, on the basis of sex, be excluded from participation in, be denied the benefits of, or be subjected to discrimination under any education program or activity receiving Federal financial assistance." The U.S. Department of Education's **Office for Civil Rights (OCR)** enforces Title IX.

*The AcadeMir Charter Schools policies and procedures for addressing reports and complaints of sex-based discrimination (including sexual harassment) are intended to comply with Title IX and its regulations. To the extent that they conflict with Title IX or its regulations, Title IX and its regulations will control.*

## Title IX Coordinator

### Who is the Title IX Coordinator?
The AcadeMir Charter Schools, Inc. has appointed a Title IX Coordinator to coordinate the Organization's efforts to comply with its responsibilities under Title IX and its regulations. The Title IX Coordinator's name and contact information are as follows:

*[handwritten: For additional Information contact Title IX Coordinator 5420 SW 157 Av (305) mary's email]*

**Matters Related to Employees:**
Title IX Coordinator
Xenia Mir
5420 SW 157th Ave, Bay 5. Miami FL, 33185
**xmir@superiorcharterschoolservices.com**
305-225-0444

**Matters Related to Students/Parents:**
Olivia Bernal
5420 SW 157th Ave, Bay 5. Miami FL, 33185
**bernal@academircharterschoolwest.com**
(305)225-0444

**Matters Related to Vendors and Applicants**:
Esther Mir
5420 SW 157th Ave, Bay 5. Miami FL, 33185
academirpreschool@yahoo.com
(305)225-0444

### Who can contact the Title IX Coordinator?
Any person may report sex discrimination, including sexual harassment, to the Title IX Coordinator, regardless of whether the person reporting is the person alleged to

program or activity on an emergency basis, subject to the requirements of Title IX and its regulations.

*Notably, the respondent also has an equal right to supportive measures throughout the report and complaint process.*

## Student/Parent Complaints

For student Related Complaints all AcadeMir Charter Schools will follow and utilize the Miami Dade County Public Schools Title IX policies and procedures with the understanding that all students Attending AcadeMir Charter Schools is a student with Miami-Dade Public School System which requires the provision of a Student Handbook. Parents and students are required to read the Student Handbook. The Code of Student Handbook details the responsibilities that staff members, students, and parents are expected to fulfill.

AcadeMir Charter Schools, Inc. has adopted, and will abide by the MDCPS Code of Student Conduct. A copy of the MDCPS Student Code of Conduct can be found at: https://codeofconduct.dadeschools.net/#!/fullWidth/5866

Further, it is the expectation of AcadeMir Charter School's is to follow applicable M-DCPS Title IX Sexual Harassment Manual procedures to ensure that all necessary evidence has been gathered for Decision-Makers utilizing the definitions contained within the Title IX Sexual Harassment Manual and applicable MDCPS School Board Policies to render a decision based on the information contained in the investigative report.

Please click on the link to Access the MDCPS Title IX Procedures Related to Reports of Sexual Harassment

Steps for Employees Who Receive a Report of Sexual Harassment

1. Ensure the safety and well-being of the Complainant.
2. If there is an emergency, call 911.
3. If you suspect child abuse or neglect, immediately call the Florida Department of Children and Families (DCF) Abuse Hotline at 1-800-96ABUSE (1-800-962-2873) or submit a report online at https://reportabuse.dcf.state.fl.us/Child/ChildForm.aspx
4. Notify the Principal or Work Site Supervisor to file your complaint. If you have submitted a report that has been made to the Title IX Coordinator if you have not made the report the report directly to them. Title IX Coordinator will work directly with the school If the report involves an allegation of sexual harassment by an adult against a student or indicates allegations of a Level 3 or higher under the Code of Student Conduct, at which point the team will notify Miami Dade Police Department at (305)715-3300.
5. Notify the M-DCPS Charter School Support office to obtain support as is relates to district and state reporting.

**Supportive Measures Offered to the Complainant and Respondent, As Needed, to Ensure Equal Access to the Educational Program or Activity**

Supportive measures should also be offered to the Respondent if they are necessary to ensure equity in access to education programs or activities. While a recipient is not obligated in every situation to offer supportive measures to a Respondent, if refusing to offer supportive measures to a Respondent (for instance, where a required proceeding under the MDCPS Manual falls on a Respondent's final examination date results in a Respondent needing to reschedule the proceeding) would be clearly unreasonable in light of the known circumstances, such a refusal could also violate Title IX.

**Supportive measures will be:**

- Non-disciplinary, non-punitive
- Individualized
- Meant to restore or preserve equal access to educational programs and activities
- Implemented without unreasonably burdening the other party
- Designed to protect safety of parties or environment or deter sexual harassment
- Confidential to the extent that maintaining confidentiality would not impair the ability to provide the supportive measures

**Supportive measures include, but are not limited to:**

- Counseling
- Academic support, such as extensions of time or other course-related adjustments
- School campus escort services
- Safety plan
- Class schedule modifications
- Transportation accommodations
- Restrictions on contact between the parties
- School transfers
- Curriculum lessons that contain information about sexual harassment and bullying
- Referrals to outside support agencies

**What is a formal complaint of sexual harassment?**
Either a complainant or the Title IX Coordinator can file a formal complaint alleging sexual harassment against a respondent. To qualify as a formal complaint, the document must be filed by a complainant (a document or electronic submission that contains the complainant's physical or digital signature, or otherwise indicates that the complainant is the person filing the formal complaint) or signed by the Title IX

**ACADEMIR CHARTER SCHOOLS ONLINE COMPLAINT FORM**

**Is my formal complaint of sexual harassment subject to this grievance process?**

Formal complaints of sexual harassment and formal complaints including allegations of sexual harassment trigger a unique grievance process required by Title IX and its regulations.

However, under certain circumstances, a formal complaint of sexual harassment may not be subject to the jurisdiction of Title IX and this grievance procedure. A formal complaint must be dismissed for purposes of sexual harassment under Title IX and its regulations if:

- The conduct would not constitute sexual harassment as defined in the Title IX regulations even if proved;
- The conduct did not occur in the School's education program or activity (as that term is defined by the Title IX regulations); or
- The conduct did not occur against a person in the United States.

*Dismissing a formal complaint of sexual harassment for any of these reasons does not preclude action under another of the School's policies prohibiting misconduct.*

AcadeMir Charter Schools also has discretion to dismiss a formal complaint as subject to this grievance process if the complainant submits a written request for withdrawal to the Title IX Coordinator, the respondent is no longer enrolled at or employed by the School, or the specific circumstances prevent the School from gathering evidence sufficient to reach a determination.

Parties are able to appeal dismissal decisions.

**What are my rights during this grievance process?**

During the grievance process for formal complaints of sexual harassment and complaints including allegations of sexual harassment, parties are guaranteed a number of rights, including:

- Presumption that the respondent is not responsible for the alleged conduct until a determination regarding responsibility is made at the conclusion of the grievance process.
- Equal opportunity to (i) present witnesses and other evidence, and (ii) inspect and review any evidence obtained as part of the investigation that is directly related to the allegations in the formal complaint.
- Privacy protections for records that are made or maintained by a physician, psychiatrist, psychologist, or other recognized professional or paraprofessional.

Both parties will have an equal opportunity to inspect and review any evidence obtained as part of the investigation that is directly related to the allegations raised in the formal complaint, including evidence upon which the School does not intend to rely in reaching a determination of responsibility.

The investigator will create an investigative report that fairly summarizes the relevant evidence. Prior to completion of the investigative report, the School will send to each party (and their advisor(s), if any) the evidence subject to inspection and review. The parties will have 10 school days to submit a written response, which the investigator will consider prior to completion of the investigative report.

The investigator will send the final investigative report to each party (and advisor(s), if any) for their review and written response at least 10 days prior to providing a copy of the final investigative report to the decision-making panel. The investigative report will be advisory in nature and will not bind the decision-making panel to any particular decision, course of action, or remedial measure.

**What happens after the investigative report has been finalized?**
After receiving a copy of the investigative report and the parties' written responses (if any), the decision-making panel will give each party the opportunity to submit written, relevant questions that the party wants asked of any other party or witness. The decision-making panel will provide each party with the answers to those questions and will allow for additional, limited follow-up questions from each party.

The decision-making panel will then issue a written determination regarding responsibility in accordance with Title IX and its regulations. The written determination will include, among other things, the findings of fact supporting their determination, the rationale for their determination, and any disciplinary sanctions imposed on the respondent and/or remedies designed to restore or preserve equal access to the Schools's education program or activity for the complainant.

**Can I appeal the panel's determination?**
Any party can appeal the decision-making panel's determination regarding responsibility within 10 school days of its issuance. Any party may file an appeal by making a written request to the Title IX Coordinator detailing the reason for the appeal.

Parties can appeal on the following bases:
- Procedural irregularity that affected the outcome of the matter;
- New evidence that was not reasonably available at the time of the determination regarding responsibility or dismissal was made, that could affect the outcome of the matter; or
- The Title IX Coordinator, investigator, or decision-making panel had a conflict of interest or bias for or against complainants or respondents

At any time prior to agreeing to a resolution resulting from an informal resolution process, any party has the right to withdraw from the informal resolution process and resume the grievance process with respect to the formal complaint.

## TITLE IX TRAINING

The below training material has been used to train the AcadeMir Charter School's Title IX Coordinator, Investigators, Decision-Makers, and Informal Resolution Facilitators (the AcadeMir Charter Schools "Title IX Personnel") under the August 14, 2020 Title IX regulations.

**In compliance with 34 CFR Part 106.45(b)(10), requiring Title IX training materials to be made publicly available, the following materials are available for review:**

**Training Materials**
**2022 Title IX Overview - PDF**

**Recordkeeping**

The District's Title IX Coordinator and all individuals responsible for receiving reports, applying formal Complaint procedures, and/or conducting investigations pursuant to this manual shall be responsible for maintaining records related to all Title IX Complaints received by the schools for no less than seven (7) years.   These records include but are not limited to, all information, documents, electronically stored, and electronic media created and/or received as part of the report, Complaint, or investigation.

The information shall be retained immediately upon receipt of specific information and/or written notice that could lead to an investigation, formal Complaint, or potential litigation. The information, documents, electronic records, and electronic media retained may include public records and records exempt from disclosure under Federal and/or State law.

1. I am filling this complaint as:

   ☐ Employee      ☐ Student      ☐ Parent/Guardian      ☐ Vendor/Contractor/Other

2. Complaint (s) Please provide the name of the person(s) who is alleged to be the victim of a conduct that would constitute sexual harassment or retaliation related to sexual harassment:

   a. Name of Parent/Guardian, if Complainant is a minor:

3. Student ID/Employee ID (If applicable):

4. Grade (if applicable):

5. Email Adress:

6. Home Adress:

7. Telephone No:

8. School Name/Work Location (If applicable):

9. Please Select the type of complaint you are making:

   ☐ Sexual Harassment      ☐ Retaliation

10. Date(s) of the alleged incident(s)

11. Approximate time(s) of the alleged incident(s)

12. Location of the alleged incident(s)

13. Date of Report Made at School-site or Work-Site and the Name of the Administrator to whom the Report Was Made (if applicable).

18.  Does evidence exist? If so, what type (e.g. text messages, photos, video, etc.)? Please keep and preserve these materials.

19. List any supportive measures being requested.

20. Is there anything else you would like for us to know?

I certify that the information provided in this complaint is true and correct to the best of my knowledge. I understand it is a violation of AcadeMir Charter Schools Board Policies and the Code of Student Conduct to provide false statements. I and willing to cooperate fully in the investigation of my complaint and provide whatever evidence AcadeMir Charter Schools Inc, deems relevant and/or necessary to investigate this matter.

Signature: _____

Printed Name: _____

Date: _____

Signature of Parent/Guardian (If applicable): _____

Printed Name: _____

Date: _____

Changes to make
2024-25



# ACADEMIR CHARTER SCHOOLS

# TITLE IX POLICIES AND PROCEDURES: SEX-BASED DISCRIMINATION AND SEXUAL HARASSMENT MANUAL

2023-2024

2024-2025

AcadeMir Charter Schools, Inc.

Title IX

program or activity on an emergency basis, subject to the requirements of Title IX and its regulations.

*Notably, the respondent also has an equal right to supportive measures throughout the report and complaint process.*

## Student/Parent Complaints

For student Related Complaints all AcadeMir Charter Schools will follow and utilize the Miami Dade County Public Schools Title IX policies and procedures with the understanding that all students Attending AcadeMir Charter Schools is a student with Miami-Dade Public School System which requires the provision of a Student Handbook. Parents and students are required to read the Student Handbook. The Code of Student Handbook details the responsibilities that staff members, students, and parents are expected to fulfill.

AcadeMir Charter Schools, Inc. has adopted, and will abide by the MDCPS Code of Student Conduct. A copy of the MDCPS Student Code of Conduct can be found at: https://codeofconduct.dadeschools.net/#!/fullWidth/5866

Further, it is the expectation of AcadeMir Charter School's is to follow applicable M-DCPS Title IX Sexual Harassment Manual procedures to ensure that all necessary evidence has been gathered for Decision-Makers utilizing the definitions contained within the Title IX Sexual Harassment Manual and applicable MDCPS School Board Policies to render a decision based on the information contained in the investigative report.

Please click on the link to Access the MDCPS Title IX Procedures Related to Reports of Sexual Harassment

Steps for Employees Who Receive a Report of Sexual Harassment

1. Ensure the safety and well-being of the Complainant.
2. If there is an emergency, call 911.
3. If you suspect child abuse or neglect, immediately call the Florida Department of Children and Families (DCF) Abuse Hotline at 1-800-96ABUSE (1-800-962-2873) or submit a report online at https://reportabuse.dcf.state.fl.us/Child/ChildForm.aspx
4. Notify the Principal or Work Site Supervisor to file your complaint. If you have submitted a report that has been made to the Title IX Coordinator if you have not made the report the report directly to them. Title IX Coordinator will work directly with the school If the report involves an allegation of sexual harassment by an adult against a student or indicates allegations of a Level 3 or higher under the Code of Student Conduct, at which point the team will notify Miami Dade Police Department at (305)715-3300.
5. Notify the M-DCPS Charter School Support office to obtain support as is relates to district and state reporting.

## ACADEMIR CHARTER SCHOOLS ONLINE COMPLAINT FORM

**Is my formal complaint of sexual harassment subject to this grievance process?**

Formal complaints of sexual harassment and formal complaints including allegations of sexual harassment trigger a unique grievance process required by Title IX and its regulations.

However, under certain circumstances, a formal complaint of sexual harassment may not be subject to the jurisdiction of Title IX and this grievance procedure. A formal complaint must be dismissed for purposes of sexual harassment under Title IX and its regulations if:

- The conduct would not constitute sexual harassment as defined in the Title IX regulations even if proved;
- The conduct did not occur in the School's education program or activity (as that term is defined by the Title IX regulations); or
- The conduct did not occur against a person in the United States.

*Dismissing a formal complaint of sexual harassment for any of these reasons does not preclude action under another of the School's policies prohibiting misconduct.*

AcadeMir Charter Schools also has discretion to dismiss a formal complaint as subject to this grievance process if the complainant submits a written request for withdrawal to the Title IX Coordinator, the respondent is no longer enrolled at or employed by the School, or the specific circumstances prevent the School from gathering evidence sufficient to reach a determination.

Parties are able to appeal dismissal decisions.

**What are my rights during this grievance process?**

During the grievance process for formal complaints of sexual harassment and complaints including allegations of sexual harassment, parties are guaranteed a number of rights, including:

- Presumption that the respondent is not responsible for the alleged conduct until a determination regarding responsibility is made at the conclusion of the grievance process.
- Equal opportunity to (i) present witnesses and other evidence, and (ii) inspect and review any evidence obtained as part of the investigation that is directly related to the allegations in the formal complaint.
- Privacy protections for records that are made or maintained by a physician, psychiatrist, psychologist, or other recognized professional or paraprofessional.

At any time prior to agreeing to a resolution resulting from an informal resolution process, any party has the right to withdraw from the informal resolution process and resume the grievance process with respect to the formal complaint.

## TITLE IX TRAINING

The below training material has been used to train the AcadeMir Charter School's Title IX Coordinator, Investigators, Decision-Makers, and Informal Resolution Facilitators (the AcadeMir Charter Schools "Title IX Personnel") under the August 14, 2020 Title IX regulations.

**In compliance with 34 CFR Part 106.45(b)(10), requiring Title IX training materials to be made publicly available, the following materials are available for review:**

### Training Materials
**2022 Title IX Overview – PDF**

**Recordkeeping**

The District's Title IX Coordinator and all individuals responsible for receiving reports, applying formal Complaint procedures, and/or conducting investigations pursuant to this manual shall be responsible for maintaining records related to all Title IX Complaints received by the schools for no less than seven (7) years.   These records include but are not limited to, all information, documents, electronically stored, and electronic media created and/or received as part of the report, Complaint, or investigation.

The information shall be retained immediately upon receipt of specific information and/or written notice that could lead to an investigation, formal Complaint, or potential litigation. The information, documents, electronic records, and electronic media retained may include public records and records exempt from disclosure under Federal and/or State law.

18.  Does evidence exist? If so, what type (e.g. text messages, photos, video, etc.)? Please keep and preserve these materials.

19. List any supportive measures being requested.

20. Is there anything else you would like for us to know?

I certify that the information provided in this complaint is true and correct to the best of my knowledge. I understand it is a violation of AcadeMir Charter Schools Board Policies and the Code of Student Conduct to provide false statements. I and willing to cooperate fully in the investigation of my complaint and provide whatever evidence AcadeMir Charter Schools Inc, deems relevant and/or necessary to investigate this matter.

Signature: _____

Printed Name: _____

Date: _____

Signature of Parent/Guardian (If applicable): _____

Printed Name: _____

Date: _____