UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE, a minor, by and through her
mother and next friend, MOTHER DOE,

        Plaintiff,

v.

ACADEMIR CHARTER SCHOOLS, INC.,
and SUPERIOR CHARTER SCHOOL
SERVICES, INC.,

        Defendants.
_____/

CASE NO.: 1:23-cv-23004-JB

_____ Evidentiary
__x__ Trial
_____ Other

**EXHIBIT LIST**

_____ Government     __x__ Plaintiff     __x__ Defendants     _____ Court

| Exhibit No. | Date Identified | Date Admitted | Witness | Objection | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | | | | | Miami-Dade Police Department Offense-Incident Report (Plaintiff JD000001-JD000003) |
| 2 | | | | | Miami-Dade Police Department Case Card (Plaintiff JD000004) |
| 3 | | | | Hearsay | Transcript of Interview of Jane Doe by Dr. Gregory Iannuzzi, MD (Plaintiff JD000005-JD000083) |
| 4 | | | | Hearsay | Transcript of Audio Recording of Jane Doe and Mother Doe (Plaintiff JD000084-JD000087) |
| 5 | | | | | Messages between Doe Parents and Hira Chaudry (Plaintiff JD000088) |
| 6 | | | | | Text Message Exchange between Mother Doe and Rolando Mir (Plaintiff JD000089-JD000098) |

1

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | | | | | | Messages between Mother Doe and Rolando Mir (Plaintiff JD000089-JD000098) (Translated) |
| 8 | | | | | | Miami-Dade Police body-worn camera footage of interaction between Officer N. Almaguer and Susie Bello and Melissa Valladares (Plaintiff JD000099) |
| 9 | | | | | Hearsay | Audio Recording of Conversation between Jane Doe and Mother Doe (Plaintiff JD000100) |
| 10 | | | | | | Referral Action Codes (Plaintiff JD000101) |
| 11 | | | | | | ACSW 2022-2023 Parent/Student Handbook (Plaintiff JD000102-JD000141) |
| 12 | | | | | | ACSW 2023-2024 Parent/Student Handbook (Plaintiff JD000142-JD000181) |
| 13 | | | | | | ACSW 2024-2025 Parent/Student Handbook (Plaintiff JD000182-JD000228) |
| 14 | | | | | | Screen Recording of Text Message Exchange between Mother Doe and Rolando Mir (Plaintiff JD000229) |
| 15 | | | | | Relevance | Academir Charter Schools Inc. Board Meeting Minutes for 2020-2024 (Plaintiff JD000230-JD000311) |
| 16 | | | | | | Miami-Dade Police body-worn camera footage of interaction between officers and Father Doe (Plaintiff JD000312) |
| 17 | | | | | | Miami-Dade Police body-worn camera footage of interaction |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | between officers and Father Doe (Plaintiff JD000313) |
| 18 | | | | | Relevance Hearsay | Press Report of Incident at Florida International University (Plaintiff JD000314) |
| 19 | | | | | | Miami-Dade Police body-worn camera footage of interaction of officers with Father Doe and Defendants' representatives and/or employees (Plaintiff JD000315) |
| 20 | | | | | | Miami-Dade Police body-worn camera footage of interaction of officers with Father Doe (Plaintiff JD000316) |
| 21 | | | | | Relevance | Academir Charter School of Osceola (Plaintiff JD000317-JD000848) |
| 22 | | | | | | Academirix.com Website Homepage (Plaintiff JD000849) |
| 23 | | | | | | Academirix.com Website Homepage (Plaintiff JD000850) |
| 24 | | | | | | Title IX Complaint Form on Academirix.com Website (Plaintiff JD000851-JD000852) |
| 25 | | | | | Relevance | Registration Information for Academirix.com Domain (Plaintiff JD000853) |
| 26 | | | | | Relevance Hearsay | Discrimination/Harassment Advisory (Plaintiff JD000854) |
| 27 | | | | | Relevance Hearsay | Letter of ADP dated July 10, 2024 (Plaintiff JD000855) |
| 28 | | | | | Hearsay | Report of the Florida Department of Children and Families (Plaintiff DCF000001-DCF000014) |

Comments:
- **Commented [JK1]:** Kyle, can you confirm that the entirety of the interaction with Father Doe is on the list- just want to make sure we arent only listing bits and pieces of it?
- **Commented [JK2]:** I am missing these bates numbers so not sure what this is
- **Commented [JK3]:** Need a copy of these please
- **Commented [JK4]:** Need copies of exhibits 21 thru 27 please
- **Commented [JK5]:** Kyle, I think this exhibit is misleading because you subpoenaed the wrong entity and Alice Quinn emailed you on 7/15/24 advising that Academir is a client of ADP TotalSource,Inc. and to subpoena their records.

3

| # | | | | | | |
|---|---|---|---|---|---|---|
| 29 | | | | Hearsay | Video Recording of Interview of Jane Doe by Dr. Gregory Iannuzzi, MD (Plaintiff GI000026) |
| 30 | | | | Hearsay Relevance | Expert Report of Jim Stafford (Plaintiff JS000001-JS000018) |
| 31 | | | | | Curriculum Vitae of Jim Stafford (Plaintiff JS000019-JS000021) |
| 32 | | | | Relevance | Forensic Service Agreement (Plaintiff JS000022-JS000027) |
| 33 | | | | | Accident/Incident Report |
| 34 | | | | | Student Case Management – Student Service Form, FM-3673 |
| 35 | | | | | Student Case Management Referral Form, FM-2981 |
| 36 | | | | | Defendant Academir's Initial Disclosures |
| 37 | | | | | Defendant Academir's Updated Initial Disclosures |
| 38 | | | | | Defendant Superior's Initial Disclosures |
| 39 | | | | | Defendant Academir Charter School, Inc.'s Answers to Plaintiff's [First Set of] Interrogatories |
| 40 | | | | | Defendant Academir Charter School, Inc.'s Answers to Plaintiff's [First] Request for Production |
| 41 | | | | | Defendant Superior Charter School Services, Inc.'s Answers to Plaintiff's [First Set of] Interrogatories |
| 42 | | | | | Defendant Superior Charter School |

|    |  |  |  |  |  |
|----|--|--|--|--|--|
|    |  |  |  |  | Services, Inc.'s Responses to Plaintiff's [First] Request for Production |
| 43 |  |  |  |  | Defendant Academir Charter School, Inc.'s Amended Answers to Plaintiff's [First Set of] Interrogatories |
| 44 |  |  |  |  | Defendant Academir Charter School, Inc's Amended Responses to Plaintiff's [First] Request for Production |
| 45 |  |  |  |  | Defendant Superior Charter School Services, Inc.'s Amended Answers to Plaintiff's [First Set of] Interrogatories |
| 46 |  |  |  |  | Defendant Superior Charter School Services, Inc.'s Amended Responses to Plaintiff's [First] Request for Production |
| 47 |  |  |  |  | Defendant Academir Charter School, Inc.'s Answers to Plaintiff's Second Set of Interrogatories |
| 48 |  |  |  |  | Defendant Academir Charter School, Inc's Responses to Plaintiff's Second Request for Production |
| 49 |  |  |  |  | Defendant Superior Charter School Services, Inc.'s Answers to Plaintiff's Second Set of Interrogatories |
| 50 |  |  |  |  | Defendant Superior Charter School Services, Inc.'s Responses to Plaintiff's Second Request for Production |
| 51 |  |  |  |  | Defendant Superior Charter School Services, Inc.'s Amended Answers |

| | | | | | |
|---|---|---|---|---|---|
| | | | | | to Plaintiff's Second Set of Interrogatories |
| 52 | | | | | Defendant Superior Charter School Services, Inc.'s Amended Responses to Plaintiff's Second Request for Production |
| 53 | | | | | Transcript of May 8, 2024, Rule 30(b)(6) deposition of Rolando Mir |
| 54 | | | | | Transcript of May 9, 2024, Rule 30(b)(6) deposition of Olivia Bernal |
| 55 | | | | | 2023-2024 Title IX Policies and Procedures |
| 56 | | | | Relevance | Title IX Manual Metadata I and 2022-2023 Title IX Policies and Procedures (original file name: "Original Electronic Manual File Metadata Creation and Modification.pdf"") |
| 57 | | | | Relevance | Title IX Manual Metadata II (original file name: "Document Properties.docx") |
| 58 | | | | | Sworn Declaration of Academir Charter Schools, Inc. |
| 59 | | | | | Sworn Declaration of Superior Charter School Services, Inc. |
| 60 | | | | Relevance | Email from Defendants' counsel Chris Lawson dated June 7, 2024 |
| 61 | | | | | Miami-Dade Code of Student Conduct |
| 62 | | | | | Miami-Dade/OCRC Title IX Manual |
| 63 | | | | | Academir Employee Handbook 2023-2024 |

6

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| 64 |   |   |   |   | Transcript of August 26, 2024, deposition of Mother Doe |
| 65 |   |   |   |   | Transcript of August 28, 2024, deposition of Mother Doe |
| 66 |   |   |   |   | Transcript of August 26, 2024, deposition of Father Doe |
| 67 |   |   |   | Subject to relevance and hearsay objections | Transcript of September 25, 2024, deposition of Gregory Iannuzzi, M.D. |
| 68 |   |   |   | Subject to relevance and hearsay objections | Transcript of September 11, 2024, deposition of Jim Stafford |
| 69 |   |   |   |   | Miami-Dade Police body-worn camera footage of interaction between officers and Father Doe (complete unedited or redacted version) |