UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JANE DOE, a minor, by and through her
mother and next friend, MOTHER DOE,

        Plaintiff,

    v.

ACADEMIR CHARTER SCHOOLS, INC.,
and SUPERIOR CHARTER SCHOOL
SERVICES, INC.,

        Defendants.
_____/

CASE NO.: 1:23-cv-23004-JB

\_\_\_\_\_ Evidentiary
  x   Trial
\_\_\_\_\_ Other

## **WITNESS LIST**

\_\_\_\_\_ Government    x   Plaintiff    x   Defendants    \_\_\_\_\_ Court

|   | **Name** | **Subject and Brief Description of Testimony** | **Date(s) Testified** *(Court Only)* |
|---|---|---|---|
| 1. | Jane Doe, Plaintiff | Jane Doe is expected to testify regarding Plaintiff's educational enrollment, the allegations made in the Complaint, and the damages Plaintiff sustained as a result of Defendants' conduct. | |
| 2. | Corporate Representative of Defendant Academir Charter Schools, Inc. | The Corporate Representative of Academir Charter Schools, Inc. is expected to testify regarding Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, and any actions taken by Defendants' in response to Plaintiff's claims. | |

1

| 3. | Corporate Representative of Defendant Superior Charter School Services, Inc. | The Corporate Representative of Superior Charter School Services, Inc. is expected to testify regarding Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, and any actions taken by Defendants' in response to Plaintiff's claims. | |
| --- | --- | --- | --- |
| 4. | Mother Doe, Plaintiff's Mother | Mother Doe is expected to testify regarding Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, any actions taken by Defendants' in response to Plaintiff's claims, and the damages Plaintiff sustained as a result of Defendants' conduct. | |
| 5. | Father Doe, Plaintiff's Father | Father Doe is expected to testify regarding Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, any actions taken by Defendants' in response to Plaintiff's claims, and the damages Plaintiff sustained as a result of Defendants' conduct. | |
| 6. | L.R. | L.R. is expected to testify regarding Plaintiff's allegations made in the Complaint and any actions taken by Defendants' in response to Plaintiff's claims. | |

| 7.  | L.R.'s Parents | L.R.'s Parents are expected to testify regarding Plaintiff's allegations made in the Complaint and any actions taken by Defendants' in response to Plaintiff's claims. | |
|-----|---------------|---|---|
| 8.  | Rolando Mir | Rolando Mir is expected to testify regarding Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, and any actions taken by Defendants' in response to Plaintiff's claims. | |
| 9.  | Xenia Mir | Xenia Mir is expected to testify regarding Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, and any actions taken by Defendants' in response to Plaintiff's claims. | |
| 10. | Esther Mir | Esther Mir is expected to testify regarding Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, and any actions taken by Defendants' in response to Plaintiff's claims. | |
| 11. | Alexander Casas | Alexander Casas is expected to testify regarding Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, and any actions taken by Defendants' in response to Plaintiff's | |

|     |                   |                                                                                                                                                                                 |     |
| --- | ----------------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | --- |
|     |                   | claims.                                                                                                                                                                         |     |
| 12. | Zoley Castellon   | Zoley Castellon is expected to testify regarding Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, and any actions taken by Defendants' in response to Plaintiff's claims. |     |
| 13. | Hira Chaudry      | Hira Chaudry is expected to testify regarding Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, and any actions taken by Defendants' in response to Plaintiff's claims. |     |
| 14. | Melissa Valladares | Melissa Valladares is expected to testify regarding Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, and any actions taken by Defendants' in response to Plaintiff's claims. |     |
| 15. | Susie Bello       | Susie Bello is expected to testify regarding Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, and any actions taken by Defendants' in response to Plaintiff's claims. |     |
| 16. | Rosemarie Mortazavi | Rosemarie Mortazavi is expected to testify regarding Plaintiff's educational |     |

|    |                          |                                                                                                                                                                                        |    |
|----|--------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----|
|    |                          | enrollment, Plaintiff's allegations made in the Complaint, and any actions taken by Defendants' in response to Plaintiff's claims.                                                     |    |
| 17.| Stephanie Ruiz           | Stephanie Ruiz is expected to testify regarding Plaintiff's educational enrollment, Plaintiff's allegations made in the Complaint, and any actions taken by Defendants' in response to Plaintiff's claims. |    |
| 18.| Dr. Greg Iannuzzi, M.D.  | As Plaintiff's Expert Psychiatrist, Dr. Greg Iannuzzi, M.D. is expected to testify regarding Plaintiff's claims and the psychological damage caused by Defendants' conduct.            |    |
| 19.| Jim Stafford             | As Plaintiff's Forensic Expert, Jim Stafford is expected to testify regarding the forensic examination conducted of documents and ESI produced by Defendants.                          |    |