**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JANE DOE, a minor, by and through her
mother and next friend, MOTHER DOE,

        CASE NO.: 1:23-cv-23004-JB

    Plaintiff,

  v.

ACADEMIR CHARTER SCHOOLS, INC.,
and SUPERIOR CHARTER SCHOOL
SERVICES, INC.,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT, MOTION FOR 30-DAY CONTINUANCE, AND MOTION TO FILE SETTLEMENT AGREEMENT UNDER SEAL DUE TO MINOR STATUS OF PLAINTIFF

    Plaintiff, JANE DOE, and Defendants, ACADEMIR CHARTER SCHOOLS, INC. and SUPERIOR CHARTER SCHOOL SERVICES, INC., hereby file their Joint Notice of Settlement, Motion for 30-Day Continuance, and Motion to File Settlement Agreement Under Seal Due to Minor Status of Plaintiff, and in support state as follows:

    1.    Pursuant to Local Rule 16.4, the Parties hereby notify the Court that the Parties have reached an agreement in principle to resolve the claims in this matter.

    2.    The Parties respectfully request that the Court continue all pending deadlines in this action for thirty (30) days, to allow the Parties to finalize the written settlement agreement terms and submit the appropriate motions and/or stipulations for dismissal of the action.

    3.    Florida law requires "the court approval of any settlement after an action is commenced involving a ward [i.e. minor]." *Ford v. NCL Bah. Ltd.*, No. 17-CV-24404, 2020 U.S. Dist. LEXIS 11125, at *2 (S.D. Fla. Jan. 23, 2020).

4.       Courts in this District have elected to apply the principles of Florida in reviewing settlements involving minor children to "determine whether the settlement is in the best interests of the minor." *See, e.g.*, *L.H. v. Okeechobee Cnty. Sch. Bd.*, No. 18-14299-CIV-MAYNARD, 2021 U.S. Dist. LEXIS 118434, at *2 (S.D. Fla. June 24, 2021).

5.       Pursuant to S.D. Fla. L.R. 5.4(b)(1), given the sensitive nature of this matter and the minor status of the Plaintiff, the Parties further request leave to file their anticipated Motion for Settlement Approval under seal, along with a copy of the settlement agreement and any other accompanying exhibits, to ensure the protection of Plaintiff's identity in accordance with Court's December 14, 2023, Order requiring redaction or the filing under seal of this sensitive information. [D.E. 24].

## CONCLUSION

For these reasons, the Parties respectfully request that the Court grant the relief requested herein, continuing all pending deadlines in this action for thirty (30) days and granting leave for the Parties to file their anticipated Motion for Settlement Approval.

Respectfully submitted,

| | |
|---|---|
| **DEREK SMITH LAW GROUP, PLLC** | **KELLY KRONENBERG** |
| */s/ Kyle T. MacDonald* | */s/ Julie B. Karron* |
| Kyle T. MacDonald, Esq. | Julie B. Karron, Esq. |
| Florida Bar No.: 1038749 | Florida Bar No.: 1025196 |
| DEREK SMITH LAW GROUP, PLLC | KELLY KRONENBERG |
| 520 Brickell Key Drive, Suite O-301 | 10360 West State Road 84 |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33324 |
| Tel: (786) 568-8120 | Phone: 954-370-9970 |
| kyle@dereksmithlaw.com | Email: jkarron@kellykronenberg.com |
| *Counsel for Plaintiff* | *Counsel for Academir Charter Schools, Inc.* |

**GARRISON, YOUNT, FORTE & MULCAHY, LLC**

*/s/ Julie C. Marhefka*
Julie C. Marhefka, Esq.
Florida Bar No.: 1025567
GARRISON, YOUNT, FORTE & MULCAHY, LLC
601 Bayshore Blvd., Suite 800
Tampa, Florida 33606
Phone: 813-275-0404
Email: jmarhefka@garrisonyount.com

*Counsel for Superior Charter School Services, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on November 7, 2024, on all counsel of record identified on the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.