UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-23004-JB

JANE DOE, *a minor, by and through her mother and next friend, Mother Doe,*

        Plaintiff,

v.

ACADEMIR CHARTER SCHOOLS, INC. and SUPERIOR CHARTER SCHOOL SERVICES, INC.,

        Defendants.

_____/

### ORDER ON JOINT NOTICE OF SETTLEMENT, MOTION FOR 30-DAY CONTINUANCE, AND MOTION TO FILE SETTLEMENT AGREEMENT UNDER SEAL DUE TO MINOR STATUS OF PLAINTIFF

**THIS CAUSE** is before the Court on the parties' Joint Notice of Settlement, Motion for 30-Day Continuance, and Motion to File Settlement Agreement Under Seal Due to Minor Status of Plaintiff (the "Notice"), ECF No. [78]. Upon due consideration of the Notice, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The parties shall file a Joint Stipulation for Dismissal within thirty (30) days of the date of this Order. All pending deadlines in this action shall be continued during that period.

2. If the parties fail to complete the expected settlement, either party may request the Court to reopen the case.

3. The pjarties are hereby granted leave to file their anticipated Motion for Settlement Approval and accompanying exhibits under seal.

4. The Clerk shall **CLOSE** this case for administrative purposes only. Any

pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 11th day of November, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**