**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JANE DOE, a minor, by and through her
mother and next friend, MOTHER DOE,

        CASE NO.: 1:23-cv-23004-JB

    Plaintiff,

  v.

ACADEMIR CHARTER SCHOOLS, INC.,
and SUPERIOR CHARTER SCHOOL
SERVICES, INC.,

    Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL**

Plaintiff, JANE DOE, and Defendants, ACADEMIR CHARTER SCHOOLS, INC. and SUPERIOR CHARTER SCHOOL SERVICES, INC., by and through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), stipulate and agree to the voluntary dismissal with prejudice as to Plaintiff's claims against Defendants in the above-captioned matter, with the Parties agreeing to be responsible for their respective fees and costs, subject to and expressly conditioned upon: (1) the Court's entry of an Order granting the Joint Motion for Settlement Approval [D.E. 80, sealed], and (2) the Court's entry of an Order retaining jurisdiction for the purpose of enforcing the terms of the Settlement Agreement.

1

Respectfully submitted,

| **DEREK SMITH LAW GROUP, PLLC** | **KELLY KRONENBERG** |
|---|---|
| */s/ Kyle T. MacDonald* | */s/ Julie B. Karron* |
| Kyle T. MacDonald, Esq. | Julie B. Karron, Esq. |
| Florida Bar No.: 1038749 | Florida Bar No.: 1025196 |
| DEREK SMITH LAW GROUP, PLLC | KELLY KRONENBERG |
| 520 Brickell Key Drive, Suite O-301 | 10360 West State Road 84 |
| Miami, Florida 33131 | Fort Lauderdale, Florida 33324 |
| Tel: (786) 568-8120 | Phone: 954-370-9970 |
| kyle@dereksmithlaw.com | Email: jkarron@kellykronenberg.com |
| *Counsel for Plaintiff* | *Counsel for Academir Charter Schools, Inc.* |

**GARRISON, YOUNT, FORTE & MULCAHY, LLC**

*/s/ Julie C. Marhefka*
Julie C. Marhefka, Esq.
Florida Bar No.: 1025567
GARRISON, YOUNT, FORTE & MULCAHY, LLC
601 Bayshore Blvd., Suite 800
Tampa, Florida 33606
Phone: 813-275-0404
Email: jmarhefka@garrisonyount.com

*Counsel for Superior Charter School Services, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing document is being served on November 18, 2024, on all counsel of record identified on the service list via transmission of Notices of Electronic Filing generated by CM/ECF.

By: */s/ Kyle T. MacDonald*
Kyle T. MacDonald, Esq.