UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-23004-JB

JANE DOE, *a minor, by and through her mother and next friend, Mother Doe,*

    Plaintiff,

v.

ACADEMIR CHARTER SCHOOLS, INC. and SUPERIOR CHARTER SCHOOL SERVICES, INC.,

    Defendants.
_____/

## ORDER APPOINTING GUARDIAN AD LITEM

**THIS CAUSE** is before the Court on the parties' Joint Motion for Settlement Approval (the "Motion"), ECF No. [78]. The Court convened a status conference regarding the Motion, where both parties indicated that they would not object to the appointment of a guardian ad litem to review the terms of the parties' settlement agreement on behalf of Plaintiff Jane Doe, who is a minor child. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

Robert J. Fiore is hereby **APPOINTED** as Plaintiff's guardian ad litem for purposes of reviewing the terms of the parties' settlement agreement on the minor child's behalf and issuing a notice to the Court regarding his review.

**DONE AND ORDERED** in Miami, Florida, this 27th day of December, 2024.

                                        _____
                                        JACQUELINE BECERRA
                                        UNITED STATES DISTRICT JUDGE