UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cv-23004-JB

JANE DOE, *a minor, by and through*
*her mother and next friend, Mother Doe,*

        Plaintiff,

v.

ACADEMIR CHARTER SCHOOLS,
INC. and SUPERIOR CHARTER
SCHOOL SERVICES, INC.,

        Defendants.
_____/

### ORDER ON RENEWED JOINT MOTION FOR SETTLEMENT APPROVAL AND SUPPORTING REPORT OF GUARDIAN AD LITEM

**THIS CAUSE** came before the Court upon the parties' Renewed Joint Motion for Settlement Approval and Supporting Report of Guardian Ad Litem, ECF No. [86]. The Court has reviewed the Motion, the Settlement Agreement, and the incorporated Amendment to the Settlement Agreement (hereinafter referred to collectively as "Amended Settlement Agreement"), as well as the report of the Guardian Ad Litem, Mr. Robert J. Fiore, Esq., ECF No. [86-1], and is otherwise fully advised in the premises. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Court finds that the terms of the Settlement Agreement and the incorporated Amendment to the Settlement Agreement are fair, reasonable, and in the best interest of the minor, Jane Doe.

    2.    The Renewed Joint Motion for Settlement Approval, ECF No. [86], is **GRANTED**.

3. The Amended Settlement Agreement, ECF Nos. [86-2] and [86-3], is hereby adopted and approved, and the parties are **ORDERED** to comply with the terms of the Settlement Agreement.

4. In accordance with Florida Statute § 626.99296, the Court acknowledges that the Amended Settlement Agreement includes a structured settlement annuity, which shall be funded pursuant to the terms of the Amended Settlement Agreement. The parties shall also comply with the payment terms outlined in the Structured Settlement Payment Schedule, ECF No. [86-4], which is incorporated herein by reference.

5. The Court expressly retains jurisdiction for the purpose of enforcing the terms of the Amended Settlement Agreement.

6. The Clerk is directed to **CLOSE** this case, and all pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Miami, Florida, this 7th day of February, 2025.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**